Case Number: CACE-15-004358 Division: 02

Filing # 24750370 E-Filed 03/11/2015 01:42:06 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statues section 25.075.

I.   **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Rochenel Silas, Marida Silas</u>
Plaintiff
        vs.
<u>Broward County Sheriff's Office, Paul Yesbeck</u>
Defendant

II.   **TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000

- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.     **REMEDIES SOUGHT** (check all that apply):
            ☒   Monetary;
            ☐   Non-monetary
            ☐   Non-monetary declaratory or injunctive relief;
            ☐   Punitive

IV.      **NUMBER OF CAUSES OF ACTION:** (    )
            (Specify)

            4; Battery Against BSO, Battery Against Yesbeck, False Arrest, and Loss of
Consortium

V.       **IS THIS CASE A CLASS ACTION LAWSUIT?**
            ☐   Yes
            ☒   No

VI.      **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
            ☒   No
            ☐   Yes – If "yes" list all related cases by name, case number and court:

VII.     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
            ☒   Yes
            ☐   No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Oscar Syger        FL Bar No.: 381373
         Attorney or party                                                  (Bar number, if attorney)

         Oscar Syger      03/11/2015
         (Type or print name)                                         Date

Filing # 26518448 E-Filed 04/24/2015 03:12:27 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:  15-004358 (2)

Rochenel Silas and his wife Marida Silas,

        Plaintiff,

vs.

Broward County Sheriff's Office and Paul
Yesbeck,

        Defendant.

_____/

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT

       COMES NOW the Defendant(s), BROWARD COUNTY SHERIFF'S OFFICE and

PAUL YESBECK, by and through their undersigned counsel and pursuant to Rule 1.140 of

the Florida Rules of Civil Procedure, hereby file this Motion to Dismiss or in the Alternative

Motion for More Definite Statement, and as grounds therefore states as follows:

       1.    Plaintiff has filed a Complaint naming "BROWARD COUNTY SHERIFFS

OFFICE" (hereinafter referred to as "BSO") as a Defendant. The Complaint consists of four

(4) counts, two of which are against BSO. They are: (1) Count I: Claim for Battery against

BSO; and (2) Count III: Claim for False Arrest against BSO.

1

2.      Counts I and III of the Complaint should be dismissed because "BROWARD COUNTY SHERIFFS OFFICE" is not a proper party Defendant to this action as it is not a legal entity with the capacity to be sued.

3.      Article VIII, Section 1(c) of the Florida Constitution, entitled "County Officers," states that "[t]here shall be elected by the electors of each county, for terms of four years, a sheriff…" Article V, Section 3(b)(3) of the Florida Constitution, which describes the jurisdiction of the Supreme Court of Florida, states that the Supreme Court of Florida "may review any decision of a district court of appeal that…expressly affects a class of constitutional or state officers…" "In other words, the Florida Constitution creates within each county a sheriff and describes the sheriff, quite properly, as a 'constitutional officer' of Florida." *Ramirez v. Hillsborough Cnty. Sheriff's Office*, 2011 WL 976380, at *1 (M.D. Fla. Mar. 18, 2011).

4.      Section 768.28(9), Florida Statutes, describes as the "exclusive remedy for injury or damage suffered as a result of an act, event, or omission of an officer, employee, or agent of the state or any of its subdivisions or constitutional officers" an action against "the constitutional officer of which the officer, employee, or agent is an employee…" Thus, the sheriff in his official capacity, and not the county "sheriff's office" is the proper party to an action against the sheriff. *See Ramirez*, 2011 WL 976380 at *1; *see also Ramsay v. Broward Cnty. Sheriff's Office*, 303 Fed. Appx. 761, 763 n.1 (11th Cir. 2008) ("The proper defendant is Al Lamberti, in his official capacity as Sheriff of the Broward County Sheriff's Office").

5.      Although the courts which have dismissed complaints against a "sheriff's

office" are frequently addressing such complaints in the context of federal civil rights claims under 42 U.S.C. § 1983, the "Broward County Sheriff's Office" is an improper party, regardless of the nature of the claims asserted by the plaintiff. This is because "[s]heriff's departments and police departments are not usually considered legal entities subject to suit," and because even in federal suits, "capacity to sue or be sued shall be determined by the law of the state in which the district court is held." *See Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992). As already noted above, "*Florida law provides* that the proper party to be sued for the alleged wrongful acts of sheriff's deputies is the sheriff, the constitutional officer." *Levine v. Sarasota Cnty. Sheriff's Office*, 2006 WL 2037151, at *2 (M.D. Fla. July 18, 2006) (citing § 768.28(9), Fla. Stat.) (emphasis added). In *Levine*, the Middle District of Florida dismissed the plaintiff's amended complaint as to the defendant sheriff's office because the plaintiff failed to name the proper party as a defendant. *Id.*

6.      Although the Eleventh Circuit in *Dean* was applying Alabama law, the court held that pursuant to state law, a county sheriff's department lacks the capacity to be sued and, therefore, the district court correctly dismissed the complaint against the sheriff's department. *Dean*, 951 F.2d at 1215. As demonstrated above, Florida law compels the same result in this case. *See also Keck v. Seminole Cnty. Sheriff's Office*, 2010 WL 2822011, at *2 (M.D. Fla. July 16, 2011) (granting motion to dismiss plaintiff's complaint, including a state law claim for writ of replevin, concluding that "[a]s a threshold matter, Plaintiff's claims against the 'Seminole County Sheriff's Office' are improper inasmuch as the Sheriff's Office is not *sui juris* and cannot be sued").

7.     Accordingly, Counts I and III of Plaintiff's Complaint should be dismissed as BSO is not the proper party to be sued.

8.     Next, Count IV of the Plaintiff's Complaint ("Loss of Consortium Claim of Marida Silas") should also be dismissed.

9.     Count IV of the Complaint alleges that "MARIDA has lost the care, comfort, and companionship of her husband, Rochenel Silas, as has incurred out of pocket expenses *due to the negligence of BSO.*" (Complaint, ¶ 21) (emphasis added).  Irrespective of the merits of this allegation, the Complaint does not contain a single count or allegation of negligence against BSO; the allegations involve the intentional tort of battery and a claim of false arrest, which is also based upon an intentional act, in that it rests on whether probable cause existed at the time of the arrest, from the viewpoint of a prudent, cautious officer (false arrest is the unlawful restraint of a person against that person's will. *Miami-Dade Cnty. v. Asad*, 78 So.3d 660 [Fla. 3d DCA 2012]).  The Complaint is devoid of any facts suggesting negligence was exhibited by the Defendants.  Based upon same, Plaintiff has failed to state a cause of action, when taking into account the four corners of the Complaint.

10.     A motion to dismiss for failure to state a cause of action may be granted only by looking exclusively at the pleading itself, without reference to any defensive pleadings or evidence in the case. *Wausau Ins. Co.*, 683 So.2d at 1125; *Pizzi v. Central Bank & Trust Co.*, 250 So.2d 895 (Fla.1971) (in ruling on motion to dismiss, court must confine itself to allegations of complaint and may not consider affirmative defenses which might absolve defendant of liability at motion for summary judgment or at trial); *Kest v. Nathanson*, 216 So.2d 233 (Fla. 4th DCA 1968) (same).

11.     In the case *sub judice*, looking exclusively at the Complaint itself reveals that absolutely no allegation is made of negligent conduct on the part of the Defendants. Without an allegation of negligent conduct, there can be no claim for loss of consortium premised on the theory of "negligence of BSO."

12.     Accordingly, Count IV of the Complaint should be dismissed for failure to state a cause of action.

13.     Alternatively, the entire Complaint should be dismissed for failure of the Plaintiffs to allege sufficient facts in the Complaint to sustain any of the causes of action alleged.

14.     Should this Honorable Court not grant the above requests for dismissal, it is respectfully requested that Plaintiffs be compelled to file a more definite statement, under Florida Rule of Civil Procedure 1.140(e).

15.     The function of a motion for a more definite statement is to require that a vague, indefinite, or ambiguous pleading be so amended as to enable the party required to

respond thereto to intelligently discern the issues to be litigated and to properly frame his answer or reply. *Conklin v. Boyd*, 189 So.2d 401 (Fla. 1st DCA 1966).

16. Plaintiffs' Complaint epitomizes a vague, indefinite, and ambiguous pleading. Specifically, Plaintiff's factual recitation is solely limited to stating that on April 4, 2011, Defendant Yesbeck effectuated the arrest of Plaintiff, when he used an excessive amount of force. The force used is listed as "striking and twisting ROCHENEL'S shoulder." The Complaint is devoid of any other factual recitation. Should dismissal not be granted in whole, it is requested that Plaintiffs' file a more definite statement as to the events and circumstances that led to Plaintiff's arrest and a more specific description of the force, if any, that was used.

WHEREFORE, for the reasons set forth above, the Defendants respectfully request this Honorable Court to dismiss Plaintiffs' Complaint, or, in the alternative, to order Plaintiffs to file a more definite statement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax: 954/862-2206

Kelley Kronenberg
Counsel for Def
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970; Fax: 954-381-1988
Florida Bar No. 064092
E-Mail: dlosey@kelleykronenberg.com

By: /s/ Daniel L. Losey
        Daniel L. Losey

Filing # 28219083 E-Filed 06/08/2015 03:45:03 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## NOTICE OF HEARING
### Date and time agreed to in advance
(15 Minute Special Set)

     YOU ARE HEREBY NOTIFIED that the undersigned counsel will call up for hearing

before the Honorable John B. Bowman, one of the Judges of the above-styled Court, Broward

County Courthouse, 201 SE 6th Street, Room 910A, Fort Lauderdale, FL 33301 on Monday July

13, 2015 at 11:30AM, or as soon thereafter as counsel can be heard, the following:

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT

     Movant Counsel certifies that a bona fide effort to agree or to narrow the issues on the

Motion has been or will be made prior to the date of said hearing with opposing Counsel to settle

this matter.

In accordance with the Americans with Disabilities Act of 1990, persons needing a special

accommodation to participate in this proceeding should contact the Court ADA Coordinator no

later than seven (7) days prior to the proceeding.  Telephone (305) 375-2006 for assistance; if

hearing impaired, telephone (305) 375-2007 or 1-800-955-8771 (Florida Relay Service Number) for assistance.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 8th day of June 2015, to KELLEY KRONENBERG, ESQUIRE and DANIEL L LOSEY, ESQ. at dlosey@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 151
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By  *Oscar Syger*
   OSCAR SYGER, ESQUIRE
   FBN. 381373

Filing # 29901228 E-Filed 07/21/2015 01:33:36 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

vs.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

### AMENDED COMPLAINT FOR POLICE MISCOUNDUCT

Plaintiff, ROCHENEL SILAS (hereinafter "ROCHENEL") and his wife MARIDA

SILAS (hereinafter MARIDA), sue the Defendants, SCOTT ISRAEL, as Sheriff of the

BROWARD COUNTY SHERIFF'S OFFICE (hereinafter "BSO") and PAUL YESBECK

(hereinafter "YESBECK") and allege:

### GENERAL ALLEGATIONS COMMON
### TO ALL COUNTS

1. This is a cause of action whose sum in controversy is in excess of $ 15,000.00, exclusive
   of costs and interest.

2. Plaintiff, ROCHENEL, at all times material, was and is a resident of Pompano Beach,
   Broward County, Florida and is over the age of 18 years.

3. Plaintiff, MARIDA, at all times material, was and is a resident of Pompano Beach,
   Broward County, Florida and is over the age of 18 years and is the wife of Rochenel
   Silas.

AMENDED COMPLAINT

4.  Defendant, BSO, is a the constitutional officer of a governmental entity located in Broward County, Florida and is amenable to the within lawsuit pursuant to the terms and conditions of Chapter 768.28 (9) of the Florida Statutes.

5.  Defendant, YESBECK, is over the age of 18 years and at all material times is a resident of Broward County, Florida. At all material times YESBECK is employed by Co-Defendant BSO, as a law enforcement officer in its police department. All of the acts of YESBECK pled in this complaint are committed by YESBECK within the course and scope of his agency relationship with Co-Defendant BSO, unless otherwise alleged.

6.  Venue is appropriate in Broward County, Florida as the tortious conduct of the Defendants occurred within the boundaries of Broward County, Florida.

<u>**COUNT I**</u>
<u>**CLAIM FOR BATTERY AGAINST BSO**</u>

7.  ROCHENEL realleges paragraphs 1, 2, and 4-6 as if fully set forth herein.

8.  The Plaintiffs have complied with all conditions precedent to the filing of this lawsuit or, in the alternative, the conditions precedent have been waived by BSO and/or YESBECK.

9.  The Plaintiffs delivered a pre-suit notification letter to BSO on or about August 21, 2013. The form and content of the notification fulfills the obligations imposed on these Plaintiffs by Chapter 768.28(6) of the Florida Statues. (A true and correct copy of the statutory notification letter, as well as proof of receipt by BSO and by the Florida Department of Financial Services, is appended as Composite Exhibit "A" to this complaint.)

10. More than six months have elapsed between the receipt by BSO of the statutory notification letter appended as Exhibit "A" to this Complaint and the date of the filing of this Complaint. BSO did not resolve this claim within six months provided to it by law.

2

AMENDED COMPLAINT

11. All of the acts committed by YESBECK are committed by YESBECK under color of law.

12. April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Broward County, Florida. YESBECK while effecting an arrest of ROCHENEL at Rochenel's home, used an excessive amount of force that was unreasonable under the circumstances. The following conduct of YESBECK constituted excessive force under the circumstances:

    a.  YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

13. Alternatively, YESBECK intentionally caused harmful or offensive contact with ROCHENEL by one or more of the following acts:

    a.  YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

14. As a result, ROCHENEL SILAS suffered bodily injury, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of a previously existing condition, lost income and loss of income earning capacity. The losses are continuing.

    WHEREFORE, the Plaintiff, ROCHENEL SILAS, Demands judgment for damages against Defendant, SCOTT ISRAEL, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE.

## COUNT II
## CLAIM FOR BATTERY AGAINST YESBECK

15. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 11-14 with the same force and effect as if fully set forth herein.

3

AMENDED COMPLAINT

16. The acts of YESBECK alleged in paragraphs 12 and 13 exhibit wanton and willful

disregard of ROCHENEL's human rights.

WHEREFORE, the Plaintiff ROCHENEL SILAS, demands judgment for damages

against Defendant, PAUL YESBECK.

### COUNT III
### CLAIM FOR FALSE ARREST AGAINST BSO

17. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 9, 10, and 11 with the same force and

effect as if fully set forth herein.

18. On April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Florida, YESBECK detained

ROCHENEL and deprived ROCHENEL of his liberty. YESBECK did not act under

authority of an arrest warrant and ROCHENEL did not consent to the deprivation of his

liberty.

19. As a direct result of the unlawful deprivation of his liberty, ROCHENEL suffered

humiliation, mental anguish and incurred attorney fees to secure his liberty. The

emotional damages continue to this day.

WHEREFORE, the Plaintiff, ROCHENEL SILAS, demands judgment for damages

against Defendant, SCOTT ISRAEL, as Sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE.

### COUNT IV
### LOSS OF CONSORTIUM CLAIM OF MARIDA SILAS

20. Plaintiff, MARIDA re-alleges paragraphs 1, 3, 4-6, 8-14 and 18-19 of this Complaint

with the same force and effect as is fully set forth herein.

4

AMENDED COMPLAINT

21. MARIDA is and was the wife of ROCHENEL at all material times. MARIDA has lost

the care, comfort, and companionship of her husband, Rochenel Silas, and has incurred

out of pocket expenses due to the conduct of Yesbeck and BSO.

WHEREFRE, the Plaintiff, MARIDA SILAS, demands judgment for damages against

Defendant, SCOTT ISRAEL, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and

PAUL YESBECK.

### DEMAND FOR JURY TRIAL

The Plaintiffs demand a trial by jury on all such issues triable as a matter of right.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-

MAIL this 21ST day of July 2015, to KELLEY KRONENBERG; DANIEL L LOSEY, ESQ. at

dlosey@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically

filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 151
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:     (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
      OSCAR SYGER, ESQUIRE
      FBN. 381373

Law Offices of
**OSCAR SYGER P.A.**

**Fountains Executive Centre**
**9000 Sheridan Street, Suite 151**
**Pembroke Pines, FL 33024**

**Telephone    (954) 862-2205**
**Facsimile    (954) 862-2206**

August 21, 2013

**Certified Mail R.R.R. 7010 2780 0000 9827 6270**
**And Regular Mail**
Sheriff Scott J. Israel
Broward Sheriff's Office
2601 W. Broward Blvd.
Ft. Lauderdale, FL 33312

Re:   My Clients/ Claimants:      Rochenel Silas and Mirada Silas
      Date of Incident:          April 4, 2011
      **Notification of Intention to Advance Claim**

Dear Sheriff Israel,

This letter, written on behalf of my clients, Rochenel Silas and his wife Mirada Silas, places the Broward Sheriff's Office on actual notice of the intention of Mr. Silas to seek compensation and/or other redress against the Broward Sheriff's Office. Mr. Silas has been harmed both physically and financially as a result of one or more law enforcement officers employed by the Broward Sheriff's Office who were acting within the course and scope of their agency with the Broward Sheriff's Office, when one or more of these agents, employees or representatives battered and arrested Mr. Silas on April 4, 2011. Mirada Silas is the lawful spouse of Rochenel Silas. Mrs. Silas has lost the care, comfort, and companionship of her husband and has incurred out of pocket losses as a result of the conduct of the Broward Sheriff's Office.

Mr. Silas was born in Haiti on October 6, 1951. His Social Security number is 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. Mr. Silas declares that he is not indebted to the state of Florida, nor to any of its agencies, sub divisions or other entities for any fines, penalties or judgments in excess of $ 200.00.

We call upon the Broward Sheriff's Office to investigate this claim within the next six months as provided to it by law. If it is the intention of the Broward Sheriff's Office to deny responsibility for this claim, I respectfully call upon the Broward Sheriff's Office to make it known to me this rejection before the end of the six month statutory period. Finally, if you contend that this letter does not comply with the notice provisions contained in Chapter 768.28 of the Florida Statutes, I kindly request that an authorized representative of the Broward Sheriff's Office immediately notify me of the claimed deficiencies **in writing** so that I may cure the alleged deficiencies.



**PLAINTIFF'S EXHIBIT A**

Silas, Rochene
7608, 76 14#21



Scrutey

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Scott D. Israel
Broward Sher. ff's office
2601 W Broward Blvd
Ft. Lauderdale, FL 33312

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

BROWARD SHERIFF'S OFFICE
PSB-MAILROOM

3. Service Type
   ☑ Certified Mail        ☐ Express Mail
   ☐ Registered            ☑ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Arti
   (Tra

PS Fo...                                    I02595-02-M-1540



Silas, Rochenel
768. 76 letter

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeff Atwater
Florida Department of Financial Services
200 East Gaines street
Tallahassee, FL 32399

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Received by: Johnny Judson ☐ Agent
DEPT OF FINANCIAL SERVICES ☐ Addressee

B. Received by ( Printed Name ) Tallahassee, FL 32399-9101 C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)      7010 2780 0000 9827 6287

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Rochenel Silas
vs
BSO – letter to FDFS

Filing # 30329067 E-Filed 07/31/2015 11:00:22 AM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
## TO PLAINTIFFS' AMENDED COMPLAINT

COME NOW Defendants, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, by and through their undersigned counsel, and hereby file this, their Answer and Affirmative Defenses to Plaintiff's Amended Complaint, and state as follows:

1.     Each and every allegation contained in Plaintiffs' Amended Complaint which is not specifically admitted herein is denied and strict proof is demanded thereof.

2.     Defendants admit the allegations contained in paragraphs 9, 10 and 11 of Plaintiffs' Amended Complaint.

3.     Defendants deny the allegations contained in 4, 5, 6, 12 (including subparts), 13 (including subparts), 14, 16, 18, 19, and 21 of the Plaintiffs' Amended Complaint and demand strict proof thereof.

1

4.       Defendants are without sufficient knowledge to admit or deny the allegations contained in paragraphs 2, 3, and 8 of the Plaintiffs' Amended Complaint; therefore these allegations are deemed denied and Defendants demand strict proof thereof.

### AFFIRMATIVE DEFENSES

5.       Further answering and as an affirmative defense, these Defendants allege that Plaintiffs' Amended Complaint fails to state or set forth claims against these Defendants upon which relief can be granted.

6.       Further answering and as an affirmative defense, to the extent as may be shown by the evidence through discovery, these Defendants assert that the matters in question and Plaintiffs' damages, if any, were caused by acts and/or failures to act of persons other than these Defendants.

7.       Further answering and as an affirmative defense, these Defendants assert that Plaintiff, Rochenel Silas' conduct was the cause of any alleged injuries that he alleges to have suffered.

8.       Further answering and as an affirmative defense, these Defendants would show that some or all of Plaintiffs' claims against it are barred by the applicable statute of limitations.

9.       Further answering and as an affirmative defense, these Defendants assert that the Plaintiffs have failed to comply with the requirements of Florida Statutes Section 768.28 regarding presuit pleading requirements and is barred from recovering in this action.

10.     Further answering and as an affirmative defense and alternatively, these Defendants assert that all or a part of Plaintiffs' damages herein were partially or totally caused by non-parties or persons over whom these Defendants had no dominion or control, and, therefore, these Defendants seek entitlement to the defenses and privileges set forth in Section 768.81(3), Florida Statutes with respect to apportionment of fault principles.

11.     Further answering and as an affirmative defense, Defendants are constitutional officers and a governmental subdivision of the State of Florida. As such, Defendants are entitled to sovereign immunity from suit and/or liability for the conduct complained of. Additionally or alternatively, Defendants' liability is statutorily limited as more fully set forth in §768.28, Florida Statutes.

12.     Further answering and as an affirmative defense, Defendants assert the sole legal cause of any and all damages sustained by Plaintiff, Rochenel Silas was Plaintiff's own criminal, illegal, unlawful, wrongful, or otherwise culpable conduct.

13.     Further answering and as an affirmative defense, Defendants assert that Defendant, Paul Yesbeck, at all times used only such force as was reasonably necessary under the circumstances for the deputies to secure and control Plaintiff, who was legally in Defendants' custody.

### DEMAND FOR TRIAL BY JURY

Defendants, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, hereby demand a trial by jury on all issues triable as a right by jury.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2015, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax:  954/862-2206

Kelley Kronenberg
Counsel for Defs
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970; Fax: 954-381-1988
Florida Bar No. 064092
E-Mail:  dlosey@kelleykronenberg.com

By: /s/ Daniel L. Losey
      Daniel L. Losey

Filing # 24750370 E-Filed 03/11/2015 01:42:06 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO.

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

vs.

BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

## COMPLAINT FOR POLICE MISCONDUCT

Plaintiff, ROCHENEL SILAS (hereinafter "ROCHENEL") and his wife MARIDA

SILAS (hereinafter MARIDA), sue the Defendants, BROWARD COUNTY SHERIFF'S

OFFICE (hereinafter "BSO") and PAUL YESBECK (hereinafter "YESBECK") and allege:

## GENERAL ALLEGATIONS COMMON
## TO ALL COUNTS

1. This is a cause of action whose sum in controversy is in excess of $ 15,000.00, exclusive
   of costs and interest.

2. Plaintiff, ROCHENEL, at all times material, was and is a resident of Pompano Beach,
   Broward County, Florida and is over the age of 18 years.

3. Plaintiff, MARIDA, at all times material, was and is a resident of Pompano Beach,
   Broward County, Florida and is over the age of 18 years and is the wife of Rochenel
   Silas.

COMPLAINT

4.  Defendant, BSO, is a government entity located in Broward County, Florida and is amenable to the within lawsuit pursuant to the terms and conditions of Chapter 768.28 of the Florida Statutes.

5.  Defendant, YESBECK, is over the age of 18 years and at all material times is a resident of Broward County, Florida. At all material times YESBECK is employed by Co-Defendant BSO, as a law enforcement officer in its police department. All of the acts of YESBECK pled in this complaint are committed by YESBECK within the course and scope of his agency relationship with Co-Defendant BSO.

6.  Venue is appropriate in Broward County, Florida as the tortious conduct of the Defendants occurred within the boundaries of Broward County, Florida.

**COUNT I**
**CLAIM FOR BATTERY AGAINST BSO**

7.  ROCHENEL realleges paragraphs 1, 2, and 4-6 as if fully set forth herein.

8.  The Plaintiffs have complied with all conditions precedent to the filing of this lawsuit or, in the alternative, the conditions precedent have been waived by BROWARD COUNTY and/or YESBECK.

9.  The Plaintiffs delivered a pre-suit notification letter to BSO on or about August 21, 2013. The form and content of the notification fulfills the obligations imposed on these Plaintiffs by Chapter 768.28(6) of the Florida Statues. (A true and correct copy of the statutory notification letter, as well as proof of receipt by BSO and by the Florida Department of Financial Services, is appended as Composite Exhibit "A" to this complaint.)

10. More than six months have elapsed between the receipt by BSO of the statutory notification letter appended as Exhibit "A" to this Complaint and the date of the filing of this Complaint. BSO did not resolve this claim within six months provided to it by law.

2

COMPLAINT

11. All of the acts committed by YESBECK are committed by YESBECK under color of law.

12. April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Broward County, Florida. YESBECK while effecting an arrest of ROCHENEL, used an excessive amount of force that was unreasonable under the circumstances. The following conduct of YESBECK constituted excessive force under the circumstances:

    a. YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

13. Alternatively, YESBECK intentionally caused harmful or offensive contact with ROCHENEL by one or more of the following acts:

    a. YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

14. As a result, ROCHENEL SILAS suffered bodily injury, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of a previously existing condition, lost income and loss of income earning capacity. The losses are continuing.

    WHEREFORE, the Plaintiff, ROCHENEL SILAS, Demands judgment for damages against Defendant, BROWARD COUNTY SHERIFF'S OFFICE.

## COUNT II
## CLAIM FOR BATTERY AGAINST YESBECK

15. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 11-14 with the same force and effect as if fully set forth herein.

16. The acts of YESBECK alleged in paragraphs 12 and 13 exhibit wanton and willful disregard of ROCHENEL's human rights.

3

COMPLAINT

WHEREFORE, the Plaintiff ROCHENEL SILAS, demands judgment for damages against Defendant, PAUL YESBECK.

### COUNT III
### CLAIM FOR FALSE ARREST AGAINST BSO

17. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 9, 10, and 11 with the same force and effect as if fully set forth herein.

18. On April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Florida, YESBECK detained ROCHENEL and deprived ROCHENEL of his liberty. YESBECK did not act under authority of an arrest warrant and ROCHENEL did not consent to the deprivation of his liberty.

19. As a direct result of the unlawful deprivation of his liberty, ROCHENEL suffered humiliation, mental anguish and incurred attorney fees to secure his liberty. The emotional damages continue to this day.

WHEREFORE, the Plaintiff, ROCHENEL SILAS, demands judgment for damages against Defendant, BROWARD COUNTY SHERIFF'S OFFICE.

### COUNT IV
### LOSS OF CONSORTIUM CLAIM OF MARIDA SILAS

20. Plaintiff, MARIDA re-alleges paragraphs 1, 3, 4-6, 8-14 and 18-19 of this Complaint with the same force and effect as is fully set forth herein.

21. MARIDA is and was the wife of ROCHENEL at all material times. MARIDA has lost the care, comfort, and companionship of her husband, Rochenel Silas, and has incurred out of pocket expenses due to the negligence of BSO.

WHEREFRE, the Plaintiff, MARIDA SILAS, demands judgment for damages against Defendant, BROWARD COUNTY SHERIFF'S OFFICE.

4

COMPLAINT

## **DEMAND FOR JURY TRIAL**

The Plaintiffs demand a trial by jury on all such issues triable as a matter of right.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Broward County by using the Florida Courts eFiling Portal this 11th day of March, 2015.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 151
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By   *Oscar Syger*
      OSCAR SYGER, ESQUIRE
      FBN. 381373

**Law Offices of**
**OSCAR SYGER P.A.**

**Fountains Executive Centre**
**9000 Sheridan Street, Suite 151**
**Pembroke Pines, FL  33024**

**Telephone    (954) 862-2205**
**Facsimile    (954) 862-2206**

August 21, 2013

**Certified Mail R.R.R. 7010 2780 0000 9827 6270**
**And Regular Mail**
Sheriff Scott J. Israel
Broward Sheriff's Office
2601 W. Broward Blvd.
Ft. Lauderdale, FL 33312

     Re:   My Clients/ Claimants:   Rochenel Silas and Mirada Silas
         Date of Incident:     April 4, 2011
         **Notification of Intention to Advance Claim**

Dear Sheriff Israel,

    This letter, written on behalf of my clients, Rochenel Silas and his wife Mirada Silas, places the Broward Sheriff's Office on actual notice of the intention of Mr. Silas to seek compensation and/or other redress against the Broward Sheriff's Office. Mr. Silas has been harmed both physically and financially as a result of one or more law enforcement officers employed by the Broward Sheriff's Office who were acting within the course and scope of their agency with the Broward Sheriff's Office, when one or more of these agents, employees or representatives battered and arrested Mr. Silas on April 4, 2011. Mirada Silas is the lawful spouse of Rochenel Silas. Mrs. Silas has lost the care, comfort, and companionship of her husband and has incurred out of pocket losses as a result of the conduct of the Broward Sheriff's Office.

    Mr. Silas was born in Haiti on October 6, 1951. His Social Security number is 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. Mr. Silas declares that he is not indebted to the state of Florida, nor to any of its agencies, sub divisions or other entities for any fines, penalties or judgments in excess of $ 200.00.

    We call upon the Broward Sheriff's Office to investigate this claim within the next six months as provided to it by law. If it is the intention of the Broward Sheriff's Office to deny responsibility for this claim, I respectfully call upon the Broward Sheriff's Office to make it known to me this rejection before the end of the six month statutory period. Finally, if you contend that this letter does not comply with the notice provisions contained in Chapter 768.28 of the Florida Statutes, I kindly request that an authorized representative of the Broward Sheriff's Office immediately notify me of the claimed deficiencies **in writing** so that I may cure the alleged deficiencies.



PLAINTIFF'S
EXHIBIT

A

Very Truly Yours,

LAW OFFICES OF OSCAR SYGER, P.A.

Oscar Syger, Esquire

OS/jme

CC: Jeff Atwater, Chief Financial Officer
Florida Department of Financial Services
Via Certified Mail R.R.R. and Regular Mail
7010 2780 0000 9827 6287

2



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7010 2780 0000 9827 6270

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

8/21/13

Sent To   Scott Israel
Street, Apt No;   2601 W Broward Blvd
or PO Box No.
City, State, ZIP+4   Ft Lauderdale, FL 33312

PS Form 3800, August 2006          See Reverse for Instructions

Silas, Rochene |
968.76 letter

Scrutey

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X       □ Agent<br>      □ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery   2.5 |
| 1. Article Addressed to:<br><br>Scott J. Israel<br>Broward Sheriff's office<br>2601 W Broward Blvd<br>Ft. Lauderdale, FL 33312 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br><br>BROWARD SHERIFF'S OFFICE<br>PSB-MAILROOM |
| | 3. Service Type<br>☑ Certified Mail   □ Express Mail<br>□ Registered   ☑ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)     □ Yes |
| 2. Arti<br>(Tra. | |
| PS Fo...... | 102595-02-M-1540 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

8/21/13

Silas

Sent To *Jeff atwater*
Street, Apt No.; or PO Box No. *200 E gaines St*
City, State, ZIP+4 *Talhassee FL 30 32399*

7010 2780 0000 9827 6287

PS Form 3800, August 2006

*Silas, Rochenel*
*768. 76 letter*

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeff Atwater
Florida Department of Financial Services
200 East Gains Street
Tallahassee, FL 32399

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x Received by: Johnny Judson
DEPT OF FINANCIAL SERVICES
TALLAHASSEE, FL 32399-0317

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 2780 0000 9827 6287

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Rochenel Silas
US

BSO — letter to FDFS

Case Number: CACE-15-004358 Division: 02

Filing # 24750370 E-Filed 03/11/2015 01:42:06 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO.

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

### CIVIL ACTIONS SUMMONS

**TO EACH SHERIFF OF THE STATE:**

    You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on Defendant, **BROWARD COUNTY SHERIFF'S OFFICE, 2601 WEST BROWARD BLVD, FORT LAUDERDALE, FL 33312.**

BY SERVING **Sheriff Scott J. Israel**

    A Lawsuit has been filed against you. You have 30 calendar days after this Summons is served on you to file a written response to the attached Complaint in this Court. A telephone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are no other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the telephone book).

    If you choose to file a written response yourself, at the same time you file your written

response to the Court, located at Broward County Courthouse, Clerk of Courts, 201 S.E. 6th
Street, Fort Lauderdale, Florida 33301. You must also mail or take a carbon copy or photocopy
of your written response to the Plaintiff/Plaintiff's Attorney named below: Oscar Syger, Esquire,
9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, Telephone Number (954) 862-
2205.

        DATED on __     MAR 11 2015    15.

                          HOWA___
                          CLERK

                          By: _____
                          As Deputy Clerk

                          HOWARD C. FORMAN

Filing # 24988654 E-Filed 03/17/2015 03:45:54 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

### CIVIL ACTIONS SUMMONS

**TO EACH SHERIFF OF THE STATE:**

      You are hereby commanded to serve this Summons and a copy of the Complaint or
Petition in this action on Defendant, **FLORIDA DEPARTMENT OF FINANCIAL
SERVICES, 200 EAST GAINES STREET, TALLAHASSEE, FL 32399.**

BY SERVING **Jeff Atwater**

      A Lawsuit has been filed against you. You have 30 calendar days after this Summons is
served on you to file a written response to the attached Complaint in this Court. A telephone call
will not protect you; your written response, including the above case number and named parties,
must be filed if you want the Court to hear your case. If you do not file your response on time,
you may lose the case, and your wages, money and property may thereafter be taken without
further warning from the Court. There are no other legal requirements. You may want to call an
attorney right away. If you do not know an attorney, you may call an attorney referral service or
a legal aid office (listed in the telephone book).

      If you choose to file a written response yourself, at the same time you file your written

response to the Court, located at Broward County Courthouse, Clerk of Courts, 201 S.E. 6th Street, Fort Lauderdale, Florida 33301. You must also mail or take a carbon copy or photocopy of your written response to the Plaintiff/Plaintiff's Attorney named below: Oscar Syger, Esquire, 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024. Telephone Number (954) 862-2205.

DATED on _____MAR 19 2015_____, 2015.

HOWARD C. FORMAN
CLERK OF THE COURT

By: _____
As Deputy Clerk

HOWARD C. FORMAN

Case Number: CACE-15-004358 Division: 02

Filing # 24750370 E-Filed 03/11/2015 01:42:06 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO.

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,
      Defendants,

_____/

## CIVIL ACTIONS SUMMONS

**TO EACH SHERIFF OF THE STATE:**

    You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on Defendant, **PAUL YESBECK, 2601 WEST BROWARD BLVD, FORT LAUDERDALE, FL 33312.**

    A Lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint in this Court. A telephone call will not protect you: your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are no other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the telephone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court, located at Broward County Courthouse, Clerk of Courts, 201 S.E. 6th Street, Fort Lauderdale, Florida 33301. You must also mail or take a carbon copy or photocopy of your written response to the Plaintiff/Plaintiff's Attorney named below: Oscar Syger, Esquire, 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, Telephone Number (954) 862-2205.

    DATED on _____MAR 11 2015_____ 15.

HOWARD FORMAN
CLERK OF COURT

By: _____
Deputy Clerk

HOWARD C. FORMAN

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 3/11/2015 1:42:05 PM.****

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito.  Incluyendo el numero de caso y los nombres de las partes interesadas. Si usted  no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como APlaintiff/Plaintiff Attorney@ (Demandante o Abogado de Demandante).

## IMPORTANT

Des poursuites judicares ont ete enterprises contre vous.  Vous aves 20 jours consecutifs a partir de la date de l=assignation de cette citation pour deposer une response ecrete a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour cous proteger. Vous etes obilge de deposer votre response ecrite, acec mention du numero de souhaitez que le tribunal entedre  votre cause.  Si vous ne requez de perdre la cause ainsi qu votre saiaire, votre argent, et vous biens peuvent etre saisis par la suite, sans aucun preavis ulterleur de tribunal.  Il y a d=autres obligations juridiques et vous pouvez requerir les services immediats d=un avocat.  Si vous ne connaissez pas d=avocat, vous pourriez telephoner a un service de reference d=avocats ou a un bureau d=assistance juridique (figurant a l=annualre de telephones).

Si vous cholsissez de deposer vous -meme une response escrite, il vous faudra egalement, en meme temps que cette formalitte, falre parvenir ou expedier une copie de votre reponse ecrite au APlaintiff/Plaintiff Attorney@ (Plaignant ou a son avocat) nommr ci-dessous.

*Richard [illegible] and his
wife [illegible]*

IN THE CIRCUIT COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.: *15-009306(2)*

)
)
Plaintiff,                               )
)
vs.                                      )                    **ORDER**
*Broward County Sheriff Office*          )
*and Paul Tyrback*                       )
)
Defendant.                               )
)

THIS CAUSE was considered by the Court on the following Motion(s) _____

_____ *Defendant's Motion to Dismiss* _____

_____

HEARING was held on _____ *July 13, 2015* _____

THE COURT having considered the grounds for the Motion, taken testimony, heard argument and considered the

applicable law, it is FOUND,

ORDERED AND ADJUDGED as follows:

*Granted with leave to amend within 20*
*(twenty) days.*

_____

_____

_____

_____

_____

DONE AND ORDERED _____ *July 13, 2015* _____

_____
**CIRCUIT JUDGE**
**JOHN B. BOWMAN**

**JUL 1 3 2015**

**A TRUE COPY**

Copies furnished:  ☑ In Open Court
                   ☐ By Mail

BC 118 (Rev 7/11)

**** FILED: BROWARD COUNTY, FL  Howard C. Forman,  CLERK 11/2/2015 1:51:01 PM.****

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## AGREED HIPAA QUALIFIED PROTECTIVE ORDER AND
## ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION

      THIS CAUSE having come on before the Court on Defendants, SCOTT ISRAEL,

as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK'S,

Motion for HIPAA Qualified Protective Order and Order to Disclose Protected Health

Information, and the parties having agreed, and the Court being otherwise duly advised

in the premises, it is hereby

      **ORDERED AND ADJUDGED** as follows:

      1.    Said Motion be and the same is **GRANTED.**

### HIPAA Qualified Protective Order

      2.    In accordance with the requirements of the regulations promulgated under

the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), specifically 45

C.F.R. §§ 164.512(e)(1)(ii)(B) & (v), the Court hereby institutes a **HIPAA QUALIFIED**

1

**PROTECTIVE ORDER**, as that term is defined in the foregoing regulations, and requires for information obtained by subpoena that all parties be:

> (1)   prohibited from using or disclosing protected health information ("PHI") for any purpose other than the litigation of the above-styled lawsuit; and

> (2)   required to return to the disclosing entity or destroy the PHI (including all copies made) at the conclusion of the litigation of the above-styled lawsuit. ("Conclusion" is not defined by HIPAA but should be understood to include the time for any records retention requirements and statute of limitations applicable to a party or a party's counsel; "Litigation" is not defined by HIPAA but should be understood to include all appellate proceedings at any level or the expiration of the time to commence such further appellate proceedings without appeal).

Based upon this **HIPAA QUALIFIED PROTECTIVE ORDER** and commencing immediately from the date of this Order, all persons, including but not limited to physicians and other medical providers, shall **COMPLY** with, and are hereby **AUTHORIZED** and **ORDERED** to use or disclose PHI in response to, any and all subpoenas for records without deposition (under Fed. R. Civ. P. 45) to which no objection has been timely filed and any and all other subpoenas served upon them at any time in the course of this litigation. This **HIPAA QUALIFIED PROTECTIVE ORDER** applies only to PHI received pursuant to subpoena in the above-styled litigation and does not apply to information obtained in any other manner such as by a plaintiff's own request or authorization.

## Interrogatories, Requests for Production, Requests for Copies & Expert Communications

3.      In addition to the foregoing, pursuant to 45 C.F.R. § 164.512(e)(1)(i) and for

purposes of compliance HIPAA, without waiver of any right to prepayment of costs or any

other appropriate objection or privilege that may be timely asserted, the attorneys,

employees, agents, and designees of each party or each party's legal counsel in this

case, including but not limited to the law firm of <u>KELLEY KRONENBERG</u>,  are expressly

and specifically **AUTHORIZED** and **ORDERED** to:

   (a)     respond to valid Requests for Production or Interrogatories served
   pursuant to the Federal Rules of Civil Procedure in the above-styled claim
   or litigation seeking protected health information;

   (b)     respond to valid and timely Requests for Copies served pursuant to
   the Federal Rules of Civil Procedure in the above-styled claim or litigation
   for production of documents and things without deposition concerning
   protected health information; and

   (c)     respond to each one of a party's own expert(s) who requests, either
   orally or in writing, protected health information for purposes of reviewing
   the above-styled claim or litigation in whole or in part, whether the expert
   is a consulting or trial expert, and whether the expert is considered
   retained for compensation or non-retained,

by disclosing and providing such requested protected health information.  In compliance

with both HIPAA regulations and any applicable state law not pre-empted by HIPAA, the

authorization and order set forth in this paragraph expressly includes protected health

information concerning psychological and mental health records, disability status and

records, substance abuse and treatment history, and HIV status, as well as records

concerning other sexually transmitted diseases if so requested.  The command of the

Court in this paragraph is a separate authorization for use or disclosure of protected

health information that is in addition to, and potentially inclusive of, the use and

disclosures authorized under the HIPAA Qualified Protective Order set forth in paragraph No. 2 above.  Violation of this Order may subject the non-compliant party, or party's counsel to sanctions, including but not limited to the costs and attorney's fees attributable to such non-compliance, the striking of evidence or testimony, or the striking of the party's claims or defenses.

### Depositions

4.      In addition to the foregoing, pursuant to 45 C.F.R. § 164.512(e)(1)(i) and for purposes of compliance HIPAA, without waiver of any right to prepayment of costs, fees, and expenses, or any other appropriate objection or privilege that may be timely asserted, each deponent duly noticed for deposition in the above-styled litigation, including but not limited to a party, a fact witness, a records custodian, an expert, a treater, or a health care provider of any type, is expressly and specifically **AUTHORIZED** and **ORDERED** to use or to disclose to the attorneys, employees, agents, and designees of each party or each party's legal counsel in this case, including but not limited to the law firm of KELLEY KRONENBERG, the protected health information of a party that is responsive to deposition questions or a valid duces tecum at such duly noticed deposition in the above-styled litigation.  In compliance with both HIPAA regulations and any applicable state law not pre-empted by HIPAA, the authorization and order set forth in this paragraph, expressly includes protected health information concerning psychological and mental health records, disability status and records, substance abuse and treatment history, and HIV status, as well as records concerning other sexually transmitted diseases.  The command of the Court in this paragraph is a separate authorization for use or disclosure protected health information that is in addition to, and potentially inclusive of, the use and

disclosures authorized under the HIPAA Qualified Protective Order set forth in paragraph No. 2 above. Violation of this Order may subject the non-compliant deponent, party, or party's counsel to sanctions, including but not limited to the costs and attorney's fees attributable to such non-compliance, the striking of the non-compliant deponent's testimony or other evidence, or the striking of the non-compliant party's claims or defenses.

### Judicial Proceedings

5.     In addition to the foregoing, pursuant to 45 C.F.R. § 164.512(e)(1)(i) and for purposes of compliance HIPAA, without waiver of any right to prepayment of costs, fees, and expenses or any other appropriate objection or privilege that may be timely asserted, all witnesses duly appearing at, or subpoenaed for, any judicial proceeding related to this litigation, including but not limited to trial, are specifically and expressly **AUTHORIZED** and **ORDERED** to use and disclose the PHI of a party in any form at such judicial proceeding.     In compliance with both HIPAA regulations and any applicable state law not pre-empted by HIPAA, the authorization and order set forth in this paragraph, expressly includes protected health information concerning psychological and mental health records, disability status and records, substance abuse and treatment history, and HIV status, as well as records concerning other sexually transmitted diseases.     The command of the Court in this paragraph is a separate authorization for use or disclosure protected health information that is in addition to, and potentially inclusive of, the use and disclosures authorized under the HIPAA Qualified Protective Order set forth in paragraph No. 2 above.

### Court Reporter, Photocopying & Other Designated Service Providers of a Party

6.      Pursuant to 45 C.F.R. § 164.512(e)(1)(i) and in compliance with HIPAA, but without waiver of any right to prepayment of costs or other appropriate objection or privilege that may be timely asserted, any person or entity authorized or ordered above to use or disclose PHI is expressly and specifically **AUTHORIZED** and **ORDERED** to do so with, to, or before any court reporter service, videography service, translation service, photocopy service, document management service, records management service, graphics service or other such litigation service, designated by a party or a party's legal counsel in this case, including but not limited to the law firm of <u>KELLEY KRONENBERG.</u> The protections and requirements of paragraph No. 2 above specifically apply to any such service so designated.  Each party or the party's legal counsel is charged with giving notice of the obligations imposed by this Order to any such service the party or counsel so designates and further charged with obtaining advance consent of such service to comply fully with this paragraph.  Upon such consent, the service will be deemed to have voluntarily submitted to the Court's jurisdiction during the pendency of this litigation for purposes of enforcement of this paragraph, including but not limited to the imposition of such sanctions, monetary or otherwise, as may be appropriate for any non-compliance.

## Business Associate Agreements

7.      Except for business associate agreements (within the meaning of the HIPAA regulations) entered into by a party or a party's legal counsel for purposes of satisfying the requirements of paragraph No. 6 of this Order, the uses and disclosures of PHI authorized under this Order are separate from, and not to be deemed subject to, any business associate agreement that has been or will be executed by any party, any party's legal counsel, or any disclosing person or entity.  No use or disclosure made pursuant to

this Order shall be deemed to require execution a business associate agreement (within the meaning of the HIPAA regulations). The intent of this Order is that the uses and disclosures made pursuant to it should not be subject to such business associate agreements, or to any requirement for such agreements under the HIPAA regulations. Such agreements should be construed as inapplicable to any uses or disclosures made pursuant to this Order and, therefore, as limited only to uses and disclosures of PHI outside of this Order.

8.    Unless a motion for enforcement of this Order has been filed in this case and remains pending at the time, this Order shall expire upon the conclusion of this litigation by any dismissal or by final judgment, through and including all appellate proceedings unless the time for commencing such proceedings has expired without an appeal.

9.    This order is self-executing without need of further order of the Court, and it is effective upon entry.

10.   A copy of this order shall be valid as an original.

**DONE and ORDERED** at Fort Lauderdale, Broward County, Florida on this day of_____, 2015.

_____
CIRCUIT JUDGE

cc:    Daniel L. Losey, Esq.
       Oscar Syger, Esq.

7

Filing # 52972903 E-Filed 02/24/2017 04:43:49 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

     Plaintiff,

vs.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

## PLAINTIFF'S NOTICE OF SERVICE OF
## EXPERT WITNESS INTERROGATORIES TO DEFENDANTS

Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, propounds one set of
Interrogatories to Defendants, SCOTT ISREAL, as sheriff of the BROWARD COUNTY
SHERRIFF'S OFFICE and PAUL YESBECK pursuant to Fla. Civ. P. 1.280, numbered 1
through 7 are to be answered on or before the time prescribed by the aforementioned rule.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished
VIA E-MAIL this 24th day of June 2017, to KELLEY KRONENBERG; DANIEL L LOSEY,
ESQ. at dlosey@kelleykronenberg.com and colschewske@kelleykronenberg.com and I
electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts
eFiling Portal.

     Respectfully submitted,

     LAW OFFICES OF OSCAR SYGER, P.A.
     Attorney for Plaintiffs
     9000 Sheridan Street, Suite 151
     Pembroke Pines, Florida  33024
     Tel. No.: (954) 862-2205
     Fax No.:  (954) 862-2206

     By: Oscar Syger_____
        OSCAR SYGER, ESQUIRE

## EXPERT WITNESS INTERROGATORIES

1.      State the name, address and profession of each person whom you expect to call as an expert witness at trial.

2.      With regard to each expert listed above, state his/her background, education and experience which qualifies him/her to testify as an expert.

3.      Give the name or title of each paper which each expert has authored in the area of his/her expertise.

4.      State the name, volume and page number of the publication in which each article or paper listed above can be found.

5.      State the substance of the facts to which each expert listed above is expected to testify.

6.      State the opinion to which each expert listed above is expected to testify.

7.    Give a summary of the grounds or basis for each opinion stated above.

_____

STATE OF _____      )
                         : ss.
COUNTY OF BROWARD   )

      BEFORE   ME,   the   undersigned   authority,   personally   appeared _____, who after being first duly sworn, and from his/her/their own personal knowledge, deposes and says that the answers to these interrogatories are true and correct.

      SWORN TO AND SUBSCRIBED before me on this _____ day of _____, 2014.


_____
NOTARY PUBLIC

My Commission Expires:

Filing # 65307767 E-Filed 12/12/2017 05:16:56 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## PLAINTIFFS' EXPERT REQUEST FOR PRODUCTION TO DEFENDANT

     Plaintiff, ROCHENEL SILAS, pursuant to Rule 1.350 of the Florida Rules of Civil
Procedure, Requests the Defendants, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY
SHERIFFS OFFICE and PAUL YESBECK, to produce for inspection and copying (translated
by or put into reasonably useable form by the addressee) the following documents within the
time specified in the aforementioned Rule, at the offices of the undersigned counsel:

1. Curriculum Vitae for each expert listed on your witness disclosure or whom you have
   retained.

2. Reports, correspondence, invoices, bills, statements, documents and materials relative
   to this lawsuit received by Defendant or Defendant's counsel from each expert listed
   on your witness disclosure or from any expert you have retained.

3. Reports, correspondence, documents, and materials relative to this lawsuit sent or
   transmitted to each expert listed on your witness disclosure or retained by you, by
   Defendant's counsel, Defendant, or any other person on the Defendant's behalf.

4. A complete copy of the files maintained by each expert listed on your witness
   disclosure or retained by you, relative to the subject lawsuit, including all documents
   and materials created by each expert, received by or transmitted to each expert and
   upon which each expert relies for his or her respective opinions.

5. Copies of all witness statements, written or recorded, which each expert has examined in connection with this case.

6. Any drawings, graphs, charts, illustration, or plans prepared by each expert in connection with this matter.

7. All photographs, DVDs, and videotapes reviewed or taken by each expert in connection with this case.

8. Copies of any and all notices, calculations, or other data prepared by each expert in formulating their opinions with this case.

9. Reports of other experts which each expert has read in formulating any opinions in connection with this case.

10. Any other documents in writing, photographs, objects or information of any kind or description which each expert has reviewed in formulating their opinions or which each expert contends supports their opinions in connection with this case.

11. All documents each expert reviewed, referred to or relied upon in arriving at any of his or her opinions or conclusions concerning the issues involved in this case, including but not limited to all scientific and technical articles, publications codes, standards and other literature.

12. Copies of any correspondence written by each expert or received from others with whom each expert has consulted in connection with this case.

13. Office records indicating time spent on each expert's undertaking and hourly charges therefore in connection with this case.

14. Any publications, treaties, manuals, textbooks, or other documents used as a reference by each expert in connection with this case or considered authoritative by each expert in support of his or her opinions.

15. Any memoranda reviewed which was prepared by the Defendant's attorneys engaging each expert, investigator, paralegal, or adjuster in connection with this case.

16. All models, illustrations, photographs or other exhibits or documents of any kind which each expert intends or contemplates using to explain, illustrate or support his or her testimony at trial.

17. Please provide copies of any multimedia presentations, regardless of format, (i.e. Microsoft PowerPoint, "Presentations" by Corel, etc.) which you intend to utilize at the time of trial.

18. Please provide any and all materials, including DVD's video recordings, documents exhibits, deposition transcripts, medical/ articles/medical literature/learned treatises, prior trial testimony, any and all case law and/or published opinions in any jurisdiction in the United States, or other evidence, reasonably expected or intended to be used at trial for witness impeachment, pursuant to *Northup v. Acken*, 865 So. 2d 1267 (Fla. 2004).

19. A current list of all depositions or trial testimony given for the last three years for each expert witness you intend to or reasonably expect to call at trial.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 12 day of December 2017, to KELLEY KRONENBERG; Louis Reinstein, Esq. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By  *Oscar Syger*
     OSCAR SYGER, ESQUIRE
     FBN. 381373

Filing # 43325391 E-Filed 06/28/2016 02:53:49 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## NOTICE OF UNAVAILABILITY

    Plaintiff, ROCHENEL SILAS and his wife MARIDA SILAS hereby files this Notice of Unavailability and states that the undersigned will be unavailable from **August 5th, 2016 through August 17th, 2016** and respectfully requests that no hearings, depositions, etc., be scheduled during the aforementioned dates. In addition, the undersigned respectfully requests that no pleadings requiring immediate or urgent responses be filed during the aforementioned time frame.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 28th day of June 2016, to KELLEY KRONENBERG; DANIEL L LOSEY, ESQ. at dlosey@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

              Respectfully submitted,

              LAW OFFICES OF OSCAR SYGER, P.A.
              Attorney for Plaintiff

Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
    OSCAR SYGER, ESQUIRE
    FBN. 381373

Filing # 66036340 E-Filed 01/03/2018 12:52:40 PM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT SCOTT ISRAEL'S REQUEST TO PRODUCE
## TO PLAINTIFF ROCHENEL SILAS

Defendant, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, request the Plaintiff ROCHENEL SILAS to produce the following documents, or copies thereof, within thirty (30) days of the service of this Request, at the office of the Defendant's attorney, the following:

      1.    Copies of income tax returns for the four (4) years prior to the incident (2007, 2008, 2009, 2010) through to the current year (2011, 2012, 2013, 2014, 2015, 2016), together with a record of earnings to date in the current year.

      2.    All clinical records pertaining to medical examinations or treatments administered to Plaintiff because of the allegations involved in this lawsuit.

      3.    All medical reports prepared by Plaintiff's treating and examining physicians relating to injuries or conditions believed to be caused by the allegations involved in this lawsuit.

1

4.     All medical and therapy bills of any kind incurred as a result of the allegations involved in this lawsuit.

5.     All documents reflecting expenses, other than medical expenses, incurred as a result of the allegations involved in this lawsuit.

6.     Any and all billing statements, account summaries and/or any other documentation reflecting credit card activity for any and all credits cards issued in the name of the Plaintiffs or utilized by the Plaintiffs, for the past eight (8) years.

7.     All statements of witnesses relating to facts or issues involved in this lawsuit.

8.     All photographs and/or video tapes depicting Plaintiff's injuries (*please indicate the date the photographs were taken).

9.     All photographs, video tapes, charts, diagrams, documents, and other physical evidence that Plaintiffs intend to use at the time of trial.

10.     All photographs and/or video tapes of the scene where the incident took place.

11.     All documents created by Plaintiffs, their agents or employees, relating to any issue in this lawsuit or that Plaintiffs intend to use at the time of trial.

12.     All reports pertaining to any issue involved in this lawsuit of expert witnesses who will testify at trial.

13.     All settlement agreements and Mary Carter agreements entered into with any person or entity with respect to the same injuries involved in this lawsuit.

14.     Copies of all insurance policies providing any type of insurance under which benefits would be paid or payable in connection with medical and other expenses and lost wages occasioned as a result of the subject accident.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2018, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax:  954/862-2206
051698@msn.com

Kelley Kronenberg
Attorneys for Defendants
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

3

Filing # 66036340 E-Filed 01/03/2018 12:52:40 PM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

### DEFENDANT ISRAEL'S NOTICE OF SERVICE OF LOSS OF CONSORTIUM INTERROGATORIES TO PLAINTIFF MARIDA SILAS

      Defendant, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Loss of Consortium Interrogatories to Plaintiff Marida Silas.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 3rd day of January, 2018, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax: 954/862-2206
051698@msn.com

Kelley Kronenberg
Attorneys for Defendants
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
    LOUIS REINSTEIN
    Florida Bar No. 26852
    lreinstein@kklaw.com

Filing # 66036340 E-Filed 01/03/2018 12:52:40 PM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.
_____/

## DEFENDANTS' NOTICE OF
## SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

     Defendant, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFF'S
OFFICE, by and through undersigned counsel, pursuant to Florida Rule of Civil
Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel
Silas.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 3rd day of January, 2018, I electronically filed
the foregoing with the Clerk of the Court, and a true and correct copy was furnished via
email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax:  954/862-2206
051698@msn.com

Kelley Kronenberg
Attorneys for Defendants
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
      LOUIS REINSTEIN
      Florida Bar No. 26852
      lreinstein@kklaw.com

Filing # 66060475 E-Filed 01/03/2018 04:21:04 PM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION
## OF E-MAIL ADDRESSES

      PLEASE BE ADVISED that the undersigned counsel hereby enters his Notice of

Appearance as counsel on behalf of the Defendants, SCOTT ISRAEL, as sheriff of the

BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, and further directs

that all pleadings, correspondence, etc., be sent to him at his address listed below.

      Pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), the

undersigned attorney hereby designates the following primary and secondary e-mail

addresses for the purpose of service of pleadings and other papers in this case:

      lreinstein@kklaw.com
      colschewske@kklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2018, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax:  954/862-2206
051698@msn.com

Kelley Kronenberg
Attorneys for Defs
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970; Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

Filing # 30329496 E-Filed 07/31/2015 11:04:39 AM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER AND ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION

COME NOW Defendants, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, by and through their undersigned counsel, and move this Honorable Court for entry of a Qualified Protective Order and Order to Disclose Protected Health Information pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and 45 C.F.R. § 164.512(e)(1), and as grounds therefore, states as follows:

1.    Plaintiff or plaintiffs in this action have alleged damages which place at issue, or which are reasonably anticipated to become at issue, certain protected health information ("PHI") within the meaning of the privacy regulations promulgated under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

2.    Generally speaking, HIPAA provides more wide-ranging privacy protection

1

for protected health information than previously existed under Florida law.  Accordingly, it prohibits the disclosure or use of any person's PHI in litigation or other proceeding unless satisfactory safeguards are in place to limit the use and disclosure of the PHI. *See* 45 C.F.R. § 164.512(e).

3.        Accordingly, 45 C.F.R. §164.512(e)(1)(ii)(B) provides that HIPAA's privacy standards are satisfied by, *inter alia*, by issuing a subpoena accompanied by a HIPAA "Qualified Protective Order".    HIPAA further provides in 45 C.F.R. §164.512(e)(1)(v) that such order must:

> (1)     prohibit the parties from using or disclosing the PHI for any purpose other than the subject litigation; and

> (2)     require that the PHI (including all copies made) be destroyed, or returned to the health care provider from whom the PHI was obtained, at the conclusion of the litigation.

4.        Defendants therefore request that this Court enter a HIPAA Qualified Protective Order to enable the parties to issue subpoenas to medical providers and others in possession of Plaintiff's PHI in accordance with HIPAA's requirements.

5.        In addition, because no subpoena is involved, the regulations of HIPAA make no specific provision to allow a party or a party's counsel who receives PHI to re-disclose such records in response to a request for copies under rule 1.351 of the Florida Rules of Civil Procedure or in response to Interrogatories or a Request for Production under the Florida Rules of Civil Procedure.

6.        The regulations also make no express provision for persons duly noticed for deposition in this litigation, particularly parties who are not subject to a subpoena, to

2

use or disclose PHI in response to deposition questions or a duces tecum or to an expert.

7.      Furthermore, there is no express provision in HIPAA for disclosure or use of PHI at trial or in other judicial proceedings, including appeal or to persons necessarily involved in such proceedings or in preparing for such proceedings, including but not limited to: court reporter services, videography services, translation services, photocopy services, document management services, records management services, graphics services or other such litigation services, designated by a party or a party's legal counsel in this case (collectively "Litigation Services").

8.      Where there is no express provision, the HIPAA regulations provide generally under 45 C.F.R. § 164.512(3)(1)(i) that the Court may make additional orders to authorize use and disclosure of PHI.  Specifically, "[a] covered entity may disclose protected health information in the course of any judicial or administrative proceeding...[i]n response to an order of a court or administrative tribunal, provided that the covered entity discloses the protected health information expressly authorized by such order." Id.

9.      Defendants therefore request that the parties and their counsel be authorized and ordered to use and disclose protected health information that is the subject of this lawsuit to or with any of the following:  the party's experts concerning the case or claim; other parties and their counsel in response to requests for copies,

interrogatories, and requests for production; and in any judicial proceeding related to this litigation, including but not limited to trial and appeal.

10.     Further, without waiver of any other valid and timely objections or privileges of any party, witness, or deponent, Defendants request that all witnesses duly appearing at, or subpoenaed for, any judicial proceeding related to this litigation, including but not limited to trial, and all duly noticed deponents be similarly authorized and ordered to use and disclose protected health information of a party at such judicial proceeding or deposition, as well as with, before, or to, any Litigation Services designated by a party.

11.     Significantly, THE PROPOSED ORDER DOES NOT AUTHORIZE ANY DISCLOSURE OR DISCOVERY OUTSIDE OF THE ESTABLISHED DISCOVERY PROCEDURES AND RULES, INCLUDING THE RIGHT TO OBJECT TIMELY TO THIRD-PARTY SUBPOENAS FOR PRODUCTION. Therefore, it gives no substantive right to seek information outside the established discovery channels and procedures of this litigation.   It simply accommodates such established procedures with HIPAA's mechanisms for discovery, testimony, and subpoenas in judicial proceedings.

WHEREFORE, Defendants, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, respectfully request that this Court enter a HIPAA Qualified Protective Order and Order to Disclose Protected Health Information substantially in the form attached as Exhibit "A" to this motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of July, 2015, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax: 954/862-2206

Kelley Kronenberg
Counsel for Defs
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970; Fax: 954-381-1988
Florida Bar No. 064092
E-Mail: dlosey@kelleykronenberg.com

By: /s/ Daniel L. Losey
        Daniel L. Losey

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

### HIPAA QUALIFIED PROTECTIVE ORDER AND
### ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION

THIS CAUSE having come on before the Court on Defendants, SCOTT ISRAEL,

as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK'S,

Motion for HIPAA Qualified Protective Order and Order to Disclose Protected Health

Information, and the Court being otherwise duly advised it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Said Motion be and the same is **GRANTED**.

### HIPAA Qualified Protective Order

2.    In accordance with the requirements of the regulations promulgated under

the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), specifically

45 C.F.R. §§ 164.512(e)(1)(ii)(B) & (v), the Court hereby institutes a **HIPAA QUALIFIED**

**EXHIBIT "A"**

**PROTECTIVE ORDER**, as that term is defined in the foregoing regulations, and requires for information obtained by subpoena that all parties be:

    (1)    prohibited from using or disclosing protected health information ("PHI") for any purpose other than the litigation of the above-styled lawsuit; and

    (2)    required to return to the disclosing entity or destroy the PHI (including all copies made) at the conclusion of the litigation of the above-styled lawsuit. ("Conclusion" is not defined by HIPAA but should be understood to include the time for any records retention requirements and statute of limitations applicable to a party or a party's counsel; "Litigation" is not defined by HIPAA but should be understood to include all appellate proceedings at any level or the expiration of the time to commence such further appellate proceedings without appeal).

Based upon this **HIPAA QUALIFIED PROTECTIVE ORDER** and commencing immediately from the date of this Order, all persons, including but not limited to physicians and other medical providers, shall **COMPLY** with, and are hereby **AUTHORIZED** and **ORDERED** to use or disclose PHI in response to, any and all subpoenas for records without deposition (under Fed. R. Civ. P. 45) to which no objection has been timely filed and any and all other subpoenas served upon them at any time in the course of this litigation. This **HIPAA QUALIFIED PROTECTIVE ORDER** applies only to PHI received pursuant to subpoena in the above-styled litigation and does not apply to information obtained in any other manner such as by a plaintiff's own request or authorization.

### Interrogatories, Requests for Production, Requests for Copies & Expert Communications

3.      In addition to the foregoing, pursuant to 45 C.F.R. § 164.512(e)(1)(i) and

for purposes of compliance HIPAA, without waiver of any right to prepayment of costs or

any other appropriate objection or privilege that may be timely asserted, the attorneys,

employees, agents, and designees of each party or each party's legal counsel in this

case, including but not limited to the law firm of <u>KELLEY KRONENBERG</u>,  are expressly

and specifically **AUTHORIZED** and **ORDERED** to:

 (a)     respond to valid Requests for Production or Interrogatories served
pursuant to the Federal Rules of Civil Procedure in the above-styled claim
or litigation seeking protected health information;

(b)     respond to valid and timely Requests for Copies served pursuant to
the Federal Rules of Civil Procedure in the above-styled claim or litigation
for production of documents and things without deposition concerning
protected health information; and

(c)     respond to each one of a party's own expert(s) who requests, either
orally or in writing, protected health information for purposes of reviewing
the above-styled claim or litigation in whole or in part, whether the expert
is a consulting or trial expert, and whether the expert is considered
retained for compensation or non-retained,

by disclosing and providing such requested protected health information.  In compliance

with both HIPAA regulations and any applicable state law not pre-empted by HIPAA, the

authorization and order set forth in this paragraph expressly includes protected health

information concerning psychological and mental health records, disability status and

records, substance abuse and treatment history, and HIV status, as well as records

concerning other sexually transmitted diseases if so requested.  The command of the

Court in this paragraph is a separate authorization for use or disclosure of protected

health information that is in addition to, and potentially inclusive of, the use and

disclosures authorized under the HIPAA Qualified Protective Order set forth in paragraph No. 2 above. Violation of this Order may subject the non-compliant party, or party's counsel to sanctions, including but not limited to the costs and attorney's fees attributable to such non-compliance, the striking of evidence or testimony, or the striking of the party's claims or defenses.

### Depositions

4.      In addition to the foregoing, pursuant to 45 C.F.R. § 164.512(e)(1)(i) and for purposes of compliance HIPAA, without waiver of any right to prepayment of costs, fees, and expenses, or any other appropriate objection or privilege that may be timely asserted, each deponent duly noticed for deposition in the above-styled litigation, including but not limited to a party, a fact witness, a records custodian, an expert, a treater, or a health care provider of any type, is expressly and specifically **AUTHORIZED** and **ORDERED** to use or to disclose to the attorneys, employees, agents, and designees of each party or each party's legal counsel in this case, including but not limited to the law firm of KELLEY KRONENBERG, the protected health information of a party that is responsive to deposition questions or a valid duces tecum at such duly noticed deposition in the above-styled litigation. In compliance with both HIPAA regulations and any applicable state law not pre-empted by HIPAA, the authorization and order set forth in this paragraph, expressly includes protected health information concerning psychological and mental health records, disability status and records, substance abuse and treatment history, and HIV status, as well as records concerning other sexually transmitted diseases. The command of the Court in this paragraph is a separate authorization for use or disclosure protected health information

that is in addition to, and potentially inclusive of, the use and disclosures authorized under the HIPAA Qualified Protective Order set forth in paragraph No. 2 above. Violation of this Order may subject the non-compliant deponent, party, or party's counsel to sanctions, including but not limited to the costs and attorney's fees attributable to such non-compliance, the striking of the non-compliant deponent's testimony or other evidence, or the striking of the non-compliant party's claims or defenses.

### Judicial Proceedings

5.      In addition to the foregoing, pursuant to 45 C.F.R. § 164.512(e)(1)(i) and for purposes of compliance HIPAA, without waiver of any right to prepayment of costs, fees, and expenses or any other appropriate objection or privilege that may be timely asserted, all witnesses duly appearing at, or subpoenaed for, any judicial proceeding related to this litigation, including but not limited to trial, are specifically and expressly **AUTHORIZED** and **ORDERED** to use and disclose the PHI of a party in any form at such judicial proceeding.      In compliance with both HIPAA regulations and any applicable state law not pre-empted by HIPAA, the authorization and order set forth in this paragraph, expressly includes protected health information concerning psychological and mental health records, disability status and records, substance abuse and treatment history, and HIV status, as well as records concerning other sexually transmitted diseases.   The command of the Court in this paragraph is a separate authorization for use or disclosure protected health information that is in addition to, and potentially inclusive of, the use and disclosures authorized under the HIPAA Qualified Protective Order set forth in paragraph No. 2 above.

**Court Reporter, Photocopying & Other Designated Service Providers of a Party**

6.     Pursuant to 45 C.F.R. § 164.512(e)(1)(i) and in compliance with HIPAA, but without waiver of any right to prepayment of costs or other appropriate objection or privilege that may be timely asserted, any person or entity authorized or ordered above to use or disclose PHI is expressly and specifically **AUTHORIZED** and **ORDERED** to do so with, to, or before any court reporter service, videography service, translation service, photocopy service, document management service, records management service, graphics service or other such litigation service, designated by a party or a party's legal counsel in this case, including but not limited to the law firm of KELLEY KRONENBERG. The protections and requirements of paragraph No. 2 above specifically apply to any such service so designated. Each party or the party's legal counsel is charged with giving notice of the obligations imposed by this Order to any such service the party or counsel so designates and further charged with obtaining advance consent of such service to comply fully with this paragraph. Upon such consent, the service will be deemed to have voluntarily submitted to the Court's jurisdiction during the pendency of this litigation for purposes of enforcement of this paragraph, including but not limited to the imposition of such sanctions, monetary or otherwise, as may be appropriate for any non-compliance.

**Business Associate Agreements**

7.     Except for business associate agreements (within the meaning of the HIPAA regulations) entered into by a party or a party's legal counsel for purposes of satisfying the requirements of paragraph No. 6 of this Order, the uses and disclosures of PHI authorized under this Order are separate from, and not to be deemed subject to,

any business associate agreement that has been or will be executed by any party, any party's legal counsel, or any disclosing person or entity.  No use or disclosure made pursuant to this Order shall be deemed to require execution a business associate agreement (within the meaning of the HIPAA regulations).  The intent of this Order is that the uses and disclosures made pursuant to it should not be subject to such business associate agreements, or to any requirement for such agreements under the HIPAA regulations.  Such agreements should be construed as inapplicable to any uses or disclosures made pursuant to this Order and, therefore, as limited only to uses and disclosures of PHI outside of this Order.

8.     Unless a motion for enforcement of this Order has been filed in this case and remains pending at the time, this Order shall expire upon the conclusion of this litigation by any dismissal or by final judgment, through and including all appellate proceedings unless the time for commencing such proceedings has expired without an appeal.

9.     This order is self-executing without need of further order of the Court, and it is effective upon entry.

10.     A copy of this order shall be valid as an original.

**DONE and ORDERED** at Fort Lauderdale, Broward County, Florida on this day of_____, 2015.


_____
CIRCUIT JUDGE

cc:     Daniel L. Losey, Esq.
        Oscar Syger, Esq.

**** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 10/19/2015 3:33:32 PM.****

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## AGREED HIPAA QUALIFIED PROTECTIVE ORDER AND ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION

THIS CAUSE having come on before the Court on Defendants, SCOTT ISRAEL,

as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK'S,

Motion for HIPAA Qualified Protective Order and Order to Disclose Protected Health

Information, and the parties having agreed, and the Court being otherwise duly advised

in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Said Motion be and the same is **GRANTED**.

### HIPAA Qualified Protective Order

2.    In accordance with the requirements of the regulations promulgated under

the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), specifically 45

C.F.R. §§ 164.512(e)(1)(ii)(B) & (v), the Court hereby institutes a **HIPAA QUALIFIED**

1

**PROTECTIVE ORDER**, as that term is defined in the foregoing regulations, and requires for information obtained by subpoena that all parties be:

    (1)    prohibited from using or disclosing protected health information ("PHI") for any purpose other than the litigation of the above-styled lawsuit; and

    (2)    required to return to the disclosing entity or destroy the PHI (including all copies made) at the conclusion of the litigation of the above-styled lawsuit. ("Conclusion" is not defined by HIPAA but should be understood to include the time for any records retention requirements and statute of limitations applicable to a party or a party's counsel; "Litigation" is not defined by HIPAA but should be understood to include all appellate proceedings at any level or the expiration of the time to commence such further appellate proceedings without appeal).

Based upon this **HIPAA QUALIFIED PROTECTIVE ORDER** and commencing immediately from the date of this Order, all persons, including but not limited to physicians and other medical providers, shall **COMPLY** with, and are hereby **AUTHORIZED** and **ORDERED** to use or disclose PHI in response to, any and all subpoenas for records without deposition (under Fed. R. Civ. P. 45) to which no objection has been timely filed and any and all other subpoenas served upon them at any time in the course of this litigation. This **HIPAA QUALIFIED PROTECTIVE ORDER** applies only to PHI received pursuant to subpoena in the above-styled litigation and does not apply to information obtained in any other manner such as by a plaintiff's own request or authorization.

2

### Interrogatories, Requests for Production, Requests for Copies & Expert Communications

3.      In addition to the foregoing, pursuant to 45 C.F.R. § 164.512(e)(1)(i) and for

purposes of compliance HIPAA, without waiver of any right to prepayment of costs or any

other appropriate objection or privilege that may be timely asserted, the attorneys,

employees, agents, and designees of each party or each party's legal counsel in this

case, including but not limited to the law firm of KELLEY KRONENBERG,  are expressly

and specifically **AUTHORIZED** and **ORDERED** to:

(a)      respond to valid Requests for Production or Interrogatories served
pursuant to the Federal Rules of Civil Procedure in the above-styled claim
or litigation seeking protected health information;

(b)      respond to valid and timely Requests for Copies served pursuant to
the Federal Rules of Civil Procedure in the above-styled claim or litigation
for production of documents and things without deposition concerning
protected health information; and

(c)      respond to each one of a party's own expert(s) who requests, either
orally or in writing, protected health information for purposes of reviewing
the above-styled claim or litigation in whole or in part, whether the expert
is a consulting or trial expert, and whether the expert is considered
retained for compensation or non-retained,

by disclosing and providing such requested protected health information.  In compliance

with both HIPAA regulations and any applicable state law not pre-empted by HIPAA, the

authorization and order set forth in this paragraph expressly includes protected health

information concerning psychological and mental health records, disability status and

records, substance abuse and treatment history, and HIV status, as well as records

concerning other sexually transmitted diseases if so requested.  The command of the

Court in this paragraph is a separate authorization for use or disclosure of protected

health information that is in addition to, and potentially inclusive of, the use and

disclosures authorized under the HIPAA Qualified Protective Order set forth in paragraph No. 2 above. Violation of this Order may subject the non-compliant party, or party's counsel to sanctions, including but not limited to the costs and attorney's fees attributable to such non-compliance, the striking of evidence or testimony, or the striking of the party's claims or defenses.

### Depositions

4.      In addition to the foregoing, pursuant to 45 C.F.R. § 164.512(e)(1)(i) and for purposes of compliance HIPAA, without waiver of any right to prepayment of costs, fees, and expenses, or any other appropriate objection or privilege that may be timely asserted, each deponent duly noticed for deposition in the above-styled litigation, including but not limited to a party, a fact witness, a records custodian, an expert, a treater, or a health care provider of any type, is expressly and specifically **AUTHORIZED** and **ORDERED** to use or to disclose to the attorneys, employees, agents, and designees of each party or each party's legal counsel in this case, including but not limited to the law firm of KELLEY KRONENBERG, the protected health information of a party that is responsive to deposition questions or a valid duces tecum at such duly noticed deposition in the above-styled litigation. In compliance with both HIPAA regulations and any applicable state law not pre-empted by HIPAA, the authorization and order set forth in this paragraph, expressly includes protected health information concerning psychological and mental health records, disability status and records, substance abuse and treatment history, and HIV status, as well as records concerning other sexually transmitted diseases. The command of the Court in this paragraph is a separate authorization for use or disclosure protected health information that is in addition to, and potentially inclusive of, the use and

4

disclosures authorized under the HIPAA Qualified Protective Order set forth in paragraph No. 2 above. Violation of this Order may subject the non-compliant deponent, party, or party's counsel to sanctions, including but not limited to the costs and attorney's fees attributable to such non-compliance, the striking of the non-compliant deponent's testimony or other evidence, or the striking of the non-compliant party's claims or defenses.

## Judicial Proceedings

5.      In addition to the foregoing, pursuant to 45 C.F.R. § 164.512(e)(1)(i) and for purposes of compliance HIPAA, without waiver of any right to prepayment of costs, fees, and expenses or any other appropriate objection or privilege that may be timely asserted, all witnesses duly appearing at, or subpoenaed for, any judicial proceeding related to this litigation, including but not limited to trial, are specifically and expressly **AUTHORIZED** and **ORDERED** to use and disclose the PHI of a party in any form at such judicial proceeding.     In compliance with both HIPAA regulations and any applicable state law not pre-empted by HIPAA, the authorization and order set forth in this paragraph, expressly includes protected health information concerning psychological and mental health records, disability status and records, substance abuse and treatment history, and HIV status, as well as records concerning other sexually transmitted diseases.   The command of the Court in this paragraph is a separate authorization for use or disclosure protected health information that is in addition to, and potentially inclusive of, the use and disclosures authorized under the HIPAA Qualified Protective Order set forth in paragraph No. 2 above.

## Court Reporter, Photocopying & Other Designated Service Providers of a Party

5

6.      Pursuant to 45 C.F.R. § 164.512(e)(1)(i) and in compliance with HIPAA, but without waiver of any right to prepayment of costs or other appropriate objection or privilege that may be timely asserted, any person or entity authorized or ordered above to use or disclose PHI is expressly and specifically **AUTHORIZED** and **ORDERED** to do so with, to, or before any court reporter service, videography service, translation service, photocopy service, document management service, records management service, graphics service or other such litigation service, designated by a party or a party's legal counsel in this case, including but not limited to the law firm of KELLEY KRONENBERG. The protections and requirements of paragraph No. 2 above specifically apply to any such service so designated.  Each party or the party's legal counsel is charged with giving notice of the obligations imposed by this Order to any such service the party or counsel so designates and further charged with obtaining advance consent of such service to comply fully with this paragraph.  Upon such consent, the service will be deemed to have voluntarily submitted to the Court's jurisdiction during the pendency of this litigation for purposes of enforcement of this paragraph, including but not limited to the imposition of such sanctions, monetary or otherwise, as may be appropriate for any non-compliance.

## Business Associate Agreements

7.      Except for business associate agreements (within the meaning of the HIPAA regulations) entered into by a party or a party's legal counsel for purposes of satisfying the requirements of paragraph No. 6 of this Order, the uses and disclosures of PHI authorized under this Order are separate from, and not to be deemed subject to, any business associate agreement that has been or will be executed by any party, any party's legal counsel, or any disclosing person or entity.  No use or disclosure made pursuant to

this Order shall be deemed to require execution a business associate agreement (within the meaning of the HIPAA regulations). The intent of this Order is that the uses and disclosures made pursuant to it should not be subject to such business associate agreements, or to any requirement for such agreements under the HIPAA regulations. Such agreements should be construed as inapplicable to any uses or disclosures made pursuant to this Order and, therefore, as limited only to uses and disclosures of PHI outside of this Order.

8.    Unless a motion for enforcement of this Order has been filed in this case and remains pending at the time, this Order shall expire upon the conclusion of this litigation by any dismissal or by final judgment, through and including all appellate proceedings unless the time for commencing such proceedings has expired without an appeal.

9.    This order is self-executing without need of further order of the Court, and it is effective upon entry.

10.    A copy of this order shall be valid as an original.

**DONE and ORDERED** at Fort Lauderdale, Broward County, Florida on this *19* day of_____*Oct*_____, 2015.

_____
CIRCUIT JUDGE

cc:    Daniel L. Losey, Esq.
        Oscar Syger, Esq.

7

Filing # 31613022 E-Filed 09/02/2015 11:29:47 AM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## NOTICE OF HEARING

TO:    All counsel listed in the Certificate of Service

      YOU ARE HEREBY NOTIFIED that we shall call up for hearing before the **Honorable John B. Bowman,** one of the Judges of the above styled Court, in Chambers, at the Broward County Courthouse, 201 S.E. 6th Street, **Room 910-A,** Fort Lauderdale, Florida, on **Tuesday, the 29th day of September, 2015 at 8:45 a.m.,** or as soon thereafter as may be heard on:

### DEFENDANTS' MOITON FOR HIPAA QUALIFIED PROTECTIVE ORDER AND ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION

      WE HEREBY FURTHER CERTIFY that a bona fide effort to agree upon a stipulated order was made prior to noticing this matter for hearing.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2015, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax: 954/862-2206
051698@msn.com

Kelley Kronenberg
Counsel for Defs
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970; Fax: 954-381-1988
Florida Bar No. 064092
E-Mail: dlosey@kelleykronenberg.com

By: /s/ Daniel L. Losey
    Daniel L. Losey

2

# 17th Judicial Circuit

**Case Schedule Receipt:**

| | |
|---|---|
| Sequence Number: | 9 |
| Judge Name: | Bowman, John B. |
| Case Number: | CACE15004358 |
| Schedule Date: | 09/29/2015 |
| Scheduling Attorney Name: | Daniel, Losey, Lee |
| Motion Title: | DEFENDANTS' MOTION FOR QUALIFIED PROTECTIVE ORDER AND ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION. |
| Case Entry Date: | 2015-08-31 15:46:52.207 |

Back     Print

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## ORDER ON DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SEPTEMBER 7, 2018 ORDER TO COMPEL AND MOTION TO STRIKE PLAINTIFF'S MOTION FOR EXTENSION OF TIME

    **THIS CAUSE** having come before the Court on counsel for Defendants SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, and PAUL YESBECK'S Motion to Compel Compliance with September 7, 2018 Order and Motion to Strike Plaintiff's Motion for Extension of Time, and the Court having heard argument of counsel, and being otherwise advised in the Premises, it is hereupon,

    **ORDERED AND ADJUDGED** that Defendants Motion to Compel Compliance with the September 7, 2018 Order to Compel and Motion to Strike Plaintiff's Motion for Extension of Time is hereby granted by agreement. Plaintiff shall produce all documents and verified responses by October 15, 2018 without any further extension. Plaintiff shall pay Defendants $500 ⁰⁰ in sanction to accompany discovery as well as court reporter fees.

    **DONE AND ORDERED** in Broward County, Florida, this 8th day of October, 2018.

Failure to comply with any term of this Order may result in dismissal as a sanction for continued failure to comply with Court's Order.

HONORABLE JOHN B. BOWMAN
CIRCUIT JUDGE

Copies furnished to:
Louis Reinstein, Esq., lreinstein@kklaw.com
Oscar Syger, Esq., 051698@msn.com; secretaryofoscarsyger@gmail.com

Filing # 78255581 E-Filed 09/21/2018 02:52:22 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

**<u>DEFENDANTS ISRAEL AND YESBECK'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME; MOTION TO COMPEL COMPLIANCE WITH SEPTEMBER 7, 2018 ORDER TO COMPEL; AND MOTION TO STRIKE PLAINTIFFS' MOTION FOR EXTENSION OF TIME</u>**

      Defendants, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, by and through their undersigned counsel, hereby file their Response to Plaintiff's Motion for Extension of Time, Motion to Compel Compliance with the September 7, 2018 Ex-Parte Order on Motion to Compel, and Motion to Strike Plaintiff's Motion for Extension of Time, and in support states:

      1.    On September 7, 2018, this Court entered an Ex-Parte Order on Defendants' Motion to Compel Plaintiffs Response to Requests to Produce and Answers to Loss of Consortium Interrogatories propounded on January 3, 2018 which required Plaintiff to provided discovery responses within ten (10) days or risk sanctions being imposed.

1

2.     The Ex-Parte Order was only filed after the exchange of multiple correspondences and informal extensions given to Plaintiff. (The correspondence between counsel is available if the Court wishes to review it.)

3.     Subsequent to the entry of the September 7, 2018 Order, instead of Plaintiff contacting undersigned counsel requesting the additional time, Plaintiff filed a Motion for Extension of Time to Comply with the Ex-Parte Order on September 18, 2018. Defendants seek to strike this Motion as it does not contain a good faith certificate and there was no effort by Plaintiff's counsel to communicate the requested relief prior to filing the Motion. In response, Defendants also state that Plaintiffs have not put forth a good cause for the untimeliness of the responses to discovery propounded in January.

4.     The discovery responses were initially due on or before February 3, 2018. Pursuant to the Court's Order, Plaintiff was given until September 17, 2018. Plaintiff now asks for ten additional days making all discovery due on September 27, 2018.

5.     While "other commitments" may be a reasonable basis for the need for additional time to complete discovery and would have been granted by Defendants as it has in the past and will be if needed, such a vague response does not establish good cause nor explain the delay since January. Without any communication from Plaintiff's counsel, Defendants have had no other choice but seek the Court's assistance.

6.     While counsel recognizes that there may not be a hearing on this matter before September 27, 2018, Defendants ask the Court for their fees and any costs for the necessity of drafting the Ex-Parte Motion and this Motion and if any Hearing may be necessary.

7.     In addition, if no complete and verified discovery is provided by Plaintiffs to Defendants by October 5, 2018, the Defendants seek for the Court to strike Plaintiffs' pleadings.

WHEREFORE, for all of the reasons stated above, Defendants, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, respectfully ask this Honorable Court for entry of an Order enforcing its September 7, 2018 Order and imposing discovery sanctions, and also compelling all discovery to be produced and verified by October 5, 2018 or else the Court will strike Plaintiff's pleadings without any further Hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2015, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 151, Pembroke Pines, FL 33024, 954/862-2205, Fax:  954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

Filing # 78569972 E-Filed 09/28/2018 09:26:43 AM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO:  15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

**<u>NOTICE OF HEARING</u>**

TO:   All counsel listed in the Certificate of Service

      YOU ARE HEREBY NOTIFIED that we shall call up for hearing before the **Honorable John B. Bowman,** one of the Judges of the above styled Court, in Chambers, at the Broward County Courthouse, 201 S.E. 6th Street, **Room 15135,** Fort Lauderdale, Florida, on **Monday, the 8th day of October, 2018 at 8:45 a.m.,** or as soon thereafter as may be heard on:

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME; MOTION TO COMPEL COMPLIANCE WITH SEPTEMBER 7, 2018 ORDER TO COMP; AND MOTION TO STRIKE PLAINTIFF'S MOTION FOR EXTENSION OF TIME.**

      WE HEREBY FURTHER CERTIFY that a bona fide effort to agree upon a stipulated order was made prior to noticing this matter for hearing.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 151, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

> Kelley Kronenberg
> Attorneys for Defendants
> 8201 Peters, Road, Suite 4000
> Fort Lauderdale, Florida 33324
> Tel: 954-370-9970
> Fax: 954-333-3763
>
> By: /s/ *Louis Reinstein*
>     LOUIS REINSTEIN
>     Florida Bar No. 26852
>     lreinstein@kklaw.com

2

Filing # 79323605 E-Filed 10/15/2018 12:17:17 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

        Plaintiff,

vs.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

        Defendants,

_____/

## **PLAINTIFF, ROCHENEL SILAS, RESPONSE TO DEFENDANT, SCOTT ISRAEL AS SHERIFF OF THE BROWARD COUNTY SHERIFFS OFFICE, REQUEST TO PRODUCE**

Plaintiff, ROCHENEL SILAS (hereinafter Silas), pursuant to Fla. R. Civ. P. 1.350 files his Response to Defendant, Scott Israel, as Sheriff of the Broward County Sheriffs Office, Request to Produce with a date of service of January 3, 2018 and state as follow:

1. Plaintiff withdraws its claim for lost wages and for loss of income earning capacity. Therefore, the documents requested in Paragraph are not provided as the documents are not reasonably calculated to lead to admissible evidence.

2. The only medical records and or clinical records in the Plaintiff's possession are 38 pages of medical records (but not medical bills) of Emergency Room care furnished by Broward Health on 4/7/11. These records were delivered via facsimile on October 12, 2018 to Defendant's counsel.

3. Please see response to Paragraph # 2

4. None in Plaintiff's possession, custody or control

5. None

6. Objection. Overbreadth (eight years) and the request for credit card documents over the eight years preceding January 3, 2018 is not reasonably calculated to lead to admissible evidence.

7. None

8. None

9. This has not yet been determined

10. The photographs taken of the scene by Plaintiff's counsel in 2015 are available for inspection of Plaintiff's counsel's then cell phone. The cell phone has malfunctioned since approximately February 27, 2017. The photographs cannot be forwarded and can be viewed only from the cell phone. Plaintiff will permit defense counsel to take photographs of the scene of the subject event, which is the front of Plaintiffs' home, on reasonable notice and at a mutually agreeable time. This offer of entry on to land is in addition to viewing the photographs on Plaintiffs' counsel's cell phone.

11. None at this time

12. None at this time

13. None

14. These insurance policies are not presently in Plaintiff's possession. Plaintiff has requested these documents and will provide same to Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 15 day of October 2018, to KELLEY KRONENBERG; Louis Reinstein, Esq. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,
LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By__*Oscar Syger*_____
OSCAR SYGER, ESQUIRE
 FBN. 381373

Filing # 79592433 E-Filed 10/19/2018 01:14:50 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife          CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

          Plaintiff,

vs.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

          Defendants,

_____/

## PLAINTIFF, ROCHENEL SILAS, NOTICE OF SERVING SUPPLEMENTAL RESPONSES TO DEFENDANT, SCOTT ISRAEL AS SHERIFF OF THE BROWARD COUNTY SHERIFFS OFFICE, INTERROGATORIES

Plaintiffs, ROCHENEL SILAS (hereinafter Silas), pursuant to Florida Rule of Civil Procedure 1.340, gives notice of service of his Supplemental Answers to Interrogatories propounded by Defendant, Scott Israel, as Sheriff of the Broward County Sheriff's Office, on January 3, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 19 day of October 2018, to KELLEY KRONENBERG; Louis Reinstein, Esq. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,
LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By__Oscar Syger_____
OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 66369465 E-Filed 01/10/2018 02:52:57 PM

**IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA**

**CASE NO:  15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' NOTICE OF FILING ANSWERS TO PLAINTIFFS' EXPERT WITNESS INTERROGATORIES

COME NOW Defendants, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK by and through undersigned counsel, and hereby file their Answers to Plaintiffs' Expert Witness Interrogatories dated June 24, 2017, re-served on Defendants December 12, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2018, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

1

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax:  954/862-2206
051698@msn.com

Kelley Kronenberg
Attorneys for Defs
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970; Fax: 954-333-3763

By: */s/ Louis Reinstein*
    LOUIS REINSTEIN
    Florida Bar No. 26852
    lreinstein@kklaw.com

## DEFENDANTS' ANSWERS TO PLAINTIFFS' EXPERT WITNESS INTERROGATORIES DATED JUNE 24, 2017

1.  State the name, address and profession of each person whom you expect to call as an expert witness at trial.

   **RESPONSE:**
   None at this time.

2.  With regard to each expert listed above, state his/her background, education and experience which qualifies him/her to testify as an expert.

   **RESPONSE:**
   See Answer No. 1 above.

3.  Give the name or title of each paper which each expert has authored in the area of his/her expertise.

   **RESPONSE:**
   See Answer No. 1 above.

4.  State the name, volume and page number of the publication in which each article or paper listed above can be found.

   **RESPONSE:**
   See Answer No. 1 above.

5.  State the substance of the facts to which each expert listed above is expected to testify.

   **RESPONSE:**
   See Answer No. 1 above.

6.  State the opinion to which each expert listed above is expected to testify.

   **RESPONSE:**
   See Answer No. 1 above.

7.  Give a summary of the grounds or basis for each opinion stated above.

   **RESPONSE:**
   See Answer No. 1 above.

Filing # 66369465 E-Filed 01/10/2018 02:52:57 PM

**IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## <u>NOTICE OF FILING RESPONSES TO PLAINTIFFS' EXPERT REQUEST FOR PRODUCTION</u>

COME NOW the Defendant, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, by and through undersigned counsel, and hereby files their Responses to Plaintiffs' Expert Request for Production dated December 12, 2017, as follows:

    1.    Curriculum Vitae for each expert listed on your witness disclosure or whom you have retained.

    **<u>RESPONSE:</u>** None at this time.

    2.    Reports, correspondence, invoices, bills, statements, documents and materials relative to this lawsuit received by Defendant or Defendant's counsel from each expert listed on your witness disclosure or from any expert you have retained.

    **<u>RESPONSE:</u>** See Response to Request No. 1.

    3.    Reports, correspondence, documents and materials relative to this lawsuit sent or transmitted to each expert listed on your witness disclosure or retained by you, by Defendant's counsel, defendant, or any other person on the Defendant's behalf.

1

**RESPONSE:** See Response to Request No. 1.

4.      A complete copy of the files maintained by each expert listed on your witness disclosure or retained by you, relative to the subject lawsuit, including all documents and materials created by each expert, received by or transmitted to each expert and upon which each expert relies for his or her respective opinions.

**RESPONSE:** See Response to Request No. 1.

5.      Copies of all witness statements, written or recorded, which each expert has examined in connection with this case.

**RESPONSE:** See Response to Request No. 1.

6.      Any drawings, graphs, charts, illustration, or plans prepared by each expert in connection with this matter.

**RESPONSE:** See Response to Request No. 1.

7.      All photographs, DVDs, and videotapes reviewed or taken by each expert in connection this case.

**RESPONSE:** See Response to Request No. 1.

8.      Copies of any and all notices, calculations, or other data prepared by each expert in formulating their opinions with this case.

**RESPONSE:** See Response to Request No. 1.

9.      Reports of other experts which each expert has read in formulating any opinions in connection with this case.

**RESPONSE:** See Response to Request No. 1.

10.      Any other documents in writing, photographs, objects or information of any kind or description which each expert has reviewed in formulating their opinions or which each expert contends supports their opinions in connection with this case.

**RESPONSE:** See Response to Request No. 1.

11.      All documents each expert reviewed, referred to or relied upon in arriving at any of his or her opinions or conclusions concerning the issues involved in this case, including but not limited to all scientific and technical articles, publications codes, standards and other literature.

**RESPONSE:** See Response to Request No. 1.

12.     Copies of any correspondence written by each expert or received from others with whom each expert has consulted in connection with this case.

**RESPONSE:** See Response to Request No. 1.

13.     Office records indicating time spent on each expert's undertaking and hourly charges therefore in connection with this case.

**RESPONSE:** See Response to Request No. 1.

14.     Any publications, treaties, manuals, textbooks, or other documents used as a reference by each expert in connection with this case or considered authoritative by each expert in support of his or her opinions.

**RESPONSE:** See Response to Request No. 1.

15.     Any memoranda reviewed which was prepared by the Defendant's attorneys engaging each expert, investigator, paralegal, or adjuster in connection with this case.

**RESPONSE:** See Response to Request No. 1.

16.     All models, illustrations, photographs or other exhibits or documents of any kind which each expert intends or contemplates using to explain, illustrate or support his or her testimony at trial.

**RESPONSE:** See Response to Request No. 1.

17.     Please provide copies of any multimedia presentations, regardless of format, (i.e. Microsoft PowerPoint, "Presentations by Corel, etc.) which you intend to utilize at the time of trial.

**RESPONSE:** See Response to Request No. 1.

18.     Please provide any and all materials, including DVD's video recordings, documents exhibits, deposition transcripts, medical/ articles/medical literature/learned treatises, prior trial testimony, any and all case law and/or published opinions in any jurisdiction in the United States, or other evidence, reasonably expected or intended to be used at trial for witness impeachment, pursuant to *Northup v. Acken,* 865 So. 2d 1267 (Fla. 2004).

**RESPONSE:** See Response to Request No. 1.

19.     A current list of all depositions or trial testimony given for the last three years for each expert witness you intend to or reasonably expect to call at trial.

**RESPONSE:** See Response to Request No. 1.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2018, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax:  954/862-2206
051698@msn.com

Kelley Kronenberg
Attorneys for Defendants
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970; Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

4

Filing # 77584478 E-Filed 09/07/2018 12:28:32 PM

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO.  <u>CACE15004358</u>   DIVISION  <u>02</u>   JUDGE  <u>John Bowman</u>

**Rochenel Silas, et al**

Plaintiff(s) / Petitioner(s)

v.

**Broward County Sheriff's Office**

Defendant(s) / Respondent(s)

_____/

## <u>EX-PARTE ORDER ON MOTION TO COMPEL</u>

THIS CAUSE having come before the Court on Defendant SCOTT ISRAEL, as sheriff of the BROWARD COUNTY's Motion for Ex-Parte Order to Compel Plaintiffs, ROCHENEL SILAS' Response to Request to Produce and Answer to Interrogatories propounded on January 3, 2018, and MARIDA SILAS, to respond to Answers to Loss of Consortium Interrogatories propounded on January 3, 2018, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that based on a complete failure by Plaintiffs to respond to the discovery, pursuant to Local Rule 10A, Plaintiffs shall have ten (10) days from the date of the execution of this Order within which to respond to the aforesaid discovery or sanctions may be imposed as of ten (10) days from the date of execution.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on <u>09-07-2018</u>.

<p align="right">CACE15004358 09-07-2018 12:30 PM</p>

<p align="right"><u>CACE15004358 09-07-2018 12:30 PM</u></p>

<p align="right">Hon. John Bowman</p>

<p align="right"><b>CIRCUIT JUDGE</b></p>

<p align="right">Electronically Signed by John Bowman</p>

**Copies Furnished To:**

Louis Reinstein , Email : colschewske@kklaw.com

Louis Reinstein , Email : lreinstein@kelleykronenberg.com

Louis Reinstein , Email : lreinstein@kklaw.com

Oscar Syger , Email : secretaryofoscarsyger@gmail.com

CaseNo: CACE15004358
Page 2 of 2

Oscar Syger , Email : 051698@msn.com

Filing # 77531617 E-Filed 09/06/2018 02:44:03 PM

IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

        Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

        Defendants.

_____/

## DEFENDANTS' MOTION FOR EX PARTE ORDER TO COMPEL DISCOVERY

Defendant, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE'S, pursuant to Local Rule No. 10A(12) (March 5, 2018), shows the Court that this Defendant submitted to Plaintiff ROCHENEL SILAS a Request to Produce and Interrogatories propounded on January 3, 2018, and submitted to Plaintiff MARIDA SILAS a Loss of Consortium Interrogatories propounded on January 3, 2018. A copy of the discovery is attached hereto as Exhibit "A", Exhibit "B" and Exhibit "C" respectively. While Defendants have given Plaintiffs multiple courtesy extensions, there has been a complete failure to respond, object thereto, or request for an extension of time to so respond.

WHEREFORE, Defendant moves the Court for entry of an *ex parte* order requiring the Plaintiffs to respond to the aforesaid discovery pursuant to Local Rule 10A within ten (10) days of the execution of an Order on this Motion which shall also provide that sanctions may be imposed if discovery is not completed within ten (10) days from the date of execution of the Order.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax:  954/862-2206
051698@msn.com

Kelley Kronenberg
Attorneys for Defendants
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

2

**IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA**

**CASE NO:  15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT SCOTT ISRAEL'S REQUEST TO PRODUCE TO PLAINTIFF ROCHENEL SILAS

Defendant, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, request the Plaintiff ROCHENEL SILAS to produce the following documents, or copies thereof, within thirty (30) days of the service of this Request, at the office of the Defendant's attorney, the following:

      1.    Copies of income tax returns for the four (4) years prior to the incident (2007, 2008, 2009, 2010) through to the current year (2011, 2012, 2013, 2014, 2015, 2016), together with a record of earnings to date in the current year.

      2.    All clinical records pertaining to medical examinations or treatments administered to Plaintiff because of the allegations involved in this lawsuit.

      3.    All medical reports prepared by Plaintiff's treating and examining physicians relating to injuries or conditions believed to be caused by the allegations involved in this lawsuit.

Exhibit "A"

1

4.      All medical and therapy bills of any kind incurred as a result of the allegations involved in this lawsuit.

5.      All documents reflecting expenses, other than medical expenses, incurred as a result of the allegations involved in this lawsuit.

6.      Any and all billing statements, account summaries and/or any other documentation reflecting credit card activity for any and all credits cards issued in the name of the Plaintiffs or utilized by the Plaintiffs, for the past eight (8) years.

7.      All statements of witnesses relating to facts or issues involved in this lawsuit.

8.      All photographs and/or video tapes depicting Plaintiff's injuries (*please indicate the date the photographs were taken).

9.      All photographs, video tapes, charts, diagrams, documents, and other physical evidence that Plaintiffs intend to use at the time of trial.

10.     All photographs and/or video tapes of the scene where the incident took place.

11.     All documents created by Plaintiffs, their agents or employees, relating to any issue in this lawsuit or that Plaintiffs intend to use at the time of trial.

12.     All reports pertaining to any issue involved in this lawsuit of expert witnesses who will testify at trial.

13.     All settlement agreements and Mary Carter agreements entered into with any person or entity with respect to the same injuries involved in this lawsuit.

14.     Copies of all insurance policies providing any type of insurance under which benefits would be paid or payable in connection with medical and other expenses and lost wages occasioned as a result of the subject accident.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of January, 2018, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax:  954/862-2206
051698@msn.com

Kelley Kronenberg
Attorneys for Defendants
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

3

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' NOTICE OF
## SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

      Defendant, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel Silas.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 3rd day of January, 2018, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax: 954/862-2206
051698@msn.com

Exhibit "B"

Kelley Kronenberg
Attorneys for Defendants
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
    LOUIS REINSTEIN
    Florida Bar No. 26852
    lreinstein@kklaw.com

## INTERROGATORIES TO THE PLAINTIFF ROCHENEL SILAS

(If answering for another person or entity, answer with respect to that person or entity, unless otherwise stated.)

     1.    What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed? If assistance is needed, do you understand, speak, and write English to the extent that the English language is not a barrier to understanding and responding to these questions?

     2.    List all former names and when you were known by those names.  State all addresses where you have lived for the past 10 years, the dates you lived at each address, your social security number, your date of birth, and if you are or have ever been married, the name of your spouse or spouses and indicate children, if any, and their dates of birth.

     3.    Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law which you were convicted was punishable by death or imprisonment in excess of 1 year, or that involved dishonesty or a false statement regardless of the punishment?  If so, state as to each conviction the specific crime and the date and place of conviction regardless of whether in Florida, in the U.S.A., or in another country.

4.     Were you suffering from physical infirmity, disability or sickness at the time of the incident described in the Complaint?  If so, what was the nature of the infirmity, disability or sickness?

5.     Did you consume any alcoholic beverages or take any drugs or medications within 12 hours before the time of the incident described in the Complaint? If so, state the type and amount of alcoholic beverages, drugs, medications which were consumed, and when and where you consumed them.

6.     As you have claimed that you have "suffered bodily injury," "disability," and "disfigurement," describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and, as to any injuries you contend are permanent, the effects on you that you claim are permanent.

7.      List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred as a result of the incident described in the Complaint, giving for each item the date incurred, the name and business address of the person or entity to whom each was paid or is owed, and the goods or services for which each was incurred which includes, but it not limited to "expense of hospitalization, medical and nursing care and treatment" which are claimed in the Complaint.

8.      As you have claimed "lost income and loss of income earning capacity" in the Complaint, state the nature of the income in detail, benefits or earning capacity, and the amount and the method that you used in computing the amount and where you obtained all of this information providing the addresses of each business.

9.      Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories?  If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

10.     List the names and business addresses of each physician who has treated or examined you, including but not limited to medical doctors, non-medical doctors, chiropractors, psychologists, therapists of any kind, and each medical facility where you have received any treatment or examination of the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated.

11.     List the names and business addresses of all other physicians, medical facilities, or other health care providers by whom or at which you have been examined or treated in the past 10 years (other than those listed in Answer #10); and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

12.     List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues of this lawsuit; and specify the subject matter about which the witness has knowledge, also specify if the person was a witness to the incident and their location at the time of the incident.

13.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

14.     State the name and address of every person known to you, your agents, or your attorneys, who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

15.     Do you intend to call any expert witnesses at the trial of this case?  If so, state as to each such witness the name and business address of the witness, the witness' qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

16.    Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed, with a brief synopsis of the matter.

_____

ROCHENEL SILAS

STATE OF FLORIDA

COUNTY OF _____

BEFORE   ME,   the   undersigned   authority,   personally   appeared _____, who is personally known to me or has produced _____ as identification and who after first being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct to the best of his/her knowledge and belief.

SWORN   TO   and   SUBSCRIBED   before   me   this   _____   day   of _____, 2018.

_____

Notary Public
State of Florida at Large

_____

PRINTED NAME OF NOTARY PUBLIC
NOTARY PUBLIC, SEAL OF OFFICE:
Commission No.:

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT ISRAEL'S NOTICE OF SERVICE OF LOSS OF CONSORTIUM INTERROGATORIES TO PLAINTIFF MARIDA SILAS

      Defendant, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Loss of Consortium Interrogatories to Plaintiff Marida Silas.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 3rd day of January, 2018, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following:

Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
Attorneys for Plaintiffs
Fountains Executive Centre
9000 Sheridan St.
Suite 151
Pembroke Pines, FL 33024
954/862-2205
Fax:  954/862-2206
051698@msn.com

Exhibit "C"

Kelley Kronenberg
Attorneys for Defendants
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein

LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

## DEFENDANTS' LOSS OF CONSORTIUM INTERROGATORIES TO THE PLAINTIFF, MARIDA SILAS

(If answering for another person or entity, answer with respect to that person or entity, unless otherwise stated.)

1.      State your full name (and any nicknames or other names by which you have been known), address(es) for last ten years, date of birth, social security number, and the names of your spouse and the date of your marriage (and any former spouses) and children (their dates of birth and present addresses).

2.      Are you married at the present time and, if so, state your spouse's full name, the date and place of where you were married, whether or not your spouse is still living with you, and any periods of time during which you and the Plaintiff were separated during your marriage and the reasons for same.

3.      If you are claiming damages for loss of consortium caused by this accident and the resulting injuries to your spouse, state:

        (a)  A description of each and every injury alleged and the amount of damage claimed;

        (b)  The method by which you computed or determined this amount.

4.    Please describe any prior physical problems, ailments, infirmities, or injuries in the area of your spouse's body presently claimed to have been injured.

5.    During the period of your marriage before the accident, how many hours per week did you spend in the presence of your spouse, excluding sleeping time, and how were those hours spent?

6.    Describe in detail the activities of your spouse in the six months prior to the accident compared with those activities since the accident, up until the time of answering these Interrogatories.

7.      State whether either you or your spouse have ever received any family, marital, psychological, or psychiatric counselling and, if so, state the name and address of each counselor and when and why such counselling was obtained.

8.      Have you ever been convicted of a crime?  If so, what was the date and place of conviction?

9.      List the names and addresses of all employers for whom you have worked for the past five years with dates of employment for each.

10.      Describe in detail any and all vacations, trips, and outings (outside of Broward County) and visits outside of the country that you and your spouse have participated in since the accident.

11.     Do you claim that the injuries suffered by your spouse in the accident terminated or limited your sexual relations?   If so, state in what manner the injuries terminated or limited such relations.

12.     State the frequency with which you and your spouse engaged in sexual relations during the 36-month period before the accident as compared with the frequency of such relations since the accident up until the present.

13.     If there has been a failure to engage in sexual relations with your spouse since the incident at issue or any limitation to engage in sexual relations with your spouse since the incident at issue, what effect has that had upon your marriage, if any?

14.     If you or your spouse have ever made a claim, filed a lawsuit or compensation claim, list any and all such claims and suits and the dates, places and courts, along with the names of other parties involved and the nature of each such claim.

15.     Is there any activity not referred to above in which you and your spouse participated together before the accident which you claim has been limited or terminated because of injury suffered in this accident?  If so, for each activity state:

        (a)  A description of the activity;

        (b)  The extent to which such activity is limited, i.e., totally or partially, and whether your spouse will be able to resume such activity, totally or partially, at a future time.

16.     Have you accepted or agreed to accept any sum of money or other thing of value because of damages claimed by you in this action?  If so, state:

        (a)  The sum paid or agreed upon and the date of payment or agreement;

        (b)  The name and address of the person, firm or corporation with whom such agreement was made;

        (c)  Whether, as part of such payment or agreement, you executed a Release.

_____
MARIDA SILAS

7

STATE OF FLORIDA

COUNTY OF _____

      BEFORE ME, the undersigned authority, personally appeared MARIDA SILAS, who is personally known to me or has produced _____ as identification and who after first being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct to the best of his/her knowledge and belief.

      SWORN   TO   and   SUBSCRIBED   before   me   this   _____   day   of _____, 2018.

 

_____
Notary Public
State of Florida at Large

_____
PRINTED NAME OF NOTARY PUBLIC
NOTARY PUBLIC, SEAL OF OFFICE:
Commission No.:

Filing # 78066245 E-Filed 09/18/2018 02:51:22 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                          CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

       Plaintiff,

vs.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER GRANTING DEFENDANTS MOTION FOR EX PARTE ORDER TO COMPEL DISCOVERY

       Plaintiff, ROCHENEL SILAS (hereinafter Silas) and his wife MARIDA SILAS
(hereinafter Marida), pursuant to Fla. R. Civ. P. 1.090 files this his Motion for Enlargement of
Time to Comply with Order  Granting Defendants Motion for Ex Parte Order to Compel
Discovery entered September 7, 2018 and state:

1. Silas and Marida requests an additional 10 days to comply with the Order entered
   September 7, 2018.
2. Due to counsel's other commitments he could not timely respond to the request.
3. As such, Silas has demonstrated good cause for the untimeliness of the responses.

       Wherefore, Plaintiff, ROCHENEL SILAS and his wife MARIDA SILAS, request
additional 10 days to respond to Defendant's Ex Parte Motion to Compel Discovery and for such
other relief as is just.

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-
MAIL this 18 day of September 2018, to KELLEY KRONENBERG; Louis Reinstein, Esq. at

lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically

filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By   *Oscar Syger*
   OSCAR SYGER, ESQUIRE
   FBN. 381373

Filing # 93991871 E-Filed 08/12/2019 10:34:02 AM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## NOTICE OF SUBSTITUTION OF SHERIFF AS PARTY

    Pursuant to Rule 1.260(c)(1), Florida Rules of Civil Procedure, Sheriff Scott J. Israel gives notice of substitution in his official capacity as Sheriff of Broward County, Florida. All subsequent proceedings as to the Sheriff of Broward County officially, should be in the name of Gregory Tony, in his official capacity, as Sheriff of Broward County and consistent with the provisions of Rule 1.260(c)(1).

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 12th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

        Kelley Kronenberg
        Attorneys for Defendants
        10360 West State Road 84
        Fort Lauderdale, Florida 33324
        Tel: 954-370-9970
        Fax: 954-333-3763

        By: /s/ *Louis Reinstein*
        LOUIS REINSTEIN
        Florida Bar No. 26852
        lreinstein@kklaw.com

1

Filing # 93390047 E-Filed 07/30/2019 03:08:21 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife               CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

### PLAINTIFFS' EXPERT REQUEST FOR PRODUCTION TO DEFENDANT

      Plaintiff, ROCHENEL SILAS, pursuant to Rule 1.350 of the Florida Rules of Civil
Procedure, Requests the Defendants, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY
SHERIFFS OFFICE and PAUL YESBECK, to produce for inspection and copying (translated
by or put into reasonably useable form by the addressee) the following documents within the
time specified in the aforementioned Rule, at the offices of the undersigned counsel:

1. Curriculum Vitae for each expert listed on your witness disclosure or whom you have
   retained.
2. Reports, correspondence, invoices, bills, statements, documents and materials relative
   to this lawsuit received by Defendant or Defendant's counsel from each expert listed
   on your witness disclosure or from any expert you have retained.
3. Reports, correspondence, documents, and materials relative to this lawsuit sent or
   transmitted to each expert listed on your witness disclosure or retained by you, by
   Defendant's counsel, Defendant, or any other person on the Defendant's behalf.
4. A complete copy of the files maintained by each expert listed on your witness
   disclosure or retained by you, relative to the subject lawsuit, including all documents
   and materials created by each expert, received by or transmitted to each expert and
   upon which each expert relies for his or her respective opinions.

5. Copies of all witness statements, written or recorded, which each expert has examined in connection with this case.

6. Any drawings, graphs, charts, illustration, or plans prepared by each expert in connection with this matter.

7. All photographs, DVDs, and videotapes reviewed or taken by each expert in connection with this case.

8. Copies of any and all notices, calculations, or other data prepared by each expert in formulating their opinions with this case.

9. Reports of other experts which each expert has read in formulating any opinions in connection with this case.

10. Any other documents in writing, photographs, objects or information of any kind or description which each expert has reviewed in formulating their opinions or which each expert contends supports their opinions in connection with this case.

11. All documents each expert reviewed, referred to or relied upon in arriving at any of his or her opinions or conclusions concerning the issues involved in this case, including but not limited to all scientific and technical articles, publications codes, standards and other literature.

12. Copies of any correspondence written by each expert or received from others with whom each expert has consulted in connection with this case.

13. Office records indicating time spent on each expert's undertaking and hourly charges therefore in connection with this case.

14. Any publications, treaties, manuals, textbooks, or other documents used as a reference by each expert in connection with this case or considered authoritative by each expert in support of his or her opinions.

15. Any memoranda reviewed which was prepared by the Defendant's attorneys engaging each expert, investigator, paralegal, or adjuster in connection with this case.

16. All models, illustrations, photographs or other exhibits or documents of any kind which each expert intends or contemplates using to explain, illustrate or support his or her testimony at trial.

17. Please provide copies of any multimedia presentations, regardless of format, (i.e. Microsoft PowerPoint, "Presentations" by Corel, etc.) which you intend to utilize at the time of trial.

18. Please provide any and all materials, including DVD's video recordings, documents exhibits, deposition transcripts, medical/ articles/medical literature/learned treatises, prior trial testimony, any and all case law and/or published opinions in any jurisdiction in the United States, or other evidence, reasonably expected or intended to be used at trial for witness impeachment, pursuant to *Northup v. Acken*, 865 So. 2d 1267 (Fla. 2004).

19. A current list of all depositions or trial testimony given for the last three years for each expert witness you intend to or reasonably expect to call at trial.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 30 day of July 2019, to KELLEY KRONENBERG; Louis Reinstein, Esq. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By  *Oscar Syger*
     OSCAR SYGER, ESQUIRE
     FBN. 381373

Filing # 94169018 E-Filed 08/14/2019 03:03:34 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,
     Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,
     Defendants.
_____/

## NOTICE OF PRODUCTION FROM NON-PARTY

     PLEASE TAKE NOTICE that the attached Subpoena to the Record Custodians of **Broward Health North, Broward Health/Billing, Broward Health North/Radiology, Valcourt Frage, M.D., South Florida Vision, Blue Cross/Blue Shield of Florida and Humana,** who are not parties, will be served in accordance with Rule 1.351 if no proper Objection is filed. The parties named therein will be advised to mail a copy of the records to the undersigned attorney in lieu of taking a deposition. A copy of these records will be provided to you upon request and payment of the reasonable costs of preparing copies.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 14th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax:  954/862-2206, 051698@msn.com.

                             Kelley Kronenberg
                             Attorneys for Defendants
                             10360 West State Road 84
                             Fort Lauderdale, Florida 33324
                             Tel: 954-370-9970
                             Fax: 954-333-3763

                             By: /s/ *Louis Reinstein*
                             LOUIS REINSTEIN
                             Florida Bar No. 26852
                             lreinstein@kklaw.com

Filing # 94323825 E-Filed 08/16/2019 04:28:27 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,
     Plaintiff,
v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,
     Defendants.
_____/

## NOTICE OF PRODUCTION FROM NON-PARTY

     PLEASE TAKE NOTICE that the attached Subpoena to the Record Custodians of **Cora E. Braynon Family Health Center**, who is not a party, will be served in accordance with Rule 1.351 if no proper Objection is filed. The party named therein will be advised to mail a copy of the records to the undersigned attorney in lieu of taking a deposition. A copy of these records will be provided to you upon request and payment of the reasonable costs of preparing copies.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 16th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
     LOUIS REINSTEIN
     Florida Bar No. 26852
     lreinstein@kklaw.com

Filing # 94541989 E-Filed 08/21/2019 02:41:27 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

**DEFENDANTS' NOTICE OF OBJECTION TO COURT APPOINTED MEDIATOR**

    Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS

OFFICE and PAUL YESBECK, by and through their undersigned counsel, file their Notice of

Objection to Court Appointed Mediator, Frank C. Walker.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 21st day of August, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

               Kelley Kronenberg
               Attorneys for Defendants
               10360 West State Road 84
               Fort Lauderdale, Florida 33324
               Tel: 954-370-9970
               Fax: 954-333-3763

               By: /s/ *Louis Reinstein*
               LOUIS REINSTEIN
               Florida Bar No. 26852
               lreinstein@kklaw.com

Filing # 80100841 E-Filed 10/30/2018 06:27:53 PM

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.  <u>CACE15004358</u>   DIVISION  <u>02</u>   JUDGE  <u>John Bowman</u>

**Rochenel Silas, et al**

Plaintiff(s) / Petitioner(s)

v.

**Broward County Sheriff's Office, et al**

Defendant(s) / Respondent(s)

_____ /

## <u>AGREED ORDER STRIKING PLAINTIFFS' CLAIM FOR LOST INCOME, LOSS OF EARNING CAPACITY, LOSS OF PAST AND FUTURE WAGES</u>

**THIS CAUSE** having come before the Court based on an Agreed Order between counsel for Defendants SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, and PAUL YESBECK, and counsel for Plaintiffs ROCHENEL SILAS and his wife MARIDA SILAS, and whereby the parties have agreed that all claims in the pleadings by Plaintiffs for lost income, loss of earning capacity, and loss of past or future wages shall be stricken, and being otherwise advised in the Premises, it is hereupon,

**ORDERED AND ADJUDGED** that upon agreement of the parties, all claims in the pleadings by Plaintiffs for lost income, loss of earning capacity, and loss of past or future wages shall be stricken and no longer included as relief sought by Plaintiffs in this matter.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on <u>10-30-2018</u>.

<u>CACE15004358 10-30-2018 10:22 AM</u>

Hon. John Bowman

**CIRCUIT JUDGE**

Electronically Signed by John Bowman

**Copies Furnished To:**

Louis Reinstein , E-mail : colschewske@kklaw.com

Louis Reinstein , E-mail : lreinstein@kelleykronenberg.com

Louis Reinstein , E-mail : lreinstein@kklaw.com

Oscar Syger , E-mail : secretaryofoscarsyger@gmail.com

Oscar Syger , E-mail : 051698@msn.com

Filing # 79323605 E-Filed 10/15/2018 12:17:17 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife              CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

### PLAINTIFF, ROCHENEL SILAS, NOTICE OF SERVING RESPONSE TO DEFENDANT, SCOTT ISRAEL AS SHERIFF OF THE BROWARD COUNTY SHERIFFS OFFICE, INTERROGATORIES

      Plaintiffs, ROCHENEL SILAS (hereinafter Silas), pursuant to Florida Rule of Civil Procedure 1.340, gives notice of service of their Answers to Interrogatories propounded by Defendant, Scott Israel, as Sheriff of the Broward County Sheriff's Office, on January 3, 2018.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 15 day of October 2018, to KELLEY KRONENBERG; Louis Reinstein, Esq. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

      Respectfully submitted,
      LAW OFFICES OF OSCAR SYGER, P.A.
      Attorney for Plaintiff
      Fountains Executive Centre
      Suite 156
      9000 Sheridan Street
      Pembroke Pines, Florida  33024
      Telephone:    (954) 862-2205
      Facsimile:    (954) 862-2206

      By__*Oscar Syger*_____
      OSCAR SYGER, ESQUIRE
      FBN. 381373

Filing # 93483175 E-Filed 07/31/2019 06:11:02 PM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: __CACE15004358__          DIVISION: __02__   JUDGE: __Bowman, John B. (02)__

Rochenel Silas, et al
,
      Plaintiff(s) / Petitioner(s),

v.

Broward County Sheriff's Office, et al
,
      Defendant(s) / Respondent (s).

_____ /

| |
|---|
| **UNIFORM TRIAL ORDER** |
| **SEVENTEENTH JUDICIAL CIRCUIT** |
| |
| **ORDER FOR MANDATORY CALENDAR CALL** |

### UNIFORM TRIAL ORDER

**TRIAL PERIOD COMMENCING:** __04-21-2020  to  05-01-2020__ .
This is a ( __2__ ) week calendar.
   **CALENDAR CALL:** __04-03-2020 at 10:00 AM__ .

    __3__ DAYS    __X__ JURY    _____ NON-JURY

### FAILURE TO ATTEND CALENDAR CALL MAY RESULT IN EITHER THIS CASE BEING DISMISSED OR A DEFAULT BEING ENTERED.

I.   **ORDER OF TRIALS:**
    The order of trials set during this Trial Period will be determined at Calendar Call. Parties are subject to being called to commence trial during any portion of the above noted Trial Period.

II.   **TRIAL DATE:**
    The Court has determined this case is ready for trial pursuant to Florida Rule of Civil Procedure 1.440. This case is set for trial before the undersigned Judge in Courtroom __15165__, Broward County Courthouse, 201 S.E. 6th Street, Fort Lauderdale, Florida, 33301, as stated above.

III.   **CIVIL TRIAL POOL:**
    Parties are advised that this case may be placed into the Seventeenth Judicial Circuit Court's "Civil Trial Pool" and is subject to being called for trial before any judge. If placed in the Civil Trial Pool, **parties must be prepared to proceed to trial if called.** Only the Division Judge or the Administrative Judge of the Seventeenth Judicial Circuit Court's Civil Division may grant a continuance of any case placed in the Civil Trial Pool.

**IV.**   <u>**WITNESS LISTS:**</u>
   **A. NO LATER THAN ONE-HUNDRED & TWENTY (120) DAYS PRIOR TO CALENDAR CALL:**
   <u>Fact Witnesses</u>: Parties must file and serve a list of names and addresses of all fact witnesses who are expected to testify at trial. Each party's fact witness list must include a brief description of the substance and scope of the testimony to be elicited from such witness. Both sides must cooperate in the scheduling of such witness depositions.
   **B. NO LATER THAN NINETY (90) DAYS PRIOR TO CALENDAR CALL:**
   <u>Expert Witnesses</u>: Parties must file and serve a list of the names and addresses of all expert witnesses who are expected to testify at trial. Each party's expert witness list must disclose the expert's area of expertise, the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds for each opinion. Parties must include a complete and updated curriculum vitae of all expert witnesses to be called at trial and all information regarding expert testimony that is allowed by Florida Rules of Civil Procedure 1.280(b)(5)(A) and 1.280(b)(5)(D). Both sides must cooperate in the scheduling of such witness depositions. The Court may preclude an expert from testifying outside of the disclosed opinions.
   **C. NO LATER THAN SIXTY (60) DAYS PRIOR TO CALENDAR CALL:**
   <u>Rebuttal Witnesses</u>: Parties must file and serve a list of names and addresses of any rebuttal witnesses within sixty (60) days.

**V.**   <u>**COMPULSORY MEDICAL EVALUATIONS ("CME"):**</u>
   **A. NO LATER THAN NINETY (90) DAYS PRIOR TO CALENDAR CALL:**
   All CME and other examinations pursuant to Florida Rule of Civil Procedure 1.360 must be completed no later than ninety (90) days prior to Calendar Call.

**VI.**   <u>**DISCOVERY DEADLINES:**</u>
   **A. NO LATER THAN SIXTY-FIVE (65) DAYS PRIOR TO CALENDAR CALL:**
   All final discovery must have been initiated at least sixty-five (65) days prior to Calendar Call.
   **B. NO LATER THAN THIRTY (30) DAYS PRIOR TO CALENDAR CALL:**
   Parties must complete all discovery, including expert discovery in accordance with Florida Rule of Civil Procedure 1.280(b)(4), at least thirty (30) days prior to Calendar Call. Discovery conducted after this time period is strongly disfavored and will only be permitted by order of the Court under exceptional circumstances.

**VII.**   <u>**MOTIONS:**</u>
   **A. NO LATER THAN FORTY-FIVE (45) DAYS PRIOR TO CALENDAR CALL:**
   1. <u>Dispositive Motions</u>: must be filed and served no later than forty-five (45) days before Calendar Call and must be scheduled for hearing prior to Calendar Call.
   2. <u>Deposition Objections</u>: objections raised in depositions expected to be introduced at trial must be filed and served no later than forty-five (45) days before Calendar Call and must be scheduled for hearing prior to Calendar Call.
   3. <u>Expert Challenges</u>: motions filed in accordance with section 90.702, Florida Statutes ("Expert Challenges"), must be filed and served no later than forty-five (45) days before Calendar Call and must be scheduled for hearing prior to Calendar Call.

**B. NO LATER THAN THIRTY (30) DAYS PRIOR TO CALENDAR CALL:**

1. <u>Motions in Limine</u>: must be filed and served no later than thirty (30) days prior to Calendar Call and must be scheduled for hearing before Calendar Call.
2. All motions, other than motions in limine, not heard before Calendar Call will be deemed abandoned.

**C. PRIOR TO CALENDAR CALL:**

1. <u>Motions for Summary Judgment</u>: must be scheduled for hearing and heard prior to Calendar Call. Motions for summary judgment will not be heard at Calendar Call.

**VIII. <u>JOINT PRETRIAL STIPULATION:</u>**

**A. NO LATER THAN TEN (10) DAYS PRIOR TO CALENDAR CALL:**

1. The Joint Pretrial Stipulation contemplates a single document that must be filed and served, **with a courtesy copy served on the undersigned judge,** no later than ten (10) days before Calendar Call.
2. The Joint Pretrial Stipulation requires that all agreed matters be fully identified and any disputed matters be specifically delineated with respect to each party.
3. At the time of the above noticed Calendar Call, all parties must be prepared to discuss all items set forth in Florida Rule of Civil Procedure 1.200(b).

**B. The Joint Pretrial Stipulation must contain the following in separately numbered paragraphs:**

1. <u>Statement of the Facts</u>: A concise, impartial statement of the facts of the case.
2. <u>Stipulated Facts</u>: A list of those facts that can be stipulated and require no proof at trial.
3. <u>Statement of Disputed Law & Fact</u>: A concise, impartial statement of those issues of law and fact that are to be tried.
4. <u>Exhibit Lists</u>: Each party must separately list all exhibits they intend to introduce into evidence. Each item must be listed by number and description on a separate schedule attached to the Joint Pretrial Stipulation. Each exhibit must be specifically described. **Generic descriptions of exhibits are subject to being stricken.** If any party objects to the introduction of any such exhibit, such objection **must be stated in the Joint Pretrial Stipulation,** setting forth the grounds with specificity. All exhibits must have been made available to all parties for examination. Parties must initial each other's exhibit lists and exhibits. **At trial, only those exhibits properly listed and initialed may be offered into evidence.**
5. <u>Demonstrative Exhibits</u>: all demonstrative exhibits (e.g., charts, graphs, enlargements of exhibits, etc.) intended to be used at a jury trial must be displayed to all parties at least ten (10) days before trial.
6. <u>Witness Lists</u>: Parties must furnish a written list containing the names and addresses of all witnesses intended to be called at trial in alphabetical order. Such list must designate the type of witness ("expert," "rebuttal," "impeachment," or otherwise) and must be attached to the Joint Pretrial Stipulation. All fact witness lists must include a brief description of **the substance and scope of the testimony** to be elicited from such witness. All expert witness lists must **designate the expert's specialties.** If any party objects to any witness, such objection must be stated in the Joint Pretrial Stipulation, setting forth the grounds with specificity. **At trial, only those witnesses properly and timely disclosed will be permitted to testify.**

7. <u>Jury Instructions</u>: If the trial is a jury trial, the parties must identify all agreed upon standard instructions and all special instructions. Copies of all agreed upon jury instructions and disputed jury instructions must be attached to the Joint Pretrial Stipulation identifying the party that proposed the instruction, along with copies of supporting statutory citations and/or case law.

8. <u>Verdict Forms</u>: If the trial is a jury trial, the jury verdict form must be designated as "agreed to" or "disputed" and must be attached to the Joint Pretrial Stipulation.

9. <u>Peremptory Challenges</u>: If the trial is a jury trial, the number of peremptory challenges for each party must be stated and attached to the Joint Pretrial Stipulation.

10. <u>Pending Motions</u>: Parties must set forth a list of all pending motions with copies attached to the Joint Pretrial Stipulation.

11. <u>Trial Estimate</u>: Each party must provide an estimate of the number of trial days required for presenting its side of the case.

12. <u>Expert Challenges</u>: All expert related issues involving any requests for hearings on related evidence must be noticed and heard—or agreed to by the parties—no later than forty-five (45) days prior to Calendar Call. FAILURE TO DO SO MAY CONSTITUTE A WAIVER OF ANY EXPERT RELATED EVIDENCE ISSUE(S). It is within the discretion of the Court to remove any case with pending expert issues.

## IX. **COURT POLICIES:**

**A.** Parties must do all things reasonable and necessary to assure the availability of witnesses for the entire Trial Period or to otherwise preserve witness testimony for trial as provided by the Florida Rules of Civil Procedure. *See* Fla. R. Civ. P. 1.300 & 1.460; *see also* Fla. R. Jud. Admin. 2.545.

**B.** The requirements of this Uniform Trial Order cannot be waived by stipulation **absent prior approval from the Court** pursuant to written agreement between the parties.

**C.** This Uniform Trial Order may be tailored by the assigned division judge to conform to the particular requirements of the residential foreclosure, asbestos litigation, and complex litigation divisions. *See* Admin. Order 2016-28-Civ (c)(6) (June 9, 2016).

**D.** At trial, there will only be one (1) official record transcribed by one (1) court reporter. Plaintiff is responsible for arranging for a court reporter unless otherwise agreed. If a conflict exists, the parties must resolve it among themselves prior to Calendar Call.

## X. **CONTINUANCES:**

**A.** CONTINUANCES will only be considered upon written motion filed with the Clerk of Court and served on the undersigned judge prior to the noticed Calendar Call.

**B.** NO CONTINUANCES will be granted for reasons that should have been readily apparent to the parties when this Uniform Trial Order was issued.

**C.** NO CONTINUANCES will be granted if expert witnesses are unavailable because testimony may be preserved by deposition.

**D.** NO CONTINUANCES will be granted for reasons relating to the failure to follow this Uniform Trial Order.

## XI. **MANDATORY MEDIATION:**

Mediation must commence no later than sixty (60) days prior to Calendar Call. The parties must comply with Florida Rules of Civil Procedure 1.700, 1.710, 1.720, and 1.730 as to the

conduct of mediation.  Plaintiff's counsel is appointed lead counsel to facilitate and schedule the settlement conference with the mediator and all parties.  The Court appoints:

**FRANK C. WALKER**
**401 E. LAS OLAS BLVD SUITE 1000 FORT LAUDERDALE  FL 33301**
**frank.walker@gray-robinson.com**
**954-761-8111**

as Mediator, unless, within thirty (30) days of this Uniform Trial Order, the parties choose a different Mediator.  Failure to attend mediation may result in sanctions.

**XII.    SANCTIONS:**

   A. All parties should be familiar with Florida Rule of Civil Procedure 1.380 entitled "Failure to Make Discovery; Sanctions" and section 57.105, Florida Statutes, entitled "Attorney's fee; sanctions for raising unsupported claims or defenses; exceptions; service of motions; damages for delay of litigation."

   B. FAILURE TO APPEAR, FAILURE TO FOLLOW TIME REQUIREMENTS, OR FAILURE TO FILE DOCUMENTS REQUIRED BY THIS COURT MAY RESULT IN THE DISMISSAL OF THE ACTION OR THE IMPOSITION OF SANCTIONS INCLUDING THE STRIKING OF PLEADINGS.

**XIII.   SETTLEMENT NOTIFICATION:**

Parties must immediately notify this Court in the event of settlement and submit a stipulation for an Order of Dismissal.  Parties must also notify the Court of any pending hearings that will be canceled as a result of the settlement.

**Pursuant to Florida Rule of Judicial Administration 2.516(h)(1), counsel must file this Uniform Trial Order with the Clerk of Court, serve any self-represented parties with this Uniform Trial Order, and file a "Certificate of Service" with the Clerk of Court, in compliance with Florida Rule of Judicial Administration 2.516(f), certifying the self-represented party was served with this Uniform Trial Order.**

DONE  AND  ORDERED  in  Chambers  at  Fort  Lauderdale,  Broward  County,  Florida  on
_____07-31-2019_____ .

CACE15004358 07-31-2019 3:59 PM

CACE15004358 07-31-2019 3:59 PM

Circuit Court Judge

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact Diana Sobel, Room 20-140, 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, 954-831-7721, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

CC:     FRANK C. WALKER, Email : frank.walker@gray-robinson.com
        Louis Reinstein, Email : colschewske@kklaw.com
        Louis Reinstein, Email : lreinstein@kelleykronenberg.com
        Louis Reinstein, Email : lreinstein@kklaw.com
        Oscar Syger, Email : secretaryofoscarsyger@gmail.com
        Oscar Syger, Email : 051698@msn.com

Filing # 93390047 E-Filed 07/30/2019 03:08:21 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife          CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

       Plaintiff,

vs.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

## PLAINTIFF'S NOTICE OF SERVICE OF
## EXPERT WITNESS INTERROGATORIES TO DEFENDANT

    Plaintiff, ROCHENEL SILAS, propounds one set of Expert Witness Interrogatories to

Defendants, SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and

PAUL YESBECK, pursuant to Fla. Civ. P. 1.280, numbered 1 through 7 are to be answered on

or before the time prescribed by the aforementioned rule.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-

MAIL this 30 day of July 2019, to KELLEY KRONENBERG; DANIEL L LOSEY, ESQ. at

dlosey@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically

filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

                    Respectfully submitted,

                    LAW OFFICES OF OSCAR SYGER, P.A.
                    Attorney for Plaintiff
                    Fountains Executive Centre
                    Suite 156
                    9000 Sheridan Street
                    Pembroke Pines, Florida  33024
                    Telephone:    (954) 862-2205
                    Facsimile:    (954) 862-2206

                    By__*Oscar Syger*_____
                      OSCAR SYGER, ESQUIRE
                      FBN. 381373

Filing # 88157163 E-Filed 04/17/2019 07:15:30 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE15004358
JUDGE: Bowman, John B. (02)

Rochenel Silas, et al
Plaintiff(s),

vs.

Broward County Sheriff's Office, et al
Defendant(s).
_____/

## ORDER SETTING CASE MANAGEMENT CONFERENCE

In accordance with Florida Rule of Civil Procedure 1.200, the Court hereby orders a **MANDATORY** Case Management Conference to be held in Courtroom 15165   of the Broward County   Courthouse, 201 SE 6th Street, Ft Lauderdale, FL 33301                              on 07-30-2019 8:45 AM          .

All counsel and any self-represented parties **MUST** appear at the hearing and have their calendars to schedule future matters.  This hearing may be cancelled: (1) if the action is settled and a final order of dismissal is issued; or (2) if the action is dismissed.  All counsel have the responsibility to inform the Court of a settlement of the case.  All counsel shall serve any self-represented parties with this Order, within five (5) days of receipt.

## FAILURE TO APPEAR AS DIRECTED MAY RESULT IN THE DISMISSAL OF THE ACTION OR OTHER SANCTIONS.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida on April 17, 2019          .

CACE15004358 04-17-2019 7:14 PM
CACE15004358 04-17-2019 7:14 PM
Circuit Court Judge

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact Diana Sobel, Room 20140, 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, 954-831-7721, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

Copies Furnished:
Louis Reinstein, Email : colschewske@kklaw.com
Louis Reinstein, Email : lreinstein@kelleykronenberg.com
Louis Reinstein, Email : lreinstein@kklaw.com
Oscar Syger, Email : secretaryofoscarsyger@gmail.com
Oscar Syger, Email : paralegal@ptd.law
Oscar Syger, Email : 051698@msn.com

Filing # 98417146 E-Filed 11/05/2019 03:54:10 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

### DEFENDANTS' NOTICE OF
### SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

      Defendant, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel Silas.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 5th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

                            Kelley Kronenberg
                            Attorneys for Defendants
                            10360 West State Road 84
                            Fort Lauderdale, Florida 33324
                            Tel: 954-370-9970
                            Fax: 954-333-3763

      By: */s/ Louis Reinstein*
               LOUIS REINSTEIN
               Florida Bar No. 26852
               lreinstein@kklaw.com

Filing # 97842755 E-Filed 10/24/2019 04:30:16 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

**NOTICE OF TAKING DEPOSITION DUCES TECUM**
(date cleared with Plaintiffs' counsel)

      YOU, as the Plaintiff, ROCHENEL SILAS, are hereby notified that the Defendants in the above styled cause will take your deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both of:

| NAME | DATE | TIME | LOCATION |
|---|---|---|---|
| Plaintiff Rochenel Silas | Thursday, November 21, 2019 | 10:00 a.m. | Esquire Solutions 950 S. Pine Island Rd. Suite 150 Plantation, FL 33324 |

      Said deposition will be taken before Esquire Solutions, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

1

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

Please advise at least ten (10) days in advance of the deposition if a translator will be necessary.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

SCHEDULE "A"

1. All medical records which describe, or reference in any way the injuries you claim are related to the alleged force described in the pleadings.

2. All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings.

3. All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4. Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5. Any and all documentary evidence which you believe supports the allegations in the case.

Filing # 95234924 E-Filed 09/05/2019 04:04:35 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

## NOTICE OF SELECTION OF MEDIATOR

    Defendants, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFFS OFFICE, and PAUL YESBECK, by and through their undersigned counsel, and pursuant to this Court's Uniform Trial Order dated July 31, 2019, hereby give notice that the parties have conferred and agreed upon Dominic Brandy, as mediator, from Upchurch, Watson, White & Max Mediation Group.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 5th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

                  Kelley Kronenberg
                  Attorneys for Defendants
                  10360 West State Road 84
                  Fort Lauderdale, Florida 33324
                  Tel: 954-370-9970
                  Fax: 954-333-3763
                  By: /s/ *Louis Reinstein*
                      LOUIS REINSTEIN
                      Florida Bar No. 26852
                      lreinstein@kklaw.com

Filing # 98417146 E-Filed 11/05/2019 03:54:10 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

      Defendant, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel Silas.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 5th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

                        Kelley Kronenberg
                        Attorneys for Defendants
                        10360 West State Road 84
                        Fort Lauderdale, Florida 33324
                        Tel: 954-370-9970
                        Fax: 954-333-3763

                    By: /s/ *Louis Reinstein*
                        LOUIS REINSTEIN
                        Florida Bar No. 26852
                        lreinstein@kklaw.com

Filing # 98496263 E-Filed 11/06/2019 04:33:26 PM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as Sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT PAUL YESBECK'S NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFF MARIDA SILAS

      Defendant, PAUL YESBECK, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), gives notice of the service of Interrogatories to Plaintiff Marida Silas.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 6th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax:  954/862-2206, 051698@msn.com

                    Kelley Kronenberg
                    Attorneys for Defendants
                    10360 W. State Road 84
                    Fort Lauderdale, Florida 33324
                    Tel: 954-370-9970
                    Fax: 954-333-3763

               By: /s/ Louis Reinstein
                    LOUIS REINSTEIN
                    Florida Bar No. 26852
                    lreinstein@kklaw.com

1

Filing # 98510184 E-Filed 11/07/2019 08:20:11 AM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT PAUL YESBECK'S NOTICE OF
## SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

Defendant, PAUL YESBECK, by and through undersigned counsel, pursuant to
Florida Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to
Plaintiff Rochenel Silas.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2019, I electronically filed
the foregoing with the Clerk of the Court, and a true and correct copy was furnished via
email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for
Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines,
FL 33024, 954/862-2205, Fax:  954/862-2206, 051698@msn.com

      Kelley Kronenberg
      Attorneys for Defendants
      1030 W. State Road 84
      Fort Lauderdale, Florida 33324
      Tel: 954-370-9970
      Fax: 954-333-3763

      By: /s/ Louis Reinstein
      LOUIS REINSTEIN
      Florida Bar No. 26852
      lreinstein@kklaw.com

Filing # 99188406 E-Filed 11/20/2019 02:10:22 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.
_____/

## RE-NOTICE OF TAKING DEPOSITION DUCES TECUM
(change of location only – Creole translator to be provided as requested by Plaintiff's counsel)

    YOU, as the Plaintiff, ROCHENEL SILAS, are hereby notified that the Defendants in the above styled cause will take your deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both of:

| NAME | DATE | TIME | LOCATION |
|------|------|------|----------|
| Plaintiff Rochenel Silas | Thursday, November 21, 2019 | 10:00 a.m. | Kelley Kronenberg 10360 West State Road 84 Fort Lauderdale, FL 33324 |

    Said deposition will be taken before Esquire Solutions, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

    Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein

LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

2

SCHEDULE "A"

1. All medical records which describe, or reference in any way the injuries you claim are related to the alleged force described in the pleadings.

2. All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings.

3. All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4. Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5. Any and all documentary evidence which you believe supports the allegations in the case.

Filing # 99481724 E-Filed 11/26/2019 01:21:26 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

### RE-NOTICE OF TAKING DEPOSITION DUCES TECUM
(Time and location coordinated with Plaintiffs' counsel;
Creole translator to be provided as requested by Plaintiffs' counsel;
Reset at request of Plaintiffs' counsel from November 21, 2019.)

       YOU, as the Plaintiff, ROCHENEL SILAS, are hereby notified that the Defendants in the above styled cause will take your deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both; you are also required to bring with you the items and documents described in Schedule "A" attached to this Notice:

| NAME | DATE | TIME | LOCATION |
|------|------|------|----------|
| Plaintiff<br>Rochenel Silas | Tuesday,<br>December 17, 2019 | 10:00 a.m. | Kelley Kronenberg<br>10360 West State Road 84<br>Fort Lauderdale, FL 33324<br>Tel: 954-370-9970 |

       Said deposition will be taken before Esquire Solutions, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

1

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

> Kelley Kronenberg
> Attorneys for Defendants
> 10360 West State Road 84
> Fort Lauderdale, Florida 33324
> Tel: 954-370-9970
> Fax: 954-333-3763
>
> By: /s/ Louis Reinstein
> LOUIS REINSTEIN
> Florida Bar No. 26852
> lreinstein@kklaw.com

## SCHEDULE "A"

1. All medical records which describe, or reference in any way the injuries you claim are related to the alleged force described in the pleadings.

2. All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings.

3. All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4. Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5. Any and all documentary evidence which you believe supports the allegations in the case.

Filing # 99883609 E-Filed 12/05/2019 04:54:02 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' FACT WITNESS LIST

      Defendants, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, by and through their undersigned counsel, pursuant to this Court's

Uniform Trial Order dated July 31, 2019, hereby file their Fact Witness List as follows:

1.  Plaintiff Rochenel Silas c/o counsel: Will testify as to matters set forth in pleadings, filings,
    medical records, and discovery.

2.  Plaintiff Marida Silas c/o counsel: Will testify as to matters set forth in pleadings, filings,
    medical records, and discovery.

3.  Defendant Paul Yesbeck c/o counsel: Will testify as to his observations, and matters set
    forth in pleadings, filings, reports, records, and discovery.

4.  Deputy Marra, Broward Sheriff's Office, 2601 West Broward Boulevard, Fort Lauderdale,
    FL 33312. P: (954) 765-4321: Will testify as to his observations, and matters set forth in
    pleadings, filings, reports, records, and discovery.

5.  Rosner Silas: Will testify as to observations and information known regarding the incident.

1

6.  Angela Silas: Will testify as to observations and information known regarding the incident.

7.  Debbie Silas: Will testify as to observations and information known regarding the incident.

8.  Hasan Riaz, MD, Broward Health (or other medical provider), 500 North Hiatus Rd, Suite 107, Pembroke Pines, FL 33026: Will testify as to the medical records, presentation of Plaintiff in the hospital, and medical history, and other observations.

9.  BSO Records Custodian, Broward Sheriff's Office, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312. P: (954) 765-4321.

10. Broward Health Records Custodian, 201 E. Sample Road, Deerfield Beach, FL 33064, (954) 941-8300.

11. Other witnesses yet to be determined based on upcoming depositions of Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

> Kelley Kronenberg
> Attorneys for Defendants
> 10360 West State Road 84
> Fort Lauderdale, Florida 33324
> Tel: 954-370-9970
> Fax: 954-333-3763
>
> By: /s/ *Louis Reinstein*
>  LOUIS REINSTEIN
>  Florida Bar No. 26852
>  lreinstein@kklaw.com

2

Filing # 94673632 E-Filed 08/23/2019 12:00:23 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## NOTICE OF FILING RESPONSES TO PLAINTIFFS' EXPERT REQUEST FOR PRODUCTION

COME NOW the Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, and PAUL YESBECK, by and through undersigned counsel, and hereby files their Responses to Plaintiffs' Expert Request for Production dated July 30, 2019, as follows:

Defendants generally object to all requests which call for disclosure and/or production of material regarding experts prior to the deadline contemplated in the Court's Trial Order.

1.    Curriculum Vitae for each expert listed on your witness disclosure or whom you have retained.

**RESPONSE: None.**

2.    Reports, correspondence, invoices, bills, statements, documents and materials relative to this lawsuit received by Defendant or Defendant's counsel from each expert listed on your witness disclosure or from any expert you have retained.

**RESPONSE: None.**

1

3.     Reports, correspondence, documents and materials relative to this lawsuit sent or transmitted to each expert listed on your witness disclosure or retained by you, by Defendant's counsel, Defendant, or any other person on the Defendant's behalf.

**RESPONSE:** None.

4.     A complete copy of the files maintained by each expert listed on your witness disclosure or retained by you, relative to the subject lawsuit, including all documents and materials created by each expert, received by or transmitted to each expert and upon which each expert relies for his or her respective opinions.

**RESPONSE:** None.

5.     Copies of all witness statements, written or recorded, which each expert has examined in connection with this case.

**RESPONSE:** None.

6.     Any drawings, graphs, charts, illustration, or plans prepared by each expert in connection with this matter.

**RESPONSE:** None.

7.     All photographs, DVDs, and videotapes reviewed or taken by each expert in connection this case.

**RESPONSE:** None.

8.     Copies of any and all notices, calculations, or other data prepared by each expert in formulating their opinions with this case.

**RESPONSE:** None.

9.     Reports of other experts which each expert has read in formulating any opinions in connection with this case.

**RESPONSE:** None.

10.     Any other documents in writing, photographs, objects or information of any kind or description which each expert has reviewed in formulating their opinions or which each expert contends supports their opinions in connection with this case.

**RESPONSE:** None.

11.     All documents each expert reviewed, referred to or relied upon in arriving at any of his or her opinions or conclusions concerning the issues involved in this case, including but

not limited to all scientific and technical articles, publications codes, standards and other literature.

**RESPONSE: None.**

12.     Copies of any correspondence written by each expert or received from others with whom each expert has consulted in connection with this case.

**RESPONSE: None.**

13.     Office records indicating time spent on each expert's undertaking and hourly charges therefore in connection with this case.

**RESPONSE: None.**

14.     Any publications, treaties, manuals, textbooks, or other documents used as a reference by each expert in connection with this case or considered authoritative by each expert in support of his or her opinions.

**RESPONSE: None.**

15.     Any memoranda reviewed which was prepared by the Defendant's attorneys engaging each expert, investigator, paralegal, or adjuster in connection with this case.

**RESPONSE: Objection as this Request is unclear. To the extent, Plaintiff is requesting attorney work product, Defendant objects based on the general work product privilege. To the extent, Plaintiff is requesting attorney-client communication, Defendant objects based on the general attorney-client privilege. If Plaintiff clarifies this request, Defendant will endeavor to answer further.**

16.     All models, illustrations, photographs or other exhibits or documents of any kind which each expert intends or contemplates using to explain, illustrate or support his or her testimony at trial.

**RESPONSE: None.**

17.     Please provide copies of any multimedia presentations, regardless of format, (i.e. Microsoft PowerPoint, "Presentations by Corel, etc.) which you intend to utilize at the time of trial.

**RESPONSE: None.**

18.     Please provide any and all materials, including DVD's video recordings, documents exhibits, deposition transcripts, medical/ articles/medical literature/learned treatises, prior trial testimony, any and all case law and/or published opinions in any jurisdiction in the

United States, or other evidence, reasonably expected or intended to be used at trial for witness impeachment, pursuant to *Northup v. Acken,* 865 So. 2d 1267 (Fla. 2004).

        **RESPONSE: Unknown at this time.**

    19.    A current list of all depositions or trial testimony given for the last three years for each expert witness you intend to or reasonably expect to call at trial.

        **RESPONSE: None.**

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

    I HEREBY CERTIFY that on this 23rd day of August, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

                Kelley Kronenberg
                Attorneys for Defendants
                10360 West State Road 84
                Fort Lauderdale, Florida 33324
                Tel: 954-370-9970
                Fax: 954-333-3763

                By: */s/ Louis Reinstein*
                    LOUIS REINSTEIN
                    Florida Bar No. 26852
                    lreinstein@kklaw.com

Filing # 94673632 E-Filed 08/23/2019 12:00:23 PM

**THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**

**CASE NO:  15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' NOTICE OF FILING ANSWERS TO PLAINTIFFS' EXPERT WITNESS INTERROGATORIES

      COME NOW Defendants, GREGORY TONY, as Sheriff of the BROWARD COUNTY

SHERIFF'S OFFICE and PAUL YESBECK by and through undersigned counsel, and hereby

file their Answers to Plaintiffs' Expert Witness Interrogatories dated June 30, 2019.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 23rd day of August, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax:  954/862-2206, 051698@msn.com.

                  Kelley Kronenberg
                  Attorneys for Defendants
                  10360 West State Road 84
                  Fort Lauderdale, Florida 33324
                  Tel: 954-370-9970; Fax: 954-333-3763

                  By: /s/ *Louis Reinstein*
                  LOUIS REINSTEIN
                  Florida Bar No. 26852
                  lreinstein@kklaw.com

1

Filing # 100516074 E-Filed 12/18/2019 02:20:31 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

CASE NO. CACE 15-004358 (02)

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AND SERVE SECOND AMENDED COMPLAINT

Plaintiff, Plaintiff, ROCHENEL SILAS (hereinafter "ROCHENEL") and his wife

MARIDA SILAS (hereinafter MARIDA), pursuant to Fla. R. Civ. P. 1.190 (a) files this Motion

for Leave to File and Serve his Second Amended Complaint for Police Misconduct and states:

1. ROCHENEL requests leave to file his Second Amended Complaint for Police
   Misconduct. (A duplicate of the proposed pleading is appended as Exhibit A).

2. ROCHENEL requests leave to alleged a demand for punitive damages against PAUL
   YESBECK once the requisite showing in the record has been made.

WHEREFORE, Plaintiff, Plaintiff, ROCHENEL SILAS and his wife MARIDA SILAS,

respectfully request this court grant Plaintiff's Motion for Leave to Amend, deem the Second

Amended Complaint for Police Misconduct filed as if the date of entry of this Order and for such

other relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 18 day of December 2019, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal

Respectfully Submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
9000 Sheridan Street, Suite 156
Pembroke Pines, FL 33024
Telephone: (954) 862-2205
Facsimile: (954) 862-2206
Email: 051698@msn.com
Secondary Email:
secretaryofoscarsyger@gmail.com

By: /s/ Oscar Syger                         .
OSCAR SYGER, ESQ.
FBN: 381373

# EXHIBIT A

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

### SECOND AMENDED COMPLAINT FOR POLICE MISCOUNDUCT

Plaintiff, ROCHENEL SILAS (hereinafter "ROCHENEL") and his wife MARIDA

SILAS (hereinafter MARIDA), sue the Defendants, GREGORY TONY, as Sheriff of the

BROWARD COUNTY SHERIFF'S OFFICE (hereinafter "BSO") and PAUL YESBECK

(hereinafter "YESBECK") and allege:

### GENERAL ALLEGATIONS COMMON
### TO ALL COUNTS

1. This is a cause of action whose sum in controversy is in excess of $ 15,000.00, exclusive
   of costs and interest.

2. Plaintiff, ROCHENEL, at all times material, was and is a resident of Pompano Beach,
   Broward County, Florida and is over the age of 18 years.

3. Plaintiff, MARIDA, at all times material, was and is a resident of Pompano Beach,
   Broward County, Florida and is over the age of 18 years and is the wife of Rochenel
   Silas.

4. Defendant, BSO, is a the constitutional officer of a governmental entity located in Broward County, Florida and is amenable to the within lawsuit pursuant to the terms and conditions of Chapter 768.28 (9) of the Florida Statutes.

5. Defendant, YESBECK, is over the age of 18 years and at all material times is a resident of Broward County, Florida. At all material times YESBECK is employed by Co-Defendant BSO, as a law enforcement officer in its police department. All of the acts of YESBECK pled in this complaint are committed by YESBECK within the course and scope of his agency relationship with Co-Defendant BSO, unless otherwise alleged.

6. Venue is appropriate in Broward County, Florida as the tortious conduct of the Defendants occurred within the boundaries of Broward County, Florida.

## COUNT I
## CLAIM FOR BATTERY AGAINST BSO

7. ROCHENEL realleges paragraphs 1, 2, and 4-6 as if fully set forth herein.

8. The Plaintiffs have complied with all conditions precedent to the filing of this lawsuit or, in the alternative, the conditions precedent have been waived by BSO and/or YESBECK.

9. The Plaintiffs delivered a pre-suit notification letter to BSO on or about August 21, 2013. The form and content of the notification fulfills the obligations imposed on these Plaintiffs by Chapter 768.28(6) of the Florida Statues. (A true and correct copy of the statutory notification letter, as well as proof of receipt by BSO and by the Florida Department of Financial Services, is appended as Composite Exhibit "A" to this complaint.)

10. More than six months have elapsed between the receipt by BSO of the statutory notification letter appended as Exhibit "A" to this Complaint and the date of the filing of this Complaint. BSO did not resolve this claim within six months provided to it by law.

11. All of the acts committed by YESBECK are committed by YESBECK under color of law.

12. April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Broward County, Florida. YESBECK while effecting an arrest of ROCHENEL at Rochenel's home, used an excessive amount of force that was unreasonable under the circumstances. The following conduct of YESBECK constituted excessive force under the circumstances:

    a. YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

13. Alternatively, YESBECK intentionally caused harmful or offensive contact with ROCHENEL by one or more of the following acts:

    a. YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

14. As a result, ROCHENEL SILAS suffered bodily injury, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of a previously existing condition, lost income and loss of income earning capacity. The losses are continuing.

    WHEREFORE, the Plaintiff, ROCHENEL SILAS, Demands judgment for damages against Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE.

## COUNT II
## CLAIM FOR BATTERY AGAINST YESBECK

15. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 11-14 with the same force and effect as if fully set forth herein.

16. The acts of YESBECK alleged in paragraphs 12 and 13 exhibit wanton and willful disregard of ROCHENEL's human rights.

WHEREFORE, the Plaintiff ROCHENEL SILAS, demands judgment for damages against Defendant, PAUL YESBECK.

## COUNT III
## CLAIM FOR FALSE ARREST AGAINST BSO

17. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 9, 10, and 11 with the same force and effect as if fully set forth herein.

18. On April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Florida, YESBECK detained ROCHENEL and deprived ROCHENEL of his liberty. YESBECK did not act under authority of an arrest warrant and ROCHENEL did not consent to the deprivation of his liberty.

19. As a direct result of the unlawful deprivation of his liberty, ROCHENEL suffered humiliation, mental anguish and incurred attorney fees to secure his liberty. The emotional damages continue to this day.

WHEREFORE, the Plaintiff, ROCHENEL SILAS, demands judgment for damages against Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE.

## COUNT IV
## LOSS OF CONSORTIUM CLAIM OF MARIDA SILAS

20. Plaintiff, MARIDA re-alleges paragraphs 1, 3, 4-6, 8-14 and 18-19 of this Complaint with the same force and effect as is fully set forth herein.

21. MARIDA is and was the wife of ROCHENEL at all material times. MARIDA has lost

the care, comfort, and companionship of her husband, Rochenel Silas, and has incurred

out of pocket expenses due to the conduct of Yesbeck and BSO.

WHEREFRE, the Plaintiff, MARIDA SILAS, demands judgment for damages against

Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE

and PAUL YESBECK.

## RESERVATION OF RIGHT TO AMEND TO INCLUDE PRAYER FOR PUNITIVE DAMAGES

Plaintiff, Rochenel Silas, pursuant to Section 768.72, Florida Statues, requests leave to

alleged a demand for punitive damages against PAUL YESBECK once the requisite showing in

the record has been made.

## <u>DEMAND FOR JURY TRIAL</u>

The Plaintiffs demand a trial by jury on all such issues triable as a matter of right.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-

MAIL this 18 day of December 2019, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ.

at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I

electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts

eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 151
9000 Sheridan Street
Pembroke Pines, Florida  33024

Telephone:   (954) 862-2205
Facsimile:   (954) 862-2206

By _Oscar Syger_____
      OSCAR SYGER, ESQUIRE
      FBN. 381373

Filing # 100593460 E-Filed 12/19/2019 02:46:37 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

## PRETRIAL CATALOGUE

    Plaintiff, ROCHENEL SILAS (hereinafter SILAS)and his wife MARIDA SILAS, pursuant to Fla. R. Civ. P. 1.200 and in accordance with this Court's Uniform Order setting cause for Jury Trial and states:

    SILAS incorporates by reference any and all earlier filled Pre-Trial Disclosures whether designated as non-expert witness list, expert witness list, supplemental disclosure, and/or documentary disclosures and requests that this Court and opposing Counsel accept this reincorporation by reference.

### WITNESS

1) **Rochenel Silas**
   9000 Sheridan Street
   Suite 156
   Pembroke Pines, FL 33024

2) **Marida Silas**
   9000 Sheridan Street
   Suite 156
   Pembroke Pines, FL 33024

3) **Micheline Silas**
   Address Unknown

4) **Angeline Cherelle Silas**

Address Unknown

5) **Rosner Silas**
Address Unknown

6) **Records Custodian of Law Offices of Oscar Syger P.A., to authenticate the F.S. 768.28 delivered to Sheriff**
9000 Sheridan Street
Suite 156
Pembroke Pines, FL 33024

7) **Debbie Arlete Silas**
Address Unknown

8) **Deputy Marra**
Broward County Sheriff Office
2601 West Broward Boulevard
North Lauderdale, FL 33312

9) **Records Custodian of Broward County Sheriffs Office**
Broward County Sheriff Office
2601 West Broward Boulevard
North Lauderdale, FL 33312

10) **Valcourt Frage MD**
200 NW 7th Ave
Fort Lauderdale, FL 33311

11) **Records Custodian of Broward Health North**
201 E Sample Road
Pompano Beach, FL 33064

## EXHIBITS

1. Any and all records of the Sheriff's office relating or referring to the false arrest and battery of Rochenel Silas on April 2, 2011 and its records of Paul Yesbeck and Deputy Marra.

2. Any and all jail records of Rochenel Silas.

3. Mortality Tables

4. Photos of scene of event

5.  Photos of Plaintiffs

6.  Sheriff's records of its arrest or detention of Rochenel Silas in 2012.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **19 day of December 2019**, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By   *Oscar Syger*
    OSCAR SYGER, ESQUIRE
FBN. 381373

PATIENT AUTHORIZATION FOR THE
RELEASE OF PROTRECTED HEALTH INFORMAITON (PHI)
(HIPAA Complaint)

I, _Rochenel Silas_ (patient name), hereby authorize _____
(hospital health provider name), its agents, employees and associates to release the protected
health information that is described below, to:

Law offices of Oscar Syger, P.A.
9000 Sheridan Street,
Pembroke Pines, Florida 33024., its agents and employees.

The protected health information release herein is specifically as follows:
All Medical Records and Bills
_____, (e.g.)"x-rays and

. This protected health information is to be used for the following purpose:
Representation in a personal injury action.

_____

This release may be revoked by a signed and properly dated written revocation, delivered to the
hospital provided that this release cannot be revoked as to protected health information that had
been previously released in reliance on this document.

I understand that a refusal to sign this form will not result in a denial of health care by the hospital
or any other health care provider and that this release has not been coerced by a health care entity
or any of its business associates.

I understand that once PHI is disclosed, it may be re-disclosed to individuals or organizations that
are not subject to the federal privacy regulations such as expert witnesses, litigants, and insurance
companies and even may become public record if filed with a court of law.

This authorization will expire at the end of representation.

Dated this _17th_ day of _October_, 20_18_

_____
Patient or Personal Representative

Birth Date _0 / 6 / 51_

Social Security Number _____

If executed by a personal representative, the representative's authority to act on the patient's
behalf is: _____ (e.g. "As parent or "as legal guardian").

_FDL - 420-51-366-0_

_Law Ann Matos_    _10/17/18_

LORI ANN MATOS
MY COMMISSION # FF222899
EXPIRES May 31, 2019
Florida Notary Service.com

Filing # 100516074 E-Filed 12/18/2019 02:20:31 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,
_____/

## PLAINTIFF REQUEST TO PRODUCE TO DEFENDANT

PLAINTIFF, ROCHENEL SILA, pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, hereby requests DEFENDANTS, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK to produce the original or best copy of the items listed below, at the offices of the Plaintiffs undersigned counsel, for inspection and/or photocopying within thirty (30) days from the date certified herein below.

If you believe that any of the following discovery requests call for information or documents subject to a claim of privilege, answer or produce so much as is not objected to, state that part of each discovery request as to which you raise objection and set forth the basis for your claim of privilege.  Please include a statement identifying the nature of the information withheld. For each document as to which you claim a privilege, state the date and subject matter of the document, and the name(s) of the person(s) for whom the document was intended.

1) The entire non privileged portions of the employee file of Paul Yesbeck maintained by the Sheriff of Broward County.
2) The entire Internal Affairs or professional compliance file of Paul Yesbeck maintained by the Sheriff of Broward County.

3) The entire non privileged portions of the employee file of Officer Marra maintained by the Sheriff of Broward County.

4) The entire Internal Affairs or professional compliance file of Officer Marra maintained by the Sheriff of Broward County.

5) A duplicate of the 911 call (either a transcription or audio tape) ostensibly placed on April 4, 2011 relating or referring to the events allegedly taking place at the Plaintiffs' home.

6) Any and all transcripts of sworn testimony , including but not limited to trial testimony or deposition testimony provided by Defendant Yesbeck in State of Florida v Rochenel Silas, Broward County case number 11009012 MM 10A

7) Any and all transcripts of sworn testimony , including but not limited to trial testimony or deposition testimony provided by Officer Marra in State of Florida v Rochenel Silas, Broward County case number 11009012 MM 10A

8) Any and all statements of any non-law enforcement officer who witnessed the events taking place at Plaintiffs' home on April 4, 2011.

9) The entire Jail file including but not limited to, booking documents, post arrest photographs, and medical records maintained by the Sheriff on Rochenel Silas. A HIPPA form signed by Rochenel Silas is appended to this Request to Produce.

10) Any and all reports including drafts and source notes, relating to the events at the Plaintiffs' home on April 4, 2011 in the custody or control of the Defendants in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 18 day of December 2019, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156

9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By  *Oscar Syger*                              .
   OSCAR SYGER, ESQUIRE
FBN. 381373

PATIENT AUTHORIZATION FOR THE
RELEASE OF PROTRECTED HEALTH INFORMAITON (PHI)
(HIPAA Complaint)

I, _Rochenel Silas_ (patient name), hereby authorize _____
(hospital health provider name), its agents, employees and associates to release the protected
health information that is described below, to:

Law offices of Oscar Syger, P.A.
9000 Sheridan Street,
Pembroke Pines, Florida 33024., its agents and employees.

The protected health information release herein is specifically as follows:
All Medical Records and Bills
_____, (e.g."x-rays and

This protected health information is to be used for the following purpose:
Representation in a personal injury action.
_____

This release may be revoked by a signed and properly dated written revocation, delivered to the
hospital provided that this release cannot be revoked as to protected health information that had
been previously released in reliance on this document.

I understand that a refusal to sign this form will not result in a denial of health care by the hospital
or any other health care provider and that this release has not been coerced by a health care entity
or any of its business associates.

I understand that once PHI is disclosed, it may be re-disclosed to individuals or organizations that
are not subject to the federal privacy regulations such as expert witnesses, litigants, and insurance
companies and even may become public record if filed with a court of law.

**This authorization will expire at the end of representation.**

Dated this _17th_ day of _October_, 20_18_

_____
Patient or Personal Representative

Birth Date _0 1 6 1 5 1_

Social Security Number _____

If executed by a personal representative, the representative's authority to act on the patient's
behalf is: _____ (e.g. "As parent or "as legal guardian").

FDL- 470-51-366-0

_Law Ann Matos_    10/17/18

LORI ANN MATOS
MY COMMISSION # FF222800
EXPIRES May 31, 2019

Filing # 100627057 E-Filed 12/20/2019 09:19:16 AM

**THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

      Defendants.

_____/

**DEFENDANT'S MOTION TO COMPEL CANCELATION FEE PAYMENT CHARGED BY TRANSLATOR FOR PLAINTIFF'S DEPOSITION**

      Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK, by and through undersigned counsel, and as verified by undersigned counsel, hereby file this Motion to Compel and seek for Plaintiff's counsel to be required to pay for the cancelation fee imposed for his cancelation of his client's deposition and for the necessity of filing this motion and attending hearing on same, as further set forth below:

      1.     Defendants seek for this Court to compel Plaintiff to pay the cancelation fee of $500.00 for the translator for his client's deposition which such fee was caused by Plaintiff's cancelation of his deposition with less than 24 hours prior to the deposition scheduled to take place. Defendants also seek the fees and costs associated with the drafting of this motion and its preparation and the attendance at hearing on this motion.

      2.     Plaintiff Rochenel Silas's deposition was noticed on October 24, 2019 by agreement of all counsel and set for November 21, 2019 at Esquire Solutions in Plantation, Florida. *See* Depo. Notice, attached as **Exhibit A**.

1

3.      Plaintiff's counsel requested and confirmed in multiple e-mails that his client needed a Creole translator to be present for this deposition to assist his client and one was ordered for the purpose of the November 21, 2019 deposition.

4.      On November 20, 2019 at 7:55AM, undersigned counsel's assistant confirmed the deposition with Plaintiff's counsel for November 21, 2019 at 10 a.m. to be held at 950 South Pine Island Road, Suite 150, Plantation, Florida. Counsel for Plaintiff responded at 8:07 AM: "Barring something horrible happening to me, both Mr. Silas and I will be there. Please have a Creole translator. Thanks, Oscar." See Nov. 20, 2019 Corresp. String, attached as **Exhibit B**.

5.      As of about 2 PM, Defendants learned that they needed to change the deposition location from Esquire Solutions in Plantation to counsel's office in Davie. This is where a series of additional e-mails were exchanged where Defendants explained the basis for the change in location to down the street to a location where there would be no charge for the space. *See* Nov. 20, 2019 Corresp. String, attached as **Exhibit C**.

6.      By 5:53 PM.on November 20, 2019, Plaintiff's counsel advises that his client will **not** appear for deposition because of the change of location and because he now also advises that he was subpoenaed to appear before Judge Hunter Davis at the same time of the deposition on November 21, 2019. *See* Nov. 20, 2019 Corresp. String, attached as **Exhibit D**.

7.      Based on the last minute cancelation of the deposition, Defendants did notify the reporting service and interpreting service that the deposition was not going forward. While the reporter waived the cancelation fee, the interpreter did not. After correspondence on December 10th and 19th, Plaintiff's counsel confirmed his refusal to pay the cancelation fee of $500.00. *See* Not Paying Corresp. and Invoice, attached as **Exhibit E**.

8.     While not provided by Plaintiff's counsel, Defendants have obtained the November 20, 2019 Notice of Issuance of Subpoena by Laline Concepcion-Velose and Subpoena to Plaintiff's counsel, Oscar Syger. These documents indicate that Mr. Syger was required in Court at 10:30am. *See* Notice and Subpoena, attached as **Exhibit F**. However, it is counsel's understanding that Mr. Syger never testified that day but remained outside during the proceedings.

9.     Plaintiff's deposition took place on December 17, 2019 at undersigned counsel's office without any objection (*see* Dec. 17, 2019 Notice, attached as **Exhibit G**) and Plaintiff's counsel again stated that he was not paying the prior cancelation fee; hence, this motion now at this time.

10.     As the cancelation of Plaintiff's deposition was caused by the requirement that Plaintiff's counsel be elsewhere and not attend the deposition, the translator's cancelation fee should be paid for by Plaintiff (or Plaintiff is welcome to seek the payment from Laline Concepcion-Velose, Esq. who compelled Mr. Syger to attend a hearing). It is unknown when Mr. Syger knew about the subpoena or whether he agreed to attend or asked not to attend, but there is no question that Plaintiff did not ask for a postponement of his deposition until the afternoon; instead, he simply refused to appear and now refuses to pay the fee caused by his decision.

11.     Based on the cancelation of Plaintiff's deposition by Plaintiff's counsel within less than 24-hours of when it was to occur, Plaintiff should be held responsible for the translator's cancelation fee and now for the necessity of this motion and hearing.

WHEREFORE, Defendants, respectfully seek for this Court to Order Plaintiff and/or his counsel to pay the $500.00 cancelation fee charged by the interpreter for his failure to appear at deposition, and for the fees and costs for the necessity of filing this motion and attending the hearing, and for all such further relief as justice so requires.

3

## GOOD FAITH CERTIFICATE

As is evidenced from the attached e-mail correspondence and based on prior discussions with counsel, Plaintiff's counsel does not agree to the requested relief.

*/s/ Louis Reinstein*

## VERIFICATION

I, Louis Reinstein, hereby attest to the authentic of the attached e-mail documents as documents that are kept in the regular and ordinary course of business.

*/s/ Louis Reinstein*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: */s/ Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

4

EXHIBIT "A"

Filing # 97842755 E-Filed 10/24/2019 04:30:16 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## NOTICE OF TAKING DEPOSITION DUCES TECUM
(date cleared with Plaintiffs' counsel)

    YOU, as the Plaintiff, ROCHENEL SILAS, are hereby notified that the Defendants in the above styled cause will take your deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both of:

| NAME | DATE | TIME | LOCATION |
|------|------|------|----------|
| Plaintiff Rochenel Silas | Thursday, November 21, 2019 | 10:00 a.m. | Esquire Solutions 950 S. Pine Island Rd. Suite 150 Plantation, FL 33324 |

    Said deposition will be taken before Esquire Solutions, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

1

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

Please advise at least ten (10) days in advance of the deposition if a translator will be necessary.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

2

SCHEDULE "A"

1.  All medical records which describe, or reference in any way the injuries you claim are related to the alleged force described in the pleadings.

2.  All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings.

3.  All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4.  Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5.  Any and all documentary evidence which you believe supports the allegations in the case.

EXHIBIT "B"

**Louis Reinstein**

| | |
|---|---|
| **From:** | Oscar Syger <051698@msn.com> |
| **Sent:** | Wednesday, November 20, 2019 8:07 AM |
| **To:** | Connie Olschewske; Secretary of Oscar Syger |
| **Subject:** | Re: SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: Silas v. Broward County Sheriff's Office, et al. |

Hi Connie . Barring something horrible happening to me , both Mr. Silas and I will be there . Please have a Creole translator. Thanks , Oscar

Get Outlook for Android

---

**From:** Connie Olschewske <colschewske@kelleykronenberg.com>
**Sent:** Wednesday, November 20, 2019 7:55:49 AM
**To:** 051698@msn.com <051698@msn.com>; Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>
**Subject:** Silas v. Broward County Sheriff's Office, et al.

Good morning,

Please confirm the deposition of your client Rochenel Silas on November 21, 2019 at 10 a.m. to be held at 950 South Pine Island Road, Suite 150, Plantation, Florida.

Thank you.

Connie Olschewske
**Legal Assistant to Louis Reinstein, Esq.**
"Our office has moved, please note our new address below"
10360 West State Road 84 |
Ft. Lauderdale| FL 33324
954. 370.9970 |Office
865. 366.5593 |Direct
954. 333.3763 |Fax
Website | Email | LinkedIn



ATTORNEYS AT LAW

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems. These systems may prevent or delay delivery of certain email communications. If you do not receive a timely response to an email communication, please contact the intended recipient via phone in one of our office locations available here.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.

EXHIBIT "C"

**Louis Reinstein**

| | |
|---|---|
| **From:** | Louis Reinstein |
| **Sent:** | Wednesday, November 20, 2019 5:18 PM |
| **To:** | 051698@msn.com; secretaryofoscarsyger@gmail.com |
| **Cc:** | Connie Olschewske |
| **Subject:** | Fwd: SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: change of location for depo of Pltf Rochenel Silas |

Oscar,

We had no choice but to move the deposition because we were told at the last minute that there would be an extra charge for using that location. My office is only a few minutes away. If you cannot get a hold of your client today, please meet your client at the location you told him to go then escort him to our office down the road and we can start at 10:30am.

Thank you

Louis  Reinstein, Esq.
**Partner**
10360 West State Road 84
Fort Lauderdale, FL 33324

954-370-9970 |Office

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems.  These systems may prevent or delay delivery of certain email communications.  If you do not receive a timely response to an email communication, please contact the intended recipient via phone.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material immediately. Thank you.

Begin forwarded message:

**From:** Connie Olschewske <colschewske@kelleykronenberg.com>
**Date:** November 20, 2019 at 5:13:20 PM EST
**To:** Louis Reinstein <LReinstein@kelleykronenberg.com>
**Subject: Fwd:  SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: change of location for depo of Pltf Rochenel Silas**

Sent via the Samsung Galaxy S7, an AT&T 4G LTE smartphone

-------- Original message --------
From: Secretary of Oscar Syger <>

Date: 11/20/19 4:45 PM (GMT-05:00)
To: Connie Olschewske <colschewske@kelleykronenberg.com>
Cc: Oscar Syger <051698@msn.com>
Subject: Re: SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: change of location for depo of Pltf Rochenel Silas

Good Afternoon Connie,

I received the Re-Notice of Taking Deposition despite my email informing you that Mr. Syger was in deposition and would not be able to agree to a new location.

Mr. Syger just got out of the deposition. He does **NOT** agree to moving the deposition location on short notice. Our client does not have email and is hard to reach by phone on short notice. He had already confirmed early this week he would be at the ORIGINAL location. Therefore, tomorrow Mr. Syger and our client will meet at the ORIGINAL address on the Notice of Taking Deposition.

Kind Regards,

Sulima Valdez
Legal Assistant to
Oscar Syger, Esq.
9000 Sheridan Street
Suite 156
Pembroke Pines, FL 33024
Tel: (954) 862-2205
Fax: (954) 862-2206

*This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you are not the addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you received this email by mistake and delete this e-mail from your system.*

On Wed, Nov 20, 2019 at 2:13 PM Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com> wrote:
Mr.Syger is currently in a deposition and cannot advise if he agrees to the change in deposition location.

I will have him reply as soon as possible.

Kind Regards

Sulima Valdez

On Wed, Nov 20, 2019, 2:08 PM Connie Olschewske <colschewske@kelleykronenberg.com> wrote:

Good afternoon Mr. Syger,

Please be advised that we have just received information that there is a fee for the use of the room in Plantation for the deposition of your client, Rochenel Silas.  Therefore, we have moved the deposition to our office at the address below  A Re-Notice will be filed momentarily.

2

Thank you.


Connie Olschewske

**Legal Assistant to Louis Reinstein, Esq.**

"Our office has moved, please note our new address below"

10360 West State Road 84 |

Ft. Lauderdale| FL 33324

954. 370.9970 |Office

865. 366.5593 |Direct

954. 333.3763 |Fax

Website | Email | LinkedIn

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems.  These systems may prevent or delay delivery of certain email communications.  If you do not receive a timely response to an email communication, please contact the intended recipient via phone in one of our office locations available here.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.

Filing # 99188406 E-Filed 11/20/2019 02:10:22 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

## RE-NOTICE OF TAKING DEPOSITION DUCES TECUM
(change of location only -- Creole translator to be provided as requested by Plaintiff's counsel)

       YOU, as the Plaintiff, ROCHENEL SILAS, are hereby notified that the Defendants in the above styled cause will take your deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both of:

| NAME | DATE | TIME | LOCATION |
|------|------|------|----------|
| Plaintiff Rochenel Silas | Thursday, November 21, 2019 | 10:00 a.m. | Kelley Kronenberg 10360 West State Road 84 Fort Lauderdale, FL 33324 |

       Said deposition will be taken before Esquire Solutions, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

       Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided.  Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
    LOUIS REINSTEIN
    Florida Bar No. 26852
    lreinstein@kklaw.com

2

SCHEDULE "A"

1. All medical records which describe, or reference in any way the injuries you claim are related to the alleged force described in the pleadings.

2. All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings.

3. All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4. Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5. Any and all documentary evidence which you believe supports the allegations in the case.

EXHIBIT "D"

## Louis Reinstein

| | |
|---|---|
| **From:** | Louis Reinstein |
| **Sent:** | Wednesday, November 20, 2019 6:04 PM |
| **To:** | Oscar Syger |
| **Cc:** | Connie Olschewske; secretaryof oscar syger |
| **Subject:** | Re: SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: Silas v Sheriff Depositon of Plaintiffs can not go forward tomorrow |

Oscar,

So if you are telling me that your client will not appear that means you were able to get in touch with him. Thank you for confirming that. I was previously told you could not reach your client today to give the change in location.

The change in location to my office is less than 5 minutes away with no cost for use of the room. We were only just advised of the additional charge by the court reporter company. The court reporter and translator will charge a cancellation fee since it is under 24hours. I don't know anything about the matter with Ms. Newmark and you could have just said that instead of using the change in location as a pretense to cancel the deposition as you and I know the location is not determined by you but the person setting the deposition. And the change to my office will only make it less costly (and frankly we can provide drinks and snacks). In any event, we will make an effort in the morning to cancel both the translator and the reporter. If they charge a fee, I will be sending that to you.

We will be sending new dates shortly for Mr. Silas.

Thank you.


Louis  Reinstein, Esq.
**Partner**
10360 West State Road 84
Fort Lauderdale, FL 33324

954-370-9970 |Office

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems.  These systems may prevent or delay delivery of certain email communications.  If you do not receive a timely response to an email communication, please contact the intended recipient via phone.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material immediately. Thank you.


On Nov 20, 2019, at 5:53 PM, Oscar Syger <051698@msn.com> wrote:

1

Hello Louis . Please be advised that the witnesses ( Plaintiffs) will NOT. appear fot deposition tomorrow. Your 11th hour change in location , is one reason. Also ,late this afternoon  I have been served ( by email ) of a witness subpoena  for a contempt hearing in Joffe v Joffe which is set for tomorrow at 10 30 a.m. I have been subpoenaed by the Husband's counsel. Tracy Newmark , Esq .of yout firm represents the wife. Due to my limited staff  resources. i cannot file and serve a Rule 1.280 motion in response to these two 11th hour major developments. Please respond timely to this notification so that you can cancel the reporter. I  agree to make my clients available for deposition on the first mutually agreeable date . However , I will continue to object to having the deposition take place in your office. Oscar

Get Outlook for Android

EXHIBIT "E"

**Louis Reinstein**

| | |
|---|---|
| **From:** | Oscar Syger <051698@msn.com> |
| **Sent:** | Thursday, December 19, 2019 8:09 AM |
| **To:** | Connie Olschewske; Secretary of Oscar Syger |
| **Cc:** | Louis Reinstein |
| **Subject:** | Re: SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: Silas v. Broward County Sheriff's Office, et al. |

We are NOT paying.

Get Outlook for Android

---

**From:** Connie Olschewske <colschewske@kelleykronenberg.com>
**Sent:** Thursday, December 19, 2019 8:07:31 AM
**To:** Oscar Syger <051698@msn.com>; Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>
**Cc:** Louis Reinstein <LReinstein@kelleykronenberg.com>
**Subject:** FW: SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: Silas v. Broward County Sheriff's Office, et al.

Good morning,

As a follow up to my email below, please advise if the attached invoice from Esquire Solutions regarding the Creole interpreter has been paid.

Thank you.

Connie Olschewske
**Legal Assistant to Louis Reinstein, Esq.**
"Our office has moved, please note our new address below"
10360 West State Road 84 |
Ft. Lauderdale| FL 33324
954. 370.9970 |Office
865. 366.5593 |Direct
954. 333.3763 |Fax
Website | Email | LinkedIn



Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems. These systems may prevent or delay delivery of certain email communications. If you do not receive a timely response to an email communication, please contact the intended recipient via phone in one of our office locations available here.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.

**From:** Connie Olschewske
**Sent:** Tuesday, December 10, 2019 9:49 AM
**To:** 051698@msn.com; Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>
**Cc:** regina.greene@esquiresolutions.com
**Subject:** SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: Silas v. Broward County Sheriff's Office, et al.

Good morning,

Please find attached correspondence dated December 10, 2019 along with enclosure in the referenced matter.

If you have any questions, please do not hesitate to contact me.

Connie Olschewske
**Legal Assistant to Louis Reinstein, Esq.**
"Our office has moved, please note our new address below"
10360 West State Road 84 |
Ft. Lauderdale| FL 33324
954. 370.9970 |Office
865. 366.5593 |Direct
954. 333.3763 |Fax
Website | Email | LinkedIn



Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems. These systems may prevent or delay delivery of certain email communications. If you do not receive a timely response to an email communication, please contact the intended recipient via phone in one of our office locations available here.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.



# ESQUIRE

*Invoice* **INV1608650**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 12/3/2019 | **Client Number** | C04739 |
| **Terms** | Net 30 | **Esquire Office** | Ft. Lauderdale |
| **Due Date** | 1/2/2020 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**

Kelley Kronenberg, P.A. - Fort Lauderdale
10360 W. State Road 84`
Fort Lauderdale FL 33324

**Services Provided For**

Kelley Kronenberg, P.A. - Fort Lauderdale
Reinstein, Louis
10360 W. State Road 84`
Fort Lauderdale FL 33324

| Dep Date | Job # | Job Location | Case |
|---|---|---|---|
| 11/21/2019 | J4618406 | Fort Lauderdale, FLORIDA | ROCHENEL SILAS AND HIS WIFE MARIDA SILAS V. SCOTT I... |

| Description | Deponent | Qty | Unit Price | Amount |
|---|---|---|---|---|
| CANCELLATION | ROCHENEL SILAS | 1 | 0.00 | 0.00 |
| CREOLE INTERPRETING SERVICE | Rochenel Silas | 2 | 250.00 | 500.00 |
| This invoice replaces INV1607294. Rebilled to correct interpreter type | | 1 | 0.00 | 0.00 |

*Representing Client: Kelley Kronenberg, P.A. - Fort Lauderdale*

| | |
|---|---|
| **Subtotal** | 500.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 500.00 |
| **Amount Due** | $500.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

| | |
|---|---|
| **Client Name** | Kelley Kronenberg, P.A. - Fort L... |
| **Client #** | C04739 |
| **Invoice #** | INV1608650 |
| **Invoice Date** | 12/3/2019 |
| **Due Date** | 1/2/2020 |
| **Amount Due** | $ 500.00 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

EXHIBIT "F"

Filing # 99186562 E-Filed 11/20/2019 01:55:17 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

FAMILY DIVISION

CASE NO.: FMCE 16-008595 (42/91)

IN RE: THE MARRIAGE OF                             Florida Bar No.: 179700

HILARY R. JOFFE,

      Petitioner/Wife,

v.

DAVID JOFFE,

      Respondent/Husband.

_____/

### NOTICE OF ISSUANCE OF SUBPOENA

      PLEASE TAKE NOTICE that Pursuant to Family Law Rules of Procedure 12.410,
undersigned counsel is issuing the attached Subpoena directed to Oscar Syger, Esq. to appear
before the Honorable N. Hunter Davis on November 21, 2019 at 10:30 a.m.

### CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by e-mail

through the Florida Courts E-Filing Portal (familylaw@kelleykronenberg.com) on November 19,

2019, to: Tracy B. Newmark, Esq., Kelley Kronenberg, Attorneys for Petitioner/Wife, 10360

West State Road 84, Ft. Lauderdale, Florida 33324.

                      LALINE CONCEPCION-VELOSO, P.A.
                      Attorney for Respondent/Husband David Joffe
                      8105 N.W. 155th Street
                      Miami Lakes, Florida 33016
                      Telephone: (305) 818-9993
                      Facsimile: (305) 818-9997
                      E-mail: lveloso@lcvlaw.com

                        */s/ Laline Concepcion-Veloso*
                      Laline Concepcion-Veloso, Esq.
                      Florida Bar No.: 179700

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

FAMILY DIVISION

CASE NO.: FMCE 16-008595 (42/91)

IN RE:  THE MARRIAGE OF

Florida Bar No.: 179700

HILARY R. JOFFE,

**SUBPOENA FOR HEARING ON WIFE'S MOTION FOR CONTEMPT AND ENFORCEMENT OF ORDER DATED JUNE 19, 2019**

      Petitioner/Wife,

v.

DAVID JOFFE,

      Respondent/Husband.

_____/

THE STATE OF FLORIDA:

TO:    Oscar Syger, Esq.
      Law Offices of Oscar Syger P.A.
      9000 Sheridan St Ste 156
      Pembroke Pines, FL 33024-8801
      United States

    **YOU ARE HEREBY COMMANDED** to appear before the Honorable N. Hunter Davis's Chambers at the Broward County Courthouse, 201 S.E. 6th Street, Room 11164, Ft. Lauderdale, Florida 33301, on the __21st__ day of __November__, 2019, at __10:30 a.m.__, to testify in the above styled cause.

    **IF YOU FAIL TO APPEAR, YOU MAY BE IN CONTEMPT OF COURT.**

*Joffe v. Joffe*
Case No.: FMCE 16-008595 (42/91)
*Subpoena for Hearing*

You are subpoenaed to appear by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**WITNESS** my hand and seal this _20th_ day of November, 2019.

**ISSUING ATTORNEY**
LALINE CONCEPCION-VELOSO, ESQ.
LALINE CONCEPCION-VELOSO, P.A.
*Attorney for Husband David Joffe*
8105 N.W. 155th Street
Miami Lakes, Florida 33016
Telephone: (305) 818-9993
Facsimile: (305) 818-9997
E-mail: lveloso@lcvlaw.com

By: _____
      Laline Concepcion-Veloso
      Florida Bar No. 0179700

EXHIBIT "G"

Filing # 99481724 E-Filed 11/26/2019 01:21:26 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

**RE-NOTICE OF TAKING DEPOSITION DUCES TECUM**
(Time and location coordinated with Plaintiffs' counsel;
Creole translator to be provided as requested by Plaintiffs' counsel;
Reset at request of Plaintiffs' counsel from November 21, 2019.)

       YOU, as the Plaintiff, ROCHENEL SILAS, are hereby notified that the Defendants in the above styled cause will take your deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both; you are also required to bring with you the items and documents described in Schedule "A" attached to this Notice:

| NAME | DATE | TIME | LOCATION |
|------|------|------|----------|
| Plaintiff Rochenel Silas | Tuesday, December 17, 2019 | 10:00 a.m. | Kelley Kronenberg 10360 West State Road 84 Fort Lauderdale, FL 33324 Tel: 954-370-9970 |

       Said deposition will be taken before Esquire Solutions, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

1

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

2

**SCHEDULE "A"**

1.  All medical records which describe, or reference in any way the injuries you claim are related to the alleged force described in the pleadings.

2.  All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings.

3.  All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4.  Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5.  Any and all documentary evidence which you believe supports the allegations in the case.

3

Filing # 100725388 E-Filed 12/23/2019 01:24:05 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

| Name of Deponent | Date | Start Time |
|---|---|---|
| Deputy Marra | Friday, January 17, 2020 | 12:00 PM |

**PLACE:**

Kelley Kronenberg
10360 West State Road 84
Fort Lauderdale, FL 33324

     Upon oral examination before a Notary Public authorized to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The Deposition will be taken for the purpose of discovery, for use at trial, or for other purposes as permitted pursuant to the Florida Rules of Court, Florida Rules of Civil Procedure, and all applicable Florida Statutes.

     In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA Coordinator no later than seven (7) days prior to the proceeding. If hearing impaired, telephone 1-800-955-8771 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **23 day of December 2019**, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
       OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 100720297 E-Filed 12/23/2019 12:28:55 PM

**THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

<u>**NOTICE OF HEARING**</u>
(coordinated with counsel)

TO:    All counsel listed in the Certificate of Service

      YOU ARE HEREBY NOTIFIED that we shall call up for hearing before the **Honorable John B. Bowman,** one of the Judges of the above styled Court, in Chambers, at the Broward County Courthouse, 201 S.E. 6th Street, **Room 15135,** Fort Lauderdale, Florida, on **Thursday, the 16th day of January, 2020 at 8:45 a.m.**, or as soon thereafter as may be heard on:

**DEFENDANTS MOTION TO COMPEL CANCELATION FEE PAYMENT CHARGED BY TRANSLATOR FOR PLAINTIFFS DEPOSITION**

      I hereby certify that A) the movant has conferred or attempted to confer with all parties or self-represented parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion; and B) the issues in the motion may be heard and resolved by the court within five (5) minutes.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 23rd day of December, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
     LOUIS REINSTEIN
     Florida Bar No. 26852
     lreinstein@kklaw.com

Filing # 100725388 E-Filed 12/23/2019 01:24:05 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## PLAINTIFFS REQUEST FOR ADMISSIONS TO DEFENDANTS

Plaintiff, ROCHENEL SILAS, pursuant to Fla. R. Civ. P. 1.370, requests that the Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK admit the following:

1) Admit Paul Yesbeck acted under color of law at all times during his interaction with Rochenel Silas on April 4, 2011.

2) Admit Paul Yesbeck acted within the course and scope of his agency relationship with Sheriff of Broward County on April 4, 2011 during his interaction with Rochenel Silas.

3) Admit Paul Yesbeck was on duty as a law enforcement officer employed by the Sheriff of Broward County on April 4, 2011 during his interaction with Rochenel Silas.

4) Admit Deputy Marra acted under color of law at all times during his interaction with Rochenel Silas on April 4, 2011.

5) Admit Deputy Marra acted within the course and scope of his agency relationship with Sheriff of Broward County on April 4, 2011 during his interaction with Rochenel Silas.

6) Admit Deputy Marra was on duty as a law enforcement officer employed by the Sheriff of Broward County on April 4, 2011 during his interaction with Rochenel Silas.

7) Admit that on April 4, 2011 Paul Yesbeck deprived Rochenel Silas of his liberty.

8) Admit that on April 4, 2011, Paul Yesbeck deprived Rochenel Silas of his liberty without consent of Rochenel Silas.

9) Admit that on April 4, 2011 Paul Yesbeck arrested Rochenel Silas without warrant.

10) Admit that on April 4, 2011 Paul Yesbeck committed a battery on Rochenel Silas.

11) Admit that on April 4, 2011 used an excessive level of force on Rochenel Silas during the arrest of Rochenel Silas.

12) Admit that the Plaintiff in this case has complied with the pre suit notification procedures contained in Fla. Stat. 768.28 (6).

13) Admit that the Sheriff of Broward County denied liability before this lawsuit is filed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **23 day of December 2019**, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By  *Oscar Syger*
OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 100211770 E-Filed 12/12/2019 11:54:37 AM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT'S MOTION FOR EX PARTE ORDER TO COMPEL DISCOVERY

Defendant, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS

OFFICE'S, pursuant to Local Rule No. 10A(12) (March 5, 2018), shows the Court that this

Defendant submitted to Plaintiff ROCHENEL SILAS Interrogatories propounded on November

5, 2019. A copy of the discovery is attached hereto as Exhibit "A". There has been a complete

failure to respond, object thereto, or request for an extension of time to so respond.

WHEREFORE, Defendant moves the Court for entry of an *ex parte* order requiring the

Plaintiff to respond to the aforesaid discovery pursuant to Local Rule 10A within ten (10) days of

the execution of an Order on this Motion which shall also provide that sanctions may be imposed

if discovery is not completed within ten (10) days from the date of execution of the Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2019, I electronically filed the
foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the
following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains

Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
     LOUIS REINSTEIN
     Florida Bar No. 26852
     lreinstein@kklaw.com

# EXHIBIT "A"

Filing # 98417146 E-Filed 11/05/2019 03:54:10 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' NOTICE OF
## SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

    Defendant, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel Silas.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 5th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

                Kelley Kronenberg
                Attorneys for Defendants
                10360 West State Road 84
                Fort Lauderdale, Florida 33324
                Tel: 954-370-9970
                Fax: 954-333-3763

                By: /s/ *Louis Reinstein*
                LOUIS REINSTEIN
                Florida Bar No. 26852
                lreinstein@kklaw.com

1

## <u>INTERROGATORY TO THE PLAINTIFF ROCHENEL SILAS</u>

1.    Please provide current residential addresses for the following individuals; telephone numbers for the following individuals; and e-mail addresses for the following individuals.

        a)  Rosner Silas

        b)  Micheline Silas

        c)  Angeline Cherelle Silas

        d)  Debbie Arlete Silas

2

_____
Rochenel Silas

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME, the undersigned authority, personally appeared Rochenel Silas, who being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20__.


_____
Notary Public

My commission expires:


Personally known OR produced identification
Type of identification produced _____

Filing # 100211950 E-Filed 12/12/2019 11:56:02 AM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT'S MOTION FOR EX PARTE ORDER TO COMPEL DISCOVERY

Defendant, PAUL YESBECK'S, pursuant to Local Rule No. 10A(12) (March 5, 2018),

shows the Court that this Defendant submitted to Plaintiff ROCHENEL SILAS Interrogatories

propounded on November 7, 2019. A copy of the discovery is attached hereto as Exhibit "A".

There has been a complete failure to respond, object thereto, or request for an extension of time to

so respond.

WHEREFORE, Defendant moves the Court for entry of an *ex parte* order requiring the

Plaintiff to respond to the aforesaid discovery pursuant to Local Rule 10A within ten (10) days of

the execution of an Order on this Motion which shall also provide that sanctions may be imposed

if discovery is not completed within ten (10) days from the date of execution of the Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2019, I electronically filed the
foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the
following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains

1

Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

> Kelley Kronenberg
> Attorneys for Defendants
> 10360 West State Road 84
> Fort Lauderdale, Florida 33324
> Tel: 954-370-9970
> Fax: 954-333-3763
>
> By: /s/ *Louis Reinstein*
>     LOUIS REINSTEIN
>     Florida Bar No. 26852
>     lreinstein@kklaw.com

2

EXHIBIT "A"

Filing # 98510184 E-Filed 11/07/2019 08:20:11 AM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT PAUL YESBECK'S NOTICE OF
## SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

Defendant, PAUL YESBECK, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel Silas.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax:  954/862-2206, 051698@msn.com

Kelley Kronenberg
Attorneys for Defendants
1030 W. State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
    LOUIS REINSTEIN
    Florida Bar No. 26852
    lreinstein@kklaw.com

## INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

1.     Have you ever been involved in a motor vehicle accident? If yes, when and for each accident describe what happened; if you were injured, describe the injuries.

2.     If you answered in the affirmative to Interrogatory #1, identify all medical providers to which you have sought medical attention in regards to the identified and described motor vehicle accident(s).

_____

ROCHENEL SILAS

STATE OF FLORIDA

COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared ROCHENEL SILAS, who is personally known to me or has produced _____ as identification and who after first being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct to the best of his/her knowledge and belief.

SWORN TO and SUBSCRIBED before me this _____ day of _____, 2019.

_____

Notary Public
State of Florida at Large

_____

PRINTED NAME OF NOTARY PUBLIC
NOTARY PUBLIC, SEAL OF OFFICE:
Commission No.:

Filing # 100211950 E-Filed 12/12/2019 11:56:02 AM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT'S MOTION FOR EX PARTE ORDER TO COMPEL DISCOVERY

      Defendant, PAUL YESBECK'S, pursuant to Local Rule No. 10A(12) (March 5, 2018), shows the Court that this Defendant submitted to Plaintiff MARIDA SILAS Interrogatories propounded on November 6, 2019. A copy of the discovery is attached hereto as Exhibit "A". There has been a complete failure to respond, object thereto, or request for an extension of time to so respond.

      WHEREFORE, Defendant moves the Court for entry of an *ex parte* order requiring the Plaintiff to respond to the aforesaid discovery pursuant to Local Rule 10A within ten (10) days of the execution of an Order on this Motion which shall also provide that sanctions may be imposed if discovery is not completed within ten (10) days from the date of execution of the Order.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains

Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

2

EXHIBIT "A"

Filing # 98496263 E-Filed 11/06/2019 04:33:26 PM

**IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as Sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT PAUL YESBECK'S NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFF MARIDA SILAS

      Defendant, PAUL YESBECK, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), gives notice of the service of Interrogatories to Plaintiff Marida Silas.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 6th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com

                      Kelley Kronenberg
                      Attorneys for Defendants
                      10360 W. State Road 84
                      Fort Lauderdale, Florida 33324
                      Tel: 954-370-9970
                      Fax: 954-333-3763

                      By: /s/ *Louis Reinstein*
                      LOUIS REINSTEIN
                      Florida Bar No. 26852
                      lreinstein@kklaw.com

1

## DEFENDANT'S INTERROGATORIES TO THE PLAINTIFF MARIDA SILAS

1.     Did you witness the incident alleged in the complaint (i.e. the alleged false arrest, battery)? If yes, please describe what you witnessed. If no, please identify who did witness the incident.

2.     What is the current a) residential address; b) e-mail address; c) phone number for Rosner Silas?

_____

MARIDA SILAS

STATE OF FLORIDA

COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared MARIDA SILAS, who is personally known to me or has produced _____ as identification and who after first being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct to the best of his/her knowledge and belief.

SWORN   TO   and   SUBSCRIBED   before   me   this   _____   day   of _____, 2019.

_____

Notary Public
State of Florida at Large

_____

PRINTED NAME OF NOTARY PUBLIC
NOTARY PUBLIC, SEAL OF OFFICE:
Commission No.:

2

Filing # 101095712 E-Filed 01/03/2020 02:22:53 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,
        Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,
        Defendants.
_____/

## NOTICE OF PRODUCTION FROM NON-PARTY

PLEASE TAKE NOTICE that the attached Subpoena to the Record Custodians of **Pompano Spine Center, North Broward Hospital District d/b/a Imperial Point Medical Center, Progressive American Insurance Company and Progressive Select Insurance Company,** who are not parties, will be served in accordance with Rule 1.351 if no proper Objection is filed. The parties named therein will be advised to mail a copy of the records to the undersigned attorney in lieu of taking a deposition. A copy of these records will be provided to you upon request and payment of the reasonable costs of preparing copies.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

        Kelley Kronenberg
        Attorneys for Defendants
        10360 West State Road 84
        Fort Lauderdale, Florida 33324
        Tel: 954-370-9970
        Fax: 954-333-3763

        By: /s/ *Louis Reinstein*
        LOUIS REINSTEIN
        Florida Bar No. 26852
        lreinstein@kklaw.com

Filing # 101083269 E-Filed 01/03/2020 12:19:29 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT'S NOTICE OF
## SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

    Defendant, PAUL YESBECK, by and through undersigned counsel, pursuant to Florida
Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel
Silas.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 3rd day of January, 2020, I electronically filed the
foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the
following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains
Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax:
954/862-2206, 051698@msn.com.

                    Kelley Kronenberg
                    Attorneys for Defendants
                    10360 West State Road 84
                    Fort Lauderdale, Florida 33324
                    Tel: 954-370-9970
                    Fax: 954-333-3763

                    By: /s/ *Louis Reinstein*
                    LOUIS REINSTEIN
                    Florida Bar No. 26852
                    lreinstein@kklaw.com

Filing # 101086542 E-Filed 01/03/2020 12:53:02 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

**NOTICE OF TAKING DEPOSITION DUCES TECUM**
(Time and location coordinated with Plaintiffs' counsel;
Creole translator to be provided as requested by Plaintiffs' counsel)

      YOU, as the Plaintiff, MARIDA SILAS, are hereby notified that the Defendants in the above styled cause will take your deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both; you are also required to bring with you the items and documents described in Schedule "A" attached to this Notice:

| NAME | DATE | TIME | LOCATION |
|---|---|---|---|
| Plaintiff<br>Marida Silas | Tuesday,<br>January 28, 2020 | 10:00 a.m. | Kelley Kronenberg<br>10360 West State Road 84<br>Fort Lauderdale, FL 33324<br>Tel: 954-370-9970 |

      Said deposition will be taken before U.S. Legal Support, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

1

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

<div align="center">**CERTIFICATE OF SERVICE**</div>

I HEREBY CERTIFY that on this 3rd day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

## SCHEDULE "A"

1. All medical records which describe, or reference in any way the injuries you claim are related to the alleged force described in the pleadings.

2. All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings.

3. All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4. Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5. Any and all documentary evidence which you believe supports the allegations in the case.

Filing # 101173636 E-Filed 01/06/2020 02:30:51 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife          CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

## <u>RENOTICE OF TAKING DEPOSITION</u>
**This Notice Cancels the Deposition previously scheduled for January 17, 2020**

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

| Name of Deponent | Date | Start Time |
|---|---|---|
| Deputy Marra | February 7, 2020 | 12:00 PM |

**PLACE:**

Kelley Kronenberg
10360 West State Road 84
Fort Lauderdale, FL 33324

     Upon oral examination before a Notary Public authorized to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The Deposition will be taken for the purpose of discovery, for use at trial, or for other purposes as permitted pursuant to the Florida Rules of Court, Florida Rules of Civil Procedure, and all applicable Florida Statutes.

     In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA Coordinator no later than seven (7) days prior to the proceeding. If hearing impaired, telephone 1-800-955-8771 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **6 day of January 2020**, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
        OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 101235060 E-Filed 01/07/2020 12:00:49 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

<div align="center">

**DEFENDANTS' MOTION TO DISMISS
AND/OR MOTION FOR SANCTIONS**

</div>

COMES NOW, the Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE, and PAUL YESBECK, by and through his undersigned attorneys, and moves this Honorable Court for the entry of an Order striking Plaintiff's pleadings and dismissing this action and/or, imposing sanctions pursuant to Rule 1.380 of the Florida Rules of Civil Procedure, and as grounds would show unto the Court as follows:

1.      That on December 20, 2019, the Court entered its Ex-Parte Order (on one out of three ex-parte motions seeking orders) compelling Plaintiff's response to Interrogatories propounded on November 5, 2019. *See* Dec. 20, 2019 Order, attached as **Exhibit A**.

2.      Defendant sent correspondence to Plaintiff in another good faith effort to obtain discovery responses prior to seeking the Court's intervention, but no discovery responses have been received. *See* Dec. 19, 2019 and Jan. 6, 2020 Corresp., attached as **Exhibit B**.

3.      To date, Plaintiff has not complied with the contents of this Court's Ex-Parte Order of

<div align="center">1</div>

December 20, 2019, and, accordingly, the Defendant is entitled to those remedies as enumerated in

Rule 1.380(b) and (d) of the Florida Rules of Civil Procedure.

4.      Defendant has been forced to seek an ex parte Order and now file this additional

Motion in order to obtain discovery which he is entitled to receive.

5.      For all of the above reasons, Defendants now seek dismissal of the case and their fees

and costs regarding these discovery matters.

WHEREFORE, the Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY

SHERIFFS OFFICE, and PAUL YESBECK, respectfully requests this Honorable Court enter an

Order dismissing Plaintiff's pleadings and/or the imposition of sanctions.  This Defendant further

requests this Honorable Court impose costs and fees and such other further and different relief as this

Court deems appropriate under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

2

EXHIBIT "A"

**THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v,

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## EX-PARTE ORDER ON MOTION TO COMPEL

THIS CAUSE having come before the Court on Defendant GREGORY TONY, as sheriff of the BROWARD COUNTY's Motion for Ex-Parte Order to Compel Plaintiff, ROCHENEL SILAS to Answer Interrogatories propounded on November 5, 2019, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that based on a complete failure by Plaintiff to respond to the discovery, pursuant to Local Rule 10A, Plaintiff shall have ten (10) days from the date of the execution of this Order within which to respond to the aforesaid discovery or sanctions may be imposed as of ten (10) days from the date of execution.

DONE AND ORDERED in Ft. Lauderdale, Broward County, Florida, this ____ day of December, 2019.

_____
HONORABLE JOHN B. BOWMAN
CIRCUIT COURT

Copies Furnished to:
Louis Reinstein, Esq.
Oscar Syger, Esq.

EXHIBIT "B"

| | |
|---|---|
| **From:** | Louis Reinstein |
| **To:** | Oscar Syger; secretaryof oscar syger |
| **Cc:** | Connie Olschewske |
| **Subject:** | RE: SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: outstanding discovery |
| **Date:** | Monday, January 06, 2020 4:12:50 PM |
| **Attachments:** | image001.png |

Oscar,

There are at least three sets of discovery that have not been responded to in writing as required by the Rules. Mr. Silas did not provide answers to all of the necessary discovery during his deposition and whether you think he did or not, I am entitled to have him respond in writing to the discovery unless you send me the citations to the deposition that support the answers in lieu of a further written response. As nothing has been served by you in response to the outstanding discovery, there is nothing for me to parse out, clarify, or explain.

**Louis Reinstein, Esq.**
**Partner**
10360 West State Road 84|
Ft. Lauderdale | FL 33324
954.370.9970 |Office
954.224.9421 |Cell
954.382.1988 |Fax
Website | Email

 

FT. LAUDERDALE | MIAMI |WEST PALM BEACH| TAMPA
ORLANDO | JACKSONVILLE| TALLAHASSEE | CHICAGO

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems. These systems may prevent or delay delivery of certain email communications. If you do not receive a timely response to an email communication, please contact the intended recipient via phone in one of our office locations available here.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.

**From:** Oscar Syger [mailto:051698@msn.com]

**Sent:** Monday, January 06, 2020 4:04 PM
**To:** Louis Reinstein <LReinstein@kelleykronenberg.com>; secretaryof oscar syger
<secretaryofoscarsyger@gmail.com>
**Cc:** Connie Olschewske <colschewske@kelleykronenberg.com>
**Subject:** Re: SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417:
outstanding discovery

Louis. I have asked you to clarify. You keep telling me all discovery is overdue. Mr. Silas
has answered those interrogatories at his deposition to the best of his ability . Oscar

Get Outlook for Android


From: Louis Reinstein
Sent: Monday, January 6, 3:47 PM
Subject: SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417:
outstanding discovery
To: Oscar Syger
Cc: Connie Olschewske


Oscar,

I am again reaching out to you in a good faith attempt to obtain all discovery responses
from you before I return to the Court for assistance and file the appropriate motions.

Thank you.

Louis Reinstein, Esq.
**Partner**
10360 West State Road 84|
Ft. Lauderdale | FL 33324
954.370.9970 |Office
954.224.9421 |Cell
954.382.1988 |Fax
Website | Email

 

FT. LAUDERDALE | MIAMI |WEST PALM BEACH| TAMPA
ORLANDO | JACKSONVILLE| TALLAHASSEE | CHICAGO

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email
information systems. These systems may prevent or delay delivery of certain email
communications. If you do not receive a timely response to an email communication,

please contact the intended recipient via phone in one of our office locations available <u>here</u>.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.

| | |
|---|---|
| **From:** | Louis Reinstein |
| **To:** | "Oscar Syger"; Connie Olschewske; secretaryof oscar syger |
| **Subject:** | RE: SILAS: Overdue Discovery. Silas v Yesbeck |
| **Date:** | Thursday, December 19, 2019 8:37:26 AM |
| **Attachments:** | image001.gif |

Please provide all discovery that is due pursuant to the discovery that has been served upon you.

**Louis Reinstein, Esq.**
**Partner**
10360 West State Road 84|
Ft. Lauderdale | FL 33324
954.370.9970 |Office
954.224.9421 |Cell
954.382.1988 |Fax
Website | Email



## FT. LAUDERDALE | MIAMI |WEST PALM BEACH| TAMPA ORLANDO | JACKSONVILLE| TALLAHASSEE | CHICAGO

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems. These systems may prevent or delay delivery of certain email communications. If you do not receive a timely response to an email communication, please contact the intended recipient via phone in one of our office locations available here.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.

**From:** Oscar Syger [mailto:051698@msn.com]
**Sent:** Wednesday, December 18, 2019 11:41 AM
**To:** Louis Reinstein <LReinstein@kelleykronenberg.com>; Connie Olschewske <colschewske@kelleykronenberg.com>; secretaryof oscar syger <secretaryofoscarsyger@gmail.com>
**Subject:** Overdue Discovery. Silas v Yesbeck

Good. Morning Louis. I proactively reach out to you to address the over due responses to the Defendant's supplemental
interrogatory that request addresses. of the. Silas eye witnesses. In my view , Mr. Silas answered all interrogatory questions during his deposition. However, I am continuing with my effort to obtain the addresses and contact information of the Silas children because I wish to include them in my pre trial disclosures and to secure your opportunity to take their

deposition before trial.   Please advise if there is any other discovery that is due .



Thank you

, Oscar

Get Outlook for Android

Filing # 101329561 E-Filed 01/08/2020 02:44:12 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

<u>**NOTICE OF TAKING DEPOSITION**</u>
(date coordinated with Plaintiffs' counsel)

      YOU, as the Plaintiffs, are hereby notified that the Defendants in the above styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both of:

| NAME | DATE | TIME | LOCATION |
|------|------|------|----------|
| Debbie Silas | Thursday, February 6, 2020 | 12:00 p.m. | Kelley Kronenberg 10360 West State Road 84 Fort Lauderdale, FL 33324 (954) 370-9970 |

      Said deposition will be taken before U.S. Legal Support, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

> Kelley Kronenberg
> Attorneys for Defendants
> 10360 West State Road 84
> Fort Lauderdale, Florida 33324
> Tel: 954-370-9970
> Fax: 954-333-3763
>
> By: /s/ Louis Reinstein
> LOUIS REINSTEIN
> Florida Bar No. 26852
> lreinstein@kklaw.com

cc:    U.S. Legal Support

Filing # 101329561 E-Filed 01/08/2020 02:44:12 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

## <u>NOTICE OF TAKING DEPOSITION DUCES TECUM</u>
(date coordinated with Plaintiffs' counsel)

       YOU, as the Plaintiffs, are hereby notified that the Defendants in the above styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both; the deponent is also required to bring with her the items and documents described in Schedule "A" attached to this Notice:

| NAME | DATE | TIME | LOCATION |
|---|---|---|---|
| Heather Schaffer, O.D. | Tuesday, February 4, 2020 | 11:45 a.m. | South Florida Vision 143 North Powerline Road Deerfield Beach, FL (954) 429-9600 |

       Said deposition will be taken before U.S. Legal Support, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided.  Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

---

**H.I.P.A.A. NOTICE**

Pursuant to 45 C.F.R. 164.512, "A covered entity may use or disclose protected health information without the written consent or authorization of the individual . . . to the extent that such use or disclosure is required by law and the use or disclosure complied with and is limited to the relevant requirements of such law." Pursuant to 45 C.F.R. 164.501, "Required by law includes, but not limited to, court orders and court-ordered warrants; subpoenas or summons . . . a civil or an authorized investigative demand." (Emphasis added).

---

**An Agreed HIPAA Qualified Protective Order and Order to Disclose Protected Health Information was entered by the Circuit Court on November 2, 2015, which is attached, and is in full force and effect and applicable to this Notice.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

cc:   U.S. Legal Support
Heather Schaffer, O.D

## SCHEDULE "A"

All records pertaining to **ROCHENEL SILAS, DOB: 10/06/1951, SS# XXX-XX-3847,**

2

including but not limited to any and all patient history forms, reports, consulting reports, consultations by and with others, charts/graphs, labs, x-rays and reports, MRIs and reports, CT scans and reports, memoranda, notes, correspondence, communications, records, handwritten notes by the doctor or any other medical personnel, telephone messages, copy of the chart jacket/file (front & back), letters from attorneys and letters from the patient. **Your response MUST include all of the records you have in your possession for any examination and/or treatment of this individual, and <u>not</u> limited to any particular visit unless otherwise stated above.**

In addition, your response must include a copy your **<u>BILLING RECORDS</u>** (written and/or computerized to include amount billed, paid, and balance owing), correspondence and insurance forms and/or records whether or not prepared by you.

In short, you must produce **<u>each and every document (written/computerized)</u>** contained in your files regarding the patient whether or not prepared by you (i.e. including letters or records sent to you from another source).

3

Filing # 100938749 E-Filed 12/30/2019 03:31:49 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

## DEFENDANTS' REQUEST FOR ADMISSIONS TO PLAINTIFF ROCHENEL SILAS

       Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, and PAUL YESBECK, by and through undersigned counsel, and propound the following Request for Admissions, pursuant to Florida Rule of Civil Procedure 1.370, and request Plaintiff, ROCHENEL SILAS, admit or deny the truth of the following Request for Admissions. Failure to respond within thirty (30) days shall be deemed an admission of each request.

       The following definitions are applicable throughout this Request.

       Definition: "This incident" or "incident" refers to the matters alleged in the pleadings. "You" or "your" refers to Plaintiff Rochenel Silas.

    1. Deputy Marra and Cpl. Yesbeck arrived at or near your home on April 4, 2011 in response to a call of a disturbance by a neighbor.

    2. Deputy Marra and Cpl. Yesbeck arrived at or near your home on April 4, 2011 in response to a call for law enforcement to come out because of a fight.

    3. You did not want your adult children to speak to Deputy Marra on April 4, 2011.

    4. You did not want your adult children to speak to Cpl. Yesbeck on April 4, 2011.

    5. You do not owe anyone any money as a result of your arrest on April 4, 2011.

1

Filing # 100759538 E-Filed 12/24/2019 08:40:25 AM

THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE, and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT'S MOTION TO STRIKE WITNESSES AND MOTION TO COMPEL PRODUCTION OF DR. FRAGE'S MEDICAL RECORDS

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, and PAUL YESBECK, by and through undersigned counsel, hereby file their joint Motion to Strike Trial Witnesses and Motion to Compel Production of Dr. Frage's Medical Records, and in support state:

1.    Plaintiff has filed a late and incomplete "Pretrial Catalogue" and Plaintiff has testified he may have medical records in his home which were created or prepared by Dr. Frage yet he has not made any effort to look for these records or produce them.

2.    Plaintiff's failure to provide information and produce documents has been consistent throughout this case and has required multiple efforts and much expense to obtain discovery and prepare for trial.

3.    As the Plaintiff has violated the terms of this Court's Trial Order and as Plaintiff fails to comply with applicable rules and law, Defendants seek for Plaintiff's Witness List to be

1

stricken and for Plaintiff to be compelled to produce all medical records in his possession, custody, or control for Dr. Frage (or any other provider), or not be permitted to use any such records at trial.

4.    For all the reasons stated above and as discussed below, Defendants seek an Order consistent with the requests in this Motion, and fees and costs for the necessity of filing these motions.

## MOTION TO STRIKE

**A.    Plaintiffs Do Not Know Their Children's Home Address nor What They Will Testify to at Trial**

Pursuant to this Court's Trial Order, all parties were to file and serve their Witness List 120 days before Calendar Call (April 3, 2010) which made the deadline December 5, 2019. Defendants filed and served their lists on December 5, 2019 (see **Exhibit A**) and Plaintiff did not do the same until December 19, 2019 (**Exhibit B**). While, admittedly, this amount of time in and itself would not prejudice Defendants; however, as the filing is incomplete and bare bones it does prejudice Defendants and Plaintiff has refused to date to provide the requested information. Plaintiff's failure to comply with this Court's Trial Order requires his witnesses with "address unknown" to be stricken.

Plaintiff has listed four children of Plaintiffs Rochenel and Marida Silas as trial witnesses: Micheline Silas, Angeline Cherelle Silas, Rosner Silas, and Debbie Arlete Silas. Plaintiff has failed to provide their addresses and seemingly refuses to provide their contact information. Plaintiff also has failed to disclose in the filing what the substance of their testimony will be at trial. As verified by undersigned counsel, upon doing a search on the Broward County Property Appraiser's website (www.bcpa.net), none of their names appear as homeowners in Broward County. This contact information has also been requested in discovery multiple times (**Exhibit C**). During the deposition of Mr. Silas, he also claimed to **not** know their addresses. While Plaintiff's counsel is

expected to argue that Defendants can search for their address, this is not a proper objection to providing information nor is feigning ignorance provided for in precedent either. At this time, Defendants have also filed *ex parte* Motions with the Court pursuant to Local Rules regarding Plaintiff's failure to respond to discovery and provide these addresses (**Exhibit D**).

As the deadline to conduct discovery is approaching, Defendants are greatly prejudiced by Plaintiffs continued failure to comply with discovery rules and this Court's deadlines. At every step, Plaintiff also makes this case more expensive by necessitating motion practice in order to get Plaintiff to comply with deadlines and rules.

WHEREFORE, for all of the above reasons, and as Plaintiffs have refused to provide the contact information for their four children, Defendants respectfully request entry of an Order striking all four witnesses from the witness list and Plaintiffs should be prohibited from calling these witnesses at trial, and for all such further relief as justice so requires.

## MOTION TO COMPEL PLAINTIFFS TO PRODUCE MEDICAL RECORDS FROM DR. FRAGE OR BE PREVENTED FROM USING AT TRIAL

In the same witness list discussed above, Plaintiffs have listed as a witness "Valcourt, Frage MD, 200 NW 7th Ave, Fort Lauderdale, FL 33311." Plaintiff Mr. Silas has also now testified that Dr. Frage is the only private physician (outside the hospital) that he saw related to his injuries alleged in this case. However, Dr. Frage is no longer practicing (**Exhibit E**) and his prior group no longer has any medical records for this patient (**Exhibit F**). But the reason for the motion to compel is because Plaintiff has now testified that he believes he has copies of medical records in his home related to his visits to Dr. Frage, but he has **not** looked for them. (The deposition transcript has been ordered and will be produced to the Court upon receipt if Plaintiff disputes this testimony.) This admission by Mr. Silas also means that prior discovery responses which did not provide or even acknowledge medical records by Dr. Frage were also incomplete. In addition,

Plaintiff was also specifically requested to bring any and all such medical records to his deposition pursuant to the *duces tecum* which Plaintiff failed to comply with (**Exhibit G**).

As Dr. Frage (through his prior practice) no longer has these medical records and as Plaintiff has refused to produce any medical records while testifying that such records may exist in his home, Plaintiff shall either be compelled to produce these records and/or prevented from "trial by ambush" and being able to use these records at trial.

WHEREFORE, Defendants respectfully seek an Order from this Court to compel Plaintiff to produce the medical records of Dr. Frage or any other medical records within his possession, custody, or control, or indicate he has no such records and be prevented from using any such records at trial, and for all such further relief as justice so requires.

## GOOD FAITH CERTIFICATE

All of the issues raised in this Motion have been previously discussed with Plaintiff's counsel and Plaintiff has not agreed to the requested relief.

*/s/ Louis Reinstein*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

4

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

Filing # 99883609 E-Filed 12/05/2019 04:54:02 PM                        EXHIBIT A

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' FACT WITNESS LIST

      Defendants, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK, by and through their undersigned counsel, pursuant to this Court's Uniform Trial Order dated July 31, 2019, hereby file their Fact Witness List as follows:

1. Plaintiff Rochenel Silas c/o counsel: Will testify as to matters set forth in pleadings, filings, medical records, and discovery.

2. Plaintiff Marida Silas c/o counsel: Will testify as to matters set forth in pleadings, filings, medical records, and discovery.

3. Defendant Paul Yesbeck c/o counsel: Will testify as to his observations, and matters set forth in pleadings, filings, reports, records, and discovery.

4. Deputy Marra, Broward Sheriff's Office, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312. P: (954) 765-4321: Will testify as to his observations, and matters set forth in pleadings, filings, reports, records, and discovery.

5. Rosner Silas: Will testify as to observations and information known regarding the incident.

1

EXHIBIT A

6.   Angela Silas: Will testify as to observations and information known regarding the incident.

7.   Debbie Silas: Will testify as to observations and information known regarding the incident.

8.   Hasan Riaz, MD, Broward Health (or other medical provider), 500 North Hiatus Rd, Suite 107, Pembroke Pines, FL 33026: Will testify as to the medical records, presentation of Plaintiff in the hospital, and medical history, and other observations.

9.   BSO Records Custodian, Broward Sheriff's Office, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312. P: (954) 765-4321.

10.  Broward Health Records Custodian, 201 E. Sample Road, Deerfield Beach, FL 33064, (954) 941-8300.

11.  Other witnesses yet to be determined based on upcoming depositions of Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

2

Filing # 100593460 E-Filed 12/19/2019 02:46:37 PM                     EXHIBIT B

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## PRETRIAL CATALOGUE

Plaintiff, ROCHENEL SILAS (hereinafter SILAS)and his wife MARIDA SILAS, pursuant to Fla. R. Civ. P. 1.200 and in accordance with this Court's Uniform Order setting cause for Jury Trial and states:

SILAS incorporates by reference any and all earlier filled Pre-Trial Disclosures whether designated as non-expert witness list, expert witness list, supplemental disclosure, and/or documentary disclosures and requests that this Court and opposing Counsel accept this reincorporation by reference.

### WITNESS

1) **Rochenel Silas**
   9000 Sheridan Street
   Suite 156
   Pembroke Pines, FL 33024

2) **Marida Silas**
   9000 Sheridan Street
   Suite 156
   Pembroke Pines, FL 33024

3) **Micheline Silas**
   Address Unknown

4) **Angeline Cherelle Silas**

EXHIBIT B

Address Unknown

5) **Rosner Silas**
Address Unknown

6) **Records Custodian of Law Offices of Oscar Syger P.A., to authenticate the F.S. 768.28 delivered to Sheriff**
9000 Sheridan Street
Suite 156
Pembroke Pines, FL 33024

7) **Debbie Arlete Silas**
Address Unknown

8) **Deputy Marra**
Broward County Sheriff Office
2601 West Broward Boulevard
North Lauderdale, FL 33312

9) **Records Custodian of Broward County Sheriffs Office**
Broward County Sheriff Office
2601 West Broward Boulevard
North Lauderdale, FL 33312

10) **Valcourt Frage MD**
200 NW 7th Ave
Fort Lauderdale, FL 33311

11) **Records Custodian of Broward Health North**
201 E Sample Road
Pompano Beach, FL 33064

## EXHIBITS

1. Any and all records of the Sheriff's office relating or referring to the false arrest and battery of Rochenel Silas on April 2, 2011 and its records of Paul Yesbeck and Deputy Marra.

2. Any and all jail records of Rochenel Silas.

3. Mortality Tables

4. Photos of scene of event

EXHIBIT B

5.  Photos of Plaintiffs

6.  Sheriff's records of its arrest or detention of Rochenel Silas in 2012.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **19 day of December 2019**, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
      OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 79323605 E-Filed 10/15/2018 12:17:17 PM                    **EXHIBIT C**

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

       Plaintiff,

vs.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,
_____/

## PLAINTIFF, ROCHENEL SILAS, RESPONSE TO DEFENDANT, SCOTT ISRAEL AS SHERIFF OF THE BROWARD COUNTY SHERIFFS OFFICE, REQUEST TO PRODUCE

     Plaintiff, ROCHENEL SILAS (hereinafter Silas), pursuant to Fla. R. Civ. P. 1.350 files his Response to Defendant, Scott Israel, as Sheriff of the Broward County Sheriffs Office, Request to Produce with a date of service of January 3, 2018 and state as follow:

1.  Plaintiff withdraws its claim for lost wages and for loss of income earning capacity. Therefore, the documents requested in Paragraph are not provided as the documents are not reasonably calculated to lead to admissible evidence.

2.  The only medical records and or clinical records in the Plaintiff's possession are 38 pages of medical records (but not medical bills) of Emergency Room care furnished by Broward Health on 4/7/11. These records were delivered via facsimile on October 12, 2018 to Defendant's counsel.

3.  Please see response to Paragraph # 2

4.  None in Plaintiff's possession, custody or control

,5.  None

EXHIBIT C

6. Objection. Overbreadth (eight years) and the request for credit card documents over the eight years preceding January 3, 2018 is not reasonably calculated to lead to admissible evidence.

7. None

8. None

9. This has not yet been determined

10. The photographs taken of the scene by Plaintiff's counsel in 2015 are available for inspection of Plaintiff's counsel's then cell phone. The cell phone has malfunctioned since approximately February 27, 2017. The photographs cannot be forwarded and can be viewed only from the cell phone. Plaintiff will permit defense counsel to take photographs of the scene of the subject event, which is the front of Plaintiffs' home, on reasonable notice and at a mutually agreeable time. This offer of entry on to land is in addition to viewing the photographs on Plaintiffs' counsel's cell phone.

11. None at this time

12. None at this time

13. None

14. These insurance policies are not presently in Plaintiff's possession. Plaintiff has requested these documents and will provide same to Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 15 day of October 2018, to KELLEY KRONENBERG; Louis Reinstein, Esq. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,
LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

EXHIBIT C

By__*Oscar Syger*_____
OSCAR SYGER, ESQUIRE
 FBN. 381373

Filing # 98417146 E-Filed 11/05/2019 03:54:10 PM                    EXHIBIT C

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

### DEFENDANTS' NOTICE OF
### SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

      Defendant, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel Silas.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 5th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

                    Kelley Kronenberg
                    Attorneys for Defendants
                    10360 West State Road 84
                    Fort Lauderdale, Florida 33324
                    Tel: 954-370-9970
                    Fax: 954-333-3763

                    By: /s/ *Louis Reinstein*
                    LOUIS REINSTEIN
                    Florida Bar No. 26852
                    lreinstein@kklaw.com

EXHIBIT C

## **INTERROGATORY TO THE PLAINTIFF ROCHENEL SILAS**

1.  Please provide current residential addresses for the following individuals; telephone numbers for the following individuals; and e-mail addresses for the following individuals.

    a)  Rosner Silas

    b)  Micheline Silas

    c)  Angeline Cherelle Silas

    d)  Debbie Arlete Silas

EXHIBIT C

_____
Rochenel Silas

STATE OF FLORIDA
COUNTY OF BROWARD

    BEFORE ME, the undersigned authority, personally appeared Rochenel Silas, who being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct.

    SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20__.

_____
Notary Public

My commission expires:

Personally known OR produced identification
Type of identification produced _____

EXHIBIT C

**IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**

**CASE NO:  15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as Sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

**DEFENDANT PAUL YESBECK'S NOTICE OF SERVICE OF INTERROGATORIES TO
PLAINTIFF MARIDA SILAS**

      Defendant, PAUL YESBECK, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), gives notice of the service of Interrogatories to Plaintiff Marida Silas.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 6th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax:  954/862-2206, 051698@msn.com

                    Kelley Kronenberg
                    Attorneys for Defendants
                    10360 W. State Road 84
                    Fort Lauderdale, Florida 33324
                    Tel: 954-370-9970
                    Fax: 954-333-3763

                    By: /s/ *Louis Reinstein*
                    LOUIS REINSTEIN
                    Florida Bar No. 26852
                    lreinstein@kklaw.com

EXHIBIT C

## <u>DEFENDANT'S INTERROGATORIES TO THE PLAINTIFF MARIDA SILAS</u>

1.      Did you witness the incident alleged in the complaint (i.e. the alleged false arrest, battery)? If yes, please describe what you witnessed. If no, please identify who did witness the incident.

2.      What is the current a) residential address; b) e-mail address; c) phone number for Rosner Silas?

_____

MARIDA SILAS

STATE OF FLORIDA

COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared MARIDA SILAS, who is personally known to me or has produced _____ as identification and who after first being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct to the best of his/her knowledge and belief.

SWORN   TO   and   SUBSCRIBED   before   me   this   _____   day   of _____, 2019.

_____

Notary Public
State of Florida at Large

_____

PRINTED NAME OF NOTARY PUBLIC
NOTARY PUBLIC, SEAL OF OFFICE:
Commission No.:

Filing # 100211950 E-Filed 12/12/2019 11:56:02 AM                    EXHIBIT D

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT'S MOTION FOR EX PARTE ORDER TO COMPEL DISCOVERY

      Defendant, PAUL YESBECK'S, pursuant to Local Rule No. 10A(12) (March 5, 2018), shows the Court that this Defendant submitted to Plaintiff ROCHENEL SILAS Interrogatories propounded on November 7, 2019. A copy of the discovery is attached hereto as Exhibit "A". There has been a complete failure to respond, object thereto, or request for an extension of time to so respond.

      WHEREFORE, Defendant moves the Court for entry of an *ex parte* order requiring the Plaintiff to respond to the aforesaid discovery pursuant to Local Rule 10A within ten (10) days of the execution of an Order on this Motion which shall also provide that sanctions may be imposed if discovery is not completed within ten (10) days from the date of execution of the Order.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains

EXHIBIT D

Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

2

EXHIBIT D

EXHIBIT "A"

Filing # 98510184 E-Filed 11/07/2019 08:20:11 AM                    EXHIBIT D

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.
_____/

## DEFENDANT PAUL YESBECK'S NOTICE OF
## SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

Defendant, PAUL YESBECK, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel Silas.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax:  954/862-2206, 051698@msn.com

Kelley Kronenberg
Attorneys for Defendants
1030 W. State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
    LOUIS REINSTEIN
    Florida Bar No. 26852
    lreinstein@kklaw.com

EXHIBIT D

## INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

    1.    Have you ever been involved in a motor vehicle accident? If yes, when and for each accident describe what happened; if you were injured, describe the injuries.

    2.    If you answered in the affirmative to Interrogatory #1, identify all medical providers to which you have sought medical attention in regards to the identified and described motor vehicle accident(s).

_____
ROCHENEL SILAS

STATE OF FLORIDA

COUNTY OF _____

    BEFORE ME, the undersigned authority, personally appeared ROCHENEL SILAS, who is personally known to me or has produced _____ as identification and who after first being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct to the best of his/her knowledge and belief.

    SWORN TO and SUBSCRIBED before me this _____ day of _____, 2019.

_____
Notary Public
State of Florida at Large

_____
PRINTED NAME OF NOTARY PUBLIC
NOTARY PUBLIC, SEAL OF OFFICE:
Commission No.:

Filing # 100211950 E-Filed 12/12/2019 11:56:02 AM                    EXHIBIT D

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT'S MOTION FOR EX PARTE ORDER TO COMPEL DISCOVERY

Defendant, PAUL YESBECK'S, pursuant to Local Rule No. 10A(12) (March 5, 2018), shows the Court that this Defendant submitted to Plaintiff MARIDA SILAS Interrogatories propounded on November 6, 2019.  A copy of the discovery is attached hereto as Exhibit "A". There has been a complete failure to respond, object thereto, or request for an extension of time to so respond.

WHEREFORE, Defendant moves the Court for entry of an *ex parte* order requiring the Plaintiff to respond to the aforesaid discovery pursuant to Local Rule 10A within ten (10) days of the execution of an Order on this Motion which shall also provide that sanctions may be imposed if discovery is not completed within ten (10) days from the date of execution of the Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains

EXHIBIT D

Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

EXHIBIT D

EXHIBIT "A"

Filing # 98496263 E-Filed 11/06/2019 04:33:26 PM                    EXHIBIT D

**IN THE CIRCUIT COURT OF THE 17th**
**JUDICIAL CIRCUIT IN AND FOR**
**BROWARD COUNTY, FLORIDA**

**CASE NO:  15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as Sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT PAUL YESBECK'S NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFF MARIDA SILAS

      Defendant, PAUL YESBECK, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), gives notice of the service of Interrogatories to Plaintiff Marida Silas.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 6th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax:  954/862-2206, 051698@msn.com

                    Kelley Kronenberg
                    Attorneys for Defendants
                    10360 W. State Road 84
                    Fort Lauderdale, Florida 33324
                    Tel: 954-370-9970
                    Fax: 954-333-3763

                    By: /s/ *Louis Reinstein*
                    LOUIS REINSTEIN
                    Florida Bar No. 26852
                    lreinstein@kklaw.com

EXHIBIT D

### **DEFENDANT'S INTERROGATORIES TO THE PLAINTIFF MARIDA SILAS**

1.      Did you witness the incident alleged in the complaint (i.e. the alleged false arrest, battery)? If yes, please describe what you witnessed. If no, please identify who did witness the incident.

2.      What is the current a) residential address; b) e-mail address; c) phone number for Rosner Silas?

_____

MARIDA SILAS

STATE OF FLORIDA

COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared MARIDA SILAS, who is personally known to me or has produced _____ as identification and who after first being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct to the best of his/her knowledge and belief.

SWORN TO and SUBSCRIBED before me this _____ day of _____, 2019.

_____

Notary Public
State of Florida at Large

_____

PRINTED NAME OF NOTARY PUBLIC
NOTARY PUBLIC, SEAL OF OFFICE:
Commission No.:

2

EXHIBIT E

 Department of Health



## VALCOURT FRAGE

## License Number: ME37005

| | |
|---|---|
| Profession | Medical Doctor |
| ❷ License Status | NULL AND VOID/ |
| Year Began Practicing | 01/01/1979 |
| License Expiration Date | 01/31/2017 |

The practitioner is not obligated to update their profile data.

### Primary Practice Address

VALCOURT FRAGE
NOT PRACTICING

This practitioner does not have an address of record on file with the department. If you have any questions, please contact the department at (850) 488-0595.

**EXHIBIT F**

| | |
|---|---|
| **From:** | WSP Server on behalf of No Reply |
| **To:** | Connie Olschewske |
| **Subject:** | BPC Job Done - Non-Served for (Frage, Valcourt) |
| **Date:** | Friday, August 16, 2019 3:19:29 PM |

To: Louis Reinstein, Esq.
  Kelley Kronenberg

This is an automated message relating to:

  **Our Job Number:** 2019002173
  **Your Reference Number:**
  **Party To Be Served:** Frage, Valcourt
  **Documents To Be Served:** Subpoena Duces Tecum Without Deposition, HIPAA Notice, Agreed HIPAA Qualified Protective Order and Order to Disclose Protected Health Information
  **Case Info:** Florida Broward 15-004358 (2)
  **Court Date/Time: :** Sep 17 2019
  **Case Style:** Rochenel Silas and his wife Marida Silas vs. Gregory Tony, as sheriff of the Broward County Sheriffs Office and Paul Yesbeck

**Service Information**
Recipient was NON-SERVED on Aug 16 2019 3:11PM
**Type of Service:** NON - SERVE - COMMENTS
**Original Service Address:** Valcourt Frage MD, 200 NW 7th Avenue, Ft. Lauderdale, FL 33311

**Service Details:** NON-SERVED the Subpoena Duces Tecum Without Deposition, HIPAA Notice, Agreed HIPAA Qualified Protective Order and Order to Disclose Protected Health Information for the reason that I failed to find Valcourt Frage MD or any information to allow further search. Read the comments below for further details.

**Comments for Affidavit:**
Server updates that at 3:11pm Sandra S. rejected service. Named doctor is no longer with the facility. Document needs to be addressed to the facility, Cora E Braynon Family Health Center.

Thank you,
All Broward Process Corp
fxcarreras@yahoo.com
Phone: (954) 214-5194

More detailed status is available at www.PstProStatus.net

EXHIBIT F

# ★ BROWARD HEALTH
### Seventh Avenue Family Health Center

*KNA CORR E BRAYNON*
*HEALTH CENTER*

> Medical Records
> Dept
> 200 nw 7 ave  Ft Laud Fl 33311
> Address
> 954-759-6689          954-759-6695
> Phone                       Fax

# ▶ FAX

> Date: 8/23/19.                     Time:
> To: KELLEY KRONENBERG       From: SANDRA
> Fax: 954-333-3763              E-mail:
> Phone:                         Total Pages, including cover: 2
> Re: SUBPOENA FOR RECORDS / ROCHENEL SILAS
> CC:

☐Urgent   ☐For Review   ☐Please Comment   ☐Please Reply   ☐Please Recycle

The information contained in this transmission is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that you should not read beyond the directions on its return and that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the address below via the U.S. Postal Service.

▶ **COMMENTS:**   ABOVE NAMED PATIENT WAS LAST SEEN
IN 2011 NO RECORDS / DESTROYED
AFTER 7 YRS

▶ 200 NW 7th Avenue, Fort Lauderdale, FL 33311   ▶ BrowardHealth.org

EXHIBIT F

10 53 am
1065 8/22/2019
SDP

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

    Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

    Defendants.

All Broward Process Corp

NAME_____ Badge/ID#:_____

DATE:_____ TIME:_____

2011
293131725
NO RECORDS
DESTROYED
AFTER 7YS

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION
*(Records may be mailed in lieu of appearance)

**THE STATE OF FLORIDA**

TO:   **RECORDS CUSTODIAN**
     **Cora E. Braynon Family Health Center**
     200 N.W. 7th Ave.
     Ft. Lauderdale, FL 33311

YOU ARE COMMANDED TO APPEAR* at Kelley Kronenberg, 10360 West State Road 84, Fort Lauderdale, Florida 33324, on **September 17, 2019**, and to have with you at that time and place the following:

A copy of your entire **MEDICAL RECORD and BILLING FILE** pertaining to your care and treatment of:

    **Name:**          **ROCHENEL SILAS**
    **Date of Birth:**    **10/06/1951**
    **SS#:**            **XXX-XX-3847**

Your response is to include a copy of all of your files written and/or computerized) pertaining to the above referenced individual, including but not limited to any and all patient history forms, reports, consulting reports, consultations by and with others, charts/graphs, labs, x-rays and reports, MRIs and reports, CT scans and reports, memoranda, notes, correspondence,

1

Filing # 99481724 E-Filed 11/26/2019 01:21:26 PM                    EXHIBIT G

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## RE-NOTICE OF TAKING DEPOSITION DUCES TECUM

(Time and location coordinated with Plaintiffs' counsel;
Creole translator to be provided as requested by Plaintiffs' counsel;
Reset at request of Plaintiffs' counsel from November 21, 2019.)

      YOU, as the Plaintiff, ROCHENEL SILAS, are hereby notified that the Defendants in the above styled cause will take your deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both; you are also required to bring with you the items and documents described in Schedule "A" attached to this Notice:

| NAME | DATE | TIME | LOCATION |
|---|---|---|---|
| Plaintiff Rochenel Silas | Tuesday, December 17, 2019 | 10:00 a.m. | Kelley Kronenberg 10360 West State Road 84 Fort Lauderdale, FL 33324 Tel: 954-370-9970 |

      Said deposition will be taken before Esquire Solutions, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

1

EXHIBIT G

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

2

EXHIBIT G

## SCHEDULE "A"

1.  All medical records which describe, or reference in any way the injuries you claim are related to the alleged force described in the pleadings.

2.  All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings.

3.  All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4.  Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5.  Any and all documentary evidence which you believe supports the allegations in the case.

*** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/26/2019 4:30:00 P.M. ****

**THE CIRCUIT COURT OF THE 17th**
**JUDICIAL CIRCUIT IN AND FOR**
**BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/



## EX-PARTE ORDER ON MOTION TO COMPEL

THIS CAUSE having come before the Court on Defendant GREGORY TONY, as sheriff

of the BROWARD COUNTY's Motion for Ex-Parte Order to Compel Plaintiff, ROCHENEL

SILAS to Answer Interrogatories propounded on November 5, 2019, and the Court being fully

advised in the premises, it is hereby

ORDERED and ADJUDGED that based on a complete failure by Plaintiff to respond to

the discovery, pursuant to Local Rule 10A, Plaintiff shall have ten (10) days from the date of the

execution of this Order within which to respond to the aforesaid discovery or sanctions may be

imposed as of ten (10) days from the date of execution.

DONE AND ORDERED in Ft. Lauderdale, Broward County, Florida, this **20** day of
December, 2019.

_____
HONORABLE JOHN B. BOWMAN
CIRCUIT COURT

Copies Furnished to:
Louis Reinstein, Esq.
Oscar Syger, Esq.

Filing # 101329561 E-Filed 01/08/2020 02:44:12 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

<u>**NOTICE OF TAKING DEPOSITION**</u>
(date coordinated with Plaintiffs' counsel)

    YOU, as the Plaintiffs, are hereby notified that the Defendants in the above styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both of:

| NAME | DATE | TIME | LOCATION |
|------|------|------|----------|
| Ebner Silas | Thursday, February 6, 2020 | 2:00 p.m. | Kelley Kronenberg 10360 West State Road 84 Fort Lauderdale, FL 33324 (954) 370-9970 |

    Said deposition will be taken before U.S. Legal Support, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

1

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

> Kelley Kronenberg
> Attorneys for Defendants
> 10360 West State Road 84
> Fort Lauderdale, Florida 33324
> Tel: 954-370-9970
> Fax: 954-333-3763
>
> By: /s/ *Louis Reinstein*
> LOUIS REINSTEIN
> Florida Bar No. 26852
> lreinstein@kklaw.com

cc:    U.S. Legal Support

2

Filing # 101365622 E-Filed 01/09/2020 09:19:27 AM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## AMENDED DEFENDANTS' FACT WITNESS LIST

    Defendants, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK, by and through their undersigned counsel, pursuant to this Court's Uniform Trial Order dated July 31, 2019, hereby file their Amended Fact Witness List as follows:

1. Plaintiff Rochenel Silas c/o counsel: Will testify as to matters set forth in pleadings, filings, medical records, and discovery.

2. Plaintiff Marida Silas c/o counsel: Will testify as to matters set forth in pleadings, filings, medical records, and discovery.

3. Defendant Paul Yesbeck c/o counsel: Will testify as to his observations, and matters set forth in pleadings, filings, reports, records, and discovery.

4. Deputy Marra, Broward Sheriff's Office, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312. P: (954) 765-4321: Will testify as to his observations, and matters set forth in pleadings, filings, reports, records, and discovery.

5. Rosner Silas: Will testify as to observations and information known regarding the incident.

1

6.  Angela Silas: Will testify as to observations and information known regarding the incident.

7.  Debbie Silas: Will testify as to observations and information known regarding the incident.

8.  Hasan Riaz, MD, Broward Health (or other medical provider), 500 North Hiatus Rd, Suite 107, Pembroke Pines, FL 33026: Will testify as to the medical records, presentation of Plaintiff in the hospital, and medical history, and other observations.

9.  BSO Records Custodian, Broward Sheriff's Office, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312. P: (954) 765-4321.

10. Broward Health Records Custodian, 201 E. Sample Road, Deerfield Beach, FL 33064, (954) 941-8300.

11. Other witnesses yet to be determined based on upcoming depositions of Plaintiffs

12. Armor Representative or current Broward Main Jail Medical Provider Representative: Will testify as to medical providers protocols and procedures for entering Main Jail

13. Heather Schaffer, OD and/or Records Custodian, South Florida Vision Center, Deerfield Beach, FL: P (954) 429-9600: Will testify as to medical records for Plaintiff Rochenel Silas and in regards to injuries alleged in the pleadings and discovery.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84

Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
    LOUIS REINSTEIN
    Florida Bar No. 26852
    lreinstein@kklaw.com

Filing # 101603264 E-Filed 01/14/2020 10:22:25 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                    CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## PLAINTIFFS FACT WITNESS LIST

Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, pursuant to this Court's
Uniform Trial Order dated July 31, 2019, hereby file their Amended Fact Witness List as
follows:

1) Plaintiff Rochenel Silas: Will testify as to matters set forth in pleadings, filings, medical
records, and discovery.

2) Plaintiff Marida Silas: Will testify as to observation of incident and effects of false arrest
and battery on Rochanel Silas.

3) Rosner Silas: Will testify as to observation of incident and effects of false arrest and
battery on Rochanel Silas.

4) Angela Silas: Will testify as to observation of incident and effects of false arrest and
battery on Rochanel Silas.

5) Debbie Silas: Will testify as to observation of incident and effects of false arrest and
battery on Rochanel Silas.

6) Defendant Paul Yesbeck c/o counsel: Will testify as to his observations, and matters set
forth in pleadings, filings, reports, records, and discovery.

7) Deputy Marra, Broward Sheriff's Office: Will testify as to his observations, and matters
set forth in pleadings, filings, reports, records, and discovery.

8) Hasan Riaz, MD, Broward Health (or other medical provider), 500 North Hiatus Rd, Suite 107, Pembroke Pines, FL 33026: Will testify as to the medical records, presentation of Plaintiff in the hospital, and medical history, and other observations.

9) Valcourt Frage, MD, 200 NW 7th Ave, Fort Lauderdale, FL 33311: Will testify of the medical care and treatment furnished to Rochenel Silas after false arrest and battery.

10) BSO Records Custodian, Broward Sheriff's Office, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312.

11) Broward Health North Records Custodian, 201 E. Sample Road, Deerfield Beach, FL 33064.

12) Armor Representative or current Broward Main Jail Medical Provider Representative: Will testify as to medical providers protocols and procedures for entering Main Jail

13) Heather Schaffer, OD and/or Records Custodian, South Florida Vision Center, Deerfield Beach, FL: P (954) 429-9600: Will testify as to medical records for Rochenel Silas and in regards to injuries alleged in the pleadings and discovery.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **14 day of January 2020**, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By   *Oscar Syger*
　　OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 101329561 E-Filed 01/08/2020 02:44:12 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

## NOTICE OF TAKING DEPOSITION
(date coordinated with Plaintiffs' counsel)

       YOU, as the Plaintiffs, are hereby notified that the Defendants in the above styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both of:

| NAME | DATE | TIME | LOCATION |
|---|---|---|---|
| Rosner Silas | Thursday, February 6, 2020 | 10:00 a.m. | Kelley Kronenberg 10360 West State Road 84 Fort Lauderdale, FL 33324 (954) 370-9970 |

       Said deposition will be taken before U.S. Legal Support, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided.  Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

cc:     U.S. Legal Support



THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## EX-PARTE ORDER ON MOTION TO COMPEL

THIS CAUSE having come before the Court on Defendant PAUL YESBECK'S Motion

for Ex-Parte Order to Compel Plaintiff, MARIDA SILAS to Answer Interrogatories propounded

on November 6, 2019, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that based on a complete failure by Plaintiff to respond to

the discovery, pursuant to Local Rule 10A, Plaintiff shall have ten (10) days from the date of the

execution of this Order within which to respond to the aforesaid discovery or sanctions may be

imposed as of ten (10) days from the date of execution.

DONE AND ORDERED in Ft. Lauderdale, Broward County, Florida, this 13 day of

December, 2019.

_____
HONORABLE JOHN B. BOWMAN
CIRCUIT COURT

Copies Furnished to:
Louis Reinstein, Esq.
Oscar Syger, Esq.

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 1/14/2020 4:30:06 PM. ****

**THE CIRCUIT COURT OF THE 17th**
**JUDICIAL CIRCUIT IN AND FOR**
**BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/



## EX-PARTE ORDER ON MOTION TO COMPEL

THIS CAUSE having come before the Court on Defendant PAUL YESBECK'S Motion

for Ex-Parte Order to Compel Plaintiff, ROCHENEL SILAS to Answer Interrogatories

propounded on November 7, 2019, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that based on a complete failure by Plaintiff to respond to

the discovery, pursuant to Local Rule 10A, Plaintiff shall have ten (10) days from the date of the

execution of this Order within which to respond to the aforesaid discovery or sanctions may be

imposed as of ten (10) days from the date of execution.

DONE AND ORDERED in Ft. Lauderdale, Broward County, Florida, this _____ day of

December, 2019.

_____
HONORABLE JOHN B. BOWMAN
CIRCUIT COURT

Copies Furnished to:
Louis Reinstein, Esq.
Oscar Syger, Esq.

Filing # 101769369 E-Filed 01/16/2020 12:44:39 PM

**THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

<u>NOTICE OF SPECIAL SET HEARING</u>
(coordinated with counsel)

TO:    All counsel listed in the Certificate of Service

      YOU ARE HEREBY NOTIFIED that we shall call up for hearing before the **Honorable John B. Bowman,** one of the Judges of the above styled Court, in Chambers, at the Broward County Courthouse, 201 S.E. 6th Street, **Room 15165**, Fort Lauderdale, Florida, on **Wednesday, the 12th day of February, 2020 at 11:45 a.m.,** or as soon thereafter as may be heard on:

**DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SANCTIONS; DEFENDANTS' MOTION TO STRIKE WITNESSES AND MOTION TO COMPEL PRODUCTION OF DR. FRAGE'S MEDICAL RECORDS; DEFENDANT YESBECK'S MOTIONS FOR EX PARTE ORDERS TO COMPEL DISCOVERY**

      I hereby certify that the movant has conferred or attempted to confer with all parties or self-represented parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motions.

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>16th day of January, 2020</u>, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, <u>051698@msn.com</u>.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: */s/ Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 1/16/2020 4:30:00 PM.****

**THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

      Defendants.

_____/



## ORDER ON DEFENDANTS' MOTION TO COMPEL CANCELATION FEE PAYMENT CHARGED BY TRANSLATOR FOR PLAINTIFF'S DEPOSITION

      **THIS CAUSE** having come before the Court on counsel for Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, and PAUL YESBECK'S Motion to Compel Cancelation Fee Payment Charged by Translator for Plaintiff's Deposition, and the Court having heard argument of counsel, and being otherwise advised in the Premises, it is hereupon,

      **ORDERED AND ADJUDGED** that Defendants Motion to Compel Cancelation Fee Payment Charged by Translator for Plaintiff's Deposition is hereby _Denied_.

_____

_____

      **DONE AND ORDERED** in Broward County, Florida, this 16th day of January, 2020.

                            _____

                            HONORABLE JOHN B. BOWMAN
                            CIRCUIT JUDGE

Copies furnished to:
Louis Reinstein, Esq.
Oscar Syger, Esq.

Filing # 101824047 E-Filed 01/17/2020 10:14:21 AM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## RE-NOTICE OF TAKING DEPOSITION DUCES TECUM

(Re-notice for change in location as requested by Plaintiffs' counsel on 1/16/2020; Creole translator to be provided as requested by Plaintiffs' counsel; any cancelations of this deposition by Plaintiff will be subject to cancelation fees charged by U.S. Legal Support and translator)

      YOU, as the Plaintiff, MARIDA SILAS, are hereby notified that the Defendants in the above styled cause will take your deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both; you are also required to bring with you the items and documents described in Schedule "A" attached to this Notice:

| NAME | DATE | TIME | LOCATION |
|------|------|------|----------|
| Plaintiff Marida Silas | Tuesday, January 28, 2020 | 10:00 a.m. | U.S. Legal Support 100 NE Third Ave. Suite 1050 Ft. Lauderdale, FL 33301 |

      Said deposition will be taken before U.S. Legal Support, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

1

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

cc: US Legal Support

## SCHEDULE "A"

1. All medical records which describe, or reference in any way the injuries your husband claims are related to the alleged force described in the pleadings which are located in your home or otherwise within your possession, custody, or control.

2. All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings and which support your claim of damages or injuries.

3. All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4. Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5. Any and all documentary evidence which you believe supports the allegations in the case.

Filing # 101868159 E-Filed 01/17/2020 04:10:40 PM

**THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## NOTICE OF FILING RESPONSES TO PLAINTIFFS' REQUEST TO PRODUCE

COME NOW the Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, and PAUL YESBECK, by and through undersigned counsel, and hereby file their Responses to Plaintiffs' Request to Produce dated December 18, 2019, as follows:

1.    The entire non privileged portions of the employee file of Paul Yesbeck maintained by the Sheriff of Broward County.

    **RESPONSE: See attached, Bates stamped YESBECK.00001-00319.**

2.    The entire Internal Affairs or professional compliance file of Paul Yesbeck maintained by the Sheriff of Broward County.

    **RESPONSE: Pursuant to Florida Statutes regarding records retention and destruction of records requirements, see attached Bates stamped YESBECK.00320-00322.**

1

3.     The entire non privileged portions of the employee file of Officer Marra maintained by the Sheriff of Broward County.

**RESPONSE:** Objection, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence and only designed to annoy and harass as Deputy Marra is not a party to this case and Plaintiff Rochenel Silas has testified that Deputy Marra did everything right and acted appropriately at all relevant times (paraphrasing); and all other applicable statutory rules of confidentiality and privilege.

4.     The entire Internal Affairs or professional compliance file of Officer Marra maintained by the Sheriff of Broward County.

**RESPONSE:** Objection, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence and only designed to annoy and harass as Deputy Marra is not a party to this case and Plaintiff Rochenel Silas has testified that Deputy Marra did everything right and acted appropriately at all relevant times (paraphrasing); and all other applicable statutory rules of confidentiality and privilege.

5.     A duplicate of the 911 call (either a transcription or audio tape) ostensibly placed on April 4, 2011 relating or referring to the events allegedly taking place at the Plaintiffs' home.

**RESPONSE:** None; however, in the interest of full disclosure, the BSO Communications Division In-house Summary Sheet is attached,; however, in the interest of full disclosure, the BSO Communications Division In-house Summary Sheet is attached, YESBECK.00323-324.

2

6.     Any and all transcripts of sworn testimony, including but not limited to trial testimony or deposition testimony provided by Defendant Yesbeck in State of Florida v Rochenel Silas, Broward County case number 11009012 MM 10A.

> **RESPONSE: None; to the extent any responsive documents exist they would be in the possession, custody, or control of the State Attorney's Office.**

7.     Any and all transcripts of sworn testimony, including but not limited to trial testimony or deposition testimony provided by Officer Marra in State of Florida v Rochenel Silas, Broward County case number 11009012 MM 10A.

> **RESPONSE: None; to the extent any responsive documents exist they would be in the possession, custody, or control of the State Attorney's Office.**

8.     Any and all statements of any non-law enforcement officer who witnessed the events taking place at Plaintiffs' home on April 4, 2011.

> **RESPONSE: None; to the extent any responsive documents exist they would be in the possession, custody, or control of the State Attorney's Office.**

9.     The entire Jail file including but not limited to, booking documents, post arrest photographs, and medical records maintained by the Sheriff on Rochenel Silas. A HIPPA form signed by Rochenel Silas is appended to this Request to Produce.

> **RESPONSE: Pursuant to the HIPAA waiver, see attached ARMOR.001-007; YESBECK.00329.**

10.     Any and all reports including drafts and source notes, relating to the events at the Plaintiffs' home on April 4, 2011 in the custody or control of the Defendants in this case.

> **RESPONSE: Objection as overly broad and vague as phrased; to the extent understood and in the possession, custody, or control of Defendants, see attached, YESBECK.00325-329.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
    LOUIS REINSTEIN
    Florida Bar No. 26852
    lreinstein@kklaw.com

4

Filing # 101329561 E-Filed 01/08/2020 02:44:12 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

<u>NOTICE OF TAKING DEPOSITION</u>
(date coordinated with Plaintiffs' counsel)

       YOU, as the Plaintiffs, are hereby notified that the Defendants in the above styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both of:

| NAME | DATE | TIME | LOCATION |
|------|------|------|----------|
| Ebner Silas | Thursday, February 6, 2020 | 2:00 p.m. | Kelley Kronenberg 10360 West State Road 84 Fort Lauderdale, FL 33324 (954) 370-9970 |

       Said deposition will be taken before U.S. Legal Support, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

1

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

<div style="margin-left:40%">

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

</div>

cc:     U.S. Legal Support

2

Filing # 102063245 E-Filed 01/22/2020 04:22:47 PM

**THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

**<u>NOTICE OF FILING RESPONSES TO PLAINTIFFS' REQUEST FOR ADMISSIONS</u>**

      COME NOW the Defendants, GREGORY TONY, as Sheriff of the BROWARD

COUNTY SHERIFF'S OFFICE, and PAUL YESBECK, by and through undersigned counsel, and

hereby files their Responses to Plaintiffs' Request for Admissions dated December 23, 2019, as

follows:

      1.  Admit Paul Yesbeck acted under color of law at all times during his interaction with

Rochenel Silas on April 4, 2011.

          **RESPONSE:**  Defendants cannot admit or deny as to what Paul Yesbeck was doing
          because "interaction" is not defined; admit only that at all relevant times to the matter
          described in the pleadings, Paul Yesbeck was employed by the Broward County Sheriff's
          Office and was responding to an incident at Plaintiffs' home.

      2.      Admit Paul Yesbeck acted within the course and scope of his agency relationship

with Sheriff of Broward County on April 4, 2011 during his interaction with Rochenel Silas.

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 01/22/2020 04:22:47 PM.****

**RESPONSE:** Defendants cannot admit or deny as to what Paul Yesbeck was doing because "interaction" is not defined; admit only that at all relevant times to the matter described in the pleadings, Paul Yesbeck was employed by the Broward County Sheriff's Office and was responding to an incident at Plaintiffs' home.

3.     Admit Paul Yesbeck was on duty as a law enforcement officer employed by the

Sheriff of Broward County on April 4, 2011 during his interaction with Rochenel Silas.

**RESPONSE:** Defendants cannot admit or deny as to what Paul Yesbeck was doing because "interaction" is not defined; admit only that at all relevant times to the matter described in the pleadings, Paul Yesbeck was employed by the Broward County Sheriff's Office and was responding to an incident at Plaintiffs' home.

4.     Admit Deputy Marra acted under color of law at all times during his interaction

with Rochenel Silas on April 4, 2011.

**RESPONSE:** Defendants cannot admit or deny as to Deputy Marra was doing because "interaction" is not defined; admit only that at all relevant times to the matter described in the pleadings, Deputy Marra was employed by the Broward County Sheriff's Office and was responding to an incident at Plaintiffs' home.

5.     Admit Deputy Marra acted within the course and scope of his agency relationship

with Sheriff of Broward County on April 4, 2011 during his interaction with Rochenel Silas.

**RESPONSE:** Defendants cannot admit or deny as to Deputy Marra was doing because "interaction" is not defined; admit only that at all relevant times to the matter described in the pleadings, Deputy Marra was employed by the Broward County Sheriff's Office and was responding to an incident at Plaintiffs' home.

6.     Admit Deputy Marra was on duty as a law enforcement officer employed by the

Sheriff of Broward County on April 4, 2011 during his interaction with Rochenel Silas.

**RESPONSE:** Defendants cannot admit or deny as to what Deputy Marra was doing because "interaction" is not defined; admit only that at all relevant times to the matter described in the pleadings, Deputy Marra was employed by the Broward County Sheriff's Office and was responding to an incident at Plaintiffs' home.

7.     Admit that on April 4, 2011 Paul Yesbeck deprived Rochenel Silas of his liberty.

**RESPONSE:** Admit that Paul Yesbeck arrested Rochenel Silas on April 4, 2011.

8.     Admit that on April 4, 2011, Paul Yesbeck deprived Rochenel Silas of his liberty without consent of Rochenel Silas.

**RESPONSE:** Admit that Paul Yesbeck arrested Rochenel Silas on April 4, 2011.

9.     Admit that on April 4, 2011 Paul Yesbeck arrested Rochenel Silas without warrant.

**RESPONSE:** Admit that Paul Yesbeck arrested Rochenel Silas on April 4, 2011.

10.     Admit that on April 4, 2011 Paul Yesbeck committed a battery on Rochenel Silas.

**RESPONSE:** Denied; Admit only that Paul Yesbeck arrested Rochenel Silas on April 4, 2011.

11.     Admit that on April 4, 2011 used an excessive level of force on Rochenel Silas during the arrest of Rochenel Silas.

**RESPONSE:** Defendants cannot admit or deny as there is no referenced Defendant in this Request.

12.     Admit that the Plaintiff in this case has complied with the pre suit notification procedures contained in Fla. Stat. 768.28 (6).

**RESPONSE:** This Admission does not provide enough information to answer.

13.     Admit that the Sheriff of Broward County denied liability before this lawsuit is filed.

**RESPONSE:** Defendants cannot admit or deny as this is a legal question to be determined at the time of trial; Defendants admit that an Answer was filed in this case.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 22nd day of February, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

Filing # 102063719 E-Filed 01/22/2020 04:26:09 PM

## RETURN OF SERVICE

State of Florida                County of Broward                17th Judicial Circuit Court

Case Number: 15-004358 (2)   Court Date: 1/31/2020

Plaintiff:
**Rochenel Silas and his wife Marida Silas**

vs.

Defendant:
**Gregory Tony, as sheriff of the Broward County Sheriffs Office and Paul Yesbeck**

For:
Louis Reinstein, Esq.
Kelley Kronenberg
colschewske@kelleykronenberg.com
10360 West State Road 84
Fort Lauderdale, FL 33324

Received by All Broward Process Corp on the 3rd day of January, 2020 at 2:40 pm to be served on **Pompano Spine Center c/o Spiegel & Utrera, P.A., 1840 SW 22nd Street, 4th Floor, Miami, FL 33145**.

I, Lina Delgado, do hereby affirm that on the **8th day of January, 2020 at 11:45 am, I:**

served a **CORPORATION** by delivering a true copy of the **Subpoena Duces Tecum without Deposition, Agreed HIPAA Qualified Protective Order and Order to Disclose Protected Health Information**, with the date and hour of service endorsed thereon by me, to: **Lawrence Spiegel** as attorney for **Pompano Spine Center**, at the address of: **1840 SW 22nd Street, 4th Floor, Miami, FL 33145**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 190, Hair: White, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true.  Notary not required pursuant to F.S. 92.525(2).

Lina Delgado
2361

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2020000023

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

Filing # 101877957 E-Filed 01/17/2020 06:06:43 PM

## RETURN OF SERVICE

| State of Florida | County of Broward | 17th Judicial Circuit Court |
|---|---|---|

Case Number: 15-004358 (2)   Court Date: 1/31/2020

Plaintiff:
**Rochenel Silas and his wife Marida Silas**

vs.

Defendant:
**Gregory Tony, as sheriff of the Broward County Sheriffs Office and Paul Yesbeck**

For:
Louis Reinstein, Esq.
Kelley Kronenberg
colschewske@kelleykronenberg.com
10360 West State Road 84
Fort Lauderdale, FL 33324

Received by ALL BROWARD PROCESS CORP. on the 7th day of January, 2020 at 9:01 am to be served on **Progressive Select Insurance Company C/o Chief Financial Officer, 200 E Gaines Street, Tallahassee, FL 32399.**

I, MICHAEL C. NOLAN, do hereby affirm that on the **8th day of January, 2020 at 11:30 am**, I:

**CORPORATE:** served by delivering a true copy of the **Subpoena Duces Tecum without Deposition, Agreed HIPAA Qualified Protective Order and Order to Dislose Protected Health Information, Check no. 26197 dated: 1/7/2020 in the amount of $15.00 made payable to CFO** with the date and hour of service endorsed thereon by me, to: **COLBY NUTTING as OPS CLERK** for the Registered Agent of Progressive Select Insurance Company C/o Chief Financial Officer at the address of: **200 EAST GAINES STREET, TALLAHASSEE, FL 32399**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 20+, Sex: M, Race/Skin Color: WHITE, Height: 6'0", Weight: 200, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MICHAEL C. NOLAN**
Certified Process Server #111

**ALL BROWARD PROCESS CORP.**
**701 NORTH FIG TREE LANE**
**PLANTATION, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2020000020
Ref: 2020000020

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

All Broward Process Corp
NAME MC    Badge ID# #14
DATE 1/8/20 TIME 11:3 a

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

**SUBPOENA DUCES TECUM WITHOUT DEPOSITION**
*(Records **may be mailed** in lieu of appearance)

**THE STATE OF FLORIDA**

TO:  **CHIEF FINANCIAL OFFICER**
    **Progressive Select Insurance Company**
    200 E Gaines Street
    Tallahassee, FL 32399

    YOU ARE COMMANDED TO APPEAR* at Kelley Kronenberg, 10360 West State

Road 84, Fort Lauderdale, Florida 33324, on **January 31, 2020**, and to have with you at that

time and place the following:

    A copy of your entire **RECORD and BILLING FILE** pertaining to:

    **Name:**               **ROCHENEL SILAS**
    **Date of Birth:**    **XX/0X/1951**
    **SS#:**                █████████

    Your response is to include a copy of your **ENTIRE FILE** (written and/or computerized)
pertaining to the above referenced individual, including but not limited to any and all
applications for insurance benefits, pay-out sheets, claims filed by or on behalf of the above
individual, patient history forms, reports, consulting reports, consultations by and with others,
charts/graphs, labs, x-rays and reports, MRIs and reports, CT scans and reports, memoranda,

1

Filing # 102317814 E-Filed 01/28/2020 09:41:40 AM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

## DEFENDANTS' SUPPLEMENT IN SUPPORT OF MOTION TO DISMISS AND/OR MOTION FOR SANCTIONS; AND IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE WITNESSES AND COMPEL MEDICAL RECORDS (Special Set Hearing on February 12, 2020 at 11:45am)

COMES NOW, the Defendants, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFFS OFFICE, and PAUL YESBECK, by and through his undersigned attorneys, and files this Supplement to his Motion filed January 7, 2020 seeking for this Honorable Court to enter an Order striking Plaintiff's pleadings and dismissing this action and, imposing sanctions pursuant to Rule 1.380 of the Florida Rules of Civil Procedure, and as grounds would show unto the Court as follows:

1.    This Court has now entered four ex parte Orders on discovery (Sept. 7, 2018; Dec. 20, 2018; Jan. 13, 2019; Jan. 14, 2019) and one order granting sanctions (Oct. 8, 2018) because of this Plaintiff's failure to comply with discovery requests throughout this case. *See* Orders, attached as **Exhibit A**.

2.    These Orders by this Court have been directed at both Rochenel and Marida Silas.

1

3.      The most recent Orders of January 13th and 14th have still not been complied with and are past due.

4.      Plaintiff Marida Silas was also set to be deposed on January 28, 2020 (see Notice, attached as **Exhibit B**) wherein she could have answered the interrogatories in person, but Plaintiff's counsel canceled the deposition the night before and has agreed to pay for any cancelation fees (*see* Correspondence, attached as **Exhibit C**). Defendants also seek that an Order be entered requiring the payments for the late cancelation as required by U.S. Legal Support, and Reporter Cancelation Policy, and Interpreter Cancellation Policy (*see* Cancellation Form, attached as **Exhibit D**).

5.      To date, Plaintiff has not complied with the contents of this Court's Ex-Parte Orders of December 20, 2019, or January 13, 2019, or January 14, 2019 Order, and, accordingly, the Defendant is entitled to those remedies as enumerated in Rule 1.380(b) and (d) of the Florida Rules of Civil Procedure.

6.      Defendant has been forced to seek ex parte Orders and file additional Motions and this Supplement in order to obtain discovery which he is entitled to receive.

7.      There is also pending a Motion to Strike Witnesses and Compel Production of Medical Records in Plaintiff's possession to which also supports a lack of willingness to participate in discovery and fairly prosecute this case.

8.      For all of the above reasons, Defendants now seek dismissal of the case and their fees and costs regarding these discovery matters.

9.      Counsel for the parties have exchanged numerous correspondences and spoken before and after the last hearing in an effort to discuss the requested relief but without agreement.

WHEREFORE, the Defendants, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFFS OFFICE, and PAUL YESBECK, respectfully requests this Honorable Court enter an Order dismissing Plaintiff's pleadings and the imposition of sanctions. This Defendant further requests this Honorable Court impose costs and fees and such other further and different relief as this Court deems appropriate under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

3

EXHIBIT "A"

Filing # 77584478 E-Filed 09/07/2018 12:28:32 PM

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. <u>CACE15004358</u>  DIVISION  <u>02</u>  JUDGE  <u>John Bowman</u>

**Rochenel Silas, et al**

Plaintiff(s) / Petitioner(s)

v.

**Broward County Sheriff's Office**

Defendant(s) / Respondent(s)

_____/

## EX-PARTE ORDER ON MOTION TO COMPEL

THIS CAUSE having come before the Court on Defendant SCOTT ISRAEL, as sheriff of the

BROWARD COUNTY's Motion for Ex-Parte Order to Compel Plaintiffs, ROCHENEL SILAS'

Response to Request to Produce and Answer to Interrogatories propounded on January 3,

2018, and MARIDA SILAS, to respond to Answers to Loss of Consortium Interrogatories

propounded on January 3, 2018, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that based on a complete failure by Plaintiffs to respond
to the discovery, pursuant to Local Rule 10A, Plaintiffs shall have ten (10) days from the date
of the execution of this Order within which to respond to the aforesaid discovery or sanctions
may be imposed as of ten (10) days from the date of execution.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on <u>09-07-2018</u>.

CACE15004358 09-07-2018 12:30 PM

<u>CACE15004358 09-07-2018 12:30 PM</u>
Hon. John Bowman
**CIRCUIT JUDGE**
Electronically Signed by John Bowman

**Copies Furnished To:**
Louis Reinstein , Email : colschewske@kklaw.com
Louis Reinstein , Email : lreinstein@kelleykronenberg.com
Louis Reinstein , Email : lreinstein@kklaw.com
Oscar Syger , Email : secretaryofoscarsyger@gmail.com

CaseNo: CACE15004358
Page 2 of 2

Oscar Syger , Email : 051698@msn.com

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

## EX-PARTE ORDER ON MOTION TO COMPEL

THIS CAUSE having come before the Court on Defendant GREGORY TONY, as sheriff

of the BROWARD COUNTY's Motion for Ex-Parte Order to Compel Plaintiff, ROCHENEL

SILAS to Answer Interrogatories propounded on November 5, 2019, and the Court being fully

advised in the premises, it is hereby

ORDERED and ADJUDGED that based on a complete failure by Plaintiff to respond to

the discovery, pursuant to Local Rule 10A, Plaintiff shall have ten (10) days from the date of the

execution of this Order within which to respond to the aforesaid discovery or sanctions may be

imposed as of ten (10) days from the date of execution.

DONE AND ORDERED in Ft. Lauderdale, Broward County, Florida, this _____ day of
December, 2019.

                            _____
                            HONORABLE JOHN B. BOWMAN
                            CIRCUIT COURT

Copies Furnished to:
Louis Reinstein, Esq.
Oscar Syger, Esq.

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## EX-PARTE ORDER ON MOTION TO COMPEL

THIS CAUSE having come before the Court on Defendant PAUL YESBECK'S Motion

for Ex-Parte Order to Compel Plaintiff, MARIDA SILAS to Answer Interrogatories propounded

on November 6, 2019, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that based on a complete failure by Plaintiff to respond to

the discovery, pursuant to Local Rule 10A, Plaintiff shall have ten (10) days from the date of the

execution of this Order within which to respond to the aforesaid discovery or sanctions may be

imposed as of ten (10) days from the date of execution.

DONE AND ORDERED in Ft. Lauderdale, Broward County, Florida, this _____ day of
December, 2019.

                                _____
                                HONORABLE JOHN B. BOWMAN
                                CIRCUIT COURT

Copies Furnished to:
Louis Reinstein, Esq.
Oscar Syger, Esq.

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## EX-PARTE ORDER ON MOTION TO COMPEL

THIS CAUSE having come before the Court on Defendant PAUL YESBECK'S Motion for Ex-Parte Order to Compel Plaintiff, ROCHENEL SILAS to Answer Interrogatories propounded on November 7, 2019, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that based on a complete failure by Plaintiff to respond to the discovery, pursuant to Local Rule 10A, Plaintiff shall have ten (10) days from the date of the execution of this Order within which to respond to the aforesaid discovery or sanctions may be imposed as of ten (10) days from the date of execution.

DONE AND ORDERED in Ft. Lauderdale, Broward County, Florida, this _____ day of December, 2019.

_____

HONORABLE JOHN B. BOWMAN
CIRCUIT COURT

Copies Furnished to:
Louis Reinstein, Esq.
Oscar Syger, Esq.

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

SCOTT ISRAEL, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

      Defendants.

_____

## ORDER ON DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SEPTEMBER 7, 2018 ORDER TO COMPEL AND MOTION TO STRIKE PLAINTIFF'S MOTION FOR EXTENSION OF TIME

**THIS CAUSE** having come before the Court on counsel for Defendants SCOTT ISRAEL, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, and PAUL YESBECK'S Motion to Compel Compliance with September 7, 2018 Order and Motion to Strike Plaintiff's Motion for Extension of Time, and the Court having heard argument of counsel, and being otherwise advised in the Premises, it is hereupon,

**ORDERED AND ADJUDGED** that Defendants Motion to Compel Compliance with the September 7, 2018 Order to Compel and Motion to Strike Plaintiff's Motion for Extension of Time is hereby *granted by agreement. Plaintiff shall produce all documents and verified responses by October 15, 2018 without any further extension. Plaintiff shall pay Defendants $500°° in sanctions to accompany discovery as well as court reporter fees.*

**DONE AND ORDERED** in Broward County, Florida, this 8th day of October, 2018.

*Failure to comply with any term of this Order may result in dismissal as a sanction for continued failure to comply with Court's Order.*

                          HONORABLE JOHN B. BOWMAN
                          CIRCUIT JUDGE

Copies furnished to:
Louis Reinstein, Esq., lreinstein@kklaw.com
Oscar Syger, Esq., 051698@msn.com; secretaryofoscarsyger@gmail.com

EXHIBIT "B"

Filing # 101824047 E-Filed 01/17/2020 10:14:21 AM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

**RE-NOTICE OF TAKING DEPOSITION DUCES TECUM**

(Re-notice for change in location as requested by Plaintiffs' counsel on 1/16/2020; Creole translator to be provided as requested by Plaintiffs' counsel; any cancelations of this deposition by Plaintiff will be subject to cancelation fees charged by U.S. Legal Support and translator)

      YOU, as the Plaintiff, MARIDA SILAS, are hereby notified that the Defendants in the above styled cause will take your deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both; you are also required to bring with you the items and documents described in Schedule "A" attached to this Notice:

| NAME | DATE | TIME | LOCATION |
|------|------|------|----------|
| Plaintiff<br>Marida Silas | Tuesday,<br>January 28, 2020 | 10:00 a.m. | U.S. Legal Support<br>100 NE Third Ave.<br>Suite 1050<br>Ft. Lauderdale, FL 33301 |

      Said deposition will be taken before U.S. Legal Support, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

1

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

> Kelley Kronenberg
> Attorneys for Defendants
> 10360 West State Road 84
> Fort Lauderdale, Florida 33324
> Tel: 954-370-9970
> Fax: 954-333-3763
>
> By: /s/ *Louis Reinstein*
> LOUIS REINSTEIN
> Florida Bar No. 26852
> lreinstein@kklaw.com

cc: US Legal Support

2

## SCHEDULE "A"

1. All medical records which describe, or reference in any way the injuries your husband claims are related to the alleged force described in the pleadings which are located in your home or otherwise within your possession, custody, or control.

2. All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings and which support your claim of damages or injuries.

3. All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4. Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5. Any and all documentary evidence which you believe supports the allegations in the case.

EXHIBIT "C"

## Connie Olschewske

**From:** Oscar Syger <051698@msn.com>
**Sent:** Monday, January 27, 2020 8:12 PM
**To:** Louis Reinstein; Connie Olschewske; secretaryof oscar syger
**Subject:** SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: Emergency Cancellation.

Good Evening Louis. Mrs Silas is working until midnight tonight. She awakens at 6 and thereafter works?from 7 am. until 3 30 p.m. Hence Mr. Silas , who you have met with whom I spoke,  informed me of the foregoing and concluded by informing me unequivocally that  Mrs. Silas will not appear tomorrow for her deposition. Mrs. Silas is available on this friday.  However , due to another case Sulima and I have  with lawyers who motion practice instead of getting the facts  , Accordingly , I am bound by court order to appear at 2 pm for an expert deposition this Friday. .
   The above is a product of accessibility with these clients. Sulima will try to obtain a work schedule  and offer days off for her depodition.. You may wish to set the deposition in Pompano beach . In accordance with the ground rule set at last week-"s hearing , the party that cancels in less than 24 hours , pays. Please accept this as binding me  to pay the reporter attendabce fee and translator cancellation fee to be paid in 30 days .
.Pleaae give deep analysis to filing a motion for additional sanctions or to dismiss etc. You will not get this case dismissed.
   Additionally , Mrs. Silas was NOT PRESENT at the time and place yesbeck falsely arrested and batterred her husband. Battered so bad that your client had to take him to hospital.  Mrs Silas is naturally stunned to pick her husband up from JAIL. She was at work. And not presrnt when the above happened at the home they had  owned for 17 years   at that point in time .   She is naturally a riveting witness. So we will fully cooperate  with reschedule. Oscar
Get Outlook for Android

EXHIBIT "D"

 **U.S. Legal Support**

# CANCELLATION FORM

100 Northeast Third Avenue
Suite 1050
Fort Lauderdale, FL 33301
954-463-2933

| Job No. | 2072966 | **Scheduled Date** | 1/3/2020 11:45:39 AM |
|---|---|---|---|
| **Ordered by** | #Connie Olschewske sent Notice via email/Phone Call | **Attorney** | Louis Reinstein, Esquire |
| **Firm** | Kelley Kronenberg 10360 West State Road 84 Fort Lauderdale, FL 33324 Phone: 954-370-9970 Fax: 954-382-1988 | | |
| **Cancellation Info** | Jan 28 2020 6:15AM By *Amanda Brown Cancelled by Connie Olschewske | | |

This email is being sent as **CANCELLATION** of the following job setting:

| **Name of Case** | Rochenel Silas vs. Gregory Tony | | |
|---|---|---|---|
| **Witness(es)** | Marida Silas (Creole-Interpreter) | | |
| **Job Date** | 01/28/2020 | **Time** | 10:00 AM |
| **Location** | *U.S. Legal Support – Fort Lauderdale 100 Northeast Third Avenue Comerica Building Suite 1050 Fort Lauderdale, FL 33301 Phone: 954-463-2933 Room No.: Detail: DIRECTIONS:  From I95 South/North:  Take I95 to Broward Boulevard (Downtown Exit). Go East on Broward Boulevard approximately 2 miles to Northeast 3rd Avenue, make a left. Go 2 blocks to NE 2nd Street and turn right. The public parking garage is on the right side of the street. | | |
| **Remarks** | All Day Deposition  SERVICES REQUESTED ONLY: -Court Reporter -Interpreter  If confirmed, please review the MISSING information below carefully and reply:  -Billing Information: Please indicate that your firm does not represent an insurance company in this case and should be invoiced directly for all services, OR, if your firm represents an insurance company in this matter, please provide: --Ins. Company Name: _____ --Adjuster Name & Email: _____ | | |

--Claim #: _____

--Client Matter #: if applicable: _____

Location changed from Kelley Kronenberg per Re-notice 01/20/2020
12:52:35 PM (AS)

## Thank you for choosing U.S. Legal Support.

**Reporter Cancellation Policy:** Late cancellation fees apply for all assignments within the state of Florida and the Atlanta Metro area cancelled with less than two hours' notice; assignments outside the state of Florida and the Atlanta Metro area require cancellation by the close of the business day prior to the scheduled assignment.

**Video Cancellation Policy:** Late cancellation fees apply for all assignments within the state of Florida and the Atlanta Metro area cancelled with less than three hours' notice; settings outside the state of Florida require cancellation by the close of the business day prior to the scheduled assignment.

**Video-Conference Cancellation Policy:** Conferences cancelled less than 48 hours prior to the scheduled start time may be billed a cancellation fee up to 100% of the actual time reserved at the time of booking.

**Interpreter Cancellation Policy:** A late cancellation fee will apply for all assignments cancelled within 24 hours of the scheduled start time.

**Billing:** The party identified above is the contracting party unless agreed to in writing prior to the rendering of services. The party and/or firm is entirely responsible for the complete payment of fees incurred as described above (except services ordered by other parties' counsel). Payment is due upon receipt of invoice.

Filing # 102535598 E-Filed 01/31/2020 08:33:46 AM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as Sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

## NOTICE OF CANCELLATION OF DEPOSITION OF HEATHER SCHAFFER, O.D.

PLEASE TAKE NOTICE, the undersigned attorney has <u>canceled</u> the deposition of Heather Schaffer, O.D. scheduled for Tuesday, February 4, 2020 at 11:45 a.m. at South Florida Vision, 143 N. Powerline Rd., Deerfield Beach, FL to be rescheduled on another date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, <u>051698@msn.com</u>.

                            Kelley Kronenberg
                            Attorneys for Defendants
                            10360 West State Road 84
                            Fort Lauderdale, Florida 33324
                            Tel: 954-370-9970
                            Fax: 954-333-3763

                            By: /s/ *Louis Reinstein*
                                    LOUIS REINSTEIN
                                    Florida Bar No. 26852
                                    lreinstein@kklaw.com

Filing # 102743386 E-Filed 02/04/2020 04:18:53 PM

**THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

     Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants.

_____/

## NOTICE OF CANCELLATION OF SPECIAL SET HEARING
(coordinated with counsel)

TO:   All counsel listed in the Certificate of Service

YOU ARE HEREBY NOTIFIED that we have Cancelled the special set hearing before the **Honorable John B. Bowman,** one of the Judges of the above styled Court, in Chambers, at the Broward County Courthouse, 201 S.E. 6th Street, **Room 15165**, Fort Lauderdale, Florida, on **Wednesday, the 12th day of February, 2020 at 11:45 a.m.**, or as soon thereafter as may be heard on:

**DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SANCTIONS;
DEFENDANTS' MOTION TO STRIKE WITNESSES AND MOTION TO COMPEL
PRODUCTION OF DR. FRAGE'S MEDICAL RECORDS;
DEFENDANT YESBECK'S MOTIONS FOR EX PARTE ORDERS TO COMPEL
DISCOVERY**

I hereby certify that the movant has conferred or attempted to confer with all parties or self-represented parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motions.

I

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 5th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
    LOUIS REINSTEIN
    Florida Bar No. 26852
    lreinstein@kklaw.com

2

Filing # 102738371 E-Filed 02/04/2020 03:48:34 PM

**THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

## MOTION TO WITHDRAW AS COUNSEL

    Attorney Louis Reinstein, Kelley Kronenberg, P.A., counsel for Defendants GREGORY

TONY, as Sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK,

moves the court for permission to withdraw as counsel, and advises the court that notice has been

given, that ample time remains for Defendants to procure new counsel, and that no circumstances

in this case would work to cause any unusual hardship on any of the parties, and in support states:

    1.    This is the mutual decision of client and attorney.

    2.    Client has obtained or is in the process of obtaining substitute counsel to appear

and proceed in this action.

    3.    Broward County Sheriff's Office has authority to consent on behalf of former

deputy Paul Yesbeck.

    4.    A proposed Order is attached for the benefit of the Court.

**CONSENT OF CLIENT**

Terrence Lynch
General Counsel

## GOOD FAITH CERTIFICATE

Undersigned counsel has communicated with or has attempted to communicate with counsel for Plaintiff and as of the date of the filing of this Motion, Plaintiff's counsel has not agreed to the relief requested.

/s/ Louis Reinstein

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com; Broward Sheriff's Office, Office of General Counsel, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312 (954) 831-8920.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

## ORDER APPROVING WITHDRAWAL

**THIS CAUSE** came on to be heard on the Motion to Withdraw filed by Louis Reinstein, Esq., Kelley Kronenberg, P.A., as attorney of record for Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, and the Court being duly advised, it is hereupon ORDERED AND ADJUDGED,

Louis Reinstein, Esq., Kelley Kronenberg, P.A., is hereby allowed to withdraw as attorney of record for Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, and Defendants shall have thirty (30) days from the date of this Order in which to obtain other counsel.

**DONE AND ORDERED** in Ft. Lauderdale, Broward County, Florida, this _____ day of February, 2020.

 

                                        _____
                                        HONORABLE JOHN B. BOWMAN
                                        CIRCUIT COURT JUDGE

Copies Furnished Counsel of Record:

Filing # 102687039 E-Filed 02/04/2020 08:42:55 AM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## NOTICE OF CANCELLATION OF DEPOSITION OF DEBBIE SILAS

PLEASE TAKE NOTICE, the undersigned attorney has <u>canceled</u> the deposition of Debbie Silas scheduled for Thursday, February 6, 2020, at 12:00 pm at Kelley Kronenberg, 10360 West State Road 84, Fort Lauderdale, FL 33324.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th of February, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

                        Kelley Kronenberg
                        Attorneys for Defendants
                        10360 West State Road 84
                        Fort Lauderdale, Florida 33324
                        Tel: 954-370-9970
                        Fax: 954-333-3763

                        By: /s/ *Louis Reinstein*
                           LOUIS REINSTEIN
                           Florida Bar No. 26852
                           lreinstein@kklaw.com

cc:   U.S. Legal Support

1

Filing # 101878007 E-Filed 01/17/2020 06:07:55 PM

## RETURN OF SERVICE

**State of Florida**                **County of Broward**                **17th Judicial Circuit Court**

Case Number: 15-004358 (2)   Court Date: 1/31/2020

Plaintiff:
**Rochenel Silas and his wife Marida Silas**

vs.

Defendant:
**Gregory Tony, as sheriff of the Broward County Sheriffs Office and Paul Yesbeck**

For:
Louis Reinstein, Esq.
Kelley Kronenberg
colschewske@kelleykronenberg.com
10360 West State Road 84
Fort Lauderdale, FL 33324

Received by ALL BROWARD PROCESS CORP. on the 7th day of January, 2020 at 9:01 am to be served on **Progressive American Insurance Company C/o Chief Financial Officer, 200 E Gaines Street, Tallahassee, FL 32399**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **8th day of January, 2020 at 11:30 am, I**:

**CORPORATE:** served by delivering a true copy of the **Subpoena Duces Tecum without Deposition, Agreed HIPAA Qualified Protective Order and Order to Dislose Protected Health Information, Check no. 26197 dated: 1/7/2020 in the amount of $15.00 made payable to CFO** with the date and hour of service endorsed thereon by me, to: **COLBY NUTTING as OPS CLERK** for the Registered Agent of Progressive American Insurance Company C/o Chief Financial Officer at the address of: **200 EAST GAINES STREET, TALLAHASSEE, FL 32399**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 20+, Sex: M, Race/Skin Color: WHITE, Height: 6'0", Weight: 200, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MICHAEL C. NOLAN**
Certified Process Server #111

**ALL BROWARD PROCESS CORP.**
**701 NORTH FIG TREE LANE**
**PLANTATION, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2020000021
Ref: 2020000021

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

*** FILED: BROWARD COUNTY, FL. BRENDA D. FORMAN, CLERK 01/17/2020 06:07:55 PM.****

**THE CIRCUIT COURT OF THE 17th**
**JUDICIAL CIRCUIT IN AND FOR**
**BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

All Broward Process Corp
NAME MSN         Badge # 14
DATE 1/8/20 TIME 11:30

ROCHENEL SILAS and his wife
MARIDA SILAS,

     Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants.

_____/

**SUBPOENA DUCES TECUM WITHOUT DEPOSITION**
*(Records **may be mailed** in lieu of appearance)

**THE STATE OF FLORIDA**

TO:   **CHIEF FINANCIAL OFFICER**
     **Progressive American Insurance Company**
     200 E Gaines Street
     Tallahassee, FL 32399

    YOU ARE COMMANDED TO APPEAR* at Kelley Kronenberg, 10360 West State

Road 84, Fort Lauderdale, Florida 33324, on **January 31, 2020**, and to have with you at that

time and place the following:

    A copy of your entire **RECORD and BILLING FILE** pertaining to:

| | |
|---|---|
| **Name:** | **ROCHENEL SILAS** |
| **Date of Birth:** | **XX/0X/1951** |
| **SS#:** | ▮▮▮▮▮▮▮ |

    Your response is to include a copy of your **ENTIRE FILE** (written and/or computerized)
pertaining to the above referenced individual, including but not limited to any and all
applications for insurance benefits, pay-out sheets, claims filed by or on behalf of the above
individual, patient history forms, reports, consulting reports, consultations by and with others,
charts/graphs, labs, x-rays and reports, MRIs and reports, CT scans and reports, memoranda,

1

Filing # 101657143 E-Filed 01/14/2020 05:10:28 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife          CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,
_____/

### NOTICE OF FILING CORRESPONDENCE AND RELEVANT DOCUMENTS

     Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, hereby files

correspondence regarding the Cancellation and Rescheduling of Rochenel Silas Deposition and

Relevant court document regarding the cancellation of the deposition to be considered by this

Court for all permissible purposes.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-

MAIL this **14 day of January 2020**, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ.

at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I

electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts

eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By_*Oscar Syger*_____
   OSCAR SYGER, ESQUIRE
FBN. 381373

1/14/2020                                  Gmail - Silas v. Broward County Sheriff's Office, et al.

 Gmail

                                        **Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>**

## Silas v. Broward County Sheriff's Office, et al.
1 message

**Connie Olschewske** <colschewske@kelleykronenberg.com>                  Tue, Dec 10, 2019 at 9:49 AM
To: "051698@msn.com" <051698@msn.com>, Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>
Cc: "regina.greene@esquiresolutions.com" <regina.greene@esquiresolutions.com>

Good morning,

Please find attached correspondence dated December 10, 2019 along with enclosure in the referenced matter.

If you have any questions, please do not hesitate to contact me.

## Connie Olschewske

**Legal Assistant to Louis Reinstein, Esq.**

"Our office has moved. please note our new address below"

10360 West State Road 84 |

Ft. Lauderdale| FL 33324

954. 370.9970 |Office

865. 366.5593 |Direct

954. 333.3763 |Fax

Website | Email | LinkedIn

 **Kelley Kronenberg**
ATTORNEYS AT LAW

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems.  These systems may prevent or
delay delivery of certain email communications.  If you do not receive a timely response to an email communication, please contact the intended
recipient via phone in one of our office locations available here.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain
confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this
information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in
error, please contact the sender and delete the material from any computer. Thank you.

Gmail - Silas v. Broward County Sheriff's Office, et al.

**2 attachments**

    **PA re invoice for interpreter on 11-21-19.pdf**
    23K

    **Silas invoice for interpreter on 11-21-19.pdf**
    26K

1/14/2020                                    Gmail - Re: Silas v. Broward County Sheriff's Office, et al.

 Gmail                          Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>

## Re: Silas v. Broward County Sheriff's Office, et al.
1 message

**Secretary of Oscar Syger** <secretaryofoscarsyger@gmail.com>                        Tue, Nov 26, 2019 at 11:15 AM
To: Connie Olschewske <colschewske@kelleykronenberg.com>
Cc: "051698@msn.com" <051698@msn.com>, Louis Reinstein <LReinstein@kelleykronenberg.com>

Good Morning Connie,

Mr. Syger is available on December 17th, 2019. I will hold the date.

Please send me the Notice so that I can mail it to our client.

Thank you, have a great day and Happy Thanksgiving

Kind Regards,

Sulima Valdez
Legal Assistant to
Oscar Syger, Esq.
9000 Sheridan Street
Suite 156
Pembroke Pines, FL 33024
Tel: (954) 862-2205
Fax: (954) 862-2206

*This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you are not the
addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you received this email by mistake and
delete this e-mail from your system.*

On Mon, Nov 25, 2019 at 4:05 PM Connie Olschewske <colschewske@kelleykronenberg.com> wrote:

Good afternoon,

Please be advised that we are available for the rescheduling of the deposition of your client, Rochenel Silas on the
following dates:

12/6 – to be held in our office

12/16 – to be held in our office

12/17 – to be held in our office

12/18 – p.m. only, to be held in our office

12/10 – to be held at a court reporter's office in Fort Lauderdale.

Please respond regarding your availability by no later than Wednesday, November 27th.

Thank you.

Connie Olschewske

**Legal Assistant to Louis Reinstein, Esq.**



"Our office has moved, please note our new address below"

10360 West State Road 84 |

Ft. Lauderdale| FL 33324

954. 370.9970 |Office

865. 366.5593 |Direct

954. 333.3763 |Fax

Website | Email | LinkedIn

**Kelley Kronenberg**
ATTORNEYS AT LAW

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems. These systems may prevent or delay delivery of certain email communications. If you do not receive a timely response to an email communication, please contact the intended recipient via phone in one of our office locations available here.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.

1/14/2020          Gmail - Re: Silas v Sheriff Depositon of Plaintiffs can not go forward tomorrow

 Gmail

**Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>**

## Re: Silas v Sheriff Depositon of Plaintiffs can not go forward tomorrow
1 message

**Louis Reinstein <l.Reinstein@kelleykronenberg.com>**        Wed, Nov 20, 2019 at 6:04 PM
To: Oscar Syger <051698@msn.com>
Cc: Connie Olschewske <colschewske@kelleykronenberg.com>, secretaryof oscar syger <secretaryofoscarsyger@gmail.com>

Oscar,

So if you are telling me that your client will not appear that means you were able to get in touch with him. Thank you for confirming that. I was previously told you could not reach your client today to give the change in location.

The change in location to my office is less than 5 minutes away with no cost for use of the room. We were only just advised of the additional charge by the court reporter company. The court reporter and translator will charge a cancellation fee since it is under 24hours. I don't know anything about the matter with Ms. Newmark and you could have just said that instead of using the change in location as a pretense to cancel the deposition as you and I know the location is not determined by you but the person setting the deposition. And the change to my office will only make it less costly (and frankly we can provide drinks and snacks). In any event, we will make an effort in the morning to cancel both the translator and the reporter. If they charge a fee, I will be sending that to you.

We will be sending new dates shortly for Mr. Silas.

Thank you.


Louis  Reinstein, Esq.
**Partner**
10360 West State Road 84
Fort Lauderdale, FL 33324
954-370-9970 |Office

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems.  These systems may prevent or delay delivery of certain email communications.  If you do not receive a timely response to an email communication, please contact the intended recipient via phone.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material immediately. Thank you.


       On Nov 20, 2019, at 5:53 PM, Oscar Syger <051698@msn.com> wrote:


       Hello Louis . Please be advised that the witnesses ( Plaintiffs) will NOT. appear fot deposition tomorrow. Your 11th hour change in location , is one reason. Also ,late this afternoon  I have been served ( by email ) of a witness subpoena  for a contempt hearing in Joffe v Joffe which is set for tomorrow at 10 30 a.m. I have been subpoenaed by the Husband's counsel. Tracy Newmark , Esq .of yout firm represents the wife. Due to my limited staff  resources. i cannot file and serve a Rule 1.280 motion in response to these two 11th hour major developments. Please respond timely to this notification so that you can cancel the reporter. I  agree to make my clients available for deposition on the first mutually agreeable date . However , I will continue to object to having the deposition take place in your office. Oscar

       Get Outlook for Android

1/14/2020                          Gmail - Silas v Sheriff Depositon of Plaintiffs can not go forward tomorrow

 Gmail                                   Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>

## Silas v Sheriff Depositon of Plaintiffs can not go forward tomorrow
1 message

**Oscar Syger** <051698@msn.com>                                      Wed, Nov 20, 2019 at 5:53 PM
To: Louis Reinstein <LReinstein@kelleykronenberg.com>, Connie Olschewske <colschewske@kelleykronenberg.com>,
secretaryof oscar syger <secretaryofoscarsyger@gmail.com>

Hello Louis . Please be advised that the witnesses ( Plaintiffs) will NOT. appear fot deposition tomorrow.
Your 11th hour change in location , is one reason. Also ,late this afternoon  I have been served ( by email )
of a witness subpoena  for a contempt hearing in Joffe v Joffe which is set for tomorrow at 10 30 a.m. I have
been subpoenaed by the Husband's counsel. Tracy Newmark , Esq .of yout firm represents the wife. Due to
my limited staff  resources. i cannot file and serve a Rule 1.280 motion in response to these two 11th hour
major developments. Please respond timely to this notification so that you can cancel the reporter. I  agree
to make my clients available for deposition on the first mutually agreeable date . However , I will continue to
object to having the deposition take place in your office. Oscar

Get Outlook for Android

 Gmail

Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>

---

## Re: SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: change of location for depo of Pltf Rochenel Silas
1 message

**Secretary of Oscar Syger** <secretaryofoscarsyger@gmail.com>                    Wed, Nov 20, 2019 at 4:45 PM
To: Connie Olschewske <colschewske@kelleykronenberg.com>
Cc: Oscar Syger <051698@msn.com>

Good Afternoon Connie,

I received the Re-Notice of Taking Deposition despite my email informing you that Mr. Syger was in deposition and would not be able to agree to a new location.

Mr. Syger just got out of the deposition. He does **NOT** agree to moving the deposition location on short notice. Our client does not have email and is hard to reach by phone on short notice. He had already confirmed early this week he would be at the ORIGINAL location. Therefore, tomorrow Mr. Syger and our client will meet at the ORIGINAL address on the Notice of Taking Deposition.

Kind Regards,

Sulima Valdez
Legal Assistant to
*Oscar Syger, Esq.*
9000 Sheridan Street
Suite 156
Pembroke Pines, FL 33024
Tel: (954) 862-2205
Fax: (954) 862-2206

*This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you are not the addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you received this email by mistake and delete this e-mail from your system.*

On Wed, Nov 20, 2019 at 2:13 PM Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com> wrote:
  *Mr.Syger is currently in a deposition and cannot advise if he agrees to the change in deposition location.*

  I will have him reply as soon as possible.

  Kind Regards

  Sulima Valdez

  On Wed, Nov 20, 2019, 2:08 PM Connie Olschewske <colschewske@kelleykronenberg.com> wrote:

    Good afternoon Mr. Syger,


    Please be advised that we have just received information that there is a fee for the use of the room in Plantation for the deposition of your client, Rochenel Silas.  Therefore, we have moved the deposition to our office at the address below  A Re-Notice will be filed momentarily.


    Thank you.

Connie Olschewske

**Legal Assistant to Louis Reinstein, Esq.**

"Our office has moved, please note our new address below"

10360 West State Road 84 |

Ft. Lauderdale| FL 33324

954. 370.9970 |Office

865. 366.5593 |Direct

954. 333.3763 |Fax

Website | Email | LinkedIn

cid:image001.gif@01D5932A.650036C0

*Important – Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems. These systems may prevent or delay delivery of certain email communications. If you do not receive a timely response to an email communication, please contact the intended recipient via phone in one of our office locations available here.*

*The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.*

Filing # 99186562 E-Filed 11/20/2019 01:55:17 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

FAMILY DIVISION

CASE NO.: FMCE 16-008595 (42/91)

Florida Bar No.: 179700

IN RE: THE MARRIAGE OF

HILARY R. JOFFE,

      Petitioner/Wife,

v.

DAVID JOFFE,

      Respondent/Husband.

_____/

## NOTICE OF ISSUANCE OF SUBPOENA

    PLEASE TAKE NOTICE that Pursuant to Family Law Rules of Procedure 12.410, undersigned counsel is issuing the attached Subpoena directed to Oscar Syger, Esq. to appear before the Honorable N. Hunter Davis on November 21, 2019 at 10:30 a.m.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by e-mail through the Florida Courts E-Filing Portal (familylaw@kelleykronenberg.com) on November 19, 2019, to: Tracy B. Newmark, Esq., Kelley Kronenberg, Attorneys for Petitioner/Wife, 10360 West State Road 84, Ft. Lauderdale, Florida 33324.

LALINE CONCEPCION-VELOSO, P.A.
Attorney for Respondent/Husband David Joffe
8105 N.W. 155th Street
Miami Lakes, Florida 33016
Telephone: (305) 818-9993
Facsimile: (305) 818-9997
E-mail: lveloso@lcvlaw.com

    _/s/ Laline Concepcion-Veloso_
    Laline Concepcion-Veloso, Esq.
    Florida Bar No.: 179700

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

FAMILY DIVISION

CASE NO.: FMCE 16-008595 (42/91)

Florida Bar No.: 179700

IN RE: THE MARRIAGE OF

HILARY R. JOFFE,

      Petitioner/Wife,

v.

DAVID JOFFE,

      Respondent/Husband.

_____ /

**SUBPOENA FOR HEARING ON WIFE'S
MOTION FOR CONTEMPT AND
ENFORCEMENT OF ORDER DATED
JUNE 19, 2019**

THE STATE OF FLORIDA:

TO:    Oscar Syger, Esq.
       Law Offices of Oscar Syger P.A.
       9000 Sheridan St Ste 156
       Pembroke Pines, FL 33024-8801
       United States

     **YOU ARE HEREBY COMMANDED** to appear before the Honorable N. Hunter
Davis's Chambers at the Broward County Courthouse, 201 S.E. 6th Street, Room 11164,
Ft. Lauderdale, Florida 33301, on the **21st** day of **November**, 2019, at **10:30 a.m.**, to
testify in the above styled cause.

     **IF YOU FAIL TO APPEAR, YOU MAY BE IN CONTEMPT OF COURT.**

*Joffe v. Joffe*
Case No.: FMCE 16-008595 (42/91)
*Subpoena for Hearing*

You are subpoenaed to appear by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**WITNESS** my hand and seal this _____20ᵗ____ day of November, 2019.

**ISSUING ATTORNEY**
LALINE CONCEPCION-VELOSO, ESQ.
LALINE CONCEPCION-VELOSO, P.A.
*Attorney for Husband David Joffe*
8105 N.W. 155ᵗʰ Street
Miami Lakes, Florida 33016
Telephone: (305) 818-9993
Facsimile: (305) 818-9997
E-mail: lveloso@lcvlaw.com

By: _____
Laline Concepcion-Veloso
Florida Bar No. 0179700

Filing # 103049145 E-Filed 02/10/2020 02:41:05 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

        Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

        Defendant.

_____/

## NOTICE OF APPEARANCE AND
## NOTICE OF COMPLIANCE WITH RULE 2.516 DESIGNATION OF E-MAIL ADDRESS

        The law firm of Cooney Trybus Kwavnick Peets hereby files its Notice of

Appearance as Co-Counsel on behalf of the Defendants, GREGORY TONY, as sheriff of

the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK, in the above-styled

cause, and requests that all pleadings and correspondence in this cause be directed to

the undersigned attorneys.

## EMAIL DESIGNATION

        Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, pursuant to Rule 2.516 of Florida Rules of Judicial

Administration and the Supreme Court decision SC 10-2101 regarding E-Mail Service

Rule hereby designates the following email addresses for the purposes of receiving

pleadings:

[20-0035/3887675/1]

Primary: reception@ctkplaw.com
Secondary: yhall@ctkplaw.com
Secondary: eweintraub@ctkplaw.com
Secondary: tzerof@ctkplaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this February 10, 2020 to Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard
Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Eportal Primary: reception@ctkplaw.com
Eportal Secondary: yhall@ctkplaw.com
Eportal Secondary: eweintraub@ctkplaw.com
Eportal Secondary: tzerof@ctkplaw.com

"(Signed by attorney electronically after review)"

By: _____
   BRUCE TRYBUS
   FLA. BAR NO. 972983

Filing # 103075365 E-Filed 02/10/2020 05:41:12 PM

**IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**

**CASE NO:  CACE-15-004358 (02)**

ROCHENEL SILAS and his wife MARIDA
SILAS,

       Plaintiff,

v.

GREGORY TONY, as Sheriff of Broward
County, Florida, and PAUL YESBECK,

       Defendants.

_____/

## JOINT STIPULATION FOR SUBSTITUTION
## OF COUNSEL FOR SHERIFF GREGORY TONY AND PAUL YESBECK

     Pursuant to Florida Rule of Judicial Administration 2.505(e)(2), the undersigned

attorneys hereby stipulate and further move the Court to enter an Order substituting **Bruce**

**Trybus, Esq.,** and the law firm of **Cooney Trybus Kwavnick Peets**, in place of **Louis**

**Reinstein**, and the law firm of **Kelley Kronenberg, P.A.,** as counsel for Defendant, GREGORY

TONY, as Sheriff of Broward County, Florida, and PAUL YESECK.

     Consent from client has been filed separately.

COONEY TRYBUS KWAVNICK PEETS     KELLEY KRONENBERG

_____     _____
Bruce Trybus, Esq.,               Louis Reinstein, Esq.
Fla. Bar No. 972983               Fla. Bar No. 26852
reception@ctkplaw.com;            lreinstein@kklaw.com
yhall@ctkplaw.com                10360 W. State Road 84
1600 West Commercial Boulevard     Fort Lauderdale, FL  33324
Suite 200                     T: 954-370-9970
Fort Lauderdale, FL 33309
T: 954-568-6669

Dated: 2/10/2020            Dated: 2/10/2020

Filing # 102911359 E-Filed 02/07/2020 08:56:04 AM

**THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

<u>**NOTICE OF HEARING**</u>
(coordinated with counsel)

TO:    All counsel listed in the Certificate of Service

    YOU ARE HEREBY NOTIFIED that we shall call up for hearing before the **Honorable John B. Bowman,** one of the Judges of the above styled Court, at the Broward County Courthouse, 201 S.E. 6th Street, **Room 15135**, Fort Lauderdale, Florida, on **Wednesday, the 19th day of February, 2020 at 8:45 a.m.,** or as soon thereafter as may be heard on:

**MOTION TO WITHDRAW AS COUNSEL**
**(For Defendants)**

    I hereby certify that A) the movant has conferred or attempted to confer with all parties or self-represented parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion; and B) the issues in the motion may be heard and resolved by the court within five (5) minutes.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 02/07/2020 08:56:04 AM.****

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>7th day of February, 2020,</u> I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished *via e-portal* or *e-mail* to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax:   954/862-2206, <u>051698@msn.com</u>; Broward Sheriff's Office, Office of General Counsel, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312 (954) 831-8920.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: */s/ Louis Reinstein*
    LOUIS REINSTEIN
    Florida Bar No. 26852
    <u>lreinstein@kklaw.com</u>

## Mary H. Burkett

**From:** noreply@17th.flcourts.org
**Sent:** Thursday, February 06, 2020 4:06 PM
**Subject:** SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: SERVICE OF COURT DOCUMENT: CACE15004358

This is a system generated email. Please do not reply to this message.

Sequence Number: 15
Category: Motion Calendar
Schedule Date and Time:02-19-2020 8:45 AM - 02-19-2020 10:00 AM
Division: Bowman, John B. (02)
Case Number: CACE15004358
Style:Rochenel Silas, et al Plaintiff vs.Broward County Sheriff's Office, et al Defendant
Motion: Motion to Withdraw as Counsel
Scheduler:Reinstein, Louis
Phone Number: 9543709970
Created Date:02-06-2020 4:04 PM
Status: Ready

The 17th Judicial Circuit serves the citizens of Broward County Florida. It is the second largest jurisdiction in the State of Florida. The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

1

*** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 2/17/2020 4:30:00 PM.****

**IN THE CIRCUIT COURT OF THE 17th**
**JUDICIAL CIRCUIT IN AND FOR**
**BROWARD COUNTY, FLORIDA**

**CASE NO: CACE-15-004358 (02)**

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

v.

GREGORY TONY, as Sheriff of Broward
County, Florida, and PAUL YESBECK,

      Defendants.



_____/

### ORDER GRANTING JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE having come before the Court on Joint Stipulation for Substitution of

Counsel and the Court being advised in the premises, it is hereby

**ORDERED AND ADJUDGED**, as follows:

Bruce Trybus, Esquire, and the law firm of Cooney Trybus Kwavnick Peets, is hereby

substituted in place of Louis Reinstein, and the law firm of Kelley Kronenberg, P.A., as counsel

for Defendant, GREGORY TONY, as Sheriff of Broward County, Florida, and PAUL YESBECK.

Louis Reinstein and Kelley Kronenberg, P.A. shall have no further obligation or responsibility in

connection with this action on behalf of Sheriff Tony and Paul Yesbeck. All pleadings notices and

correspondence should be sent to the attention of Bruce Trybus, Esq., reception@ctkplaw.com;

yhall@ctkplaw.com, eweintraub@ctkplaw.com; tzerof@ctkplaw.com, Cooney Trybus Kwavnick

Peets, 1600 West Commercial Boulevard, Suite 200, Fort Lauderdale, FL 33309, (T) 954-568-

6669, (F) 954-568-0085.

**DONE AND ORDERED** in Broward County, Florida this _____ day of February, 2020.

_____
HONORABLE JOHN B. BOWMAN

Copies furnished to:
*All counsel of record*

Filing # 103756726 E-Filed 02/24/2020 09:35:40 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

      Defendants.

_____/

### DEFENDANTS' MOTION TO CONTINUE TRIAL AND TO COMPEL BETTER DISCOVERY RESPONSES

Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK moves for a continuance of trial (currently scheduled on this Court's two-week trial docket commencing April 21, 2020) and an order compelling Plaintiffs to provide better discovery responses and state:

    1.    This case arises from Plaintiffs' claims of alleged police misconduct. See Second Amended Complaint attached hereto as Exhibit "A."

    2.    Plaintiff, Marida Silas is making a loss of consortium claim and was set to be deposed on January 28, 2020. See Re-Notice of Deposition Duces Tecum attached hereto as Exhibit "B."

3.      Around 8:00 pm the evening before before this deposition, Plaintiffs' counsel emailed defense counsel and indicated that Mrs. Silas would not be attending the deposition. Please see email from Plaintiffs' counsel attached hereto as Exhibit "C".

4.      Defendant has been working on re-scheduling the deposition of Plaintiff, Marida Silas. See Email exchange attached hereto as Exhibit "D."

5.      Defendant propounded one additional Interrogatory to Plaintiff Rochenel Silas dated November 5, 2019 requesting the residential addresses, email addresses, and telephone numbers of Rosner Silas, Micheline Silas, and Angeline Cherelle Silas, and Debbie Arlete Silas, the adult children of the Plaintiff who were all present at the time of the arrest as indicated by Plaintiff in his deposition.  Plaintiff just faxed his answer to such Interrogatory to Defense counsel on February 10, 2020 and only gave the telephone numbers of such individuals but did not provide the residential or email addresses.  See Answer to Interrogatory attached hereto as Exhibit "E." See also page 23 of Plaintiff's deposition transcript attached hereto as Exhibit "F."

6.      Defendant propounded additional Interrogatories to Plaintiff Marida Silas requesting the same information for Rosner Silas dated November 6, 2019. Plaintiff did not respond to such discovery requests until February 10, 2020 and provided the residential address but not the email address or phone number of Rosner Silas.  See Answer to Interrogatories attached hereto as Exhibit "G".

7.      Defendant has further requested to reset the depositions of Rosner Silas, Debbie Silas, and Ebner Silas. See Email attached hereto as Exhibit "H."

8.      Further, this Court's Trial Order appointed Plaintiffs' counsel as lead  to facilitate and schedule mediation no later than 60 days prior to Calendar Call, April 3, 2020. See Trial Order Attached hereto as Exhibit "I".

9.     Mediation has not occurred or been scheduled as of the date of this Motion, although the parties have begun to coordinate. See email exchanges attached hereto as Exhibit "J."

10.     Defense requests a continuance of Trial in order to conduct the deposition of Marida Silas as they will be unduly prejudiced without such deposition, and Plaintiff cancelled the deposition last minute. Further, Defendants may need to conduct additional discovery following such deposition.

11.     Defense also needs to re-schedule the depositions of fact witnesses Rosner Silas, Debbie Silas, and Ebner Silas and will be prejudiced without such depositions.

12.     Defense requests the entry of an order compelling Plaintiff Rochenel Silas to provide the residential and email addresses of Rosner Silas, Micheline Silas, and Angeline Cherelle Silas, and Debbie Arlete Silas so such witnesses can be subpoenaed for deposition as they are fact witnesses to the claims against Defendants.

13.     Further, the case still needs to be mediated and a continuance will allow for such to occur.

WHEREFORE, the Defendants move this Court for a continuance of Trial for the above-mentioned reasons and respectfully request an Order Compelling Plaintiffs for better discovery responses for Interrogatories dated November 5, 2019 and November 6, 2019.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by E-Mail this date, February 24, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS

[20-0035/3903532/1]                 3

Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

By: _____

BRUCE TRYBUS
Florida Bar No. 972983
ERICA WEINTRAUB
Florida Bar No. 1002668
(Signed by attorney electronically after review)

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## SECOND AMENDED COMPLAINT FOR POLICE MISCOUNDUCT

Plaintiff, ROCHENEL SILAS (hereinafter "ROCHENEL") and his wife MARIDA

SILAS (hereinafter MARIDA), sue the Defendants, GREGORY TONY, as Sheriff of the

BROWARD COUNTY SHERIFF'S OFFICE (hereinafter "BSO") and PAUL YESBECK

(hereinafter "YESBECK") and allege:

### GENERAL ALLEGATIONS COMMON
### TO ALL COUNTS

1. This is a cause of action whose sum in controversy is in excess of $ 15,000.00, exclusive
   of costs and interest.

2. Plaintiff, ROCHENEL, at all times material, was and is a resident of Pompano Beach,
   Broward County, Florida and is over the age of 18 years.

3. Plaintiff, MARIDA, at all times material, was and is a resident of Pompano Beach,
   Broward County, Florida and is over the age of 18 years and is the wife of Rochenel
   Silas.



EXHIBIT
"A"

4. Defendant, BSO, is a the constitutional officer of a governmental entity located in Broward County, Florida and is amenable to the within lawsuit pursuant to the terms and conditions of Chapter 768.28 (9) of the Florida Statutes.

5. Defendant, YESBECK, is over the age of 18 years and at all material times is a resident of Broward County, Florida. At all material times YESBECK is employed by Co-Defendant BSO, as a law enforcement officer in its police department. All of the acts of YESBECK pled in this complaint are committed by YESBECK within the course and scope of his agency relationship with Co-Defendant BSO, unless otherwise alleged.

6. Venue is appropriate in Broward County, Florida as the tortious conduct of the Defendants occurred within the boundaries of Broward County, Florida.

**COUNT I**
**CLAIM FOR BATTERY AGAINST BSO**

7. ROCHENEL realleges paragraphs 1, 2, and 4-6 as if fully set forth herein.

8. The Plaintiffs have complied with all conditions precedent to the filing of this lawsuit or, in the alternative, the conditions precedent have been waived by BSO and/or YESBECK.

9. The Plaintiffs delivered a pre-suit notification letter to BSO on or about August 21, 2013. The form and content of the notification fulfills the obligations imposed on these Plaintiffs by Chapter 768.28(6) of the Florida Statues. (A true and correct copy of the statutory notification letter, as well as proof of receipt by BSO and by the Florida Department of Financial Services, is appended as Composite Exhibit "A" to this complaint.)

10. More than six months have elapsed between the receipt by BSO of the statutory notification letter appended as Exhibit "A" to this Complaint and the date of the filing of this Complaint. BSO did not resolve this claim within six months provided to it by law.

11. All of the acts committed by YESBECK are committed by YESBECK under color of law.

12. April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Broward County, Florida. YESBECK while effecting an arrest of ROCHENEL at Rochenel's home, used an excessive amount of force that was unreasonable under the circumstances. The following conduct of YESBECK constituted excessive force under the circumstances:

    a. YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

13. Alternatively, YESBECK intentionally caused harmful or offensive contact with ROCHENEL by one or more of the following acts:

    a. YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

14. As a result, ROCHENEL SILAS suffered bodily injury, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of a previously existing condition, lost income and loss of income earning capacity. The losses are continuing.

    WHEREFORE, the Plaintiff, ROCHENEL SILAS, Demands judgment for damages against Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE.

## COUNT II
## CLAIM FOR BATTERY AGAINST YESBECK

15. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 11-14 with the same force and effect as if fully set forth herein.

16. The acts of YESBECK alleged in paragraphs 12 and 13 exhibit wanton and willful disregard of ROCHENEL's human rights.

WHEREFORE, the Plaintiff ROCHENEL SILAS, demands judgment for damages against Defendant, PAUL YESBECK.

## COUNT III
## CLAIM FOR FALSE ARREST AGAINST BSO

17. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 9, 10, and 11 with the same force and effect as if fully set forth herein.

18. On April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Florida, YESBECK detained ROCHENEL and deprived ROCHENEL of his liberty. YESBECK did not act under authority of an arrest warrant and ROCHENEL did not consent to the deprivation of his liberty.

19. As a direct result of the unlawful deprivation of his liberty, ROCHENEL suffered humiliation, mental anguish and incurred attorney fees to secure his liberty. The emotional damages continue to this day.

WHEREFORE, the Plaintiff, ROCHENEL SILAS, demands judgment for damages against Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE.

## COUNT IV
## LOSS OF CONSORTIUM CLAIM OF MARIDA SILAS

20. Plaintiff, MARIDA re-alleges paragraphs 1, 3, 4-6, 8-14 and 18-19 of this Complaint with the same force and effect as is fully set forth herein.

21. MARIDA is and was the wife of ROCHENEL at all material times. MARIDA has lost

the care, comfort, and companionship of her husband, Rochenel Silas, and has incurred

out of pocket expenses due to the conduct of Yesbeck and BSO.

WHEREFRE, the Plaintiff, MARIDA SILAS, demands judgment for damages against

Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE

and PAUL YESBECK.

## RESERVATION OF RIGHT TO AMEND TO INCLUDE PRAYER FOR PUNITIVE DAMAGES

Plaintiff, Rochenel Silas, pursuant to Section 768.72, Florida Statues, requests leave to

alleged a demand for punitive damages against PAUL YESBECK once the requisite showing in

the record has been made.

## DEMAND FOR JURY TRIAL

The Plaintiffs demand a trial by jury on all such issues triable as a matter of right.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-

MAIL this 18 day of December 2019, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ.

at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I

electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts

eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 151
9000 Sheridan Street
Pembroke Pines, Florida 33024

Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By _Oscar Syger_____
   OSCAR SYGER, ESQUIRE
   FBN. 381373

Filing # 101824047 E-Filed 01/17/2020 10:14:21 AM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

### RE-NOTICE OF TAKING DEPOSITION DUCES TECUM
(Re-notice for change in location as requested by Plaintiffs' counsel on 1/16/2020; Creole translator to be provided as requested by Plaintiffs' counsel; any cancelations of this deposition by Plaintiff will be subject to cancelation fees charged by U.S. Legal Support and translator)

     YOU, as the Plaintiff, MARIDA SILAS, are hereby notified that the Defendants in the above styled cause will take your deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both; you are also required to bring with you the items and documents described in Schedule "A" attached to this Notice:

| NAME | DATE | TIME | LOCATION |
|---|---|---|---|
| Plaintiff Marida Silas | Tuesday, January 28, 2020 | 10:00 a.m. | U.S. Legal Support 100 NE Third Ave. Suite 1050 Ft. Lauderdale, FL 33301 |

    Said deposition will be taken before U.S. Legal Support, an officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

1

EXHIBIT

"B"

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ Louis Reinstein
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

cc: US Legal Support

2

## SCHEDULE "A"

1. All medical records which describe, or reference in any way the injuries your husband claims are related to the alleged force described in the pleadings which are located in your home or otherwise within your possession, custody, or control.

2. All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings and which support your claim of damages or injuries.

3. All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4. Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5. Any and all documentary evidence which you believe supports the allegations in the case.

**Connie Olschewske**

| | |
|---|---|
| **From:** | Oscar Syger <051698@msn.com> |
| **Sent:** | Monday, January 27, 2020 8:12 PM |
| **To:** | Louis Reinstein; Connie Olschewske; secretaryof oscar syger |
| **Subject:** | SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: Emergency Cancellation. |

Good Evening Louis. Mrs Silas is working until midnight tonight. She awakens at 6 and thereafter works?from 7 am. until 3 30 p.m. Hence Mr. Silas , who you have met with whom I spoke, informed me of the foregoing and concluded by informing me unequivocally that Mrs. Silas will not appear tomorrow for her deposition. Mrs. Silas is available on this friday. However , due to another case Sulima and I have with lawyers who motion practice instead of getting the facts , Accordingly , I am bound by court order to appear at 2 pm for an expert deposition this Friday. .

 The above is a product of accessibility with these clients. Sulima will try to obtain a work schedule and offer days off for her depodition.. You may wish to set the deposition in Pompano beach . In accordance with the ground rule set at last week-"s hearing , the party that cancels in less than 24 hours , pays. Please accept this as binding me to pay the reporter attendabce fee and translator cancellation fee to be paid in 30 days . .Pleaae give deep analysis to filing a motion for additional sanctions or to dismiss etc. You will not get this case dismissed.

 Additionally , Mrs. Silas was NOT PRESENT at the time and place yesbeck falsely arrested and batterred her husband. Battered so bad that your client had to take him to hospital. Mrs Silas is naturally stunned to pick her husband up from JAIL. She was at work. And not presrnt when the above happened at the home they had owned for 17 years at that point in time . She is naturally a riveting witness. So we will fully cooperate with reschedule. Oscar

Get Outlook for Android



EXHIBIT
"C"

**Erica Weintraub**

| | |
|---|---|
| **From:** | Cathy Kessler |
| **Sent:** | Friday, February 21, 2020 3:20 PM |
| **To:** | 'secretaryofoscarsyger@gmail.com' |
| **Cc:** | Tiffany Zerof |
| **Subject:** | Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: |

Please advise your availability for the deposition of your client, Marida Silas as follows:

3/2 at 11 a.m. or 4pm
3/4 at 1:30, 2 or 2:30
3/12 at 2pm

Thank you,



**Cathy Kessler**
**Legal Assistant to Bruce Trybus, Esq.**
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
**Direct: 954-332-0884** | ckessler@ctkplaw.com
Main:   954-568-6669  Ext. 277
Fax:     954-568-0085 | http://www.ctkplaw.com

***OUR POLICY IS AFTER 3 ATTEMPTS AT COORDINATING DATES, HEARINGS AND DEPOSITIONS WILL SET UNILATERALLY***

*PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should immediately refrain from viewing it any further and notify the sender immediately by telephone or return e-mail and permanently delete it from all electronic devices, networks and other forms of electronic storage, whether local or remote, and confirm the deletion with the sender.*

1



02/10/2020 MON 14:01 FAX ☐001/006

Law Offices of
# OSCAR SYGER, P.A.

Fountains Executive Centre, Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024

Telephone (954) 862-2205
Facsimile (954) 862-2206
E-mail 051693@msn.com
secretaryofoscarsyger@gmail.com

## FAX COVER SHEET

TO: Louis Reinstein, ESQ FAX NO: 954 - 382-1988

OFFICE: Kelley Kronenberg

FROM: Oscar Syger

DATE: Mon. Feb. 10, 2020

RE: Silas v TONY + Yesbeck
Answers (verified) to 2nd interrogatories served 11/5/2019
Answers (Verified) to Yesbeck interrogatories (2d)
to Norda Silas served 11/6/2019

TOTAL PAGES 6 (INCLUDING COVER SHEET)

PLEASE BE ADVISED THAT THE INFORMATION TRANSMITTED IS CONFIDENTIAL AND SHOULD BE VIEWED ONLY BY THE PERSON TO WHOM IT WAS DIRECTED.

MEMO: Please deliver to Mr Reinstein on receipt.


EXHIBIT "E"

@002/006

Filing # 98417146 E-Filed 11/05/2019 03:54:10 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

     Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants.

_____/

## DEFENDANTS' NOTICE OF
## SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

Defendant, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel Silas.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

          Kelley Kronenberg
          Attorneys for Defendants
          10360 West State Road 84
          Fort Lauderdale, Florida 33324
          Tel: 954-370-9970
          Fax: 954-333-3763

          By: /s/ Louis Reinstein
             LOUIS REINSTEIN
             Florida Bar No. 26852
             lreinstein@kklaw.com

☑003/006

## INTERROGATORY TO THE PLAINTIFF ROCHENEL SILAS

1.   Please provide current residential addresses for the following individuals; telephone numbers for the following individuals; and e-mail addresses for the following individuals.

   a)  Rosner Silas    954, 854-7078

   b)  Micheline Silas    954, 856-3599

   c)  Angeline Cherelle Silas    954, 925-7788

   d)  Debbie Arlete Silas    718, 844-4499

02/10/2020 MON 14:02  FAX                                                    ☒004/006

Rochenel Silas

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME, the undersigned authority, personally appeared Rochenel Silas, who being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct.

SWORN TO AND SUBSCRIBED before me this _15th_ day of _November_ 20_19_

Notary Public

My commission expires: _Nov, 02, 2020_

Wendy M. Flores
State of Florida
My Commission Expires
November 02, 2020
Commission No. GG 44324

Personally known OR produced identification
Type of identification produced _Florida Drive License_.

ROCHENEL SILAS
SILAS vs TONY

December 17, 2019
23

1      Q.   When was the last time you spoke to Rosner?

2      A.   Three days ago.

3      Q.   Have you spoken to Rosner about this case that

4   we are here for today?

5      A.   No.

6      Q.   In over eight years you have never spoken to

7   Rosner about this case?

8      A.   Because when the thing happened, the other

9   ones were there with me.

10     Q.   Do you know Rosner's date of birth?

11     A.   He was born February 19, 1979.

12     Q.   So I appreciate that you answered that Rosner

13  was there on the day of the incident, but I want to

14  clarify because my question was in the past eight years

15  since the incident have you spoken to Rosner at all

16  about the incident or the case?

17     A.   I don't have any reason to discuss that with

18  him because he knows even better than me what happened.

19     Q.   What did Rosner tell you that he knows what

20  happened?

21          MR. SYGER:  Objection, form, but please

22          answer.

23     A.   At that time deputies arrested me after he did

24  what he did to me, well, Rosner was present.  All the

25  kids were together with me that day.  I also had a





800.211.DE
EsquireSolu

EXHIBIT

E

02/10/2020 MON 14:01  FAX                                              ☑001/006

Law Offices of
## OSCAR SYGER, P.A.

Fountains Executive Centre, Suite 158
9000 Sheridan Street
Pembroke Pines, Florida  33024

Telephone      (954) 862-2205
Facsimile      (954) 862-2206
E-mail         051698@msn.com
secretaryofoscarsyger@gmail.com

## FAX COVER SHEET

TO: LOUIS Reinstein, ESQ  FAX NO: 954 - 382 - 1988

OFFICE: Kelley Kronenberg

FROM: Oscar Syger

DATE: Mon. Feb. 10, 2020

RE: Silas v TONY & YesBBCK
Answers (verified) to 2nd interrogatories served - 11/5/2019
Answers (Verified) to Yesbcic interrogatories (2d)
to Marida Silas served 11/6/2019

TOTAL PAGES 6 (INCLUDING COVER SHEET)

PLEASE BE ADVISED THAT THE INFORMATION TRANSMITTED IS CONFIDENTIAL
AND SHOULD BE VIEWED ONLY BY THE PERSON TO WHOM IT WAS DIRECTED.

MEMO: Please deliver to Mr Reinstein on receipt.

EXHIBIT
"6"

☒005/006

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:  15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as Sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

## DEFENDANT PAUL YESBECK'S NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFF MARIDA SILAS

      Defendant, PAUL YESBECK, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), gives notice of the service of Interrogatories to Plaintiff Marida Silas.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 6th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax:  954/862-2206, 051698@msn.com

                    Kelley Kronenberg
                    Attorneys for Defendants
                    10360 W. State Road 84
                    Fort Lauderdale, Florida 33324
                    Tel: 954-370-9970
                    Fax: 954-333-3763

                  By: /s/ Louis Reinstein
                    LOUIS REINSTEIN
                    Florida Bar No. 26852
                    lreinstein@kklaw.com

02/10/2020 MON 14:03 FAX                                                                    Ø006/006

## DEFENDANT'S INTERROGATORIES TO THE PLAINTIFF MARIDA SILAS

1.      Did you witness the incident alleged in the complaint (i.e. the alleged false arrest, battery)? If yes, please describe what you witnessed. If no, please identify who did witness the incident.

*No*

2.      What is the current a) residential address; b) e-mail address; c) phone number for Rosner Silas?

*15-48 NE 30 ct pompano Beach FL 33064*

*Marida Silas*
MARIDA SILAS

STATE OF FLORIDA

COUNTY OF *Broward*

BEFORE ME, the undersigned authority, personally appeared MARIDA SILAS, who is personally known to me or has produced *Florida Drivers License* as identification and who after first being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct to the best of his/her knowledge and belief.

SWORN   TO   and   SUBSCRIBED   before   me   this   *15th*   day   of

*November*_____, 2019.

_____
Notary Public
State of Florida at Large
*Wendy M. Flores*
PRINTED NAME OF NOTARY PUBLIC
NOTARY PUBLIC, SEAL OF OFFICE:
Commission No.: *GG 44 324*

Wendy M. Flores
State of Florida
My Commission Expires
November 02, 2020
Commission No. GG 44324

2

**Erica Weintraub**

| | |
|---|---|
| **From:** | Cathy Kessler |
| **Sent:** | Friday, February 21, 2020 3:24 PM |
| **To:** | 'secretaryofoscarsyger@gmail.com' |
| **Cc:** | Tiffany Zerof |
| **Subject:** | RE: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: |

If we could schedule Ms. Silas 3/4 we could also reset Rosner, Debbie and Ebner Silas on the same date as well: 1:30, 2:30, 3:30 and 4:30.

Please advise.

Cathy Kessler
Legal Assistant to Bruce Trybus, Esq.

---

**From:** Cathy Kessler
**Sent:** Friday, February 21, 2020 3:20 PM
**To:** secretaryofoscarsyger@gmail.com
**Cc:** Tiffany Zerof <TZerof@ctkplaw.com>
**Subject:** Silas, Rochenel and his wife Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417:

Please advise your availability for the deposition of your client, Marida Silas as follows:

3/2 at 11 a.m. or 4pm
3/4 at 1:30, 2 or 2:30
3/12 at 2pm

Thank you,



**Cathy Kessler**
**Legal Assistant to Bruce Trybus, Esq.**
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
**Direct: 954-332-0884** | ckessler@ctkplaw.com
Main:   954-568-6669 Ext. 277
Fax:    954-568-0085 | http://www.ctkplaw.com



1

\*\*\*OUR POLICY IS AFTER 3 ATTEMPTS AT COORDINATING DATES, HEARINGS AND DEPOSITIONS WILL SET UNILATERALLY\*\*\*

*PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should immediately refrain from viewing it any further and notify the sender immediately by telephone or return e-mail and permanently delete it from all electronic devices, networks and other forms of electronic storage, whether local or remote, and confirm the deletion with the sender.*

Filing # 93483175 E-Filed 07/31/2019 06:11:02 PM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: **CACE15004358**          DIVISION: **02**    JUDGE: <u>Bowman, John B. (02)</u>

Rochenel Silas, et al
,
     Plaintiff(s) / Petitioner(s),

v.

Broward County Sheriff's Office, et al
,
     Defendant(s) / Respondent (s).

_____/

> **UNIFORM TRIAL ORDER**
> **SEVENTEENTH JUDICIAL CIRCUIT**
>
> **ORDER FOR MANDATORY**
> **CALENDAR CALL**

## UNIFORM TRIAL ORDER

**TRIAL PERIOD COMMENCING:** _____ **04-21-2020 to 05-01-2020** _____.
This is a ( **2** ) week calendar.
**CALENDAR CALL: 04-03-2020 at 10:00 AM** _____.

    **3**  DAYS        **X**  JURY        _____  NON-JURY

### FAILURE TO ATTEND CALENDAR CALL MAY RESULT IN EITHER
### THIS CASE BEING DISMISSED OR A DEFAULT BEING ENTERED.

**I.**  **ORDER OF TRIALS:**
The order of trials set during this Trial Period will be determined at Calendar Call. Parties are subject to being called to commence trial during any portion of the above noted Trial Period.

**II.**  **TRIAL DATE:**
The Court has determined this case is ready for trial pursuant to Florida Rule of Civil Procedure 1.440. This case is set for trial before the undersigned Judge in Courtroom **15165** , Broward County Courthouse, 201 S.E. 6th Street, Fort Lauderdale, Florida, 33301, as stated above.

**III.**  **CIVIL TRIAL POOL:**
Parties are advised that this case may be placed into the Seventeenth Judicial Circuit Court's "Civil Trial Pool" and is subject to being called for trial before any judge. If placed in the Civil Trial Pool, **parties must be prepared to proceed to trial if called**. Only the Division Judge or the Administrative Judge of the Seventeenth Judicial Circuit Court's Civil Division may grant a continuance of any case placed in the Civil Trial Pool.



EXHIBIT

IV.   **WITNESS LISTS:**
   A. **NO LATER THAN ONE-HUNDRED & TWENTY (120) DAYS PRIOR TO CALENDAR CALL:**
      Fact Witnesses: Parties must file and serve a list of names and addresses of all fact witnesses who are expected to testify at trial. Each party's fact witness list must include a brief description of the substance and scope of the testimony to be elicited from such witness. Both sides must cooperate in the scheduling of such witness depositions.
   B. **NO LATER THAN NINETY (90) DAYS PRIOR TO CALENDAR CALL:**
      Expert Witnesses: Parties must file and serve a list of the names and addresses of all expert witnesses who are expected to testify at trial. Each party's expert witness list must disclose the expert's area of expertise, the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds for each opinion. Parties must include a complete and updated curriculum vitae of all expert witnesses to be called at trial and all information regarding expert testimony that is allowed by Florida Rules of Civil Procedure 1.280(b)(5)(A) and 1.280(b)(5)(D). Both sides must cooperate in the scheduling of such witness depositions. The Court may preclude an expert from testifying outside of the disclosed opinions.
   C. **NO LATER THAN SIXTY (60) DAYS PRIOR TO CALENDAR CALL:**
      Rebuttal Witnesses: Parties must file and serve a list of names and addresses of any rebuttal witnesses within sixty (60) days.

V.   **COMPULSORY MEDICAL EVALUATIONS ("CME"):**
   A. **NO LATER THAN NINETY (90) DAYS PRIOR TO CALENDAR CALL:**
      All CME and other examinations pursuant to Florida Rule of Civil Procedure 1.360 must be completed no later than ninety (90) days prior to Calendar Call.

VI.   **DISCOVERY DEADLINES:**
   A. **NO LATER THAN SIXTY-FIVE (65) DAYS PRIOR TO CALENDAR CALL:**
      All final discovery must have been initiated at least sixty-five (65) days prior to Calendar Call.
   B. **NO LATER THAN THIRTY (30) DAYS PRIOR TO CALENDAR CALL:**
      Parties must complete all discovery, including expert discovery in accordance with Florida Rule of Civil Procedure 1.280(b)(4), at least thirty (30) days prior to Calendar Call. Discovery conducted after this time period is strongly disfavored and will only be permitted by order of the Court under exceptional circumstances.

VII.   **MOTIONS:**
   A. **NO LATER THAN FORTY-FIVE (45) DAYS PRIOR TO CALENDAR CALL:**
      1. Dispositive Motions: must be filed and served no later than forty-five (45) days before Calendar Call and must be scheduled for hearing prior to Calendar Call.
      2. Deposition Objections: objections raised in depositions expected to be introduced at trial must be filed and served no later than forty-five (45) days before Calendar Call and must be scheduled for hearing prior to Calendar Call.
      3. Expert Challenges: motions filed in accordance with section 90.702, Florida Statutes ("Expert Challenges"), must be filed and served no later than forty-five (45) days before Calendar Call and must be scheduled for hearing prior to Calendar Call.

**B. NO LATER THAN THIRTY (30) DAYS PRIOR TO CALENDAR CALL:**

1. <u>Motions in Limine</u>: must be filed and served no later than thirty (30) days prior to Calendar Call and must be scheduled for hearing before Calendar Call.

2. All motions, other than motions in limine, not heard before Calendar Call will be deemed abandoned.

**C. PRIOR TO CALENDAR CALL:**

1. <u>Motions for Summary Judgment</u>: must be scheduled for hearing and heard prior to Calendar Call. Motions for summary judgment will not be heard at Calendar Call.

VIII. **JOINT PRETRIAL STIPULATION:**

**A. NO LATER THAN TEN (10) DAYS PRIOR TO CALENDAR CALL:**

1. The Joint Pretrial Stipulation contemplates a single document that must be filed and served, **with a courtesy copy served on the undersigned judge**, no later than ten (10) days before Calendar Call.

2. The Joint Pretrial Stipulation requires that all agreed matters be fully identified and any disputed matters be specifically delineated with respect to each party.

3. At the time of the above noticed Calendar Call, all parties must be prepared to discuss all items set forth in Florida Rule of Civil Procedure 1.200(b).

**B. The Joint Pretrial Stipulation must contain the following in separately numbered paragraphs:**

1. <u>Statement of the Facts</u>: A concise, impartial statement of the facts of the case.

2. <u>Stipulated Facts</u>: A list of those facts that can be stipulated and require no proof at trial.

3. <u>Statement of Disputed Law & Fact</u>: A concise, impartial statement of those issues of law and fact that are to be tried.

4. <u>Exhibit Lists</u>: Each party must separately list all exhibits they intend to introduce into evidence. Each item must be listed by number and description on a separate schedule attached to the Joint Pretrial Stipulation. Each exhibit must be specifically described. **Generic descriptions of exhibits are subject to being stricken.** If any party objects to the introduction of any such exhibit, such objection **must be stated in the Joint Pretrial Stipulation**, setting forth the grounds with specificity. All exhibits must have been made available to all parties for examination. Parties must initial each other's exhibit lists and exhibits. **At trial, only those exhibits properly listed and initialed may be offered into evidence.**

5. <u>Demonstrative Exhibits</u>: all demonstrative exhibits (e.g., charts, graphs, enlargements of exhibits, etc.) intended to be used at a jury trial must be displayed to all parties at least ten (10) days before trial.

6. <u>Witness Lists</u>: Parties must furnish a written list containing the names and addresses of all witnesses intended to be called at trial in alphabetical order. Such list must designate the type of witness ("expert," "rebuttal," "impeachment," or otherwise) and must be attached to the Joint Pretrial Stipulation. All fact witness lists must include a brief description of **the substance and scope of the testimony** to be elicited from such witness. All expert witness lists must **designate the expert's specialties.** If any party objects to any witness, such objection must be stated in the Joint Pretrial Stipulation, setting forth the grounds with specificity. **At trial, only those witnesses properly and timely disclosed will be permitted to testify.**

7. <u>Jury Instructions</u>: If the trial is a jury trial, the parties must identify all agreed upon standard instructions and all special instructions. Copies of all agreed upon jury instructions and disputed jury instructions must be attached to the Joint Pretrial Stipulation identifying the party that proposed the instruction, along with copies of supporting statutory citations and/or case law.

8. <u>Verdict Forms</u>: If the trial is a jury trial, the jury verdict form must be designated as "agreed to" or "disputed" and must be attached to the Joint Pretrial Stipulation.

9. <u>Peremptory Challenges</u>: If the trial is a jury trial, the number of peremptory challenges for each party must be stated and attached to the Joint Pretrial Stipulation.

10. <u>Pending Motions</u>: Parties must set forth a list of all pending motions with copies attached to the Joint Pretrial Stipulation.

11. <u>Trial Estimate</u>: Each party must provide an estimate of the number of trial days required for presenting its side of the case.

12. <u>Expert Challenges</u>: All expert related issues involving any requests for hearings on related evidence must be noticed and heard—or agreed to by the parties—no later than forty-five (45) days prior to Calendar Call. FAILURE TO DO SO MAY CONSTITUTE A WAIVER OF ANY EXPERT RELATED EVIDENCE ISSUE(S). It is within the discretion of the Court to remove any case with pending expert issues.

## IX. COURT POLICIES:

A. Parties must do all things reasonable and necessary to assure the availability of witnesses for the entire Trial Period or to otherwise preserve witness testimony for trial as provided by the Florida Rules of Civil Procedure. *See* Fla. R. Civ. P. 1.300 & 1.460; *see also* Fla. R. Jud. Admin. 2.545.

B. The requirements of this Uniform Trial Order cannot be waived by stipulation **absent prior approval from the Court** pursuant to written agreement between the parties.

C. This Uniform Trial Order may be tailored by the assigned division judge to conform to the particular requirements of the residential foreclosure, asbestos litigation, and complex litigation divisions. *See* Admin. Order 2016-28-Civ (c)(6) (June 9, 2016).

D. At trial, there will only be one (1) official record transcribed by one (1) court reporter. Plaintiff is responsible for arranging for a court reporter unless otherwise agreed. If a conflict exists, the parties must resolve it among themselves prior to Calendar Call.

## X. CONTINUANCES:

A. CONTINUANCES will only be considered upon written motion filed with the Clerk of Court and served on the undersigned judge prior to the above noticed Calendar Call.

B. NO CONTINUANCES will be granted for reasons that should have been readily apparent to the parties when this Uniform Trial Order was issued.

C. NO CONTINUANCES will be granted if expert witnesses are unavailable because testimony may be preserved by deposition.

D. NO CONTINUANCES will be granted for reasons relating to the failure to follow this Uniform Trial Order.

## XI. MANDATORY MEDIATION:

Mediation must commence no later than sixty (60) days prior to Calendar Call. The parties must comply with Florida Rules of Civil Procedure 1.700, 1.710, 1.720, and 1.730 as to the

conduct of mediation. Plaintiff's counsel is appointed lead counsel to facilitate and schedule the settlement conference with the mediator and all parties. The Court appoints:

**FRANK C. WALKER**
401 E. LAS OLAS BLVD SUITE 1000 FORT LAUDERDALE  FL 33301
frank.walker@gray-robinson.com
954-761-8111

as Mediator, unless, within thirty (30) days of this Uniform Trial Order, the parties choose a different Mediator. Failure to attend mediation may result in sanctions.

XII.   **SANCTIONS:**
A.  All parties should be familiar with Florida Rule of Civil Procedure 1.380 entitled "Failure to Make Discovery; Sanctions" and section 57.105, Florida Statutes, entitled "Attorney's fee; sanctions for raising unsupported claims or defenses; exceptions; service of motions; damages for delay of litigation."
B.  FAILURE TO APPEAR, FAILURE TO FOLLOW TIME REQUIREMENTS, OR FAILURE TO FILE DOCUMENTS REQUIRED BY THIS COURT MAY RESULT IN THE DISMISSAL OF THE ACTION OR THE IMPOSITION OF SANCTIONS INCLUDING THE STRIKING OF PLEADINGS.

XIII.   **SETTLEMENT NOTIFICATION:**
Parties must immediately notify this Court in the event of settlement and submit a stipulation for an Order of Dismissal. Parties must also notify the Court of any pending hearings that will be canceled as a result of the settlement.

**Pursuant to Florida Rule of Judicial Administration 2.516(h)(1), counsel must file this Uniform Trial Order with the Clerk of Court, serve any self-represented parties with this Uniform Trial Order, and file a "Certificate of Service" with the Clerk of Court, in compliance with Florida Rule of Judicial Administration 2.516(f), certifying the self-represented party was served with this Uniform Trial Order.**

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida on 07-31-2019

CACE15004358 07-31-2019 3:59 PM
CACE15004358 07-31-2019 3:59 PM
Circuit Court Judge

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Room 20-140, 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, 954-831-7721, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

CC:    FRANK C. WALKER, Email : frank.walker@gray-robinson.com
Louis Reinstein, Email : colschewske@kklaw.com
Louis Reinstein, Email : lreinstein@kelleykronenberg.com
Louis Reinstein, Email : lreinstein@kklaw.com
Oscar Syger, Email : secretaryofoscarsyger@gmail.com
Oscar Syger, Email : 051698@msn.com

## Erica Weintraub

**From:** Oscar Syger <051698@msn.com>
**Sent:** Wednesday, February 19, 2020 4:02 PM
**To:** Cathy Kessler; secretaryofoscarsyger@gmail.com
**Cc:** Bruce Trybus; Erica Weintraub
**Subject:** Re: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: Mediation

Im trying to find someone with some degree of background in Police Misconduct to serve as our mediator .
Oscar

Get Outlook for Android

**From:** Cathy Kessler <ckessler@ctkplaw.com>
**Sent:** Wednesday, February 19, 2020 3:58:24 PM
**To:** secretaryofoscarsyger@gmail.com <secretaryofoscarsyger@gmail.com>; 051698@msn.com <051698@msn.com>
**Cc:** Bruce Trybus <btrybus@ctkplaw.com>; Erica Weintraub <eweintraub@ctkplaw.com>
**Subject:** RE: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: Mediation

It's my understanding that Ms. Bass has retired. Therefore, would you agree to use Rusty Perez at Florida Mediation?

Thank you,

Cathy Kessler
Legal Assistant to Bruce Trybus, Esq.

**From:** Cathy Kessler
**Sent:** Wednesday, February 19, 2020 11:59 AM
**To:** 'secretaryofoscarsyger@gmail.com' <secretaryofoscarsyger@gmail.com>; '051698@msn.com' <051698@msn.com>
**Cc:** Bruce Trybus <btrybus@ctkplaw.com>; Erica Weintraub <eweintraub@ctkplaw.com>
**Subject:** Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: Mediation

Mr. Syger,

With regard to setting this matter for mediation, please advise if you would agree to Charles Tetunic or Judy Bass.

Thank you,



Cathy



**Cathy Kessler**
**Legal Assistant to Bruce Trybus, Esq.**
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
**Direct: 954-332-0884** | ckessler@ctkplaw.com
Main:   954-568-6669  Ext. 277
Fax:    954-568-0085 | http://www.ctkplaw.com

\*\*\*OUR POLICY IS AFTER 3 ATTEMPTS AT COORDINATING DATES, HEARINGS AND DEPOSITIONS WILL SET UNILATERALLY\*\*\*

*PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should immediately refrain from viewing it any further and notify the sender immediately by telephone or return e-mail and permanently delete it from all electronic devices, networks and other forms of electronic storage, whether local or remote, and confirm the deletion with the sender.*

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 2/19/2020 4:30:00 PM.****

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

     Plaintiffs,

v.

GREGORY TONY, as Sheriff of Broward
County, Florida, and PAUL YESBECK,

     Defendants.

                                    /



## ORDER GRANTING JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE having come before the Court on Joint Stipulation for Substitution of Counsel and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED, as follows:

Bruce Trybus, Esquire, and the law firm of Cooney Trybus Kwavnick Peets, is hereby substitiuted in place of Louis Reinstein, and the law firm of Kelley Kronenberg, P.A., as counsel for Defendant, GREGORY TONY, as Sheriff of Broward County, Florida, and PAUL YESBECK. Louis Reinstein and Kelley Kronenberg, P.A. shall have no further obligation or responsibility in connection with this action on behalf of Sheriff Tony and Paul Yesbeck. All pleadings notices and correspondence should be sent to the attention of Bruce Trybus, Esq., reception@ctkplaw.com; yhall@ctkplaw.com, eweintraub@ctkplaw.com; tzerof@ctkplaw.com, Cooney Trybus Kwavnick Peets, 1600 West Commercial Boulevard, Suite 200, Fort Lauderdale, FL 33309, (T) 954-568-6669, (F) 954-568-0085.

DONE AND ORDERED in Broward County, Florida this 19 day of February, 2020.

                      HONORABLE JOHN B. BOWMAN

Copies furnished to:
*All counsel of record*



*** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 2/19/2020 4:30:00 PM.****

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

### ORDER APPROVING WITHDRAWAL

    **THIS CAUSE** came on to be heard on the Motion to Withdraw filed by Louis Reinstein,

Esq., Kelley Kronenberg, P.A., as attorney of record for Defendants GREGORY TONY, as sheriff

of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, and the Court being

duly advised, it is hereupon ORDERED AND ADJUDGED,

    Louis Reinstein, Esq., Kelley Kronenberg, P.A., is hereby allowed to withdraw as attorney

of record for Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS

OFFICE and PAUL YESBECK, and Defendants shall have thirty (30) days from the date of this

Order in which to obtain other counsel.

    **DONE AND ORDERED** in Ft. Lauderdale, Broward County, Florida, this 19 day of

February, 2020.

                                    HONORABLE JOHN B. BOWMAN
                                      CIRCUIT COURT JUDGE

Copies Furnished Counsel of Record:

Filing # 102687039 E-Filed 02/04/2020 08:42:55 AM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## NOTICE OF CANCELLATION OF DEPOSITION OF EBNER SILAS

    PLEASE TAKE NOTICE, the undersigned attorney has <u>canceled</u> the deposition of Ebner Silas scheduled for Thursday, February 6, 2020, at 2:00 pm am at Kelley Kronenberg, 10360 West State Road 84, Fort Lauderdale, FL 33324.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 4th of February, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

                    Kelley Kronenberg
                    Attorneys for Defendants
                    10360 West State Road 84
                    Fort Lauderdale, Florida 33324
                    Tel: 954-370-9970
                    Fax: 954-333-3763

                    By: /s/ *Louis Reinstein*
                    LOUIS REINSTEIN
                    Florida Bar No. 26852
                    lreinstein@kklaw.com

cc:    U.S. Legal Support

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 02/04/2020 08:42:56 AM.****

Filing # 102687039 E-Filed 02/04/2020 08:42:55 AM

**THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## NOTICE OF CANCELLATION OF DEPOSITION OF ROSNER SILAS

      PLEASE TAKE NOTICE, the undersigned attorney has <u>canceled</u> the deposition of Rosner Silas scheduled for Thursday, February 6, 2020, at 10:00 am at Kelley Kronenberg, 10360 West State Road 84, Fort Lauderdale, FL 33324.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 4th of February, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, <u>051698@msn.com</u>.

                     Kelley Kronenberg
                     Attorneys for Defendants
                     10360 West State Road 84
                     Fort Lauderdale, Florida 33324
                     Tel: 954-370-9970
                     Fax: 954-333-3763

                     By: /s/ *Louis Reinstein*
                         LOUIS REINSTEIN
                         Florida Bar No. 26852
                         lreinstein@kklaw.com

cc:    U.S. Legal Support

Filing # 102854742 E-Filed 02/06/2020 11:22:12 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## NOTICE OF CANCELLATION OF DEPOSITION

    Plaintiff, ROCHENEL SILAS, serves Notice that the Depositions noticed for Friday, February 7, 2020 is CANCELLED.

| Name of Deponent | Date |
|---|---|
| Deputy Marra | Friday, February 7, 2020 |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **6 day of February 2020**, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By _Oscar Syger_____
    OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 102911359 E-Filed 02/07/2020 08:56:04 AM

**THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

<u>**NOTICE OF HEARING**</u>
(coordinated with counsel)

TO:   All counsel listed in the Certificate of Service

     YOU ARE HEREBY NOTIFIED that we shall call up for hearing before the **Honorable John B. Bowman,** one of the Judges of the above styled Court, at the Broward County Courthouse, 201 S.E. 6th Street, **Room 15135**, Fort Lauderdale, Florida, on **Wednesday, the 19th day of February, 2020 at 8:45 a.m.,** or as soon thereafter as may be heard on:

**MOTION TO WITHDRAW AS COUNSEL**
**(For Defendants)**

     I hereby certify that A) the movant has conferred or attempted to confer with all parties or self-represented parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion; and B) the issues in the motion may be heard and resolved by the court within five (5) minutes.

l

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on <u>7th day of February, 2020,</u> I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished *via e-portal* or *e-mail* to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax:   954/862-2206, <u>051698@msn.com</u>; Broward Sheriff's Office, Office of General Counsel, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312 (954) 831-8920.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: */s/ Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

2

## Mary H. Burkett

**From:**      noreply@17th.flcourts.org
**Sent:**      Thursday, February 06, 2020 4:06 PM
**Subject:**   SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417: SERVICE
             OF COURT DOCUMENT: CACE15004358

This is a system generated email. Please do not reply to this message.

Sequence Number: 15
Category: Motion Calendar
Schedule Date and Time:02-19-2020 8:45 AM - 02-19-2020 10:00 AM
Division: Bowman, John B. (02)
Case Number: CACE15004358
Style:Rochenel Silas, et al Plaintiff vs.Broward County Sheriff's Office, et al Defendant
Motion: Motion to Withdraw as Counsel
Scheduler:Reinstein, Louis
Phone Number: 9543709970
Created Date:02-06-2020 4:04 PM
Status: Ready

The 17th Judicial Circuit serves the citizens of Broward County Florida. It is the second largest jurisdiction in the State of
Florida. The information transmitted is intended only for the person or entity to which it is addressed and may contain
confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action
in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received
this in error, please contact the sender and delete the material from any computer.

Filing # 103049145 E-Filed 02/10/2020 02:41:05 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

          Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

          Defendant.

_____/

## NOTICE OF APPEARANCE AND
## NOTICE OF COMPLIANCE WITH RULE 2.516 DESIGNATION OF E-MAIL ADDRESS

      The law firm of Cooney Trybus Kwavnick Peets hereby files its Notice of

Appearance as Co-Counsel on behalf of the Defendants, GREGORY TONY, as sheriff of

the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK, in the above-styled

cause, and requests that all pleadings and correspondence in this cause be directed to

the undersigned attorneys.

## EMAIL DESIGNATION

      Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, pursuant to Rule 2.516 of Florida Rules of Judicial

Administration and the Supreme Court decision SC 10-2101 regarding E-Mail Service

Rule hereby designates the following email addresses for the purposes of receiving

pleadings:

[20-0035/3887675/1]

Primary: reception@ctkplaw.com
Secondary: yhall@ctkplaw.com
Secondary: eweintraub@ctkplaw.com
Secondary: tzerof@ctkplaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this February 10, 2020 to Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard
Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Eportal Primary: reception@ctkplaw.com
Eportal Secondary: yhall@ctkplaw.com
Eportal Secondary: eweintraub@ctkplaw.com
Eportal Secondary: tzerof@ctkplaw.com

"(Signed by attorney electronically after review)"

By: _____
BRUCE TRYBUS
FLA. BAR NO. 972983

[20-0035/3887675/1]

Filing # 103075365 E-Filed 02/10/2020 05:41:12 PM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiff,

v.

GREGORY TONY, as Sheriff of Broward
County, Florida, and PAUL YESBECK,

      Defendants.

_____/

## JOINT STIPULATION FOR SUBSTITUTION
## OF COUNSEL FOR SHERIFF GREGORY TONY AND PAUL YESBECK

Pursuant to Florida Rule of Judicial Administration 2.505(e)(2), the undersigned

attorneys hereby stipulate and further move the Court to enter an Order substituting **Bruce**

**Trybus, Esq.**, and the law firm of **Cooney Trybus Kwavnick Peets**, in place of **Louis**

**Reinstein**, and the law firm of **Kelley Kronenberg, P.A.**, as counsel for Defendant, GREGORY

TONY, as Sheriff of Broward County, Florida, and PAUL YESECK.

Consent from client has been filed separately.

COONEY TRYBUS KWAVNICK PEETS      KELLEY KRONENBERG

_____      _____
Bruce Trybus, Esq.,      Louis Reinstein, Esq.
Fla. Bar No. 972983      Fla. Bar No. 26852
reception@ctkplaw.com;      lreinstein@kklaw.com
yhall@ctkplaw.com      10360 W. State Road 84
1600 West Commercial Boulevard      Fort Lauderdale, FL 33324
Suite 200      T: 954-370-9970
Fort Lauderdale, FL 33309
T: 954-568-6669

Dated: ___2/10/2020___      Dated: ___2/10/2020___

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

v.

GREGORY TONY, as Sheriff of Broward
County, Florida, and PAUL YESBECK,

      Defendants.

_____/



## ORDER GRANTING JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE having come before the Court on Joint Stipulation for Substitution of

Counsel and the Court being advised in the premises, it is hereby

**ORDERED AND ADJUDGED**, as follows:

Bruce Trybus, Esquire, and the law firm of Cooney Trybus Kwavnick Peets, is hereby

substitiuted in place of Louis Reinstein, and the law firm of Kelley Kronenberg, P.A., as counsel

for Defendant, GREGORY TONY, as Sheriff of Broward County, Florida, and PAUL YESBECK.

Louis Reinstein and Kelley Kronenberg, P.A. shall have no further obligation or responsibility in

connection with this action on behalf of Sheriff Tony and Paul Yesbeck. All pleadings notices and

correspondence should be sent to the attention of Bruce Trybus, Esq., reception@ctkplaw.com;

yhall@ctkplaw.com, eweintraub@ctkplaw.com; tzerof@ctkplaw.com, Cooney Trybus Kwavnick

Peets, 1600 West Commercial Boulevard, Suite 200, Fort Lauderdale, FL 33309, (T) 954-568-

6669, (F) 954-568-0085.

**DONE AND ORDERED** in Broward County, Florida this ___ day of February, 2020.

_____
HONORABLE JOHN B. BOWMAN

Copies furnished to:
*All counsel of record*

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 2/19/2020 4:30:00 PM. ****

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

v.

GREGORY TONY, as Sheriff of Broward
County, Florida, and PAUL YESBECK,

      Defendants.

_____/



## <u>ORDER GRANTING JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL</u>

    THIS CAUSE having come before the Court on Joint Stipulation for Substitution of

Counsel and the Court being advised in the premises, it is hereby

    **ORDERED AND ADJUDGED,** as follows:

    Bruce Trybus, Esquire, and the law firm of Cooncy Trybus Kwavnick Peets, is hereby

substituted in place of Louis Reinstein, and the law firm of Kelley Kronenberg, P.A., as counsel

for Defendant, GREGORY TONY, as Sheriff of Broward County, Florida, and PAUL YESBECK.

Louis Reinstein and Kelley Kronenberg, P.A. shall have no further obligation or responsibility in

connection with this action on behalf of Sheriff Tony and Paul Yesbeck. All pleadings notices and

correspondence should be sent to the attention of Bruce Trybus, Esq., reception@ctkplaw.com;

yhall@ctkplaw.com, eweintraub@ctkplaw.com; tzerof@ctkplaw.com, Cooney Trybus Kwavnick

Peets, 1600 West Commercial Boulevard, Suite 200, Fort Lauderdale, FL 33309, (T) 954-568-

6669, (F) 954-568-0085.

    **DONE AND ORDERED** in Broward County, Florida this 19 day of February, 2020.

                 HONORABLE JOHN B. BOWMAN

Copies furnished to:
*All counsel of record*

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 2/19/2020 4:30:00 PM. ****

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO: 15-004358 (2)**

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/



## ORDER APPROVING WITHDRAWAL

**THIS CAUSE** came on to be heard on the Motion to Withdraw filed by Louis Reinstein, Esq., Kelley Kronenberg, P.A., as attorney of record for Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, and the Court being duly advised, it is hereupon ORDERED AND ADJUDGED,

Louis Reinstein, Esq., Kelley Kronenberg, P.A., is hereby allowed to withdraw as attorney of record for Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, and Defendants shall have thirty (30) days from the date of this Order in which to obtain other counsel.

**DONE AND ORDERED** in Ft. Lauderdale, Broward County, Florida, this _19_ day of February, 2020.

_____
HONORABLE JOHN B. BOWMAN
CIRCUIT COURT JUDGE

Copies Furnished Counsel of Record:

Filing # 103756726 E-Filed 02/24/2020 09:35:40 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' MOTION TO CONTINUE TRIAL AND TO COMPEL BETTER DISCOVERY RESPONSES

      Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK moves for a continuance of trial (currently scheduled on this Court's two-week trial docket commencing April 21, 2020) and an order compelling Plaintiffs to provide better discovery responses and state:

      1.    This case arises from Plaintiffs' claims of alleged police misconduct. See Second Amended Complaint attached hereto as Exhibit "A."

      2.    Plaintiff, Marida Silas is making a loss of consortium claim and was set to be deposed on January 28, 2020. See Re-Notice of Deposition Duces Tecum attached hereto as Exhibit "B."

3.      Around 8:00 pm the evening before before this deposition, Plaintiffs' counsel emailed defense counsel and indicated that Mrs. Silas would not be attending the deposition. Please see email from Plaintiffs' counsel attached hereto as Exhibit "C".

4.      Defendant has been working on re-scheduling the deposition of Plaintiff, Marida Silas. See Email exchange attached hereto as Exhibit "D."

5.      Defendant propounded one additional Interrogatory to Plaintiff Rochenel Silas dated November 5, 2019 requesting the residential addresses, email addresses, and telephone numbers of Rosner Silas, Micheline Silas, and Angeline Cherelle Silas, and Debbie Arlete Silas, the adult children of the Plaintiff who were all present at the time of the arrest as indicated by Plaintiff in his deposition.  Plaintiff just faxed his answer to such Interrogatory to Defense counsel on February 10, 2020 and only gave the telephone numbers of such individuals but did not provide the residential or email addresses.  See Answer to Interrogatory attached hereto as Exhibit "E." See also page 23 of Plaintiff's deposition transcript attached hereto as Exhibit "F."

6.      Defendant propounded additional Interrogatories to Plaintiff Marida Silas requesting the same information for Rosner Silas dated November 6, 2019. Plaintiff did not respond to such discovery requests until February 10, 2020 and provided the residential address but not the email address or phone number of Rosner Silas.  See Answer to Interrogatories attached hereto as Exhibit "G".

7.      Defendant has further requested to reset the depositions of Rosner Silas, Debbie Silas, and Ebner Silas. See Email attached hereto as Exhibit "H."

8.      Further, this Court's Trial Order appointed Plaintiffs' counsel as lead  to facilitate and schedule mediation no later than 60 days prior to Calendar Call, April 3, 2020. See Trial Order Attached hereto as Exhibit "I".

9.    Mediation has not occurred or been scheduled as of the date of this Motion, although the parties have begun to coordinate. See email exchanges attached hereto as Exhibit "J."

10.    Defense requests a continuance of Trial in order to conduct the deposition of Marida Silas as they will be unduly prejudiced without such deposition, and Plaintiff cancelled the deposition last minute. Further, Defendants may need to conduct additional discovery following such deposition.

11.    Defense also needs to re-schedule the depositions of fact witnesses Rosner Silas, Debbie Silas, and Ebner Silas and will be prejudiced without such depositions.

12.    Defense requests the entry of an order compelling Plaintiff Rochenel Silas to provide the residential and email addresses of Rosner Silas, Micheline Silas, and Angeline Cherelle Silas, and Debbie Arlete Silas so such witnesses can be subpoenaed for deposition as they are fact witnesses to the claims against Defendants.

13.    Further, the case still needs to be mediated and a continuance will allow for such to occur.

WHEREFORE, the Defendants move this Court for a continuance of Trial for the above-mentioned reasons and respectfully request an Order Compelling Plaintiffs for better discovery responses for Interrogatories dated November 5, 2019 and November 6, 2019.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true copy of the foregoing was served by E-Mail this date, February 24, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS

Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone:  (954) 568-6669
Fax:  (954) 568-0085
Primary E-Mail:  reception@ctkplaw.com
Secondary E-Mail:  yhall@ctkplaw.com


By: _____
    BRUCE TRYBUS
    Florida Bar No. 972983
    ERICA WEINTRAUB
    Florida Bar No. 1002668
    (Signed by attorney electronically after review)

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

## SECOND AMENDED COMPLAINT FOR POLICE MISCOUNDUCT

Plaintiff, ROCHENEL SILAS (hereinafter "ROCHENEL") and his wife MARIDA

SILAS (hereinafter MARIDA), sue the Defendants, GREGORY TONY, as Sheriff of the

BROWARD COUNTY SHERIFF'S OFFICE (hereinafter "BSO") and PAUL YESBECK

(hereinafter "YESBECK") and allege:

## GENERAL ALLEGATIONS COMMON TO ALL COUNTS

1. This is a cause of action whose sum in controversy is in excess of $ 15,000.00, exclusive

   of costs and interest.

2. Plaintiff, ROCHENEL, at all times material, was and is a resident of Pompano Beach,

   Broward County, Florida and is over the age of 18 years.

3. Plaintiff, MARIDA, at all times material, was and is a resident of Pompano Beach,

   Broward County, Florida and is over the age of 18 years and is the wife of Rochenel

   Silas.


EXHIBIT
"A"

4. Defendant, BSO, is a the constitutional officer of a governmental entity located in Broward County, Florida and is amenable to the within lawsuit pursuant to the terms and conditions of Chapter 768.28 (9) of the Florida Statutes.

5. Defendant, YESBECK, is over the age of 18 years and at all material times is a resident of Broward County, Florida. At all material times YESBECK is employed by Co-Defendant BSO, as a law enforcement officer in its police department. All of the acts of YESBECK pled in this complaint are committed by YESBECK within the course and scope of his agency relationship with Co-Defendant BSO, unless otherwise alleged.

6. Venue is appropriate in Broward County, Florida as the tortious conduct of the Defendants occurred within the boundaries of Broward County, Florida.

<div align="center">

**COUNT I**
**CLAIM FOR BATTERY AGAINST BSO**

</div>

7. ROCHENEL realleges paragraphs 1, 2, and 4-6 as if fully set forth herein.

8. The Plaintiffs have complied with all conditions precedent to the filing of this lawsuit or, in the alternative, the conditions precedent have been waived by BSO and/or YESBECK.

9. The Plaintiffs delivered a pre-suit notification letter to BSO on or about August 21, 2013. The form and content of the notification fulfills the obligations imposed on these Plaintiffs by Chapter 768.28(6) of the Florida Statues. (A true and correct copy of the statutory notification letter, as well as proof of receipt by BSO and by the Florida Department of Financial Services, is appended as Composite Exhibit "A" to this complaint.)

10. More than six months have elapsed between the receipt by BSO of the statutory notification letter appended as Exhibit "A" to this Complaint and the date of the filing of this Complaint. BSO did not resolve this claim within six months provided to it by law,

11. All of the acts committed by YESBECK are committed by YESBECK under color of law.

12. April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Broward County, Florida. YESBECK while effecting an arrest of ROCHENEL at Rochenel's home, used an excessive amount of force that was unreasonable under the circumstances. The following conduct of YESBECK constituted excessive force under the circumstances:

    a.  YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

13. Alternatively, YESBECK intentionally caused harmful or offensive contact with ROCHENEL by one or more of the following acts:

    a.  YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

14. As a result, ROCHENEL SILAS suffered bodily injury, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of a previously existing condition, lost income and loss of income earning capacity. The losses are continuing.

    WHEREFORE, the Plaintiff, ROCHENEL SILAS, Demands judgment for damages against Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE.

## COUNT II
## CLAIM FOR BATTERY AGAINST YESBECK

15. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 11-14 with the same force and effect as if fully set forth herein.

16. The acts of YESBECK alleged in paragraphs 12 and 13 exhibit wanton and willful disregard of ROCHENEL's human rights.

WHEREFORE, the Plaintiff ROCHENEL SILAS, demands judgment for damages against Defendant, PAUL YESBECK.

## COUNT III
## CLAIM FOR FALSE ARREST AGAINST BSO

17. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 9, 10, and 11 with the same force and effect as if fully set forth herein.

18. On April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Florida, YESBECK detained ROCHENEL and deprived ROCHENEL of his liberty. YESBECK did not act under authority of an arrest warrant and ROCHENEL did not consent to the deprivation of his liberty.

19. As a direct result of the unlawful deprivation of his liberty, ROCHENEL suffered humiliation, mental anguish and incurred attorney fees to secure his liberty. The emotional damages continue to this day.

WHEREFORE, the Plaintiff, ROCHENEL SILAS, demands judgment for damages against Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE.

## COUNT IV
## LOSS OF CONSORTIUM CLAIM OF MARIDA SILAS

20. Plaintiff, MARIDA re-alleges paragraphs 1, 3, 4-6, 8-14 and 18-19 of this Complaint with the same force and effect as is fully set forth herein.

21. MARIDA is and was the wife of ROCHENEL at all material times. MARIDA has lost the care, comfort, and companionship of her husband, Rochenel Silas, and has incurred out of pocket expenses due to the conduct of Yesbeck and BSO.

WHEREFRE, the Plaintiff, MARIDA SILAS, demands judgment for damages against Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK.

## RESERVATION OF RIGHT TO AMEND TO INCLUDE PRAYER FOR PUNITIVE DAMAGES

Plaintiff, Rochenel Silas, pursuant to Section 768.72, Florida Statues, requests leave to alleged a demand for punitive damages against PAUL YESBECK once the requisite showing in the record has been made.

## DEMAND FOR JURY TRIAL

The Plaintiffs demand a trial by jury on all such issues triable as a matter of right.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 18 day of December 2019, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 151
9000 Sheridan Street
Pembroke Pines, Florida  33024

Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By _Oscar Syger_
   OSCAR SYGER, ESQUIRE
   FBN. 381373

Filing # 101824047 E-Filed 01/17/2020 10:14:21 AM

**THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants.

_____/

<u>RE-NOTICE OF TAKING DEPOSITION DUCES TECUM</u>
(Re-notice for change in location as requested by Plaintiffs' counsel on 1/16/2020; Creole translator to be
provided as requested by Plaintiffs' counsel; any cancelations of this deposition by Plaintiff will be
subject to cancelation fees charged by U.S. Legal Support and translator)

       YOU, as the Plaintiff, MARIDA SILAS, are hereby notified that the Defendants in the above

styled cause will take your deposition by oral examination for purposes of discovery and for use as

evidence in said cause, or both; you are also required to bring with you the items and documents

described in Schedule "A" attached to this Notice:

| NAME | DATE | TIME | LOCATION |
|------|------|------|----------|
| Plaintiff
Marida Silas | Tuesday,
January 28, 2020 | 10:00 a.m. | U.S. Legal Support
100 NE Third Ave.
Suite 1050
Ft. Lauderdale, FL 33301 |

       Said deposition will be taken before U.S. Legal Support, an officer authorized to administer

oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor

attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney

or counsel, and who is not financially interested in the action.

1

**EXHIBIT**

" B "

Said depositions to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examinations may be taken by stenographic, videotape and/or audio recording and will continue from hour to hour and from day to day until completed.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

Kelley Kronenberg
Attorneys for Defendants
10360 West State Road 84
Fort Lauderdale, Florida 33324
Tel: 954-370-9970
Fax: 954-333-3763

By: /s/ *Louis Reinstein*
LOUIS REINSTEIN
Florida Bar No. 26852
lreinstein@kklaw.com

cc: US Legal Support

2

## SCHEDULE "A"

1. All medical records which describe, or reference in any way the injuries your husband claims are related to the alleged force described in the pleadings which are located in your home or otherwise within your possession, custody, or control.

2. All statements, written or recorded, which you have in your possession, custody, or control taken from witnesses to the alleged force described in the pleadings and which support your claim of damages or injuries.

3. All invoices or bills, of any kind, paid, unpaid, which you claim as in any way related to the damages you are seeking in this case.

4. Any pictures, video, or other documents, which show, describe, or reference in any way the matter described in the pleadings.

5. Any and all documentary evidence which you believe supports the allegations in the case.

3

**Connie Olschewske**

**From:** Oscar Syger <051698@msn.com>
**Sent:** Monday, January 27, 2020 8:12 PM
**To:** Louis Reinstein; Connie Olschewske; secretaryof oscar syger
**Subject:** SILAS (Rochenel & Marida) v. BSO & Paul Yesbeck (LJR) Claim# 240411003417; Emergency Cancellation.

Good Evening Louis. Mrs Silas is working until midnight tonight. She awakens at 6 and thereafter works?from 7 am. until 3 30 p.m. Hence Mr. Silas , who you have met with whom I spoke, informed me of the foregoing and concluded by informing me unequivocally that Mrs. Silas will not appear tomorrow for her deposition. Mrs. Silas is available on this friday. However , due to another case Sulima and I have with lawyers who motion practice instead of getting the facts , Accordingly , I am bound by court order to appear at 2 pm for an expert deposition this Friday. .

The above is a product of accessibility with these clients. Sulima will try to obtain a work schedule and offer days off for her depodition.. You may wish to set the deposition in Pompano beach . In accordance with the ground rule set at last week-"s hearing , the party that cancels in less than 24 hours , pays. Please accept this as binding me to pay the reporter attendabce fee and translator cancellation fee to be paid in 30 days . .Pleaae give deep analysis to filing a motion for additional sanctions or to dismiss etc. You will not get this case dismissed.

Additionally , Mrs. Silas was NOT PRESENT at the time and place yesbeck falsely arrested and batterred her husband. Battered so bad that your client had to take him to hospital. Mrs Silas is naturally stunned to pick her husband up from JAIL. She was at work. And not presrnt when the above happened at the home they had owned for 17 years at that point in time . She is naturally a riveting witness. So we will fully cooperate with reschedule. Oscar
Get Outlook for Android



EXHIBIT
"C"

**Erica Weintraub**

| | |
|---|---|
| **From:** | Cathy Kessler |
| **Sent:** | Friday, February 21, 2020 3:20 PM |
| **To:** | 'secretaryofoscarsyger@gmail.com' |
| **Cc:** | Tiffany Zerof |
| **Subject:** | Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: |

Please advise your availability for the deposition of your client, Marida Silas as follows:

3/2 at 11 a.m. or 4pm
3/4 at 1:30, 2 or 2:30
3/12 at 2pm

Thank you,



**Cathy Kessler**
**Legal Assistant to Bruce Trybus, Esq.**
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
**Direct: 954-332-0884** | ckessler@ctkplaw.com
Main:   954-568-6669 Ext. 277
Fax:     954-568-0085 | http://www.ctkplaw.com

***OUR POLICY IS AFTER 3 ATTEMPTS AT COORDINATING DATES, HEARINGS AND DEPOSITIONS WILL SET UNILATERALLY***

*PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should immediately refrain from viewing it any further and notify the sender immediately by telephone or return e-mail and permanently delete it from all electronic devices, networks and other forms of electronic storage, whether local or remote, and confirm the deletion with the sender.*

1



EXHIBIT

P"

02/10/2020 MON 14:01  FAX                                                      ☒001/006

Law Offices of
## OSCAR SYGER, P.A.

Fountains Executive Centre, Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024

Telephone    (954) 862-2205
Facsimile    (954) 862-2206
E-mail       051698@msn.com
secretaryofoscarsyger@gmail.com

## FAX COVER SHEET

TO: _Louis Reinstein, ESQ_  FAX NO: _954 — 382-1988_

OFFICE: _Kelley Kronenberg_

FROM: _Oscar Syger_

DATE: _Mon. Feb. 10, 2020_

RE: _Silas v TONY & YesBBCK_
_Answers (verified) to 2nd interrogatories served - 11/5/2019_
_Answers (verified) to Yesbbck interrogatories (2d)_
_to Marcela Silas served 11/6/2019_

TOTAL PAGES _6_  (INCLUDING COVER SHEET)

PLEASE BE ADVISED THAT THE INFORMATION TRANSMITTED IS CONFIDENTIAL
AND SHOULD BE VIEWED ONLY BY THE PERSON TO WHOM IT WAS DIRECTED.

MEMO: _Please deliver to Mr Reinstein on receipt._



EXHIBIT
"E"

02/10/2020 MON 14:02 FAX                                                              ☒002/006

Filing # 98417146 E-Filed 11/05/2019 03:54:10 PM

**THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

### DEFENDANTS' NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

Defendant, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel Silas.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

                Kelley Kronenberg
                Attorneys for Defendants
                *10360 West State Road 84*
                Fort Lauderdale, Florida 33324
                Tel: 954-370-9970
                Fax: 954-333-3763

                By: */s/ Louis Reinstein*
                    LOUIS REINSTEIN
                    Florida Bar No. 26852
                    lreinstein@kklaw.com

1

## INTERROGATORY TO THE PLAINTIFF ROCHENEL SILAS

1.  Please provide current residential addresses for the following individuals; telephone numbers for the following individuals; and e-mail addresses for the following individuals.

    a)  Rosner Silas  954, 854-7078

    b)  Micheline Silas  954, 856-7599

    c)  Angeline Cherelle Silas  954, 825-7888

    d)  Debbie Arlete Silas  718, 844-4499

2

Rochenel Silas

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME, the undersigned authority, personally appeared Rochenel Silas, who being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct.

SWORN TO AND SUBSCRIBED before me this 15th day of November 2019

Notary Public

Wendy M. Flores
State of Florida
My Commission Expires
November 02, 2020
Commission No. GG 44324

My commission expires: Nov, 02, 2020

Personally known OR produced identification
Type of identification produced  Florida Drive License.

ROCHENEL SILAS
SILAS vs TONY

December 17, 2019
23

1    Q.   When was the last time you spoke to Rosner?

2    A.   Three days ago.

3    Q.   Have you spoken to Rosner about this case that

4    we are here for today?

5    A.   No.

6    Q.   In over eight years you have never spoken to

7    Rosner about this case?

8    A.   Because when the thing happened, the other

9    ones were there with me.

10   Q.   Do you know Rosner's date of birth?

11   A.   He was born February 19, 1979.

12   Q.   So I appreciate that you answered that Rosner

13   was there on the day of the incident, but I want to

14   clarify because my question was in the past eight years

15   since the incident have you spoken to Rosner at all

16   about the incident or the case?

17   A.   I don't have any reason to discuss that with

18   him because he knows even better than me what happened.

19   Q.   What did Rosner tell you that he knows what

20   happened?

21   MR. SYGER:  Objection, form, but please

22   answer.

23   A.   At that time deputies arrested me after he did

24   what he did to me, well, Rosner was present.  All the

25   kids were together with me that day.  I also had a





EXHIBIT
E

02/10/2020 MON 14:01  FAX                                                        ☑001/006

Law Offices of
# OSCAR SYGER, P.A.

Fountains Executive Centre, Suite 155
9000 Sheridan Street
Pembroke Pines, Florida 33024

Telephone     (954) 862-2205
Facsimile     (954) 862-2206
E-mail        051593@msn.com
secretaryofoscarsyger@gmail.com

## FAX COVER SHEET

TO: _LOUIS Reinstein, ESQ_ FAX NO: _954 - 382 - 1988_

OFFICE: _Kelley Kronenberg_

FROM: _Oscar Syger_

DATE: _Mon. Feb. 10, 2020_

RE: _Silas v TONY & YesBBCK_
_Answers (verified) to 2nd interrogatories Served: 11/5/2019_
_Answers (Verified) to Yesbbck interrogatories (2d)_
_to Marila Silas   served  11/6/2019_

TOTAL PAGES _6_  (INCLUDING COVER SHEET)

PLEASE BE ADVISED THAT THE INFORMATION TRANSMITTED IS CONFIDENTIAL
AND SHOULD BE VIEWED ONLY BY THE PERSON TO WHOM IT WAS DIRECTED.

MEMO: _Please deliver to Mr Reinstein on receipt._

_____

_____

_____

_____

EXHIBIT
"6"

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

     Plaintiff,

v.

GREGORY TONY, as Sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants.

## DEFENDANT PAUL YESBECK'S NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFF MARIDA SILAS

     Defendant, PAUL YESBECK, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), gives notice of the service of Interrogatories to Plaintiff Marida Silas.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 6th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com

          Kelley Kronenberg
          Attorneys for Defendants
          10360 W. State Road 84
          Fort Lauderdale, Florida 33324
          Tel: 954-370-9970
          Fax: 954-333-3763

          By: /s/ Louis Reinstein
          LOUIS REINSTEIN
          Florida Bar No. 26852
          lreinstein@kklaw.com

1

## DEFENDANT'S INTERROGATORIES TO THE PLAINTIFF MARIDA SILAS

1.     Did you witness the incident alleged in the complaint (i.e. the alleged false arrest, battery)? If yes, please describe what you witnessed. If no, please identify who did witness the incident.

*No*

2.     What is the current a) residential address; b) e-mail address; c) phone number for Rosner Silas?

*15 48 NE 30 ct pompano Beach FL 33064*

*Marida Silas*
MARIDA SILAS

STATE OF FLORIDA

COUNTY OF _Broward_

BEFORE ME, the undersigned authority, personally appeared MARIDA SILAS, who is personally known to me or has produced _Florida Drivers License_ as identification and who after first being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct to the best of his/her knowledge and belief.

SWORN  TO  and  SUBSCRIBED  before  me  this  _15th_  day  of _November_, 2019.

_____
Notary Public
State of Florida at Large
_Wendy M. Flores_
PRINTED NAME OF NOTARY PUBLIC
NOTARY PUBLIC, SEAL OF OFFICE:
Commission No.: _GG 44 3244_

Wendy M. Flores
State of Florida
My Commission Expires
November 02, 2020
Commission No. GG 44324

2

**Erica Weintraub**

| | |
|---|---|
| **From:** | Cathy Kessler |
| **Sent:** | Friday, February 21, 2020 3:24 PM |
| **To:** | 'secretaryofoscarsyger@gmail.com' |
| **Cc:** | Tiffany Zerof |
| **Subject:** | RE: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: |

If we could schedule Ms. Silas 3/4 we could also reset Rosner, Debbie and Ebner Silas on the same date as well: 1:30, 2:30, 3:30 and 4:30.

Please advise.

Cathy Kessler
Legal Assistant to Bruce Trybus, Esq.

**From:** Cathy Kessler
**Sent:** Friday, February 21, 2020 3:20 PM
**To:** secretaryofoscarsyger@gmail.com
**Cc:** Tiffany Zerof <TZerof@ctkplaw.com>
**Subject:** Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417:

Please advise your availability for the deposition of your client, Marida Silas as follows:

3/2 at 11 a.m. or 4pm
3/4 at 1:30, 2 or 2:30
3/12 at 2pm

Thank you,



**Cathy Kessler**
**Legal Assistant to Bruce Trybus, Esq.**
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
**Direct: 954-332-0884 |** ckessler@ctkplaw.com
Main:  954-568-6669 Ext. 277
Fax:    954-568-0085 | http://www.ctkplaw.com



1

\*\*\*OUR POLICY IS AFTER 3 ATTEMPTS AT COORDINATING DATES, HEARINGS AND DEPOSITIONS WILL SET UNILATERALLY\*\*\*

*PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should immediately refrain from viewing it any further and notify the sender immediately by telephone or return e-mail and permanently delete it from all electronic devices, networks and other forms of electronic storage, whether local or remote, and confirm the deletion with the sender.*

Filing # 93483175 E-Filed 07/31/2019 06:11:02 PM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: **CACE15004358**     DIVISION: **02**     JUDGE: Bowman, John B. (02)

Rochenel Silas, et al
,
     Plaintiff(s) / Petitioner(s),

v.

   Broward County Sheriff's Office, et al
,
     Defendant(s) / Respondent (s).

_____/

> ### UNIFORM TRIAL ORDER
> #### SEVENTEENTH JUDICIAL CIRCUIT
>
> ### ORDER FOR MANDATORY
> ### CALENDAR CALL

## UNIFORM TRIAL ORDER

**TRIAL PERIOD COMMENCING:** _____ **04-21-2020 to 05-01-2020** _____.
This is a ( **2** ) week calendar.
   **CALENDAR CALL:** 04-03-2020 at 10:00 AM _____.

     **3** DAYS     **X** JURY     _____ NON-JURY

### FAILURE TO ATTEND CALENDAR CALL MAY RESULT IN EITHER
### THIS CASE BEING DISMISSED OR A DEFAULT BEING ENTERED.

**I.**    **ORDER OF TRIALS:**
The order of trials set during this Trial Period will be determined at Calendar Call. Parties are subject to being called to commence trial during any portion of the above noted Trial Period.

**II.**    **TRIAL DATE:**
The Court has determined this case is ready for trial pursuant to Florida Rule of Civil Procedure 1.440. This case is set for trial before the undersigned Judge in Courtroom **15165**, Broward County Courthouse, 201 S.E. 6th Street, Fort Lauderdale, Florida, 33301, as stated above.

**III.**    **CIVIL TRIAL POOL:**
Parties are advised that this case may be placed into the Seventeenth Judicial Circuit Court's "Civil Trial Pool" and is subject to being called for trial before any judge. If placed in the Civil Trial Pool, **parties must be prepared to proceed to trial if called.** Only the Division Judge or the Administrative Judge of the Seventeenth Judicial Circuit Court's Civil Division may grant a continuance of any case placed in the Civil Trial Pool.



IV.   **WITNESS LISTS:**
  A.   **NO LATER THAN ONE-HUNDRED & TWENTY (120) DAYS PRIOR TO CALENDAR CALL:**
       Fact Witnesses: Parties must file and serve a list of names and addresses of all fact witnesses who are expected to testify at trial. Each party's fact witness list must include a brief description of the substance and scope of the testimony to be elicited from such witness. Both sides must cooperate in the scheduling of such witness depositions.
  B.   **NO LATER THAN NINETY (90) DAYS PRIOR TO CALENDAR CALL:**
       Expert Witnesses: Parties must file and serve a list of the names and addresses of all expert witnesses who are expected to testify at trial. Each party's expert witness list must disclose the expert's area of expertise, the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds for each opinion. Parties must include a complete and updated curriculum vitae of all expert witnesses to be called at trial and all information regarding expert testimony that is allowed by Florida Rules of Civil Procedure 1.280(b)(5)(A) and 1.280(b)(5)(D). Both sides must cooperate in the scheduling of such witness depositions. The Court may preclude an expert from testifying outside of the disclosed opinions.
  C.   **NO LATER THAN SIXTY (60) DAYS PRIOR TO CALENDAR CALL:**
       Rebuttal Witnesses: Parties must file and serve a list of names and addresses of any rebuttal witnesses within sixty (60) days.

V.   **COMPULSORY MEDICAL EVALUATIONS ("CME"):**
  A.   **NO LATER THAN NINETY (90) DAYS PRIOR TO CALENDAR CALL:**
       All CME and other examinations pursuant to Florida Rule of Civil Procedure 1.360 must be completed no later than ninety (90) days prior to Calendar Call.

VI.   **DISCOVERY DEADLINES:**
  A.   **NO LATER THAN SIXTY-FIVE (65) DAYS PRIOR TO CALENDAR CALL:**
       All final discovery must have been initiated at least sixty-five (65) days prior to Calendar Call.
  B.   **NO LATER THAN THIRTY (30) DAYS PRIOR TO CALENDAR CALL:**
       Parties must complete all discovery, including expert discovery in accordance with Florida Rule of Civil Procedure 1.280(b)(4), at least thirty (30) days prior to Calendar Call. Discovery conducted after this time period is strongly disfavored and will only be permitted by order of the Court under exceptional circumstances.

VII.   **MOTIONS:**
  A.   **NO LATER THAN FORTY-FIVE (45) DAYS PRIOR TO CALENDAR CALL:**
       1.   Dispositive Motions: must be filed and served no later than forty-five (45) days before Calendar Call and must be scheduled for hearing prior to Calendar Call.
       2.   Deposition Objections: objections raised in depositions expected to be introduced at trial must be filed and served no later than forty-five (45) days before Calendar Call and must be scheduled for hearing prior to Calendar Call.
       3.   Expert Challenges: motions filed in accordance with section 90.702, Florida Statutes ("Expert Challenges"), must be filed and served no later than forty-five (45) days before Calendar Call and must be scheduled for hearing prior to Calendar Call.

**B. NO LATER THAN THIRTY (30) DAYS PRIOR TO CALENDAR CALL:**

1. <u>Motions in Limine</u>: must be filed and served no later than thirty (30) days prior to Calendar Call and must be scheduled for hearing before Calendar Call.

2. All motions, other than motions in limine, not heard before Calendar Call will be deemed abandoned.

**C. PRIOR TO CALENDAR CALL:**

1. <u>Motions for Summary Judgment</u>: must be scheduled for hearing and heard prior to Calendar Call. Motions for summary judgment will not be heard at Calendar Call.

**VIII.   <u>JOINT PRETRIAL STIPULATION</u>:**

**A. NO LATER THAN TEN (10) DAYS PRIOR TO CALENDAR CALL:**

1. The Joint Pretrial Stipulation contemplates a single document that must be filed and served, **with a courtesy copy served on the undersigned judge,** no later than ten (10) days before Calendar Call.

2. The Joint Pretrial Stipulation requires that all agreed matters be fully identified and any disputed matters be specifically delineated with respect to each party.

3. At the time of the above noticed Calendar Call, all parties must be prepared to discuss all items set forth in Florida Rule of Civil Procedure 1.200(b).

**B. The Joint Pretrial Stipulation must contain the following in separately numbered paragraphs:**

1. <u>Statement of the Facts</u>: A concise, impartial statement of the facts of the case.

2. <u>Stipulated Facts</u>: A list of those facts that can be stipulated and require no proof at trial.

3. <u>Statement of Disputed Law & Fact</u>: A concise, impartial statement of those issues of law and fact that are to be tried.

4. <u>Exhibit Lists</u>: Each party must separately list all exhibits they intend to introduce into evidence. Each item must be listed by number and description on a separate schedule attached to the Joint Pretrial Stipulation. Each exhibit must be specifically described. **Generic descriptions of exhibits are subject to being stricken.** If any party objects to the introduction of any such exhibit, such objection **must be stated in the Joint Pretrial Stipulation,** setting forth the grounds with specificity. All exhibits must have been made available to all parties for examination. Parties must initial each other's exhibit lists and exhibits. **At trial, only those exhibits properly listed and initialed may be offered into evidence.**

5. <u>Demonstrative Exhibits</u>: all demonstrative exhibits (e.g., charts, graphs, enlargements of exhibits, etc.) intended to be used at a jury trial must be displayed to all parties at least ten (10) days before trial.

6. <u>Witness Lists</u>: Parties must furnish a written list containing the names and addresses of all witnesses intended to be called at trial in alphabetical order. Such list must designate the type of witness ("expert," "rebuttal," "impeachment," or otherwise) and must be attached to the Joint Pretrial Stipulation. All fact witness lists must include a brief description of **the substance and scope of the testimony** to be elicited from such witness. All expert witness lists must **designate the expert's specialties.** If any party objects to any witness, such objection must be stated in the Joint Pretrial Stipulation, setting forth the grounds with specificity. **At trial, only those witnesses properly and timely disclosed will be permitted to testify.**

7. <u>Jury Instructions</u>: If the trial is a jury trial, the parties must identify all agreed upon standard instructions and all special instructions. Copies of all agreed upon jury instructions and disputed jury instructions must be attached to the Joint Pretrial Stipulation identifying the party that proposed the instruction, along with copies of supporting statutory citations and/or case law.

8. <u>Verdict Forms</u>: If the trial is a jury trial, the jury verdict form must be designated as "agreed to" or "disputed" and must be attached to the Joint Pretrial Stipulation.

9. <u>Peremptory Challenges</u>: If the trial is a jury trial, the number of peremptory challenges for each party must be stated and attached to the Joint Pretrial Stipulation.

10. <u>Pending Motions</u>: Parties must set forth a list of all pending motions with copies attached to the Joint Pretrial Stipulation.

11. <u>Trial Estimate</u>: Each party must provide an estimate of the number of trial days required for presenting its side of the case.

12. <u>Expert Challenges</u>: All expert related issues involving any requests for hearings on related evidence must be noticed and heard—or agreed to by the parties—no later than forty-five (45) days prior to Calendar Call. FAILURE TO DO SO MAY CONSTITUTE A WAIVER OF ANY EXPERT RELATED EVIDENCE ISSUE(S). It is within the discretion of the Court to remove any case with pending expert issues.

IX. **COURT POLICIES:**

A. Parties must do all things reasonable and necessary to assure the availability of witnesses for the entire Trial Period or to otherwise preserve witness testimony for trial as provided by the Florida Rules of Civil Procedure. *See* Fla. R. Civ. P. 1.300 & 1.460; *see also* Fla. R. Jud. Admin. 2.545.

B. The requirements of this Uniform Trial Order cannot be waived by stipulation **absent prior approval from the Court** pursuant to written agreement between the parties.

C. This Uniform Trial Order may be tailored by the assigned division judge to conform to the particular requirements of the residential foreclosure, asbestos litigation, and complex litigation divisions. *See* Admin. Order 2016-28-Civ (c)(6) (June 9, 2016).

D. At trial, there will only be one (1) official record transcribed by one (1) court reporter. Plaintiff is responsible for arranging for a court reporter unless otherwise agreed. If a conflict exists, the parties must resolve it among themselves prior to Calendar Call.

X. **CONTINUANCES:**

A. CONTINUANCES will only be considered upon written motion filed with the Clerk of Court and served on the undersigned judge prior to the above noticed Calendar Call.

B. NO CONTINUANCES will be granted for reasons that should have been readily apparent to the parties when this Uniform Trial Order was issued.

C. NO CONTINUANCES will be granted if expert witnesses are unavailable because testimony may be preserved by deposition.

D. NO CONTINUANCES will be granted for reasons relating to the failure to follow this Uniform Trial Order.

XI. **MANDATORY MEDIATION:**

Mediation must commence no later than sixty (60) days prior to Calendar Call. The parties must comply with Florida Rules of Civil Procedure 1.700, 1.710, 1.720, and 1.730 as to the

conduct of mediation.  Plaintiff's counsel is appointed lead counsel to facilitate and schedule the settlement conference with the mediator and all parties.  The Court appoints:

**FRANK C. WALKER**

**401 E. LAS OLAS BLVD SUITE 1000 FORT LAUDERDALE  FL 33301**

**frank.walker@gray-robinson.com**

**954-761-8111**

as Mediator, unless, within thirty (30) days of this Uniform Trial Order, the parties choose a different Mediator.  Failure to attend mediation may result in sanctions.

XII.   **SANCTIONS:**
  A.  All parties should be familiar with Florida Rule of Civil Procedure 1.380 entitled "Failure to Make Discovery; Sanctions" and section 57.105, Florida Statutes, entitled "Attorney's fee; sanctions for raising unsupported claims or defenses; exceptions; service of motions; damages for delay of litigation."
  B.  FAILURE TO APPEAR, FAILURE TO FOLLOW TIME REQUIREMENTS, OR FAILURE TO FILE DOCUMENTS REQUIRED BY THIS COURT MAY RESULT IN THE DISMISSAL OF THE ACTION OR THE IMPOSITION OF SANCTIONS INCLUDING THE STRIKING OF PLEADINGS.

XIII.  **SETTLEMENT NOTIFICATION:**
Parties must immediately notify this Court in the event of settlement and submit a stipulation for an Order of Dismissal.  Parties must also notify the Court of any pending hearings that will be canceled as a result of the settlement.

**Pursuant to Florida Rule of Judicial Administration 2.516(h)(1), counsel must file this Uniform Trial Order with the Clerk of Court, serve any self-represented parties with this Uniform Trial Order, and file a "Certificate of Service" with the Clerk of Court, in compliance with Florida Rule of Judicial Administration 2.516(f), certifying the self-represented party was served with this Uniform Trial Order.**

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida on 07-31-2019                .

CACE15004358 07-31-2019 3:59 PM

CACE15004358 07-31-2019 3:59 PM

Circuit Court Judge

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact Diana Sobel, Room 20-140, 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, 954-831-7721, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

CC:   FRANK C. WALKER, Email : frank.walker@gray-robinson.com
      Louis Reinstein, Email : colschewske@kklaw.com
      Louis Reinstein, Email : lreinstein@kelleykronenberg.com
      Louis Reinstein, Email : lreinstein@kklaw.com
      Oscar Syger, Email : secretaryofoscarsyger@gmail.com
      Oscar Syger, Email : 051698@msn.com

## Erica Weintraub

**From:** Oscar Syger <051698@msn.com>
**Sent:** Wednesday, February 19, 2020 4:02 PM
**To:** Cathy Kessler; secretaryofoscarsyger@gmail.com
**Cc:** Bruce Trybus; Erica Weintraub
**Subject:** Re: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: Mediation

Im trying to find someone with some degree of background in Police Misconduct to serve as our mediator .
Oscar

Get Outlook for Android

**From:** Cathy Kessler <ckessler@ctkplaw.com>
**Sent:** Wednesday, February 19, 2020 3:58:24 PM
**To:** secretaryofoscarsyger@gmail.com <secretaryofoscarsyger@gmail.com>; 051698@msn.com <051698@msn.com>
**Cc:** Bruce Trybus <btrybus@ctkplaw.com>; Erica Weintraub <eweintraub@ctkplaw.com>
**Subject:** RE: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: Mediation

It's my understanding that Ms. Bass has retired. Therefore, would you agree to use Rusty Perez at Florida Mediation?

Thank you,


Cathy Kessler
Legal Assistant to Bruce Trybus, Esq.

**From:** Cathy Kessler
**Sent:** Wednesday, February 19, 2020 11:59 AM
**To:** 'secretaryofoscarsyger@gmail.com' <secretaryofoscarsyger@gmail.com>; '051698@msn.com' <051698@msn.com>
**Cc:** Bruce Trybus <btrybus@ctkplaw.com>; Erica Weintraub <eweintraub@ctkplaw.com>
**Subject:** Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: Mediation

Mr. Syger,

With regard to setting this matter for mediation, please advise if you would agree to Charles Tetunic or Judy Bass.

Thank you,



EXHIBIT

Cathy



**Cathy Kessler**
**Legal Assistant to Bruce Trybus, Esq.**
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
**Direct: 954-332-0884** | ckessler@ctkplaw.com
Main:   954-568-6669 Ext. 277
Fax:    954-568-0085 | http://www.ctkplaw.com

***OUR POLICY IS AFTER 3 ATTEMPTS AT COORDINATING DATES, HEARINGS AND DEPOSITIONS WILL SET UNILATERALLY***

*PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should immediately refrain from viewing it any further and notify the sender immediately by telephone or return e-mail and permanently delete it from all electronic devices, networks and other forms of electronic storage, whether local or remote, and confirm the deletion with the sender.*

Filing # 103789722 E-Filed 02/24/2020 02:09:19 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ENTERED ON ON-LINE DOCKET
SEQUENCE NUMBER: 11

ROCHENEL SILAS and his wife MARIDA SILAS,

     Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

     Defendant.

_____/

## NOTICE OF HEARING

TO:   Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

    **YOU ARE HEREBY NOTIFIED** that we shall call up for hearing before the Honorable JOHN

B. BOWMAN, one of the Judges of the above-styled Court in his Chambers, in the Broward County

Courthouse, 201 SE 6th Street, Room WW15125, Fort Lauderdale, Florida, on **WEDNESDAY, MARCH**

**4, 2020 at 08:45 A.M.** or as soon thereafter as we may be heard:

**DEFENDANTS' MOTION TO CONTINUE TRIAL AND TO COMPEL BETTER DISCOVERY
RESPONSES**

**AND**

**PLAINTIFF'S MOTION TO DEEM MATTER ADMITTED OR IN THE ALTERNATIVE TO
COMPEL DEFENDANTS TO AMEND THEIR RESPONES TO PLAINTIFF'S REQUEST FOR
ADMISSIONS**

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished by Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee(s) on February 24, 2020.

We hereby certify that a) we have made a good faith attempt to resolve this matter prior to noticing this motion for hearing, and b) the issues before the Court may be heard and resolved by the Court within five (5) minutes.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard
Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Eportal Primary: reception@ctkplaw.com
Eportal Secondary: yhall@ctkplaw.com
Eportal Secondary: eweintraub@ctkplaw.com
Eportal Secondary: tzerof@ctkplaw.com

"(Signed by attorney electronically after review)"

By: _____
            BRUCE TRYBUS
            FLA. BAR NO. 972983

cc:      Judicial Assistant

[20-0035/3904448/1]      2

Filing # 104156235 E-Filed 03/02/2020 11:28:12 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)
ENTERED ON ON-LINE DOCKET

ROCHENEL SILAS and his wife MARIDA SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

       Defendant.

_____/

## NOTICE OF SPECIAL SET HEARING

TO:   Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
Pembroke Pines, FL 33024; 051698@msn.com; secretaryofoscarsyger@gmail.com

     **YOU ARE HEREBY NOTIFIED** that we shall call up for hearing before the Honorable JOHN

B. BOWMAN, one of the Judges of the above-styled Court in his Chambers, in the Broward County

Courthouse, 201 SE 6th Street, Courtroom WW15165, Fort Lauderdale, Florida, on **MONDAY, APRIL**

**6, 2020 at 10:45 A.M.** or as soon thereafter as we may be heard:

**DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SANCTIONS;
DEFENDANTS' MOTION TO STRIKE WITNESSES AND MOTION TO COMPEL
PRODUCTION OF DR. FRAGE'S MEDICAL RECORDS;
DEFENDANT YESBECK'S MOTIONS FOR EX PARTE ORDERS TO COMPEL DISCOVERY
DATED DECEMBER 12, 2019**

     **I HEREBY CERTIFY** that a true copy of the foregoing was furnished by Electronic Service via

the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to

the above-named addressee(s) on March 2, 2020.

We hereby certify that a) we have made a good faith attempt to resolve this matter prior to noticing this motion for hearing, and b) the issues before the Court may be heard and resolved by the Court within five (5) minutes.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: vhall@ctkplaw.com

*(Signed by attorney electronically after review)*

By:_____
BRUCE M. TRYBUS
FLORIDA BAR NO. 972983

cc:     Judicial Assistant

[20-0035/3911608/1]      2

Filing # 104339344 E-Filed 03/04/2020 03:00:56 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)


ROCHENEL SILAS and his wife MARIDA SILAS,

     Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

     Defendant.

_____/

### NOTICE OF TAKING DEPOSITION
### (PLEASE ADVISE IF INTERPRETER IS NEEDED)

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
        Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

     YOU, as counsel of record, are hereby notified that at **1000 P.M.** on **Friday, March 20, 2020,** at

**US Legal Support, 100 NE 3 Avenue, Suite 1050, Ft. Lauderdale, Florida 33301,** Defendant will take

the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both,

of the following:

### ROSNER SILAS

     Said deposition will be taken before a Notary Public or any officer authorized to administer oaths

by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or

counsel, and who is not financially interested in the action.

     Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided.

The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on March 4, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

*(Signed by attorney electronically after review)*

By:_____
BRUCE TRYBUS
Florida Bar No. 972983

cc:    US Legal Support
       Creole Interpreter

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

     Defendant.



Filed in ... COURT
CLERK OF TH...
ON 3-4-20
BY

## ORDER

    **THIS CAUSE** having come on to be heard on PLAINTIFF'S MOTION TO DEEM

MATTER ADMITTED OR IN THE ALTERNATIVE TO COMPEL DEFENDANTS TO

AMEND THEIR RESPONES TO PLAINTIFF'S REQUEST FOR ADMISSIONS and the Court

having heard argument of counsel, and being otherwise advised in the premises, it is hereupon

    **ORDERED AND ADJUDGED** that said motion be, and the same is hereby

Granted in part, denied in part. Requests for admissions
numbers 1-7 shall be redrafted to replace the word "e
"interaction" with "incident." Defendant shall provide responses
within 10

**DONE AND ORDERED** in chambers at (city) _____, _____ County, days to

Florida, on this ___ day of _____ 2020. those re-drafted requests and #'s 12 and 13.

_____
CIRCUIT COURT JUDGE

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 5/4/2020 4:30:00 PM. ****

Copies furnished to:

Bruce M. Trybus, Esq. (reception@ctkplaw.com; yhall@ctkplaw.com)
Oscar Syger, Esq. (051698@msn.com; secretaryofoscarsyger@gmail.com)

*** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 3/4/2020 4:30:00 PM. ***

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

    Plaintiff,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

    Defendant.



Filed In Open Court
CLERK OF THE CIRCUIT COURT
ON ___3-4-20___
BY _____

## ORDER

    **THIS CAUSE** having come on to be heard on DEFENDANTS' MOTION TO CONTINUE

TRIAL AND TO COMPEL BETTER DISCOVERY RESPONSES and the Court having heard

argument of counsel, and being otherwise advised in the premises, it is hereupon

    **ORDERED AND ADJUDGED** that said motion be, and the same is hereby

Deferred. Defendant shall try to contact non-party
witnesses Roner Silas, Angela Silas, Debbie Silas
If unable to contact and subpoena such witnesses the court will

**DONE AND ORDERED** in chambers at (city) _____, _____ County. re-addiell

the motion. Mediation

Florida, on this ___4___ day of ___Mar___, 2020. shall be ret within 10 days.

_____
CIRCUIT COURT JUDGE

Copies furnished to:

Counsel of record

Filing # 104344865 E-Filed 03/04/2020 03:36:41 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)


ROCHENEL SILAS and his wife MARIDA SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

       Defendant.

_____/

### AMENDED NOTICE OF TAKING DEPOSITION
### (PLEASE ADVISE IF INTERPRETER IS NEEDED)
#### (Time Fixed)

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

       YOU, as counsel of record, are hereby notified that at **1:00 P.M.** on **Friday**, **March 20, 2020**, at

**US Legal Support, 100 NE 3 Avenue, Suite 1050, Ft. Lauderdale, Florida 33301**, Defendant will take

the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both,

of the following:

#### ROSNER SILAS

       Said deposition will be taken before a Notary Public or any officer authorized to administer oaths

by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or

counsel, and who is not financially interested in the action.

       Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided.

The said oral examination will continue from hour to hour and from day to day until completed.

Sheridan   Street,   Suite   151,   Pembroke   Pines,   FL       33024,   051698@msn.com;

secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone:  (954) 568-6669
Fax:  (954) 568-0085
Primary E-Mail:         reception@ctkplaw.com
Secondary E-Mail:      yhall@ctkplaw.com
                        eweintraub@ctkplaw.com
                        tzerof@ctkplaw.com

"(Signed by attorney electronically after review)"

By: _____
        BRUCE TRYBUS
        Florida Bar No. 972983
        ERICA WEINTRAUB
        Florida Bar No. 1002668

Filing # 104297849 E-Filed 03/04/2020 09:30:29 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.

_____/

## NOTICE OF TAKING DEPOSITION
## CREOLE INTERPRETER REQUESTED

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

    YOU, as counsel of record, are hereby notified that at **10:00 A.M.** on **Friday, March 20, 2020**, at

**US Legal Support, 100 NE 3 Avenue, Suite 1050, Ft. Lauderdale, Florida 33301**, Defendant will take

the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both,

of the following:

### MARIDA SILAS

    Said deposition will be taken before a Notary Public or any officer authorized to administer oaths

by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or

counsel, and who is not financially interested in the action.

    Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided.

The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on March 4, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"(Signed by attorney electronically after review)"

By:_____
BRUCE TRYBUS
Florida Bar No. 972983

cc:    US Legal Support
       Creole Interpreter

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

[20-0035/3914421/1]      2

Filing # 104432533 E-Filed 03/05/2020 04:59:45 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY  SHERIFF'S  OFFICE  and  PAUL
YESBECK,

       Defendants.

_____/

## **DEFENDANTS' EXPERT WITNSS DISCLOSURE**

     Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, in compliance with this Court's Uniform Trial Order Seventeenth

Judicial Circuit Order for Mandatory Calendar Call dated July 31, 2019, hereby disclose their expert

witness for use at trial as follows:

1.  Daniel A. Sheldon, M.D.
    Daniel A. Sheldon, M.D., P.A.
    601 N. Flamingo Road
    Suite 213
    Pembroke Pines, FL 33028

    Dr. Sheldon is an orthopedic surgeon.  He will review medical records and other
    materials and diagnostic films and perform an examination of Plaintiff, ROCHENEL
    SILAS.  He is expected to testify about the results of his examination and his review of
    the films and documents, and is expected to offer opinions regarding any injuries,
    disabilities or impairments (or lack thereof) of the Plaintiff, regarding reasonable and
    necessary medical care and reasonable and necessary medical expenses related to the
    subject incident, regarding the Plaintiff's prognosis, and associated subjects.   His
    testimony will be based upon his review of the materials and his examination, and upon
    his medical education, training and experience.  A copy of Dr. Sheldon's *Curriculum
    Vitae* is attached.

Pursuant to Florida Rule of Civil Procedure 1.280(b)(5)(A) and 1.280(b)(5)(D):

(a) Dr. Sheldon was retained on or about March 5, 2020.  Attached is a copy of Dr. Sheldon's Fee Schedule.  Dr. Sheldon has not been paid anything to date.

(b) Dr. Sheldon's litigation experience is split approximately seventy-five percent for defendants and twenty-five percent for plaintiffs.

(c) Dr. Sheldon does not maintain a testimony list.

(d) Dr. Sheldon spends approximately one percent of his professional time doing expert work.

(e) Undersigned counsel will cooperate with Plaintiff's counsel regarding the setting of Defendants' experts for deposition.

2. All treating physicians of the Plaintiff, ROCHENEL SILAS.

The treating physicians are expected to testify about the various medical conditions and other concerns of  ROCHENEL SILAS.  It is expected that those opinions will be based upon their examinations of Mr. SILAS and information provided by him to the treating doctors, and upon their diagnosis and assessment of his conditions.  The opinions will be premised upon that information and upon the education, training and experience of those concerned.  We are not in possession of the treating physicians' *Curriculum Vitaes.*

Defendants reserve the right to amend and/or supplement this Expert Witness Disclosure prior to the time of trial.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this March 5, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on March 4, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
BRUCE TRYBUS
Florida Bar No. 972983

cc:     US Legal Support
        Creole Interpreter

Broward Sheriff's Office
Adjuster:  Isela Collazos
Claim No.:  240411003417

Filing # 104412265 E-Filed 03/05/2020 02:48:04 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife            CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

| Name of Deponent | Date | Start Time |
| --- | --- | --- |
| Deputy Marra | March 27, 2020 | 1:00 PM |

**PLACE:**

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard,
Suite 200
Fort Lauderdale, FL 33309

      Upon oral examination before a Notary Public authorized to take depositions in the State

of Florida. The oral examination will continue from day to day until completed. The Deposition

will be taken for the purpose of discovery, for use at trial, or for other purposes as permitted

pursuant to the Florida Rules of Court, Florida Rules of Civil Procedure, and all applicable

Florida Statutes.

      In accordance with the Americans with Disabilities Act of 1990, persons needing a

special accommodation to participate in this proceeding should contact the Court ADA

Coordinator no later than seven (7) days prior to the proceeding. If hearing impaired, telephone 1-800-955-8771 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **5 day of March 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, an KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:      (954) 862-2206

By    *Oscar Syger*
      OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 104413779 E-Filed 03/05/2020 02:58:02 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.

_____/

## NOTICE OF TAKING DEPOSITION
## (PLEASE ADVISE IF INTERPRETER IS NEEDED)

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

      YOU, as counsel of record, are hereby notified that at **10:00 A.M.** on **Friday**, **April 10, 2020,** at

**US Legal Support, 100 NE 3 Avenue, Suite 1050, Ft. Lauderdale, Florida 33301,** Defendant will take

the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both,

of the following:

### MICHELINE SILAS

      Said deposition will be taken before a Notary Public or any officer authorized to administer oaths

by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or

counsel, and who is not financially interested in the action.

      Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided.

The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on March 5, 2020.

> COONEY TRYBUS KWAVNICK PEETS
> Attorneys for Defendant
> 1600 W. Commercial Blvd., Suite 200
> Fort Lauderdale, FL 33309
> Telephone: (954) 568-6669
> Fax: (954) 568-0085
> Primary E-Mail: reception@ctkplaw.com
> Secondary E-Mail: yhall@ctkplaw.com

"(Signed by attorney electronically after review)"

By:_____
> BRUCE TRYBUS
> Florida Bar No. 972983

cc:    US Legal Support
       Creole Interpreter

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

[20-0035/3917599/1]    2

Filing # 104413779 E-Filed 03/05/2020 02:58:02 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.

_____/

### RE-NOTICE OF TAKING DEPOSITION
### (PLEASE ADVISE IF INTERPRETER IS NEEDED)
#### (Date Change)

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

      YOU, as counsel of record, are hereby notified that at **1:00 P.M.** on **Friday, April 10, 2020**, at **US Legal Support, 100 NE 3 Avenue, Suite 1050, Ft. Lauderdale, Florida 33301**, Defendant will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both, of the following:

#### ROSNER SILAS

      Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or counsel, and who is not financially interested in the action.

      Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on March 5, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"(Signed by attorney electronically after review)"

By:_____
BRUCE TRYBUS
Florida Bar No. 972983

cc:    US Legal Support
       Creole Interpreter

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

[20-0035/3917589/1]        2

Filing # 104413779 E-Filed 03/05/2020 02:58:02 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)


ROCHENEL SILAS and his wife MARIDA SILAS,

     Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

     Defendant.

_____/

## NOTICE OF TAKING DEPOSITION
## (PLEASE ADVISE IF INTERPRETER IS NEEDED)

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

     YOU, as counsel of record, are hereby notified that at **1:00 P.M.** on **Monday, March 23, 2020**, at

**US Legal Support, 100 NE 3 Avenue, Suite 1050, Ft. Lauderdale, Florida 33301**, Defendant will take

the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both,

of the following:

### ANGELINE CHERELLE SILAS

     Said deposition will be taken before a Notary Public or any officer authorized to administer oaths

by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or

counsel, and who is not financially interested in the action.

     Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided.

The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on March 5, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"(Signed by attorney electronically after review)"

By:_____
BRUCE TRYBUS
Florida Bar No. 972983

cc:    US Legal Support
       Creole Interpreter

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

[20-0035/3917608/1]      2

Filing # 104391137 E-Filed 03/05/2020 11:46:35 AM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

       Defendants.

_____/

### NOTICE OF MEDICAL EXAMINATION

     Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a physician/medical provider and further state as follows:

     1.    Type of Examination Requested - The Defendants request that the Plaintiff, ROCHENEL SILAS, submit to a medical examination with Dr. Daniel Sheldon, an orthopedic surgeon, whose office is located at 601 N. Flamingo Road, Suite 213, Pembroke Pines, FL 33028, Telephone: 954/659-0115.

     2.    Time of Examination - The examination will take place on March 12, 2020 at 8:15 a.m.

     3.    Manner, Conditions and Scope of Examination - This examination shall be conducted in the normal manner as all such examinations are conducted and shall include, but not

be limited to, the taking of a written and/or oral history. The scope of the examination will be to inquire as to all issues raised by the particular problems alleged within the examiner's field of expertise as designated below. A written report, setting forth the findings, including but not limited to, results of all tests performed, diagnosis and conclusions, will be prepared by the expert which will be available to all counsel, if requested in writing, under the provisions of Florida Rules of Civil Procedure §1.360. The requesting party will pay for the examination, subject to the same being recovered as a taxable cost, if applicable. The requesting party reserves all rights under Florida Rules of Civil Procedure 1.360(b)(1)(3). The Plaintiff, or in the alternative, the party to be examined, agrees to give no less than 72 hours notice if said appointment cannot be kept.

4.      Reason for Examination - The party to be examined filed an action for personal injuries and places those allegations at issue. There is good cause for examination as the requesting parties are permitted to inquire into the alleged present condition of the Plaintiff and address the issues of permanency, if any, of any claimed injuries.

5.      Designation of Expert - The examiner shall be referred to as "defense expert".

6.      Upon receipt of this notice, you are requested to notify the Defendant if you intend to have a court reporter or any other person present at the examination. Failure to provide such notice may result in the examination not going forward as scheduled.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this March 5, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan  Street,  Suite  151,  Pembroke  Pines,  FL  33024,  051698@msn.com;

secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone:  (954) 568-6669
Fax:  (954) 568-0085
Primary E-Mail:       reception@ctkplaw.com
Secondary E-Mail:    yhall@ctkplaw.com
                     eweintraub@ctkplaw.com
                     tzerof@ctkplaw.com

*(Signed by attorney electronically after review)*

By: _____
BRUCE TRYBUS
Florida Bar No. 972983
ERICA WEINTRAUB
Florida Bar No. 1002668

Filing # 104477208 E-Filed 03/06/2020 01:32:29 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

       Defendants.

_____/

## NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT PURSUANT TO RULE 1.442 AND FLORIDA STATUTE §768.79

       Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK hereby gives notice of its/their Proposal for Settlement to

MARIDA SILAS pursuant to Rule 1.442 of the Florida Rules of Civil Procedure and Florida Statute

§768.79.

## CERTIFICATE OF SERVICE

       WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic

Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order

AOSC13-490 this date, March 6, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A.,

9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com;

secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
    BRUCE TRYBUS
    Florida Bar No. 972983
    ERICA WEINTRAUB
    Florida Bar No. 1002668

Filing # 104477208 E-Filed 03/06/2020 01:32:29 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

       Defendants.
_____/

### NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT
### PURSUANT TO RULE 1.442 AND FLORIDA STATUTE §768.79

       Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK hereby gives notice of its/their Proposal for Settlement to

ROCHENEL SILAS pursuant to Rule 1.442 of the Florida Rules of Civil Procedure and Florida

Statute §768.79.

### CERTIFICATE OF SERVICE

       WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic

Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order

AOSC13-490 this date, March 6, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A.,

9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com;

secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
    BRUCE TRYBUS
    Florida Bar No. 972983
    ERICA WEINTRAUB
    Florida Bar No. 1002668

Filing # 104531964 E-Filed 03/09/2020 10:15:05 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## PLAINTIFF'S OBJECTIONS TO MEDICAL EXAMINATION

    Plaintiff, ROCHENEL SILAS, pursuant to Fla. Civ. P. 1.280, 1.360, and the courts Pre-Trial Order, files and serves this his Objections to Medical Examination and states:

1. Medical Examination was set after deadline for Medical Evaluations set in the Uniform Trial Order and Order for Mandatory Calendar Call with a Calendar Call date of April 3, 2020 which states "No later than 90 days prior to Calendar Call."

2. Defendant gave fewer than 30 days notice for the set Medical Examination. Defendant filed and served the Notice for Medical Examination on March 5, 2020. The state date for the Medical Examination to take place on March 12, 2020 at 8:15 a.m.

    WHEREFORE, Plaintiff, ROCHENEL SILAS, respectfully request this court cancel the Medical Examination set for March 12, 2020 and for such other relief as is just.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **9 day of March 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, an KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com

and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk
of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
    OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 104570894 E-Filed 03/09/2020 03:23:34 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)
ENTERED ON ON-LINE DOCKET

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.

_____/

## NOTICE OF HEARING

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

    **YOU ARE HEREBY NOTIFIED** that we shall call up for hearing before the Honorable JOHN

B. BOWMAN, one of the Judges of the above-styled Court in his Chambers, in the Broward County

Courthouse, 201 SE 6th Street, Room WW15135, Fort Lauderdale, Florida, on **MONDAY, MARCH 16,**

**2020 at 8:45 A.M.** or as soon thereafter as we may be heard:

### PLAINTIFF'S OBJECTIONS TO MEDICAL EXAMINATION

    **I HEREBY CERTIFY** that a true copy of the foregoing was furnished by Electronic Service via

the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to

the above-named addressee(s) on March 9, 2020.

    We hereby certify that a) we have made a good faith attempt to resolve this matter prior to noticing this motion for hearing, and b) the issues before the Court may be heard and resolved by the Court within five (5) minutes.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

*(Signed by attorney electronically after review)*

By:_____
BRUCE M. TRYBUS
FLORIDA BAR NO. 972983

cc:      Judicial Assistant

[20-0035/3920683/1]      2

Filing # 104570894 E-Filed 03/09/2020 03:23:34 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

        Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

        Defendants.

_____/

## RE-NOTICE OF MEDICAL EXAMINATION

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give

notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a

physician/medical provider and further state as follows:

1.     Type of Examination Requested - The Defendants request that the Plaintiff,

ROCHENEL SILAS, submit to a medical examination with Dr. Daniel Sheldon, an orthopedic

surgeon, whose office is located at 601 N. Flamingo Road, Suite 213, Pembroke Pines, FL 33028,

Telephone: 954/659-0115.

2.     Time of Examination - The examination will take place on March 19, 2020 at 12:45

p.m.

3.     Manner, Conditions and Scope of Examination - This examination shall be

conducted in the normal manner as all such examinations are conducted and shall include, but not

be limited to, the taking of a written and/or oral history.  The scope of the examination will be to inquire as to all issues raised by the particular problems alleged within the examiner's field of expertise as designated below.  A written report, setting forth the findings, including but not limited to, results of all tests performed, diagnosis and conclusions, will be prepared by the expert which will be available to all counsel, if requested in writing, under the provisions of Florida Rules of Civil Procedure §1.360.  The requesting party will pay for the examination, subject to the same being recovered as a taxable cost, if applicable.  The requesting party reserves all rights under Florida Rules of Civil Procedure 1.360(b)(1)(3). The Plaintiff, or in the alternative, the party to be examined, agrees to give no less than 72 hours notice if said appointment cannot be kept.

4.      Reason for Examination - The party to be examined filed an action for personal injuries and places those allegations at issue.  There is good cause for examination as the requesting parties are permitted to inquire into the alleged present condition of the Plaintiff and address the issues of permanency, if any, of any claimed injuries.

5.      Designation of Expert - The examiner shall be referred to as "defense expert".

6.      Upon receipt of this notice, you are requested to notify the Defendant if you intend to have a court reporter or any other person present at the examination.  Failure to provide such notice may result in the examination not going forward as scheduled.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this March 9, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com;

secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail:      reception@ctkplaw.com
Secondary E-Mail:    yhall@ctkplaw.com
                     eweintraub@ctkplaw.com
                     tzerof@ctkplaw.com

"(Signed by attorney electronically after review)"

By: _____
    BRUCE TRYBUS
    Florida Bar No. 972983
    ERICA WEINTRAUB
    Florida Bar No. 1002668

Filing # 104654904 E-Filed 03/10/2020 03:57:37 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                    CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

       Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,
_____/

### PLAINTIFF'S MOTION TO STRIKE DEFENDANTS EXPERT WITNESS

    Plaintiff, ROCHENEL SILAS (hereinafter Silas), pursuant to Fla. Civ. P. 1.140, and the courts Pre-Trail Order, files and serves this his Motion to Strike Defendants Expert Witness and states:

1. Silas request this court strike Defendant's expert witness, Daniel A. Sheldon, M.D.

2. The Uniform Trial Order and Order for Mandatory Calendar Call with a Calendar Call date of April 3, 2020 states Expert Witness list must be filed and served "No later than 90 days prior to Calendar Call."

3. Defendant filed and served Defendant's Expert Witness Disclosure on March 5, 2020.

    WHEREFORE, Plaintiff, ROCHENEL SILAS, respectfully request this court strike Defendants Expert Witness and for such other relief as is just.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **10 day of March 2020,** to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, an KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com

and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By _*Oscar Syger*_____
   OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 104631330 E-Filed 03/10/2020 01:13:26 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                    CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,
_____/

## PLAINTIFF'S OBJECTIONS TO MEDICAL EXAMINATION

Plaintiff, ROCHENEL SILAS, pursuant to Fla. Civ. P. 1.280, 1.360, and the courts Pre-Trial Order, files and serves this his Objections to Medical Examination and states:

1. Medical Examination was set after deadline for Medical Evaluations set in the Uniform Trial Order and Order for Mandatory Calendar Call with a Calendar Call date of April 3, 2020 which states "No later than 90 days prior to Calendar Call."

2. Defendant gave fewer than 30 days notice for the set Medical Examination. Defendant filed and served the Re-Notice for Medical Examination on March 9, 2020. The state date for the Medical Examination to take place on March 19, 2020 at 12:45 p.m.

WHEREFORE, Plaintiff, ROCHENEL SILAS, respectfully request this court cancel the Medical Examination set for March 19, 2020 and for such other relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **10 day of March 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, an KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com

and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By  *Oscar Syger*
    OSCAR SYGER, ESQUIRE
FBN. 381373

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

ROCHENEL SILAS, ET AL,                         CASE NO: CACE 15004358 (02)
                    Plaintiff,                 JUDGE:  JOHN B. BOWMAN

v.

BROWARD COUNTY SHERIFF'S OFFICE,
          Defendants.
_____/

### ORDER RE-SETTING TRIAL PERIOD

**THIS MATTER** having come on the Court's sua sponte Motion to Re-Set Jury Trial in this matter, and the Court having been fully advised in the premises, would state as follows:

**ORDERED AND ADJUDGED** this action has been removed from Calendar Call of Friday, April 3, 2020 with a jury trial period of April 21, through May 1, 2020.

It is now scheduled for a calendar call date of Friday, May 22, 2020 @ 10:00 AM at the Broward County Courthouse, 201 Southeast 6th Street, #15-165, Fort Lauderdale, Florida 33301.  Jury trial period commencing June 1st through June 12, 2020.  Further, the prior trial order of deadlines remains in full force and effect.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 18th day of March, 2020.

_____
JOHN B. BOWMAN
CIRCUIT COURT JUDGE

Copies to: OSCAR SYGER, ESQUIRE, Fountains Executive Centre, 9000 Sheridan Street, #156, Pembroke Pines, Fl 33024; and to BRUCE M. TRYBUS, ESQUIRE, 1600 W Commercial Blvd., #200, Fort Lauderdale, Fl 33309.



JOHN B. BOWMAN
CIRCUIT JUDGE
GEORGE W. TEDDER, SR. DRIVE
201 S.E. 6TH STREET
FORT LAUDERDALE, FLORIDA 33301

MIAMI
FL 331
19 MAR '20
1PM 1 R

U.S. POSTAGE >> PITNEY BOWES
$ 000.50⁰
ZIP 33301
02 1W
0001403472 MAR. 19 2020.

Bruce M. Trybus, Esquire
1600 W Commercial Blvd #200
Ft Laud., Fl 33309

33309-300699

Filing # 105137815 E-Filed 03/19/2020 10:47:52 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.

_____/

### NOTICE OF TAKING DEPOSITION DUCES TECUM*
### PLEASE ADVISE IF AN INTERPRETER IS NECESSARY

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

YOU, as counsel of record, are hereby notified that at **1:00 P.M.** on **Thursday, April 23, 2020**, at

**U.S. Legal Support, 1900 Northwest Corporate Boulevard, Suite 200 East, Boca Raton, FL 33431**,

Defendant will take the deposition by oral examination for purposes of discovery and for use as evidence

in said cause, or both, of the following:

**Dr. Heather Schaffer**

**DUCES TECUM\***

ALL documents relating to **ROCHENEL SILAS**, including, but not limited to **X-RAY FILMS**, X-ray reports, Magnetic Resonance Imaging films, CT scans, patient **BILLING STATEMENTS**, ledger cards, payment records, **REGISTRATION / INTAKE SHEET**, patient questionnaires, patient information records, medical examinations, medical tests, diagnostic tests, laboratory reports, medical reports, consultation reports, **INSURANCE INFORMATION**, memos, clothing and valuable inventory lists, patient transfer forms, correspondence, physical therapy records and reports, physical therapy billing records, EMS/Paramedic reports, Workers Compensation records, Social Service records, Social Security records, HRS records, and all other written documents

whatsoever. This Subpoena specifically requires the notification of the existence of all records relating to Drug/Alcohol Abuse, Psychiatric, Testing and any and all other records of a confidential nature.

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on March 19, 2020.

> COONEY TRYBUS KWAVNICK PEETS
> Attorneys for Defendant
> 1600 W. Commercial Blvd., Suite 200
> Fort Lauderdale, FL 33309
> Telephone: (954) 568-6669
> Fax: (954) 568-0085
> Primary E-Mail: reception@ctkplaw.com
> Secondary E-Mail: yhall@ctkplaw.com

"(Signed by attorney electronically after review)"

By: _____
> BRUCE TRYBUS
> Florida Bar No. 972983

cc:     US Legal Support

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

[20-0035/3933261/1]      2

Filing # 105137815 E-Filed 03/19/2020 10:47:52 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

       Defendant.

_____/

### NOTICE OF TAKING DEPOSITION DUCES TECUM*
### PLEASE ADVISE IF AN INTERPRETER IS NECESSARY

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
       Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

       YOU, as counsel of record, are hereby notified that at **2:30 P.M.** on **Thursday, April 23, 2020**, at

**U.S. Legal Support, 1900 Northwest Corporate Boulevard, Suite 200 East, Boca Raton, FL 33431**,

Defendant will take the deposition by oral examination for purposes of discovery and for use as evidence

in said cause, or both, of the following:

**Dr. Paula Coghlan**

**DUCES TECUM***

       ALL documents relating to **ROCHENEL SILAS**, including, but not limited to **X-RAY FILMS**,
X-ray reports, Magnetic Resonance Imaging films, CT scans, patient **BILLING STATEMENTS**,
ledger cards, payment records, **REGISTRATION / INTAKE SHEET**, patient questionnaires,
patient information records, medical examinations, medical tests, diagnostic tests, laboratory
reports, medical reports, consultation reports, **INSURANCE INFORMATION**, memos, clothing
and valuable inventory lists, patient transfer forms, correspondence, physical therapy records and
reports, physical therapy billing records, EMS/Paramedic reports, Workers Compensation records,
Social Service records, Social Security records, HRS records, and all other written documents

whatsoever. This Subpoena specifically requires the notification of the existence of all records relating to Drug/Alcohol Abuse, Psychiatric, Testing and any and all other records of a confidential nature.

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on March 19, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
BRUCE TRYBUS
Florida Bar No. 972983

cc:    US Legal Support

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

[20-0035/3933329/1]        2

Filing # 105230663 E-Filed 03/20/2020 02:56:56 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

      Defendants.

_____/

### MOTION FOR PROTECTIVE ORDER

      Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, move this Honorable Court for an Order of Protection regarding a

subpoena that was sent to prior lead counsel for Defendants for an upcoming hearing and state:

      1.     This case arises from allegations of police misconduct.

      2.     Defendants have specially set their Motion to Dismiss and/or Motion for

Sanctions, Motion to Strike Witnesses and/or Compel Medical Records set for hearing on April

6, 2020 at 10:45 a.m.

      3.     Prior counsel for Defendants, Louis Reinstein, has been subpoenaed to appear at

the above referenced hearing by Plaintiff's counsel. See Subpoena attached hereto as Exhibit

"A."

4.      Any information or knowledge that Mr. Reinstein would have would be attorney-client privileged information. Defendants assert such privilege and are requesting a protective order for the subpoena issued to Mr. Reinstein.

5.      Defendants seek sanctions for having to bring this Motion for Protective Order and  if this Motion cannot be heard prior to the special set hearing on April 6, 2020, Defendants additionally seek sanctions for Mr. Reinstein's time as he will be forced to spend time away from his other matters to appear at such hearing.

WHEREFORE, the Defendants move this Honorable Court for the entry of an Order of Protection, sanctions for time spent bringing such Motion, sanctions for Mr. Reinstein's time if required to appear at the hearing, and any other relief this court deems proper and just .

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by E-Mail this date, March 20, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL  33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone:  (954) 568-6669
Fax:  (954) 568-0085
Primary E-Mail:  reception@ctkplaw.com
Secondary E-Mail:  yhall@ctkplaw.com

By: _____
BRUCE TRYBUS
Florida Bar No. 972983
ERICA WEINTRAUB
Florida Bar No. 1002668

Filing # 105401822 E-Filed 03/25/2020 10:55:39 AM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

       Defendants.

_____/

## SECOND RE-NOTICE OF MEDICAL EXAMINATION

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give

notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a

physician/medical provider and further state as follows:

1.    Type of Examination Requested - The Defendants request that the Plaintiff,

ROCHENEL SILAS, submit to a medical examination with Dr. Daniel Sheldon, an orthopedic

surgeon, whose office is located at 601 N. Flamingo Road, Suite 213, Pembroke Pines, FL 33028,

Telephone: 954/659-0115.

2.    Time of Examination - The examination will take place on April 9, 2020 at 12:45

p.m.

3.    Manner, Conditions and Scope of Examination - This examination shall be

conducted in the normal manner as all such examinations are conducted and shall include, but not

Filing # 105427014 E-Filed 03/25/2020 02:43:33 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife          CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## NOTICE OF FILING CORRESPONDENCE AND RELEVANT DOCUMENTS

     Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, hereby files
correspondence regarding Defendants Motion to Dismiss and/or Motion for Sanctions filed
January 7, 2020 to be considered by this Court for all permissible purposes.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-
MAIL this **25 day of March 2020**, to Trybus Kwavnick Peets, Bruce Trybus at
reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com,
an KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com
and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk
of Broward County by using the Florida Courts eFiling Portal.

               Respectfully submitted,

               LAW OFFICES OF OSCAR SYGER, P.A.
               Attorney for Plaintiff
               Fountains Executive Centre
               Suite 156
               9000 Sheridan Street
               Pembroke Pines, Florida 33024
               Telephone:   (954) 862-2205
               Facsimile:   (954) 862-2206

               By *Oscar Syger*
                 OSCAR SYGER, ESQUIRE
               FBN. 381373

 Gmail

Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>

## Overdue Discovery. Silas v Yesbeck
1 message

Oscar Syger <051698@msn.com>                                           Wed, Dec 18, 2019 at 11:40 AM
To: Louis Reinstein <LReinstein@kelleykronenberg.com>, Connie Olschewske <colschewske@kelleykronenberg.com>,
secretaryof oscar syger <secretaryofoscarsyger@gmail.com>

Good. Morning Louis. I proactively reach out to you to address the over due responses to the Defendant's supplemental
interrogatory that request addresses. of the. Silas eye witnesses. In my view , Mr. Silas answered all interrogatory questions during his deposition. However, I am continuing with my effort to obtain the addresses and contact information of the Silas children because I wish to include them in my pre trial disclosures and to secure your opportunity to take their deposition before trial.   Please advise if there is any other discovery that is due .

In response to what I anticipate is a forthcoming motion to strike the case and or for sanctions regarding Dr. Frage , please bear the following in mind . I also had difficulty tracking him down. I gave you whatever documents I have in my custody.   .The interrogatory response I furnished listed the address I had for Dr. Frage   . An address I obtained from a public record search.  Dr. Frage has not been licensed to practice medicine since 2017. Per Fla. DOH website. Thus my client and I have fulfilled our obligations under the rules of discovery .

Nonetheless, I am making an effort to obtain Dr. Frage records through requests to Blue Cross and Hunana. Mr. Silas disclosed the identities of these insurers . I will not object if you seek these records through non party subpoenas .

Louis , for some time ou have had the identities of at least three Chiropractors who treated Mr. Silas for injuries or conditions that post dated the false arrest and battery by at least 3 years .You have also had the identity of Progressive as Mr. Silas' automobile insurer  for some time. Hence you cannot meaningfully lay the potential unavailability of Dr. Frage's records at my client's doorstep. Also the above demonstrates you are not prejudiced. I hope we will work in a collaborative fashion and not through motions . We have been down that road before .

I ask that you make Ofc. Marra available for deposition in January at your office. Thank you , Oscar

Get Outlook for Android

Filing # 105471268 E-Filed 03/26/2020 11:38:37 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)
ENTERED ON ON-LINE DOCKET

ROCHENEL SILAS and his wife MARIDA SILAS,

     Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

     Defendant.

_____/

### NOTICE OF HEARING

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

    **YOU ARE HEREBY NOTIFIED** that we shall call up for hearing before the Honorable JOHN

B. BOWMAN, one of the Judges of the above-styled Court in his Chambers, in the Broward County

Courthouse, 201 SE 6th Street, Room WW15165, Fort Lauderdale, Florida, on **THURSDAY, APRIL 2,**

**2020 at 8:45 A.M.** or as soon thereafter as we may be heard:

### MOTION FOR PROTECTIVE ORDER

    **I HEREBY CERTIFY** that a true copy of the foregoing was furnished by Electronic Service via

the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to

the above-named addressee(s) on March 26, 2020.

    We hereby certify that a) we have made a good faith attempt to resolve this matter prior to noticing
this motion for hearing, and b) the issues before the Court may be heard and resolved by the Court within
five (5) minutes.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

*"[Signed by attorney electronically after review]"*

By:_____
                    BRUCE M. TRYBUS
                    FLORIDA BAR NO. 972983

cc:      Judicial Assistant

Filing # 105553583 E-Filed 03/27/2020 02:57:40 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

     Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants.

_____/

## NOTICE OF FILING RESPONSES TO PLAINTIFFS' REQUEST FOR ADMISSIONS NUMBERS 1-7, 12 AND 13 PER COURT ORDER DATED MARCH 4, 2020

Defendants, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE, and PAUL YESBECK, by and through undersigned counsel, and hereby file their

Responses to Plaintiffs' Request for Admissions Numbers 1-7, 12 and 13 dated December 23,

2019 per Court Order dated March 4, 2020, as follows:

1.   Admit Paul Yesbeck acted under color of law at all times during his incident with

Rochenel Silas on April 4, 2011.

**RESPONSE: Admit.**

2.   Admit Paul Yesbeck acted within the course and scope of his agency relationship

with Sheriff of Broward County on April 4, 2011 during his incident with Rochenel Silas.

**RESPONSE: Admit.**

[20-0035/3930157/1]                    Page 1 of 3

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN, CLERK 03/27/2020 02:57:40 PM.****

3.     Admit Paul Yesbeck was on duty as a law enforcement officer employed by the Sheriff of Broward County on April 4, 2011 during his incident with Rochenel Silas.

**RESPONSE: Admit.**

4.     Admit Deputy Marra acted under color of law at all times during his incident with Rochenel Silas on April 4, 2011.

**RESPONSE: Admit.**

5.     Admit Deputy Marra acted within the course and scope of his agency relationship with Sheriff of Broward County on April 4, 2011 during his incident with Rochenel Silas.

**RESPONSE: Admit.**

6.     Admit Deputy Marra was on duty as a law enforcement officer employed by the Sheriff of Broward County on April 4, 2011 during his incident with Rochenel Silas.

**RESPONSE: Admit.**

7.     Admit that on April 4, 2011 Paul Yesbeck deprived Rochenel Silas of his liberty.

**RESPONSE: Deny.**

12   Admit that the Plaintiff in this case has complied with the pre suit notification procedures contained in Fla. Stat. 768.28 (6).

**RESPONSE: Admit.**

13     Admit that the Sheriff of Broward County denied liability before this lawsuit is filed.

**RESPONSE: Admit.**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this March 27, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail:    reception@ctkplaw.com
Secondary E-Mail:  yhall@ctkplaw.com
                   eweintraub@ctkplaw.com
                   tzerof@ctkplaw.com

"(Signed by attorney electronically after review)"

By: _____
BRUCE TRYBUS
Florida Bar No. 972983
ERICA WEINTRAUB
Florida Bar No. 1002668

***** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 4/1/2020 4:50:00 PM. *****

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:  CACE 15004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

        Plaintiffs,

vs

GREGORY TONY, as sheriff of the
Broward County Sheriff's Office and
PAUL YESBECK,

        Defendants.

**ORDER GRANTING
TEMPORARY RELIEF**



**THIS CAUSE** having come on before the Court on the Defendants, GREGORY TONY, as Sheriff of the Broward County Sheriff's Office and PAUL YESBECK's Motion for Protective Order filed on March 20th, 2020 to preclude certain discovery and said movant having requested a special set hearing before the contemplated date of discovery, and further,

The movant has certified that they have a bona fide reason why the discovery cannot proceed on the date requested, and further,

The movant has certified that they have attempted to resolve the conflict with opposing counsel with no success, and

This Court's docket currently is unable to accommodate a hearing prior to the date of discovery, it is

**ORDERED AND ADJUDGED** that the Motion for Protective Order is hereby temporarily granted until a hearing can be held on <u>**Monday, April 13th, 2020 @ 9:00 A.M. (15 minutes reserved) at the Broward County Courthouse, 201 Southeast 6th Street, Room #15-165, Fort Lauderdale, Florida 33301.**</u>

The Court may impose sanctions pursuant to Rule 1.380 (a) (4).

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida on this 1st day of April, 2020.

                        JOHN B. BOWMAN
                        CIRCUIT COURT JUDGE

Copies To: OSCAR SYGER, ESQ., 9000 Sheridan St., #151, Pembroke Pines, Fl 33024; BRUC TRYBUS, ESQ., 1600 W Commercial Blvd., #200, Ft Lauderdale, Fl  33309.    o-grantingtempreliefmotprotective

Filing # 105767205 E-Filed 04/02/2020 09:57:23 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)
ENTERED ON ON-LINE DOCKET

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.

_____/

## NOTICE OF CANCELLATION OF SPECIAL SET HEARING

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
      Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

      **YOU ARE HEREBY NOTIFIED** that we shall call up for hearing before the Honorable JOHN

B. BOWMAN, one of the Judges of the above-styled Court in his Chambers, in the Broward County

Courthouse, 201 SE 6th Street, Courtroom WW15165, Fort Lauderdale, Florida, on **MONDAY, APRIL**

**6, 2020 at 10:45 A.M.** or as soon thereafter as we may be heard:

**DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SANCTIONS;**
**DEFENDANTS' MOTION TO STRIKE WITNESSES AND MOTION TO COMPEL**
**PRODUCTION OF DR. FRAGE'S MEDICAL RECORDS;**
**DEFENDANT YESBECK'S MOTIONS FOR EX PARTE ORDERS TO COMPEL DISCOVERY**
**DATED DECEMBER 12, 2019**

      **I HEREBY CERTIFY** that a true copy of the foregoing was furnished by Electronic Service via

the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to

the above-named addressee(s) on April 2, 2020.

We hereby certify that a) we have made a good faith attempt to resolve this matter prior to noticing this motion for hearing, and b) the issues before the Court may be heard and resolved by the Court within five (5) minutes.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

*(Signed by attorney electronically after review)*

By: _____
BRUCE M. TRYBUS
FLORIDA BAR NO. 972983

cc:    Judicial Assistant

Filing # 106013743 E-Filed 04/08/2020 12:55:32 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife    CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

       Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,
_____/

## PLAINTIFF'S SECOND OBJECTIONS TO MEDICAL EXAMINATION

Plaintiff, ROCHENEL SILAS, pursuant to Fla. Civ. P. 1.280, 1.360, and the courts Pre-Trial Order, files and serves this his Second Objections to Medical Examination and states:

1. Medical Examination is set to take place during a statewide lockdown, which came into effect on Friday April 3, 2020 and expires on April 30, 2020.

2. Defendant gave fewer than 30 days notice for the set Medical Examination. Defendant filed and served the Re-Notice for Medical Examination on March 25, 2020. The state date for the Medical Examination to take place on April 9, 2020 at 12:45 p.m.

WHEREFORE, Plaintiff, ROCHENEL SILAS, respectfully request this court cancel the Medical Examination set for April 9, 2020 and for such other relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **8 day of April 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, an KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By  *Oscar Syger*
     OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 106046337 E-Filed 04/09/2020 08:12:10 AM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

       Defendants.

_____/

## THIRD RE-NOTICE OF MEDICAL EXAMINATION

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give

notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a

physician/medical provider and further state as follows:

       1.     Type of Examination Requested - The Defendants request that the Plaintiff,

ROCHENEL SILAS, submit to a medical examination with Dr. Daniel Sheldon, an orthopedic

surgeon, whose office is located at 601 N. Flamingo Road, Suite 213, Pembroke Pines, FL 33028,

Telephone: 954/659-0115.

       2.     Time of Examination - The examination will take place on June 4, 2020 at 12:45

p.m.

       3.     Manner, Conditions and Scope of Examination - This examination shall be

conducted in the normal manner as all such examinations are conducted and shall include, but not

be limited to, the taking of a written and/or oral history. The scope of the examination will be to inquire as to all issues raised by the particular problems alleged within the examiner's field of expertise as designated below. A written report, setting forth the findings, including but not limited to, results of all tests performed, diagnosis and conclusions, will be prepared by the expert which will be available to all counsel, if requested in writing, under the provisions of Florida Rules of Civil Procedure §1.360. The requesting party will pay for the examination, subject to the same being recovered as a taxable cost, if applicable. The requesting party reserves all rights under Florida Rules of Civil Procedure 1.360(b)(1)(3). The Plaintiff, or in the alternative, the party to be examined, agrees to give no less than 72 hours notice if said appointment cannot be kept.

4. Reason for Examination - The party to be examined filed an action for personal injuries and places those allegations at issue. There is good cause for examination as the requesting parties are permitted to inquire into the alleged present condition of the Plaintiff and address the issues of permanency, if any, of any claimed injuries.

5. Designation of Expert - The examiner shall be referred to as "defense expert".

6. Upon receipt of this notice, you are requested to notify the Defendant if you intend to have a court reporter or any other person present at the examination. Failure to provide such notice may result in the examination not going forward as scheduled.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this April 9, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan   Street,   Suite   151,   Pembroke   Pines,   FL   33024,   051698@msn.com;

secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail:          reception@ctkplaw.com
Secondary E-Mail:       yhall@ctkplaw.com
                        eweintraub@ctkplaw.com
                        tzerof@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____

BRUCE TRYBUS
Florida Bar No. 972983
ERICA WEINTRAUB
Florida Bar No. 1002668

Filing # 106159462 E-Filed 04/13/2020 12:33:53 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.

_____/

### RE-NOTICE OF TAKING DEPOSITION
### CREOLE INTERPRETER REQUESTED
### (Videoconferencing)

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

    YOU, as counsel of record, are hereby notified that at **10:00 A.M.** on **Friday, April 17, 2020**, at

**US Legal Support, 100 NE 3 Avenue, Suite 1050, Ft. Lauderdale, Florida 33301,** Defendant will take

the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both,

of the following:

### MARIDA SILAS

    Said deposition will be taken before a Notary Public or any officer authorized to administer oaths

by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or

counsel, and who is not financially interested in the action.

    Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided.

The said oral examination will continue from hour to hour and from day to day until completed.

I **HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on April 13, 2020.

> COONEY TRYBUS KWAVNICK PEETS
> Attorneys for Defendant
> 1600 W. Commercial Blvd., Suite 200
> Fort Lauderdale, FL 33309
> Telephone: (954) 568-6669
> Fax: (954) 568-0085
> Primary E-Mail: reception@ctkplaw.com
> Secondary E-Mail: yhall@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
> BRUCE TRYBUS
> Florida Bar No. 972983

cc:    US Legal Support
       Creole Interpreter

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

Filing # 106220392 E-Filed 04/14/2020 12:45:21 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

## PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATE

     Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, pursuant to Fla. R. Civ. P. 1.330 and 1.280 files this their Motion to Compel Deposition Dates as follow:

1. Plaintiff request Defendants counsel provide available dates without conflict for the deposition of Deputy Marra.
2. The deposition of Deputy Marra was scheduled on December 23, 2019 for January 17, 2020,
3. On or about January 6, 2020 this deposition was then rescheduled to February 7, 2020.
4. Due to change of counsel the deposition scheduled for February 7, 2020 was cancelled and rescheduled to March 27, 2020.
5. The deposition of March 27, 2020 was cancelled due to the current pandemic.
6. The defense has refused to provide AVAILAVLE dates without possible conflict.

     Wherefore, Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, respectfully request this court compel Defendant provide available dates without conflict for the deposition of Deputy Marra and for such other relief as is just.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **14 day of April 2020**, to Trybus Kwavnick Peets, Bruce Trybus at

reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By   *Oscar Syger*
     OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 106284278 E-Filed 04/15/2020 02:16:20 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                    CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

        Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

        Defendants,
_____/

## PLAINTIFF'S OBJECTIONS TO CONTINUANCE

        Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, pursuant to Fla. R. Civ. P.

1.200 and Court's Pre-Trial Order setting case for April 2020 states as follow:

1) The Defendants have not candidly informed the court that each and every request for a
   Defense Medical Examination is made AFTER the deadline date for defense medical
   examinations set forth in this court's order entered July 31, 2019.

2) Each request has been initiated without a Motion to Extend deadlines. Defense counsel
   never requested the undersigned agree to a waiver of the deadline date before inadvisably
   noticing the examination, contrary to the court re-trial order.

3) The request for a medical examination on April 9, 2020 is made in bad faith. Indeed,
   sanctions may reasonably be imposed on defense counsel for seeking a medical
   examination during a Nationwide Shutdown. It is incumbent on Defense counsel to
   demonstrate that the medical examiner Dr. Daniel Sheldon and his staff would have
   undertaken the examination of Mr. Silas on April 9, 2020. Sanctions are justly imposed if
   Defense counsel cannot make this showing. Plaintiff's counsel would be jeopardizing his
   health and the health of his SIXTY EIGHT YEAR OLD MALE client. Had we both
   appeared at the medical examiner's office.

4) Defense counsel withhold critical facts from this court. Paragraph 6 of Defendants Motion occludes from the purview of this court, the Plaintiffs Second Objection to Medical Examination filed and served on April 8, 2020. (A duplicate is attached as Exhibit A).

5) It is beyond reason for the defense to have forced the Plaintiff to file its second objection to an examination that would not take place.

6) The Motion at paragraph 10, occludes from this court the fact that as of one day before the service of this motion, the defense accepted the setting of April 17, 2020 for the deposition of Merida Silas on April 17, 2020. (A duplicate of the Notice is attached as Exhibit B).

WHEREFORE, Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, respectfully request this court deny Defendants Motion to Continue Trial and Compel Medical Examination and for such other relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **15 day of April 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

By__*Oscar Syger*_____
     OSCAR SYGER, ESQUIRE
FBN. 381373

# EXHIBIT A

Filing # 106013743 E-Filed 04/08/2020 12:55:32 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

        Plaintiff,

vs.

CASE NO. CACE 15-004358 (02)

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

        Defendants.

_____/

## PLAINTIFF'S SECOND OBJECTIONS TO MEDICAL EXAMINATION

Plaintiff, ROCHENEL SILAS, pursuant to Fla. Civ. P. 1.280, 1.360, and the courts Pre-Trial Order, files and serves this his Second Objections to Medical Examination and states:

1. Medical Examination is set to take place during a statewide lockdown, which came into effect on Friday April 3, 2020 and expires on April 30, 2020.

2. Defendant gave fewer than 30 days notice for the set Medical Examination. Defendant filed and served the Re-Notice for Medical Examination on March 25, 2020. The state date for the Medical Examination to take place on April 9, 2020 at 12:45 p.m.

WHEREFORE, Plaintiff, ROCHENEL SILAS, respectfully request this court cancel the Medical Examination set for April 9, 2020 and for such other relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 8 day of April 2020, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, an KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted.

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:      (954) 862-2205
Facsimile:       (954) 862-2206

By  *Oscar Syger* _____
       OSCAR SYGER, ESQUIRE
FBN. 381373

# EXHIBIT B

Filing # 106159462 E-Filed 04/13/2020 12:33:53 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

     Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

     Defendant.

_____/

### RE-NOTICE OF TAKING DEPOSITION
### CREOLE INTERPRETER REQUESTED
#### (Videoconferencing)

TO:  Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

YOU, as counsel of record, are hereby notified that at 10:00 A.M. on Friday, April 17, 2020, at

US Legal Support, 100 NE 3 Avenue, Suite 1050, Ft. Lauderdale, Florida 33301, Defendant will take

the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both,

of the following:

### MARIDA SILAS

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths

by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or

counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided.

The said oral examination will continue from hour to hour and from day to day until completed.

I HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on April 13, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL  33309
Telephone:  (954) 568-6669
Fax:  (954) 568-0085
Primary E-Mail:  reception@ctkplaw.com
Secondary E-Mail:  yhall@ctkplaw.com

By: _____
<span>"Signed by attorney that certify after notice"</span>

BRUCE TRYBUS
Florida Bar No. 972983

cc:     US Legal Support
        Creole Interpreter

Broward Sheriff's Office
Adjuster:  Isela Collazos
Claim No.:  240411003417

[20-0035/3964953.1]        2

Filing # 106287814 E-Filed 04/15/2020 02:50:09 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife          CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## NOTICE OF HEARING
### (Special Set Hearing-15 Minutes Reserved)

      YOU ARE HEREBY NOTIFIED that the undersigned counsel will call up for hearing before the **Honorable John B. Bowman**, at the Broward County Courthouse 201 SE 6th Street, Fort Lauderdale, Florida 33301, on **April 28, 2020 at 2:00 p.m.**, or as soon thereafter as counsel can be heard, the following:

### PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATE

      Movant Counsel certifies that a bona fide effort to agree or to narrow the issues on the Motion has been or will be made prior to the date of said hearing with opposing Counsel to settle this matter.

      In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA Coordinator no later than seven (7) days prior to the proceeding. Telephone (305) 375-2006 for assistance; if hearing impaired, telephone (305) 375-2007 or 1-800-955-8771 (Florida Relay Service Number) for assistance.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **15 day of April 2020**, to Trybus Kwaynick Peets, Bruce Trybus at

reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By   *Oscar Syger*
        OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 106265140 E-Filed 04/15/2020 10:45:21 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' AMENDED MOTION TO CONTINUE TRIAL AND COMPEL MEDICAL EXAMINATION OF PLAINTIFF

      Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK move for a continuance of trial (currently scheduled on this Court's two-week trial docket commencing April 21, 2020) and an order compelling Plaintiffs to provide better discovery responses and state:

      1.    This case arises from Plaintiffs' claims of alleged police misconduct. See Second Amended Complaint attached hereto as Exhibit "A."

      2.    This case is currently set for trial on the 2-week trial docket commencing June 2, 2020.

      3.    The Defendant has noticed a Compulsory Medical Examination four times. See Notices of Medical Examination attached hereto as Composite Exhibit "B."

4.  Plaintiff objected to the first Notice for Medical Examination set for March 5, 2020 on the basis that it was outside the trial order deadline for the April 21, 2020 trial docket and less than 30 days notice was given however, the case was reset for the trial docket commencing June 2, 2020.

5.  Plaintiff filed their second Objection to the Notice of Compulsory Medical Examination set to occur on April 9, 2020 on April 8, 2020 thus not allowing Defendant to set the Objection for hearing. The basis for the Objection filed April 8, 2020 was Coronavirus concerns however Plaintiffs' counsel sent an email on March 25, 2020 indicating his objection was based on the defense medical examination taking place after the discovery deadlines. See Email and Second Objection attached hereto as Composite Exhibit "C".

6.  When no formal objection was filed, Defense counsel reached out to Plaintiff's counsel on April 6, 2020 to ask if his client was appearing for the medical examination and Plaintiff's counsel responded "No" and did not give a reason as to why. See series of emails attached hereto as Exhibit "D."

7.  Defendant cancelled such medical examination as not to incur a cancellation fee and has re-noticed the Defense Medical Examination to occur on June 4, 2020 at 12:45 pm but anticipates Plaintiff's objection.

8.  Plaintiff is claiming injuries and is seeking money damages for such injuries. In order to prepare its defense to Plaintiff's claims, Defendant needs the medical examination to occur and will be unduly prejudiced without such. In the

abundance of caution, Defendant seeks an order compelling the Plaintiff to attend such examination.

9. Since the medical examination is set for June 4, 2020 during the trial docket, Defense counsel seeks a continuance of trial to allow the medical examination to occur and allow the doctor adequate time to prepare a report following his examination.

10. Further, Plaintiff, Marida Silas, has twice cancelled her deposition last minute without giving a reason for the second cancellation. Defendant's Motion to Compel Plaintiff Marida Silas to Attend Deposition is currently scheduled to be heard on April 21, 2020 in front of this Court.

11. Defendant needs the deposition of Marida Silas to occur prior to trial as not to be ambushed at trial and is not ready for trial since the depositions have been cancelled last minute by Plaintiff.

12. Defendants' consents to continue trial are forthcoming.

WHEREFORE, the Defendants move this Honorable Court for the entry of an Order compelling the Plaintiff to attend a compulsory medical examination, continue the trial, and any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by E-Mail this date, April 15, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS

Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com


By: _____

BRUCE TRYBUS
Florida Bar No. 972983
ERICA WEINTRAUB
Florida Bar No. 1002668
(Signed by attorney electronically after review)

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## SECOND AMENDED COMPLAINT FOR POLICE MISCOUNDUCT

Plaintiff, ROCHENEL SILAS (hereinafter "ROCHENEL") and his wife MARIDA

SILAS (hereinafter MARIDA), sue the Defendants, GREGORY TONY, as Sheriff of the

BROWARD COUNTY SHERIFF'S OFFICE (hereinafter "BSO") and PAUL YESBECK

(hereinafter "YESBECK") and allege:

## GENERAL ALLEGATIONS COMMON
## TO ALL COUNTS

1. This is a cause of action whose sum in controversy is in excess of $ 15,000.00, exclusive
   of costs and interest.

2. Plaintiff, ROCHENEL, at all times material, was and is a resident of Pompano Beach,
   Broward County, Florida and is over the age of 18 years.

3. Plaintiff, MARIDA, at all times material, was and is a resident of Pompano Beach,
   Broward County, Florida and is over the age of 18 years and is the wife of Rochenel
   Silas.

4.  Defendant, BSO, is a the constitutional officer of a governmental entity located in Broward County, Florida and is amenable to the within lawsuit pursuant to the terms and conditions of Chapter 768.28 (9) of the Florida Statutes.

5.  Defendant, YESBECK, is over the age of 18 years and at all material times is a resident of Broward County, Florida. At all material times YESBECK is employed by Co-Defendant BSO, as a law enforcement officer in its police department. All of the acts of YESBECK pled in this complaint are committed by YESBECK within the course and scope of his agency relationship with Co-Defendant BSO, unless otherwise alleged.

6.  Venue is appropriate in Broward County, Florida as the tortious conduct of the Defendants occurred within the boundaries of Broward County, Florida.

## COUNT I
## CLAIM FOR BATTERY AGAINST BSO

7.  ROCHENEL realleges paragraphs 1, 2, and 4-6 as if fully set forth herein.

8.  The Plaintiffs have complied with all conditions precedent to the filing of this lawsuit or, in the alternative, the conditions precedent have been waived by BSO and/or YESBECK.

9.  The Plaintiffs delivered a pre-suit notification letter to BSO on or about August 21, 2013. The form and content of the notification fulfills the obligations imposed on these Plaintiffs by Chapter 768.28(6) of the Florida Statues. (A true and correct copy of the statutory notification letter, as well as proof of receipt by BSO and by the Florida Department of Financial Services, is appended as Composite Exhibit "A" to this complaint.)

10. More than six months have elapsed between the receipt by BSO of the statutory notification letter appended as Exhibit "A" to this Complaint and the date of the filing of this Complaint. BSO did not resolve this claim within six months provided to it by law.

11. All of the acts committed by YESBECK are committed by YESBECK under color of law.

12. April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Broward County, Florida. YESBECK while effecting an arrest of ROCHENEL at Rochenel's home, used an excessive amount of force that was unreasonable under the circumstances. The following conduct of YESBECK constituted excessive force under the circumstances:

    a. YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

13. Alternatively, YESBECK intentionally caused harmful or offensive contact with ROCHENEL by one or more of the following acts:

    a. YESBECK used excessive force on ROCHENEL by striking and twisting ROCHENEL'S shoulder.

14. As a result, ROCHENEL SILAS suffered bodily injury, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of a previously existing condition, lost income and loss of income earning capacity. The losses are continuing.

    WHEREFORE, the Plaintiff, ROCHENEL SILAS, Demands judgment for damages against Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE.

## COUNT II
## CLAIM FOR BATTERY AGAINST YESBECK

15. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 11-14 with the same force and effect as if fully set forth herein.

16. The acts of YESBECK alleged in paragraphs 12 and 13 exhibit wanton and willful disregard of ROCHENEL's human rights.

WHEREFORE, the Plaintiff ROCHENEL SILAS, demands judgment for damages against Defendant, PAUL YESBECK.

## COUNT III
## CLAIM FOR FALSE ARREST AGAINST BSO

17. ROCHENEL realleges paragraphs 1, 2, 4-6, 8, 9, 10, and 11 with the same force and effect as if fully set forth herein.

18. On April 4, 2011, at 1548 NE 30th CT, Pompano Beach, Florida, YESBECK detained ROCHENEL and deprived ROCHENEL of his liberty. YESBECK did not act under authority of an arrest warrant and ROCHENEL did not consent to the deprivation of his liberty.

19. As a direct result of the unlawful deprivation of his liberty, ROCHENEL suffered humiliation, mental anguish and incurred attorney fees to secure his liberty. The emotional damages continue to this day.

WHEREFORE, the Plaintiff, ROCHENEL SILAS, demands judgment for damages against Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE.

## COUNT IV
## LOSS OF CONSORTIUM CLAIM OF MARIDA SILAS

20. Plaintiff, MARIDA re-alleges paragraphs 1, 3, 4-6, 8-14 and 18-19 of this Complaint with the same force and effect as is fully set forth herein.

21. MARIDA is and was the wife of ROCHENEL at all material times. MARIDA has lost the care, comfort, and companionship of her husband, Rochenel Silas, and has incurred out of pocket expenses due to the conduct of Yesbeck and BSO.

WHEREFRE, the Plaintiff, MARIDA SILAS, demands judgment for damages against Defendant, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK.

## RESERVATION OF RIGHT TO AMEND TO INCLUDE PRAYER FOR PUNITIVE DAMAGES

Plaintiff, Rochenel Silas, pursuant to Section 768.72, Florida Statues, requests leave to alleged a demand for punitive damages against PAUL YESBECK once the requisite showing in the record has been made.

## DEMAND FOR JURY TRIAL

The Plaintiffs demand a trial by jury on all such issues triable as a matter of right.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 18 day of December 2019, to KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 151
9000 Sheridan Street
Pembroke Pines, Florida 33024

Telephone:   (954) 862-2205
Facsimile:   (954) 862-2206

By  *Oscar Syger*
    OSCAR SYGER, ESQUIRE
    FBN. 381373

# EXHIBIT "B"

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

        Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

        Defendants.
_____/

### NOTICE OF MEDICAL EXAMINATION

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a physician/medical provider and further state as follows:

1.    Type of Examination Requested - The Defendants request that the Plaintiff, ROCHENEL SILAS, submit to a medical examination with Dr. Daniel Sheldon, an orthopedic surgeon, whose office is located at 601 N. Flamingo Road, Suite 213, Pembroke Pines, FL 33028, Telephone: 954/659-0115.

2.    Time of Examination - The examination will take place on March 12, 2020 at 8:15 a.m.

3.    Manner, Conditions and Scope of Examination - This examination shall be conducted in the normal manner as all such examinations are conducted and shall include, but not

be limited to, the taking of a written and/or oral history. The scope of the examination will be to inquire as to all issues raised by the particular problems alleged within the examiner's field of expertise as designated below. A written report, setting forth the findings, including but not limited to, results of all tests performed, diagnosis and conclusions, will be prepared by the expert which will be available to all counsel, if requested in writing, under the provisions of Florida Rules of Civil Procedure §1.360. The requesting party will pay for the examination, subject to the same being recovered as a taxable cost, if applicable. The requesting party reserves all rights under Florida Rules of Civil Procedure 1.360(b)(1)(3). The Plaintiff, or in the alternative, the party to be examined, agrees to give no less than 72 hours notice if said appointment cannot be kept.

4.      Reason for Examination - The party to be examined filed an action for personal injuries and places those allegations at issue. There is good cause for examination as the requesting parties are permitted to inquire into the alleged present condition of the Plaintiff and address the issues of permanency, if any, of any claimed injuries.

5.      Designation of Expert - The examiner shall be referred to as "defense expert".

6.      Upon receipt of this notice, you are requested to notify the Defendant if you intend to have a court reporter or any other person present at the examination. Failure to provide such notice may result in the examination not going forward as scheduled.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this March 5, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail:      reception@ctkplaw.com
Secondary E-Mail:   yhall@ctkplaw.com
                    eweintraub@ctkplaw.com
                    tzerof@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
    BRUCE TRYBUS
    Florida Bar No. 972983
    ERICA WEINTRAUB
    Florida Bar No. 1002668

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

       Defendants.

_____/

### RE-NOTICE OF MEDICAL EXAMINATION

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give

notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a

physician/medical provider and further state as follows:

      1.    Type of Examination Requested - The Defendants request that the Plaintiff,

ROCHENEL SILAS, submit to a medical examination with Dr. Daniel Sheldon, an orthopedic

surgeon, whose office is located at 601 N. Flamingo Road, Suite 213, Pembroke Pines, FL 33028,

Telephone: 954/659-0115.

      2.    Time of Examination - The examination will take place on March 19, 2020 at 12:45

p.m.

      3.    Manner, Conditions and Scope of Examination - This examination shall be

conducted in the normal manner as all such examinations are conducted and shall include, but not

be limited to, the taking of a written and/or oral history. The scope of the examination will be to inquire as to all issues raised by the particular problems alleged within the examiner's field of expertise as designated below. A written report, setting forth the findings, including but not limited to, results of all tests performed, diagnosis and conclusions, will be prepared by the expert which will be available to all counsel, if requested in writing, under the provisions of Florida Rules of Civil Procedure §1.360. The requesting party will pay for the examination, subject to the same being recovered as a taxable cost, if applicable. The requesting party reserves all rights under Florida Rules of Civil Procedure 1.360(b)(1)(3). The Plaintiff, or in the alternative, the party to be examined, agrees to give no less than 72 hours notice if said appointment cannot be kept.

4.      Reason for Examination - The party to be examined filed an action for personal injuries and places those allegations at issue. There is good cause for examination as the requesting parties are permitted to inquire into the alleged present condition of the Plaintiff and address the issues of permanency, if any, of any claimed injuries.

5.      Designation of Expert - The examiner shall be referred to as "defense expert".

6.      Upon receipt of this notice, you are requested to notify the Defendant if you intend to have a court reporter or any other person present at the examination. Failure to provide such notice may result in the examination not going forward as scheduled.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this March 9, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail:     reception@ctkplaw.com
Secondary E-Mail:   yhall@ctkplaw.com
                    eweintraub@ctkplaw.com
                    tzerof@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
    BRUCE TRYBUS
    Florida Bar No. 972983
    ERICA WEINTRAUB
    Florida Bar No. 1002668

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

       Defendants.

_____/

## SECOND RE-NOTICE OF MEDICAL EXAMINATION

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give

notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a

physician/medical provider and further state as follows:

     1.    Type of Examination Requested - The Defendants request that the Plaintiff,

ROCHENEL SILAS, submit to a medical examination with Dr. Daniel Sheldon, an orthopedic

surgeon, whose office is located at 601 N. Flamingo Road, Suite 213, Pembroke Pines, FL 33028,

Telephone: 954/659-0115.

     2.    Time of Examination - The examination will take place on April 9, 2020 at 12:45

p.m.

     3.    Manner, Conditions and Scope of Examination - This examination shall be

conducted in the normal manner as all such examinations are conducted and shall include, but not

be limited to, the taking of a written and/or oral history. The scope of the examination will be to inquire as to all issues raised by the particular problems alleged within the examiner's field of expertise as designated below. A written report, setting forth the findings, including but not limited to, results of all tests performed, diagnosis and conclusions, will be prepared by the expert which will be available to all counsel, if requested in writing, under the provisions of Florida Rules of Civil Procedure §1.360. The requesting party will pay for the examination, subject to the same being recovered as a taxable cost, if applicable. The requesting party reserves all rights under Florida Rules of Civil Procedure 1.360(b)(1)(3). The Plaintiff, or in the alternative, the party to be examined, agrees to give no less than 72 hours notice if said appointment cannot be kept.

      4.     Reason for Examination - The party to be examined filed an action for personal injuries and places those allegations at issue. There is good cause for examination as the requesting parties are permitted to inquire into the alleged present condition of the Plaintiff and address the issues of permanency, if any, of any claimed injuries.

      5.     Designation of Expert - The examiner shall be referred to as "defense expert".

      6.     Upon receipt of this notice, you are requested to notify the Defendant if you intend to have a court reporter or any other person present at the examination. Failure to provide such notice may result in the examination not going forward as scheduled.

## CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this March 25, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail:      reception@ctkplaw.com
Secondary E-Mail:    yhall@ctkplaw.com
                     eweintraub@ctkplaw.com
                     tzerof@ctkplaw.com

"(Signed by attorney electronically after review)"

By: _____
    BRUCE TRYBUS
    Florida Bar No. 972983
    ERICA WEINTRAUB
    Florida Bar No. 1002668

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

      Defendants.

_____/

### THIRD RE-NOTICE OF MEDICAL EXAMINATION

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give

notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a

physician/medical provider and further state as follows:

    1.    Type of Examination Requested - The Defendants request that the Plaintiff,

ROCHENEL SILAS, submit to a medical examination with Dr. Daniel Sheldon, an orthopedic

surgeon, whose office is located at 601 N. Flamingo Road, Suite 213, Pembroke Pines, FL 33028,

Telephone: 954/659-0115.

    2.    Time of Examination - The examination will take place on June 4, 2020 at 12:45

p.m.

    3.    Manner, Conditions and Scope of Examination - This examination shall be

conducted in the normal manner as all such examinations are conducted and shall include, but not

be limited to, the taking of a written and/or oral history. The scope of the examination will be to inquire as to all issues raised by the particular problems alleged within the examiner's field of expertise as designated below. A written report, setting forth the findings, including but not limited to, results of all tests performed, diagnosis and conclusions, will be prepared by the expert which will be available to all counsel, if requested in writing, under the provisions of Florida Rules of Civil Procedure §1.360. The requesting party will pay for the examination, subject to the same being recovered as a taxable cost, if applicable. The requesting party reserves all rights under Florida Rules of Civil Procedure 1.360(b)(1)(3). The Plaintiff, or in the alternative, the party to be examined, agrees to give no less than 72 hours notice if said appointment cannot be kept.

4.      Reason for Examination - The party to be examined filed an action for personal injuries and places those allegations at issue. There is good cause for examination as the requesting parties are permitted to inquire into the alleged present condition of the Plaintiff and address the issues of permanency, if any, of any claimed injuries.

5.      Designation of Expert - The examiner shall be referred to as "defense expert".

6.      Upon receipt of this notice, you are requested to notify the Defendant if you intend to have a court reporter or any other person present at the examination. Failure to provide such notice may result in the examination not going forward as scheduled.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this April 9, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com;
secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail:       reception@ctkplaw.com
Secondary E-Mail:     yhall@ctkplaw.com
                      eweintraub@ctkplaw.com
                      tzerof@ctkplaw.com

*[Signed by attorney electronically after review]*

By: _____
      BRUCE TRYBUS
      Florida Bar No. 972983
      ERICA WEINTRAUB
      Florida Bar No. 1002668

# EXHIBIT "C"

| From: | Oscar Syger |
|---|---|
| To: | Tiffany Zerof; Secretary of Oscar Syger |
| Cc: | Adrianna Consalvo |
| Subject: | Re: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: |
| Date: | Wednesday, March 25, 2020 11:01:05 AM |
| Attachments: | image001.jpg |

This notice enables the defense to cancel immediately with your retained examiner for the date set forth in your second renotice for M.E. All three dates you have selected are after the discovery cut off. A formal objection will be served in the near future .

Get Outlook for Android

---

**From:** Tiffany Zerof <TZerof@ctkplaw.com>
**Sent:** Wednesday, March 25, 2020 10:57:05 AM
**To:** Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>; Oscar Syger <051698@msn.com>
**Cc:** Adrianna Consalvo <aconsalvo@ctkplaw.com>
**Subject:** Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417:

Hello:

Please see attached.

Thank you,
Tiffany

**Tiffany Zerof** *Florida Registered Paralegal*
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Blvd., Suite 200 | Fort Lauderdale, FL 33309
Direct: 954-332-2768 Phone: 954-568-6669
Facsimile: 954-568-0085
http://www.ctkplaw.com

**PRIVILEGE AND CONFIDENTIALITY NOTICE:**
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or return e-mail and delete it from his or her computer.

Filing # 106013743 E-Filed 04/08/2020 12:55:32 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,
_____/

## PLAINTIFF'S SECOND OBJECTIONS TO MEDICAL EXAMINATION

    Plaintiff, ROCHENEL SILAS, pursuant to Fla. Civ. P. 1.280, 1.360, and the courts Pre-Trial Order, files and serves this his Second Objections to Medical Examination and states:

1. Medical Examination is set to take place during a statewide lockdown, which came into effect on Friday April 3, 2020 and expires on April 30, 2020.

2. Defendant gave fewer than 30 days notice for the set Medical Examination. Defendant filed and served the Re-Notice for Medical Examination on March 25, 2020. The state date for the Medical Examination to take place on April 9, 2020 at 12:45 p.m.

    WHEREFORE, Plaintiff, ROCHENEL SILAS, respectfully request this court cancel the Medical Examination set for April 9, 2020 and for such other relief as is just.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **8 day of April 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, an KELLEY KRONENBERG; LOUIS REINSTEIN, ESQ. at lreinstein@kelleykronenberg.com and colschewske@kelleykronenberg.com and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By  *Oscar Syger*
      OSCAR SYGER, ESQUIRE
FBN. 381373

# EXHIBIT "D"

| From: | Oscar Syger |
|---|---|
| To: | Erica Weintraub |
| Cc: | Secretary of Oscar Syger; Tiffany Zerof |
| Subject: | Re: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: |
| Date: | Tuesday, April 7, 2020 3:28:25 PM |

No.

Get Outlook for Android

---

**From:** Erica Weintraub <eweintraub@ctkplaw.com>
**Sent:** Tuesday, April 7, 2020 3:27:58 PM
**To:** Oscar Syger <051698@msn.com>
**Cc:** Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>; Tiffany Zerof <TZerof@ctkplaw.com>
**Subject:** Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417:

Good afternoon,

Is your client appearing for the CME set on 4/9?



**Erica Weintraub, Esq.**

**Cooney Trybus Kwavnick Peets**

1600 W. Commercial Blvd., Suite 200 | Fort Lauderdale, FL 33309
Direct: 954-568-3207  Phone: 954-568-6669
http://www.ctkplaw.com

**PRIVILEGE AND CONFIDENTIALITY NOTICE:**
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or return e-mail and delete it from his or her computer.

Filing # 106373851 E-Filed 04/17/2020 10:37:45 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)
ENTERED ON ON-LINE DOCKET

ROCHENEL SILAS and his wife MARIDA SILAS,

    Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

    Defendant.

_____/

## NOTICE OF HEARING
### (15 Minute Special Set)

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

    **YOU ARE HEREBY NOTIFIED** that we shall call up for hearing before the Honorable JOHN

B. BOWMAN, one of the Judges of the above-styled Court in his Chambers via Zoom* on **TUESDAY,**

**APRIL 28, 2020 at 2:45 P.M.** or as soon thereafter as we may be heard:

**DEFENDANTS' AMENDED MOTION TO CONTINUE TRIAL AND COMPEL MEDICAL
EXAMINATION OF PLAINTIFF**

    **I HEREBY CERTIFY** that a true copy of the foregoing was furnished by Electronic Service via

the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to

the above-named addressee(s) on April 17, 2020.

    We hereby certify that a) we have made a good faith attempt to resolve this matter prior to noticing this motion for hearing, and b) the issues before the Court may be heard and resolved by the Court within five (5) minutes.

* All parties are to appear by Zoom. Instructions to attend via Zoom can be found on the Judges rules and procedures.

JOHN BOWMAN is inviting you to a scheduled Zoom meeting.

Topic: Judge Bowman Docket

Join Zoom Meeting: https://17thflcourts.zoom.us/j/763453911

Meeting ID: 763 453 911

One tap mobile

+16468769923,,763453911# US (New York)

+13126266799,,763453911# US (Chicago)

Dial by your location

    +1 646 876 9923 US (New York)

    +1 312 626 6799 US (Chicago)

    +1 669 900 6833 US (San Jose)

    +1 253 215 8782 US

    +1 301 715 8592 US

    +1 346 248 7799 US (Houston)

    +1 408 638 0968 US (San Jose)

Meeting ID: 763 453 911

Find your local number: https://17thflcourts.zoom.us/u/acH102RyTg

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants'
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com

Secondary E-Mail: yhall@ctkplaw.com

*[Signed by attorney electronically after review]*

By: _____

BRUCE M. TRYBUS
FLORIDA BAR NO. 972983

cc:    Judicial Assistant

Filing # 106456887 E-Filed 04/20/2020 02:42:10 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)
ENTERED ON ON-LINE DOCKET

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.

_____/

## NOTICE OF CANCELLATION HEARING

TO:   Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
      Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

    **YOU ARE HEREBY NOTIFIED** that the hearing before the Honorable JOHN B. BOWMAN,

one of the Judges of the above-styled Court in his Chambers, in the Broward County Courthouse, 201 SE

6th Street, Room WW15165, Fort Lauderdale, Florida, on <u>TUESDAY, APRIL 21, 2020 at 9:30 A.M.</u> is

hereby **CANCELED**.

## MOTION TO COMPEL DEPOSITION OF MARIDA SILAS

    **I HEREBY CERTIFY** that a true copy of the foregoing was furnished by Electronic Service via

the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to

the above-named addressee(s) on April 20, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL  33309
Telephone:  (954) 568-6669
Fax:  (954) 568-0085
Primary E-Mail:  reception@ctkplaw.com
Secondary E-Mail:  yhall@ctkplaw.com


"(Signed by attorney electronically after review)"

By:_____

BRUCE M. TRYBUS
FLORIDA BAR NO. 972983

cc:     Judicial Assistant

Filing # 106516724 E-Filed 04/21/2020 02:54:42 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

## RENOTICE OF TAKING DEPOSITION
Via Video Conference

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

| Name of Deponent | Date | Start Time |
|---|---|---|
| Deputy Marra | May 14, 2020 | 10:00 AM |

**PLACE:**

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard,
Suite 200
Fort Lauderdale, FL 33309

     Upon oral examination before a Notary Public authorized to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The Deposition will be taken for the purpose of discovery, for use at trial, or for other purposes as permitted pursuant to the Florida Rules of Court, Florida Rules of Civil Procedure, and all applicable Florida Statutes.

     In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA

Coordinator no later than seven (7) days prior to the proceeding. If hearing impaired, telephone 1-800-955-8771 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **21 day of April 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
    OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 106552920 E-Filed 04/22/2020 11:28:13 AM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

        Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

        Defendants.

_____/

## FOURTH RE-NOTICE OF MEDICAL EXAMINATION
## (RE-NOTICED AS TO DOCTOR AND LOCATION)

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give

notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a

physician/medical provider and further state as follows:

    1.    Type of Examination Requested - The Defendants request that the Plaintiff,

ROCHENEL SILAS, submit to a medical examination with Dr. Audie Rolnick, an orthopedic

surgeon, whose office is located at 600 S. Pine Island Road, Suite 300 Plantation, FL 33324,

Pembroke Pines, FL 33028, Telephone: 954/473-6344.

    2.    Time of Examination - The examination will take place on June 4, 2020 at 12:45

p.m.

    3.    Manner, Conditions and Scope of Examination - This examination shall be

conducted in the normal manner as all such examinations are conducted and shall include, but not

be limited to, the taking of a written and/or oral history. The scope of the examination will be to inquire as to all issues raised by the particular problems alleged within the examiner's field of expertise as designated below. A written report, setting forth the findings, including but not limited to, results of all tests performed, diagnosis and conclusions, will be prepared by the expert which will be available to all counsel, if requested in writing, under the provisions of Florida Rules of Civil Procedure §1.360. The requesting party will pay for the examination, subject to the same being recovered as a taxable cost, if applicable. The requesting party reserves all rights under Florida Rules of Civil Procedure 1.360(b)(1)(3). The Plaintiff, or in the alternative, the party to be examined, agrees to give no less than 48 hours notice if said appointment cannot be kept.

4.    Reason for Examination - The party to be examined filed an action for personal injuries and places those allegations at issue. There is good cause for examination as the requesting parties are permitted to inquire into the alleged present condition of the Plaintiff and address the issues of permanency, if any, of any claimed injuries.

5.    Designation of Expert - The examiner shall be referred to as "defense expert".

6.    Upon receipt of this notice, you are requested to notify the Defendant if you intend to have a court reporter or any other person present at the examination. Failure to provide such notice may result in the examination not going forward as scheduled.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this April 22, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail:     reception@ctkplaw.com
Secondary E-Mail:   yhall@ctkplaw.com
                    eweintraub@ctkplaw.com
                    tzerof@ctkplaw.com

*[Signed by attorney electronically after review]*

By: _____
    BRUCE TRYBUS
    Florida Bar No. 972983
    ERICA WEINTRAUB
    Florida Bar No. 1002668

Filing # 106554331 E-Filed 04/22/2020 11:42:32 AM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

       Defendants.

_____/

## AMENDED FOURTH RE-NOTICE OF MEDICAL EXAMINATION

       Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give

notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a

physician/medical provider and further state as follows:

       1.     Type of Examination Requested - The Defendants request that the Plaintiff,

ROCHENEL SILAS, submit to a medical examination with Dr. Audie Rolnick, an orthopedic

surgeon, whose office is located at 600 S. Pine Island Road, Suite 300 Plantation, FL 33324,

Telephone: 954/473-6344.

       2.     Time of Examination - The examination will take place on June 4, 2020 at 12:45

p.m.

       3.     Manner, Conditions and Scope of Examination - This examination shall be

conducted in the normal manner as all such examinations are conducted and shall include, but not

be limited to, the taking of a written and/or oral history. The scope of the examination will be to inquire as to all issues raised by the particular problems alleged within the examiner's field of expertise as designated below. A written report, setting forth the findings, including but not limited to, results of all tests performed, diagnosis and conclusions, will be prepared by the expert which will be available to all counsel, if requested in writing, under the provisions of Florida Rules of Civil Procedure §1.360. The requesting party will pay for the examination, subject to the same being recovered as a taxable cost, if applicable. The requesting party reserves all rights under Florida Rules of Civil Procedure 1.360(b)(1)(3). The Plaintiff, or in the alternative, the party to be examined, agrees to give no less than 48 hours notice if said appointment cannot be kept.

4.    Reason for Examination - The party to be examined filed an action for personal injuries and places those allegations at issue. There is good cause for examination as the requesting parties are permitted to inquire into the alleged present condition of the Plaintiff and address the issues of permanency, if any, of any claimed injuries.

5.    Designation of Expert - The examiner shall be referred to as "defense expert".

6.    Upon receipt of this notice, you are requested to notify the Defendant if you intend to have a court reporter or any other person present at the examination. Failure to provide such notice may result in the examination not going forward as scheduled.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this April 22, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan   Street,   Suite   151,   Pembroke   Pines,   FL   33024,   051698@msn.com;

secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone:  (954) 568-6669
Fax:  (954) 568-0085
Primary E-Mail:       reception@ctkplaw.com
Secondary E-Mail:    yhall@ctkplaw.com
                              eweintraub@ctkplaw.com
                              tzerof@ctkplaw.com

"[Signed by attorney electronically after review]"

By:  _____
        BRUCE TRYBUS
        Florida Bar No. 972983
        ERICA WEINTRAUB
        Florida Bar No. 1002668

Filing # 106552920 E-Filed 04/22/2020 11:28:13 AM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendants.

_____/

## **DEFENDANTS' AMENDED EXPERT WITNSS DISCLOSURE**

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK, in compliance with this Court's Uniform Trial Order Seventeenth Judicial Circuit Order for Mandatory Calendar Call dated April 1, 2020, hereby disclose their expert witness for use at trial as follows:

    1.  Audie M. Rolnick, M.D.
       Orthopaedic Center of South Florida, P.A.
       600 South Pine Ilsand Road
       Suite 300
       Plantation, FL 33324

       Dr. Rolnick is an orthopedic surgeon. He will review medical records and other materials and diagnostic films and perform an examination of Plaintiff, ROCHENEL SILAS. He is expected to testify about the results of his examination and his review of the films and documents, and is expected to offer opinions regarding any injuries, disabilities or impairments (or lack thereof) of the Plaintiff, regarding reasonable and necessary medical care and reasonable and necessary medical expenses related to the subject incident, regarding the Plaintiff's prognosis, and associated subjects. His testimony will be based upon his review of the materials and his examination, and upon his medical education, training and experience. A copy of Dr. Rolnick's *Curriculum Vitae* is attached.

Pursuant to Florida Rule of Civil Procedure 1.280(b)(5)(A) and 1.280(b)(5)(D):

    (a) Dr. Rolnick was retained on or about April 20, 2020. Attached is a copy of Dr. Rolnick's Fee Schedule. Dr. Rolnick has not been paid anything to date.

    (b) Dr. Rolnick's litigation experience is split approximately 50% for Defendants and 50% for Plaintiffs.

    (c) Dr. Rolnick's deposition and trial testimony lists are attached.

    (d) Dr. Rolnick spends less than 1% per week of his professional time doing expert work.

    (e) Undersigned counsel will cooperate with Plaintiff's counsel regarding the setting of Defendants' experts for deposition.

2. All treating physicians of the Plaintiff, ROCHENEL SILAS.

The treating physicians are expected to testify about the various medical conditions and other concerns of ROCHENEL SILAS. It is expected that those opinions will be based upon their examinations of Mr. SILAS and information provided by him to the treating doctors, and upon their diagnosis and assessment of his conditions. The opinions will be premised upon that information and upon the education, training and experience of those concerned. We are not in possession of the treating physicians' *Curriculum Vitaes.*

Defendants reserve the right to amend and/or supplement this Expert Witness Disclosure prior to the time of trial.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this April 22, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan   Street,   Suite   151,   Pembroke   Pines,   FL      33024,   051698@msn.com;

secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone:  (954) 568-6669
Fax:  (954) 568-0085
Primary E-Mail:      reception@ctkplaw.com
Secondary E-Mail:   yhall@ctkplaw.com
                    eweintraub@ctkplaw.com
                    tzerof@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
    BRUCE TRYBUS
    Florida Bar No. 972983
    ERICA WEINTRAUB
    Florida Bar No. 1002668

Filing # 106610544 E-Filed 04/23/2020 11:43:30 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)


ROCHENEL SILAS and his wife MARIDA SILAS,

     Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

     Defendant.

_____/

## NOTICE OF CANCELLATION OF DEPOSITION

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

YOU, as counsel of record, are hereby notified that at 1:00 P.M. on Thursday, April 23, 2020, at

U.S. Legal Support, 1900 Northwest Corporate Boulevard, Suite 200 East, Boca Raton, FL 33431, is

hereby **CANCELED**.

### Dr. Heather Schaffer

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via

the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-

490 to the above-named addressee on April 23, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
        BRUCE TRYBUS
        Florida Bar No. 972983

cc:      US Legal Support

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

[20-0035/3981040/1]      2

Filing # 106610544 E-Filed 04/23/2020 11:43:30 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)


ROCHENEL SILAS and his wife MARIDA SILAS,

     Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

     Defendant.

_____/

## NOTICE OF CANCELLATION OF DEPOSITION

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
       Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

     YOU, as counsel of record, are hereby notified that at 2:30 P.M. on Thursday, April 23, 2020, at

U.S. Legal Support, 1900 Northwest Corporate Boulevard, Suite 200 East, Boca Raton, FL 33431, is

hereby **CANCELED**.

### Dr. Paula Coghlan

    **I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via

the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-

490 to the above-named addressee on April 23, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
BRUCE TRYBUS
Florida Bar No. 972983

cc:     US Legal Support

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

Filing # 106693784 E-Filed 04/24/2020 04:55:14 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife          CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

### PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATE

     Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, pursuant to Fla. R. Civ. P.
1.330 and 1.280 files this their Motion to Compel Deposition Dates as follow:

1. Plaintiff request Defendants counsel provide available dates without conflict for the
   deposition of Paul Yesbeck.
2. Plaintiff's counsel requested to take the deposition of Paul Yesbeck on April 21, 2020,
   providing dates and offering to take the deposition via video conference to accommodate
   Mr. Paul Yesbeck.
3. The defense has refused to provide AVAILAVLE dates without possible conflict.

     Wherefore, Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, respectfully
request this court compel Defendant provide available dates without conflict for the deposition of
Paul Yesbeck and for such other relief as is just.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-
MAIL this **24 day of April 2020,** to Trybus Kwavnick Peets, Bruce Trybus at
reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com,
and I electronically filed the foregoing with the Clerk of Broward County by using the Florida
Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By  *Oscar Syger*
   OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 106693784 E-Filed 04/24/2020 04:55:14 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                    CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

       Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS AMENDED EXPERT WITNESS DISCLOSURE AND FOURTH-NOTICE OF MEDICAL EXAMINATION

      Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILA, pursuant to Fla. R. Civ. P. 1.200 and files their Defendants Amended Expert Witness Disclosure and Defendants Fourth-Notice of Medical Examination (Re-Noticed as to Doctor and Location) and states in support thereof:

1. On April 22, 2020 Defendants filed and served Defendants Amended Expert Witness Disclosure.

2. The disclosure is served out of time required by the Uniform Trial Order served on April 1, 2020.

3. On April 22, 2020 Defendants filed and served Defendants Fourth-Notice of Medical Examination (Re-Noticed as to Doctor and Location).

4. Medical Examination is set to take place on June 4, 2020. Two days AFTER the Trial Period stated on the Uniform Trial Order served on April 1, 2020.

5. This scheduled examination would not only disturbed the set trial period, but it is scheduled to take place after the deadline allowed by the Uniform Trial Order.

      WHEREFORE, Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILA, respectfully request this court strike Defendants untimely filed Defendants Amended Expert

Witness Disclosure and Defendants Fourth-Notice of Medical Examination (Re-Noticed as to Doctor and Location) and for such other relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **24 day of April 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:       (954) 862-2206

By   *Oscar Syger*
    OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 106726414 E-Filed 04/27/2020 12:11:05 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                    CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

       Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

## NOTICE OF CANCELLATION OF HEARING

    YOU ARE HEREBY NOTIFIED that the undersigned has **cancelled** the scheduled hearing set for **April 28, 2020 at 2:00 p.m.**, on:

## PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATE

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **27 day of April 2020**, to Trybus Kwavnick Peets, Bruce Trybus, Esq. at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:   (954) 862-2205
Facsimile:    (954) 862-2206

By *Oscar Syger*_____
OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 106820558 E-Filed 04/29/2020 07:51:13 AM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

      Defendants.

_____/

### FIFTH RE-NOTICE OF MEDICAL EXAMINATION
### (CHANGE OF DATE DUE TO 4/28/20 HEARING)

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a physician/medical provider and further state as follows:

1.    Type of Examination Requested - The Defendants request that the Plaintiff, ROCHENEL SILAS, submit to a medical examination with Dr. Audie Rolnick, an orthopedic surgeon, whose office is located at 600 S. Pine Island Road, Suite 300 Plantation, FL 33324, Telephone: 954/473-6344.

2.    Time of Examination - The examination will take place on May 13, 2020 at 12:45 p.m.

3.    Manner, Conditions and Scope of Examination - This examination shall be conducted in the normal manner as all such examinations are conducted and shall include, but not

be limited to, the taking of a written and/or oral history. The scope of the examination will be to inquire as to all issues raised by the particular problems alleged within the examiner's field of expertise as designated below. A written report, setting forth the findings, including but not limited to, results of all tests performed, diagnosis and conclusions, will be prepared by the expert which will be available to all counsel, if requested in writing, under the provisions of Florida Rules of Civil Procedure §1.360. The requesting party will pay for the examination, subject to the same being recovered as a taxable cost, if applicable. The requesting party reserves all rights under Florida Rules of Civil Procedure 1.360(b)(1)(3). The Plaintiff, or in the alternative, the party to be examined, agrees to give no less than 48 hours notice if said appointment cannot be kept.

4.      Reason for Examination - The party to be examined filed an action for personal injuries and places those allegations at issue. There is good cause for examination as the requesting parties are permitted to inquire into the alleged present condition of the Plaintiff and address the issues of permanency, if any, of any claimed injuries.

5.      Designation of Expert - The examiner shall be referred to as "defense expert".

6.      Upon receipt of this notice, you are requested to notify the Defendant if you intend to have a court reporter or any other person present at the examination. Failure to provide such notice may result in the examination not going forward as scheduled.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this April 29, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan   Street,   Suite   151,   Pembroke   Pines,   FL      33024,   051698@msn.com;
secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone:  (954) 568-6669
Fax:  (954) 568-0085
Primary E-Mail:        reception@ctkplaw.com
Secondary E-Mail:     yhall@ctkplaw.com
                      eweintraub@ctkplaw.com
                      tzerof@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
    BRUCE TRYBUS
    Florida Bar No. 972983
    ERICA WEINTRAUB
    Florida Bar No. 1002668

Filing # 106894281 E-Filed 04/30/2020 11:57:13 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.

_____/

## RE-NOTICE OF TAKING DEPOSITION DUCES TECUM*
## PLEASE ADVISE IF AN INTERPRETER IS NECESSARY

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

YOU, as counsel of record, are hereby notified that at **2:30 P.M.** on **Monday, May 25, 2020**, at

**U.S. Legal Support, 1900 Northwest Corporate Boulevard, Suite 200 East, Boca Raton, FL 33431,**

Defendant will take the deposition by oral examination for purposes of discovery and for use as evidence

in said cause, or both, of the following:

### Dr. Heather Schaffer

## DUCES TECUM*

ALL documents relating to **ROCHENEL SILAS**, including, but not limited to **X-RAY FILMS**,
X-ray reports, Magnetic Resonance Imaging films, CT scans, patient **BILLING STATEMENTS**,
ledger cards, payment records, **REGISTRATION / INTAKE SHEET,** patient questionnaires,
patient information records, medical examinations, medical tests, diagnostic tests, laboratory
reports, medical reports, consultation reports, **INSURANCE INFORMATION**, memos, clothing
and valuable inventory lists, patient transfer forms, correspondence, physical therapy records and
reports, physical therapy billing records, EMS/Paramedic reports, Workers Compensation records,
Social Service records, Social Security records, HRS records, and all other written documents

whatsoever. This Subpoena specifically requires the notification of the existence of all records relating to Drug/Alcohol Abuse, Psychiatric, Testing and any and all other records of a confidential nature.

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on April 30, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"[signed by attorney electronically after review]"

By: _____
      BRUCE TRYBUS
      Florida Bar No. 972983

cc:     US Legal Support

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

[20-0035/3991126/1]        2

Filing # 106894281 E-Filed 04/30/2020 11:57:13 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)


ROCHENEL SILAS and his wife MARIDA SILAS,

     Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

     Defendant.

_____/

## RE-NOTICE OF TAKING DEPOSITION DUCES TECUM*
## PLEASE ADVISE IF AN INTERPRETER IS NECESSARY

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

     YOU, as counsel of record, are hereby notified that at **1:00 P.M.** on **Monday, May 25, 2020**, at

**U.S. Legal Support, 1900 Northwest Corporate Boulevard, Suite 200 East, Boca Raton, FL 33431**,

Defendant will take the deposition by oral examination for purposes of discovery and for use as evidence

in said cause, or both, of the following:

### Dr. Paula Coghlan

## DUCES TECUM*

     ALL documents relating to **ROCHENEL SILAS**, including, but not limited to **X-RAY FILMS**,
X-ray reports, Magnetic Resonance Imaging films, CT scans, patient **BILLING STATEMENTS**,
ledger cards, payment records, **REGISTRATION / INTAKE SHEET,** patient questionnaires,
patient information records, medical examinations, medical tests, diagnostic tests, laboratory
reports, medical reports, consultation reports, **INSURANCE INFORMATION**, memos, clothing
and valuable inventory lists, patient transfer forms, correspondence, physical therapy records and
reports, physical therapy billing records, EMS/Paramedic reports, Workers Compensation records,
Social Service records, Social Security records, HRS records, and all other written documents

whatsoever. This Subpoena specifically requires the notification of the existence of all records relating to Drug/Alcohol Abuse, Psychiatric, Testing and any and all other records of a confidential nature.

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on April 30, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"(Signed by attorney electronically after review)"

By: _____
BRUCE TRYBUS
Florida Bar No. 972983

cc:    US Legal Support

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

[20-0035/3991125/1]        2

Filing # 106944569 E-Filed 05/01/2020 11:06:31 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.

_____/

## SECOND RE-NOTICE OF TAKING DEPOSITION DUCES TECUM*
### (Date Change)

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

      YOU, as counsel of record, are hereby notified that at **1:00 P.M.** on **Wednesday, May 20, 2020**, at

**U.S. Legal Support, 1900 Northwest Corporate Boulevard, Suite 200 East, Boca Raton, FL 33431**,

Defendant will take the deposition by oral examination for purposes of discovery and for use as evidence

in said cause, or both, of the following:

### Dr. Paula Coghlan

## DUCES TECUM*

      ALL documents relating to **ROCHENEL SILAS**, including, but not limited to **X-RAY FILMS**, X-ray reports, Magnetic Resonance Imaging films, CT scans, patient **BILLING STATEMENTS**, ledger cards, payment records, **REGISTRATION / INTAKE SHEET**, patient questionnaires, patient information records, medical examinations, medical tests, diagnostic tests, laboratory reports, medical reports, consultation reports, **INSURANCE INFORMATION**, memos, clothing and valuable inventory lists, patient transfer forms, correspondence, physical therapy records and reports, physical therapy billing records, EMS/Paramedic reports, Workers Compensation records, Social Service records, Social Security records, HRS records, and all other written documents

whatsoever. This Subpoena specifically requires the notification of the existence of all records relating to Drug/Alcohol Abuse, Psychiatric, Testing and any and all other records of a confidential nature.

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on May 1, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

"(Signed by attorney electronically after review)"

By:_____
BRUCE TRYBUS
Florida Bar No. 972983

cc:    US Legal Support

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

[20-0035/3991997/1]      2

Filing # 106944569 E-Filed 05/01/2020 11:06:31 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

     Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

     Defendant.

_____/

### SECOND RE-NOTICE OF TAKING DEPOSITION DUCES TECUM*
### (Date Change)

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

    YOU, as counsel of record, are hereby notified that at **2:30 P.M.** on **Wednesday, May 20, 2020**, at

**U.S. Legal Support, 1900 Northwest Corporate Boulevard, Suite 200 East, Boca Raton, FL 33431,**

Defendant will take the deposition by oral examination for purposes of discovery and for use as evidence

in said cause, or both, of the following:

**Dr. Heather Schaffer**

**DUCES TECUM***

    ALL documents relating to **ROCHENEL SILAS**, including, but not limited to **X-RAY FILMS**,
X-ray reports, Magnetic Resonance Imaging films, CT scans, patient **BILLING STATEMENTS**,
ledger cards, payment records, **REGISTRATION / INTAKE SHEET**, patient questionnaires,
patient information records, medical examinations, medical tests, diagnostic tests, laboratory
reports, medical reports, consultation reports, **INSURANCE INFORMATION**, memos, clothing
and valuable inventory lists, patient transfer forms, correspondence, physical therapy records and
reports, physical therapy billing records, EMS/Paramedic reports, Workers Compensation records,
Social Service records, Social Security records, HRS records, and all other written documents

whatsoever. This Subpoena specifically requires the notification of the existence of all records relating to Drug/Alcohol Abuse, Psychiatric, Testing and any and all other records of a confidential nature.

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on May 1, 2020.

> COONEY TRYBUS KWAVNICK PEETS
> Attorneys for Defendant
> 1600 W. Commercial Blvd., Suite 200
> Fort Lauderdale, FL 33309
> Telephone: (954) 568-6669
> Fax: (954) 568-0085
> Primary E-Mail: reception@ctkplaw.com
> Secondary E-Mail: yhall@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____

> BRUCE TRYBUS
> Florida Bar No. 972983

cc:     US Legal Support

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

[20-0035/3991996/1]        2

Filing # 106952889 E-Filed 05/01/2020 12:37:51 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## CROSS NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

| Name of Deponent | Date | Start Time |
|---|---|---|
| Dr. Paula Coghlan | May 20, 2020 | 1:00 PM |
| Dr. Heather Schaffer | May 20, 2020 | 2:30 PM |

**PLACE:**

**U.S. Legal Support**
**1900 Northwest Corporate Boulevard,**
**Suite 200**
**East, Boca Raton, FL 33431**

Upon oral examination before a Notary Public authorized to take depositions in the State

of Florida. The oral examination will continue from day to day until completed. The Deposition

will be taken for the purpose of discovery, for use at trial, or for other purposes as permitted

pursuant to the Florida Rules of Court, Florida Rules of Civil Procedure, and all applicable

Florida Statutes.

In accordance with the Americans with Disabilities Act of 1990, persons needing a

special accommodation to participate in this proceeding should contact the Court ADA

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 05/01/2020 12:37:50 PM.****

Coordinator no later than seven (7) days prior to the proceeding. If hearing impaired, telephone 1-800-955-8771 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **1 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
      OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 106959644 E-Filed 05/01/2020 02:02:05 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                     CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

       Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

## NOTICE OF HEARING
### (Special Set Hearing-15 Minutes Reserved)

    YOU ARE HEREBY NOTIFIED that the undersigned counsel will call up for hearing before the **Honorable John B. Bowman**, at the Broward County Courthouse 201 SE 6th Street, Fort Lauderdale, Florida 33301, on **May 18, 2020 at 11:45 a.m.**, or as soon thereafter as counsel can be heard, the following:

### PLAINTIFF'S MOTION TO SHORTEN TIME TO RESPOND TO EXPERT DISCOVERY

    Movant Counsel certifies that a bona fide effort to agree or to narrow the issues on the Motion has been or will be made prior to the date of said hearing with opposing Counsel to settle this matter.

    In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA Coordinator no later than seven (7) days prior to the proceeding. Telephone (305) 375-2006 for assistance; if hearing impaired, telephone (305) 375-2007 or 1-800-955-8771 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **1 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By   *Oscar Syger*
     OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 106955278 E-Filed 05/01/2020 01:09:07 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

       Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

### PLAINTIFF'S MOTION TO SHORTEN TIME TO RESPOND TO EXPERT DISCOVERY

    Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, pursuant to Fla. R. Civ. P. 1.090, files this their Motion to Shorten Time to Respond to Expert Discovery and state as follow:

1. Plaintiff propounded Expert Discovery on April 29, 2020 following this court's ruling announced on April 28, 2020 authorizing Compulsory Medical Examination.

2. Plaintiff request this court shorten to 20 days from the day of service the deadline for Defendant to respond to Expert Discovery.

3. The request to shorten time is justified as the trial period begins on June 2, 2020.

    WHEREFORE, Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, respectfully request this court shorten time to respond to Expert Discovery and for such other relief as is just.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **1 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus, Esq. at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:    (954) 862-2205
Facsimile:      (954) 862-2206

By__*Oscar Syger*_____
    OSCAR SYGER, ESQUIRE
    FBN. 381373

Filing # 106860719 E-Filed 04/29/2020 03:41:14 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife     CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

### PLAINTIFF'S NOTICE OF SERVICE OF
### SUPPLEMENTAL INTERROGATORIES TO DEFENDANT

    Plaintiff, ROCHENEL SILAS, pursuant to Fla. Civ. P. 1.340, the following set of
Interrogatories, numbered 1 through 4, are to be answered on, or before the time prescribed by
the aforementioned rule. An executed original of this Notice is being filed with the Court as
provided by said rule.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-
MAIL this **29 day of April 2020**, to Trybus Kwavnick Peets, Bruce Trybus, Esq. at
reception@ctkplaw.com, vhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com,
and I electronically filed the foregoing with the Clerk of Broward County by using the Florida
Courts eFiling Portal.

                    Respectfully submitted,

                    LAW OFFICES OF OSCAR SYGER, P.A.
                    Attorney for Plaintiff
                    Fountains Executive Centre
                    Suite 156
                    9000 Sheridan Street
                    Pembroke Pines, Florida 33024
                    Telephone:   (954) 862-2205
                    Facsimile:   (954) 862-2206

                    By *Oscar Syger*
                      OSCAR SYGER, ESQUIRE
                      FBN. 381373

Filing # 106860719 E-Filed 04/29/2020 03:41:14 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

## PLAINTIFF'S NOTICE OF SERVICE OF
## EXPERT WITNESS INTERROGATORIES TO DEFENDANT

     Plaintiff, ROCHENEL SILAS, propounds one set of Expert Witness Interrogatories to
Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE
and PAUL YESBECK, pursuant to Fla. Civ. P. 1.280, numbered 1 through 7 are to be answered
on or before the time prescribed by the aforementioned rule.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-
MAIL this **29 day of April 2020**, to Trybus Kwavnick Peets, Bruce Trybus, Esq. at
reception@ctkplaw.com, vhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com,
and I electronically filed the foregoing with the Clerk of Broward County by using the Florida
Courts eFiling Portal.

     Respectfully submitted,

     LAW OFFICES OF OSCAR SYGER, P.A.
     Attorney for Plaintiff
     Fountains Executive Centre
     Suite 156
     9000 Sheridan Street
     Pembroke Pines, Florida 33024
     Telephone:   (954) 862-2205
     Facsimile:   (954) 862-2206

     By  *Oscar Syger*
     OSCAR SYGER, ESQUIRE
     FBN. 381373

Filing # 106860719 E-Filed 04/29/2020 03:41:14 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife          CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,
_____/

## PLAINTIFFS' EXPERT REQUEST FOR PRODUCTION TO DEFENDANT

    Plaintiff, ROCHENEL SILAS, pursuant to Rule 1.350 of the Florida Rules of Civil

Procedure, Requests the Defendants, GREGORY TONY, as sheriff of the BROWARD

COUNTY SHERIFFS OFFICE and PAUL YESBECK, to produce for inspection and copying

(translated by or put into reasonably useable form by the addressee) the following documents

within the time specified in the aforementioned Rule, at the offices of the undersigned counsel:

1. Curriculum Vitae for each expert listed on your witness disclosure or whom you have
   retained.

2. Reports, correspondence, invoices, bills, statements, documents and materials relative to
   this lawsuit received by Defendant or Defendant's counsel from each expert listed on your
   witness disclosure or from any expert you have retained.

3. Reports, correspondence, documents, and materials relative to this lawsuit sent or
   transmitted to each expert listed on your witness disclosure or retained by you, by
   Defendant's counsel, Defendant, or any other person on the Defendant's behalf.

4. A complete copy of the files maintained by each expert listed on your witness disclosure or
   retained by you, relative to the subject lawsuit, including all documents and materials
   created by each expert, received by or transmitted to each expert and upon which each
   expert relies for his or her respective opinions.

5.  Copies of all witness statements, written or recorded, which each expert has examined in connection with this case.

6.  Any drawings, graphs, charts, illustration, or plans prepared by each expert in connection with this matter.

7.  All photographs, DVDs, and videotapes reviewed or taken by each expert in connection with this case.

8.  Copies of any and all notices, calculations, or other data prepared by each expert in formulating their opinions with this case.

9.  Reports of other experts which each expert has read in formulating any opinions in connection with this case.

10. Any other documents in writing, photographs, objects or information of any kind or description which each expert has reviewed in formulating their opinions or which each expert contends supports their opinions in connection with this case.

11. All documents each expert reviewed, referred to or relied upon in arriving at any of his or her opinions or conclusions concerning the issues involved in this case, including but not limited to all scientific and technical articles, publications codes, standards and other literature.

12. Copies of any correspondence written by each expert or received from others with whom each expert has consulted in connection with this case.

13. Office records indicating time spent on each expert's undertaking and hourly charges therefore in connection with this case.

14. Any publications, treaties, manuals, textbooks, or other documents used as a reference by each expert in connection with this case or considered authoritative by each expert in support of his or her opinions.

15. Any memoranda reviewed which was prepared by the Defendant's attorneys engaging each expert, investigator, paralegal, or adjuster in connection with this case.

16. All models, illustrations, photographs or other exhibits or documents of any kind which each expert intends or contemplates using to explain, illustrate or support his or her testimony at trial.

17. Please provide copies of any multimedia presentations, regardless of format, (i.e. Microsoft PowerPoint, "Presentations" by Corel, etc.) which you intend to utilize at the time of trial.

18. Please provide any and all materials, including DVD's video recordings, documents exhibits, deposition transcripts, medical/ articles/medical literature/learned treatises, prior trial testimony, any and all case law and/or published opinions in any jurisdiction in the United States, or other evidence, reasonably expected or intended to be used at trial for witness impeachment, pursuant to *Northup v. Acken*, 865 So. 2d 1267 (Fla. 2004).

19. A current list of all depositions or trial testimony given for the last three years for each expert witness you intend to or reasonably expect to call at trial.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **29 day of April 2020**, to Trybus Kwavnick Peets, Bruce Trybus, Esq. at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
   OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 107149835 E-Filed 05/06/2020 04:19:58 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

       Defendant.

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER

Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK hereby file their response to Plaintiffs' Emergency Motion for Protective Order dated May 6, 2020 regarding Medical Examination and state:

1. On, April 28, 2020, this Court ordered that the Defense Medical Examination of Plaintiff must occur prior to the June 2, 2020 trial docket.

2. On April 29, 2020, Defendant reset the Defense Medical Examination to occur on May 13, 2020. See Notice attached hereto as Exhibit "A".

3. On May 5, 2020, Defendant emailed Plaintiffs' counsel advising that only two people (not including the doctor) could be present in the examination room due to Covid-19 precautions, that masks must be worn but would not be provided by the doctor's office, and asked if Plaintiff needed a translator.

4.  On May 5, 2020, Plaintiffs' counsel responded that his client needed a translator, despite Interrogatory responses saying that Mr. Silas can read and speak English. Plaintiffs' counsel responded that he will not engage with Defendant's coordinator, as she is "only a paralegal" and his client would not attend unless a creole translator was present and that he may move for a protective order. Defendant accommodated Plaintiff and set up a translator to appear via zoom and Plaintiffs' counsel responded, "Thank you." See email exchanges attached hereto as Exhibit "B."

5.  On May 6, 2020, Plaintiffs' counsel filed an Emergency Motion for Protection regarding the Medical Examination and indicated he is asking the Court to cancel the Medical Examination because the doctor's office will not provide him or his client with gloves and masks. See Motion attached hereto as Exhibit "C."

6.  Dr. Rolnick's office will not allow anyone into the practice without already having a mask on prior to entrance as not to endanger any patients or staff. One would have to do the same thing if entering Publix or any public place.

7.  Plaintiff and his lawyer should already be wearing masks prior to entering the doctor's office so the doctor's office should not be obligated to provide the masks. Plaintiff should have to show cause as to why him and his attorney are unable to wear masks prior to entering the doctor's office as masks are required to go anywhere public in Florida.

8.  On May 6, 2020 Plaintiff filed his emergency Motion and unilaterally set for a hearing to occur on May 13, 2020. To avoid a disruption fee with the doctor and translator, Defendant will need to cancel the Examination by May 11, 2020 if this Court is inclined to grant Plaintiffs' Motion.

9. A letter requesting an Emergency hearing date on or before May 11, 2020 has been sent overnight to this Court and emailed to Plaintiffs' counsel along with a hard copy of Plaintiffs' Motion. See correspondence attached hereto as Exhibit "D."

Wherefore, Defendants respectfully request this Court deny Plaintiffs' Emergency Motion for Protection regarding the Medical Examination and require that Plaintiff and his attorney wear masks prior to entering the doctor's office as so not to endanger themselves or anyone who is present in the office.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by E-Mail this date, May 6, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

By: _____
BRUCE TRYBUS
Florida Bar No. 972983
ERICA WEINTRAUB
Florida Bar No. 1002668
(Signed by attorney electronically after review)

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

       Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

       Defendants.

_____/

### FIFTH RE-NOTICE OF MEDICAL EXAMINATION
### (CHANGE OF DATE DUE TO 4/28/20 HEARING)

Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK, pursuant to Florida Rule of Civil Procedure 1.360, hereby give notice that the examination of the Plaintiff, ROCHENEL SILAS, is scheduled with a physician/medical provider and further state as follows:

1.     Type of Examination Requested - The Defendants request that the Plaintiff, ROCHENEL SILAS, submit to a medical examination with Dr. Audie Rolnick, an orthopedic surgeon, whose office is located at 600 S. Pine Island Road, Suite 300 Plantation, FL 33324, Telephone: 954/473-6344.

2.     Time of Examination - The examination will take place on May 13, 2020 at 12:45 p.m.

3.     Manner, Conditions and Scope of Examination - This examination shall be conducted in the normal manner as all such examinations are conducted and shall include, but not



EXHIBIT
"A"

be limited to, the taking of a written and/or oral history. The scope of the examination will be to inquire as to all issues raised by the particular problems alleged within the examiner's field of expertise as designated below. A written report, setting forth the findings, including but not limited to, results of all tests performed, diagnosis and conclusions, will be prepared by the expert which will be available to all counsel, if requested in writing, under the provisions of Florida Rules of Civil Procedure §1.360. The requesting party will pay for the examination, subject to the same being recovered as a taxable cost, if applicable. The requesting party reserves all rights under Florida Rules of Civil Procedure 1.360(b)(1)(3). The Plaintiff, or in the alternative, the party to be examined, agrees to give no less than 48 hours notice if said appointment cannot be kept.

4.      Reason for Examination - The party to be examined filed an action for personal injuries and places those allegations at issue. There is good cause for examination as the requesting parties are permitted to inquire into the alleged present condition of the Plaintiff and address the issues of permanency, if any, of any claimed injuries.

5.      Designation of Expert - The examiner shall be referred to as "defense expert".

6.      Upon receipt of this notice, you are requested to notify the Defendant if you intend to have a court reporter or any other person present at the examination. Failure to provide such notice may result in the examination not going forward as scheduled.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this April 29, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000

Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail:      reception@ctkplaw.com
Secondary E-Mail:   yhall@ctkplaw.com
                    eweintraub@ctkplaw.com
                    tzerof@ctkplaw.com

"Signed by attorney electronically after review"

By: _____
    BRUCE TRYBUS
    Florida Bar No. 972983
    ERICA WEINTRAUB
    Florida Bar No. 1002668

## Erica Weintraub

| | |
|---|---|
| **From:** | Oscar Syger <051698@msn.com> |
| **Sent:** | Tuesday, May 5, 2020 3:26 PM |
| **To:** | Tiffany Zerof; Erica Weintraub; Secretary of Oscar Syger |
| **Cc:** | Adrianna Consalvo |
| **Subject:** | Re: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: |

Thank you

Get Outlook for Android

---

**From:** Tiffany Zerof <TZerof@ctkplaw.com>
**Sent:** Tuesday, May 5, 2020 3:15:32 PM
**To:** Erica Weintraub <eweintraub@ctkplaw.com>; Oscar Syger <051698@msn.com>; Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>
**Cc:** Adrianna Consalvo <aconsalvo@ctkplaw.com>
**Subject:** RE: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417:

Hello:

Below is the Zoom link for you and the Court Reporter, since the Court Reporter cannot attend in person. I have already advised the interpreter.

Erica Weintraub is inviting you to a scheduled Zoom meeting.

Topic: My Meeting
Time: May 13, 2020 12:45 PM Eastern Time (US and Canada)

Join Zoom Meeting
https://us04web.zoom.us/j/71714878196?pwd=YjJ3RzcwTzM1eG1DSjQ2VVMrWUd1Zz09

Meeting ID: 717 1487 8196
Password: 6PdtfK

Thank you,
Tiffany

---

**From:** Erica Weintraub <eweintraub@ctkplaw.com>
**Sent:** Tuesday, May 05, 2020 9:54 AM
**To:** Oscar Syger <051698@msn.com>; Tiffany Zerof <TZerof@ctkplaw.com>; Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>
**Cc:** Adrianna Consalvo <aconsalvo@ctkplaw.com>
**Subject:** RE: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417:

1

EXHIBIT
"B"

Oscar,

Do not belittle Tiffany. File whatever motion you like and I will be sure to include this email, and the one from earlier this morning, in my response so the Judge can see how nasty you are to my office.



**Erica Weintraub, Esq.**
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Blvd., Suite 200 | Fort Lauderdale, FL 33309
Direct: 954-568-3207 Phone: 954-568-6669
http://www.ctkplaw.com

**PRIVILEGE AND CONFIDENTIALITY NOTICE:**
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or return e-mail and delete it from his or her computer.

**From:** Oscar Syger <051698@msn.com>
**Sent:** Tuesday, May 5, 2020 9:47 AM
**To:** Tiffany Zerof <TZerof@ctkplaw.com>; Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>
**Cc:** Erica Weintraub <eweintraub@ctkplaw.com>; Adrianna Consalvo <aconsalvo@ctkplaw.com>
**Subject:** Re: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417:

Tiffany. I am not engaging with you. You are only a paralegal .Have one of the attorneys in your firm who are bound by the rules of professionalism question my word and or practice law . I am not bringing my client unless there is a Creole translator. I may move for a protective order in light of the obvious harm to my client created by the conditions in the examiner's office. Oscar

Get Outlook for Android

**From:** Tiffany Zerof <TZerof@ctkplaw.com>
**Sent:** Tuesday, May 5, 2020 9:37:55 AM
**To:** Oscar Syger <051698@msn.com>; Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>
**Cc:** Erica Weintraub <eweintraub@ctkplaw.com>; Adrianna Consalvo <aconsalvo@ctkplaw.com>
**Subject:** RE: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417:

Actually, Mr. Syger, no, I did not know that. Your client's answer to Interrogatory number 1 dated 10/15/18 says he speaks and reads English and I assumed they were accurate. Are his answers to Interrogatories inaccurate and you are now advising he cannot speak and read English and requires an interpreter?

I'm not sure what kind of assurance you want. It is a doctor's office. A doctor takes an oath to care for people.

As part of their procedures due to the pandemic, and in an effort not to endanger the safety of people, they are only allowing 3 people in the office. If you can set it up by Zoom for your court reporter, I would assume that shouldn't be a problem. However, only 2 people other than the doctor can be present in the room itself.

Please advise regarding the interpreter. Additionally, please be reminded that, per Court Order, this is to take place prior to the trial docket commencing June 2nd. We had the IME set to take place further out and had to move it based on the Court's Order.

Thank you,
Tiffany

From: Oscar Syger <051698@msn.com>
Sent: Tuesday, May 05, 2020 9:27 AM
To: Tiffany Zerof <TZerof@ctkplaw.com>; Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>
Cc: Erica Weintraub <eweintraub@ctkplaw.com>; Adrianna Consalvo <aconsalvo@ctkplaw.com>
Subject: Re: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417:

You know he needs a translator. Im not required to endanger my safety or the safety of my client. I want assurances his office is Covid 19 safe . Also , I need to have a court reporter presrnt.

Get Outlook for Android

From: Tiffany Zerof <TZerof@ctkplaw.com>
Sent: Tuesday, May 5, 2020 9:24:27 AM
To: Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>; Oscar Syger <051698@msn.com>
Cc: Erica Weintraub <eweintraub@ctkplaw.com>; Adrianna Consalvo <aconsalvo@ctkplaw.com>
Subject: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417:

Good morning,

Please confirm that the people attending the IME on 5/13/20 will only be Mr. Syger and Mr. Silas.

Additionally, please note, you are responsible for bringing your own masks and gloves. Dr. Rolnick's office will not be providing them to you.

Lastly, please confirm Mr. Silas speaks fluent English and a Creole interpreter is not needed.

Thank you,
Tiffany



**Tiffany Zerof**   *Florida Registered Paralegal*
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Blvd., Suite 200 | Fort Lauderdale, FL 33309
Direct: 954-332-2768  Phone: 954-568-6669
Facsimile:  954-568-0085
http://www.ctkplaw.com

**PRIVILEGE AND CONFIDENTIALITY NOTICE:**
This communication may contain information that is legally privileged, confidential or exempt from disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or return e-mail and delete it from his or her computer.

Filing # 107113074 E-Filed 05/06/2020 10:11:44 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife          CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,
_____/

## PLAINTIFF'S EMERGENCY MOTION FOR PROTECTION AS TO MEDICAL EXAMINATION

Plaintiff, ROCHENEL SILAS, pursuant to Fla. Civ. P. 1.280 and 1.360, files and serves this his Emergency Motion for Protection as to Medical Examination set for May 13, 2020 and states:

1. Medical Examination is set to take place on May 13, 2020.
2. This medical examination would take place during Covid-19 pandemic and a county stay-at-home order.
3. Defense counsel has stated that the medical practice will not provide gloves or face masks at this scheduled CME.
4. Plaintiff, Rochenel Silas, is a senior citizen and vulnerable to Covid-19.

WHEREFORE, Plaintiff, ROCHENEL SILAS, respectfully request this court cancel the Medical Examination set for May 13, 2020 and for such other relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **6 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus, Esq. at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com;



and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By  *Oscar Syger*
      OSCAR SYGER, ESQUIRE
FBN. 381373



# CTKPLAW
## COONEY TRYBUS KWAVNICK PEETS

**ERICA WEINTRAUB**
eweintraub@ctkplaw.com

May 6, 2020

**Via Mail:**
The Honorable John B. Bowman
Broward County Courthouse
201 SE 6th Street, Room WW15135
Fort Lauderdale, FL 33301

Re:   Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the
Broward County Sheriff's Office and Paul Yesbeck
Date of Loss:  4/4/2011
Our File No. 20-0035

Dear Judge Bowman:

Enclosed please find Plaintiff's Emergency Motion for Protection as to Medical Examination that was filed May 6, 2020. There is a hearing for this motion on May 13, 2020 at 10:15 AM, however, our Medical Examination of Plaintiff is set for May 13, 2020 at 1:00 PM. The Medical Examination will need to be cancelled by May 11, 2020 to avoid a disruption fee with Dr. Scuderi and the interpreter. We are asking that this Emergency Motion be set on May 11, 2020 or sooner to avoid the disruption fees.

Very truly yours,

(Signed by attorney electronically after review)
ERICA WEINTRAUB
For the Firm

ELW/ac
Enclosure
Cc:  Oscar Syger <051698@msn.com>; Secretary of Oscar Syger
<secretaryofoscarsyger@gmail.com>

CTKPLAW.COM  1600 West Commercial Boulevard  Suite 200  Ft. Lauderdale, Florida 33309  954.568.6669

**EXHIBIT**
"D"

[Date]
Page 2

Filing # 107115249 E-Filed 05/06/2020 10:35:50 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

       Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

## NOTICE OF HEARING
### (Special Set Hearing-15 Minutes Reserved)

      YOU ARE HEREBY NOTIFIED that the undersigned counsel will call up for hearing before the **Honorable John B. Bowman**, at the Broward County Courthouse 201 SE 6th Street, Fort Lauderdale, Florida 33301, on **May 13, 2020 at 10:15 a.m.**, or as soon thereafter as counsel can be heard, the following:

### PLAINTIFF'S EMERGENCY MOTION FOR PROTECTION AS TO MEDICAL EXAMINATION

      Movant Counsel certifies that a bona fide effort to agree or to narrow the issues on the Motion has been or will be made prior to the date of said hearing with opposing Counsel to settle this matter.

      In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA Coordinator no later than seven (7) days prior to the proceeding. Telephone (305) 375-2006 for assistance; if hearing impaired, telephone (305) 375-2007 or 1-800-955-8771 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **6 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By  *Oscar Syger*
OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 107124226 E-Filed 05/06/2020 12:07:36 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## NOTICE OF FILING CORRESPONDENCE AND RELEVANT DOCUMENTS

Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, hereby files correspondence dated May 5, 2020 regarding Medical Examination to be considered by this Court for all permissible purposes.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **6 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, vhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By *Oscar Syger*
   OSCAR SYGER, ESQUIRE
   FBN. 381373

5/8/2020          Gmail - Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- O...

 **Gmail**                                Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>

**Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417:**
1 message

Tiffany Zerof <TZerof@ctkplaw.com>                                        Tue, May 5, 2020 at 9:24 AM
To: Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>, Oscar Syger <051698@msn.com>
Cc: Erica Weintraub <eweintraub@ctkplaw.com>, Adrianna Consalvo <aconsalvo@ctkplaw.com>

Good morning,

Please confirm that the people attending the IME on 5/13/20 will only be Mr. Syger and Mr. Silas.

Additionally, please note, you are responsible for bringing your own masks and gloves. Dr. Rolnick's office will not be providing them to you.

Lastly, please confirm Mr. Silas speaks fluent English and a Creole interpreter is not needed.

Thank you,

Tiffany

 **Tiffany Zerof**   *Florida Registered Paralegal*
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Blvd., Suite 200 | Fort Lauderdale, FL 33309
Direct: 954-332-2768  Phone: 954-568-6669

Facsimile:  954-568-0085
http://www.ctkplaw.com

**PRIVILEGE AND CONFIDENTIALITY NOTICE:**

This communication may contain information that is legally privileged, confidential or exempt from disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly

prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or return e-mail and delete it from his or her computer.

Filing # 107113074 E-Filed 05/06/2020 10:11:44 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife    CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

       Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

## PLAINTIFF'S EMERGENCY MOTION FOR PROTECTION AS TO MEDICAL EXAMINATION

Plaintiff, ROCHENEL SILAS, pursuant to Fla. Civ. P. 1.280 and 1.360, files and serves

this his Emergency Motion for Protection as to Medical Examination set for May 13, 2020 and

states:

1. Medical Examination is set to take place on May 13, 2020.

2. This medical examination would take place during Covid-19 pandemic and a county stay-at-home order.

3. Defense counsel has stated that the medical practice will not provide gloves or face masks at this scheduled CME.

4. Plaintiff, Rochenel Silas, is a senior citizen and vulnerable to Covid-19.

WHEREFORE, Plaintiff, ROCHENEL SILAS, respectfully request this court cancel the

Medical Examination set for May 13, 2020 and for such other relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-

MAIL this **6 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus, Esq. at

reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com;

and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By   *Oscar Syger*
   OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 107220718 E-Filed 05/08/2020 08:42:56 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## NOTICE OF TAKING DEPOSITION
Via Video Conference

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

| Name of Deponent | Date | Start Time |
|---|---|---|
| Deputy Paul Yesbeck | May 26, 2020 | 1:00 PM |

**PLACE:**

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard,
Suite 200
Fort Lauderdale, FL 33309

      Upon oral examination before a Notary Public authorized to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The Deposition will be taken for the purpose of discovery, for use at trial, or for other purposes as permitted pursuant to the Florida Rules of Court, Florida Rules of Civil Procedure, and all applicable Florida Statutes.

      In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA

Coordinator no later than seven (7) days prior to the proceeding. If hearing impaired, telephone 1-800-955-8771 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **8th day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus, Esq. at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

By_*Oscar Syger*_____
     OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 107418176 E-Filed 05/13/2020 12:47:10 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

## NOTICE OF HEARING
### (Special Set Hearing-15 Minutes Reserved)

     YOU ARE HEREBY NOTIFIED that the undersigned counsel will call up for hearing before the **Honorable John B. Bowman**, at the Broward County Courthouse 201 SE 6th Street, Fort Lauderdale, Florida 33301, on **May 27, 2020 at 2:15 p.m.**, or as soon thereafter as counsel can be heard, the following:

          1.  DEFENDANTS MOTION FOR PROTECTIVE ORDER
          2.  PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATE

     Movant Counsel certifies that a bona fide effort to agree or to narrow the issues on the Motion has been or will be made prior to the date of said hearing with opposing Counsel to settle this matter.

     In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA Coordinator no later than seven (7) days prior to the proceeding. Telephone (305) 375-2006 for assistance; if hearing impaired, telephone (305) 375-2007 or 1-800-955-8771 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **13 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By  *Oscar Syger*
OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 107414690 E-Filed 05/13/2020 12:08:19 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## MOTION FOR PROTECTIVE ORDER

    Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, hereby file their Motion for Protective Order pursuant to Fla. R.

Civ. P. 1.280 as to the deposition of Deputy Marra and state:

    1.    This case arises from alleged police misconduct.

    2.    Deputy Marra is currently employed with the Broward County Sheriff's Office.

    3.    Deputy Marra's deposition is set for May 14, 2020 at 10:00 AM.

    4.    Deputy Marra is sick and was recently sent home from duty pending COVID-19

test results.

    5.    This case was recently taken off the trial docket as Plaintiff was uncomfortable

attending his Compulsory Medical Examination and there are no current

discovery deadlines.

6.    Defendants offered to give new dates to Plaintiffs' Counsel for the deposition, however, Plaintiffs' Counsel responded that Defendants should file a Motion for Protective Order as he would be seeking a CNA. See email exchanges attached hereto as composite Exhibit "A."

WHEREFORE, the Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE and PAUL YESBECK , respectfully request that this Honorable Court enter a Protective Order as to the deposition of Deputy Marra set for May 14, 2020 and for any and all further relief that this Court deems just and proper.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by E-Mail this date, May 13, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant's Name
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

By: _____
BRUCE TRYBUS
Florida Bar No. 972983
ERICA WEINTRAUB
Florida Bar No. 1002668
(Signed by attorney electronically after review)

# COMPOSITE EXHIBIT "A"

| | |
|---|---|
| **From:** | Oscar Syger |
| **To:** | Erica Weintraub; Secretary of Oscar Syger; Adrianna Consalvo |
| **Cc:** | Tiffany Zerof |
| **Subject:** | Re: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Br |
| **Date:** | Wednesday, May 13, 2020 9:52:21 AM |

Hmm. Im going to expect documentation. I insist you file an MPO Failing that i will obtain CNA.

Get Outlook for Android

---

**From:** Erica Weintraub <eweintraub@ctkplaw.com>
**Sent:** Wednesday, May 13, 2020 9:48:36 AM
**To:** Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>; Adrianna Consalvo <aconsalvo@ctkplaw.com>
**Cc:** Oscar Syger <051698@msn.com>; Tiffany Zerof <TZerof@ctkplaw.com>
**Subject:** RE: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Br

Good morning,

The deposition will have to be re-scheduled as Deputy Marra was sent home sick from work pending COVID-19 test results. We can provide you with new dates.

Thank you,



**Erica  Weintraub, Esq.**
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Blvd., Suite 200 | Fort Lauderdale, FL 33309
Direct: 954-568-3207 Phone: 954-568-6669
http://www.ctkplaw.com

**PRIVILEGE AND CONFIDENTIALITY NOTICE:**
This communication may contain information that is legally privileged, confidential or exempt from disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or return e-mail and delete it from his or her computer.

**From:** Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>

**Sent:** Wednesday, May 13, 2020 9:31 AM
**To:** Adrianna Consalvo <aconsalvo@ctkplaw.com>
**Cc:** Oscar Syger <051698@msn.com>; Tiffany Zerof <TZerof@ctkplaw.com>; Erica Weintraub
<eweintraub@ctkplaw.com>
**Subject:** Re: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward
County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: Silas, Rochenel
and his wife Marida Silas v. Gregory Tony, as sheriff of the Br

Good Morning,

I wanted to confirm the deposition for Officer Marra scheduled for tomorrow, May 14, 2020 at
10:00 AM. Please let me know if you have received the zoom invitation.

Kind Regards,

Sulima Valdez
Legal Assistant to
Oscar Syger, Esq.
9000 Sheridan Street
Suite 156
Pembroke Pines, FL 33024
Tel: (954) 862-2205
Fax: (954) 862-2206

*This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you are not
the addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you received this email by
mistake and delete this e-mail from your system.*

On Tue, Apr 21, 2020 at 10:59 AM Adrianna Consalvo <aconsalvo@ctkplaw.com> wrote:

I have placed a hold on 5/14 at 10 AM.

Thank you,



**Adrianna Consalvo** Legal Assistant
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Blvd., Suite 200 | Fort Lauderdale, FL 33309
Direct: 954-745-4025 Phone: 954-568-6669
aconsalvo@ctkplaw.com

***OUR POLICY IS AFTER 3 ATTEMPTS AT COORDINATING DATES, HEARINGS
AND DEPOSITIONS WILL BE SET UNILATERALLY***

CONFIDENTIALITY NOTICE: The information contained in this e-mail is intended only for the confidential use of the

recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>
**Sent:** Tuesday, April 21, 2020 10:43 AM
**To:** Adrianna Consalvo <aconsalvo@ctkplaw.com>
**Cc:** Oscar Syger <051698@msn.com>; Tiffany Zerof <TZerof@ctkplaw.com>; Erica Weintraub <eweintraub@ctkplaw.com>
**Subject:** Re: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck -- Our File: 20-0035 -- Claim: 240411003417: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Br

Good Morning,

Mr. Syger is available on May 14th, at 10:00 AM

Kind Regards,

Sulima Valdez
Legal Assistant to
Oscar Syger, Esq.
9000 Sheridan Street
Suite 156
Pembroke Pines, FL 33024
Tel: (954) 862-2205
Fax: (954) 862-2206

*This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you are not the addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you received this email by mistake and delete this e-mail from your system.*

On Tue, Apr 21, 2020 at 9:53 AM Adrianna Consalvo <aconsalvo@ctkplaw.com> wrote:

Good morning,

Please let me know if Mr. Syger is available on May 14th at 10 AM for the deposition of Deputy Marra.

Thank you,

**Adrianna Consalvo** Legal Assistant
**Cooney Trybus Kwavnick Peets**

 1600 W. Commercial Blvd., Suite 200 | Fort Lauderdale, FL 33309
Direct: 954-745-4025 Phone: 954-568-6669
aconsalvo@ctkplaw.com

**\*\*\*OUR POLICY IS AFTER 3 ATTEMPTS AT COORDINATING DATES,
HEARINGS AND DEPOSITIONS WILL BE SET UNILATERALLY\*\*\***

CONFIDENTIALITY NOTICE: The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 5/14/2020 4:30:00 PM. ****

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.



_____

## ORDER

    **THIS CAUSE** having come on to be heard on Plaintiff's Emergency Motion for Protection

as to Medical Examination Scheduled for May 13, 2020 and the Court having heard argument of

counsel, and being otherwise advised in the premises, it is hereupon

    **ORDERED AND ADJUDGED** that said motion be, and the same is hereby

Granted in exchange for the Plaintiffs agreeing to take the case off the trial docket. The compulsory

medical examination of May 13th, 2020 is postponed; to be later reset in accordance with 1.360.

The Parties shall not appear at Calendar Call set for May 22nd. All parties have a duty to mediate.

    **DONE AND ORDERED** in chambers at (city) _____, _____ County,

Florida, on this ____14____ day of ____May____, 2020.

_____

*** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 5/14/2020 4:30:00 PM.***

CIRCUIT COURT JUDGE

Copies furnished to:

Bruce Trybus, Esq. (reception@ctkplaw.com; yhall@ctkplaw.com)
Oscar Syger (051698@msn.com; secretaryofoscarsyger@gmail.com)

[20-0035/4004309/1]

Filing # 107534702 E-Filed 05/15/2020 12:44:28 PM

<div align="right">

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

</div>

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,
_____/

## NOTICE OF CANCELLATION OF HEARING

    YOU ARE HEREBY NOTIFIED that the undersigned has **cancelled** the scheduled hearing set for **May 18, 2020 at 11:45 a.m.**, on:

### PLAINTIFF'S MOTION TO SHORTEN TIME TO RESPOND TO EXPERT DISCOVERY

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **15 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus, Esq. at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

<div align="right">

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:   (954) 862-2205
Facsimile:   (954) 862-2206

By  *Oscar Syger*
OSCAR SYGER, ESQUIRE
FBN. 381373

</div>

Filing # 107608505 E-Filed 05/18/2020 12:30:10 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/

## PLAINTIFFS SUPPLEMENTAL REQUEST FOR ADMISSIONS TO DEFENDANTS

      Plaintiff, ROCHENEL SILAS, pursuant to Fla. R. Civ. P. 1.370, requests that the Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK admit the following:

1) Admit that on April 4, 2011 Deputy Yesbeck arrested Rochenel Silas without an arrest warrant.

2) Admit that on April 4, 2011 Deputy Marra arrested Rochenel Silas without an arrest warrant.

3) Admit that on April 4, 2011 one or more agents, employees or representatives of Sheriff Tony deprived Rochenel Silas of his liberty without receiving the consent of Rochenel Silas.

4) Admit that on April 4, 2011 one or more agents, employees or representatives of Sheriff Israel deprived Rochenel Silas of his liberty without receiving the consent of Rochenel Silas.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **18 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus, Esq. at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com,

and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:    (954) 862-2205
Facsimile:    (954) 862-2206

By  *Oscar Syger*
OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 107739268 E-Filed 05/20/2020 12:51:01 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

### RENOTICE OF TAKING DEPOSITION
Via Video Conference

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

| Name of Deponent | Date | Start Time |
|---|---|---|
| Deputy Marra | June 16, 2020 | 1:00 PM |

**PLACE:**

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard,
Suite 200
Fort Lauderdale, FL 33309

     Upon oral examination before a Notary Public authorized to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The Deposition will be taken for the purpose of discovery, for use at trial, or for other purposes as permitted pursuant to the Florida Rules of Court, Florida Rules of Civil Procedure, and all applicable Florida Statutes.

     In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA

Coordinator no later than seven (7) days prior to the proceeding. If hearing impaired, telephone 1-800-955-8771 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **20 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal..

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
    OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 107786521 E-Filed 05/21/2020 10:38:56 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)


ROCHENEL SILAS and his wife MARIDA SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

      Defendant.

_____/

## THIRD RE-NOTICE OF TAKING VIRTUAL DEPOSITION DUCES TECUM*

TO:   Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

     YOU, as counsel of record, are hereby notified that at **3:00 P.M.** on **June 2, 2020**, via remote

basis, Defendant will take the deposition by oral examination for purposes of discovery and for use as

evidence in said cause, or both, of the following:

### Dr. Heather Schaffer

**DUCES TECUM***

     ALL documents relating to **ROCHENEL SILAS**, including, but not limited to **X-RAY FILMS**,
X-ray reports, Magnetic Resonance Imaging films, CT scans, patient **BILLING STATEMENTS**,
ledger cards, payment records, **REGISTRATION / INTAKE SHEET**, patient questionnaires,
patient information records, medical examinations, medical tests, diagnostic tests, laboratory
reports, medical reports, consultation reports, **INSURANCE INFORMATION**, memos, clothing
and valuable inventory lists, patient transfer forms, correspondence, physical therapy records and
reports, physical therapy billing records, EMS/Paramedic reports, Workers Compensation records,
Social Service records, Social Security records, HRS records, and all other written documents
whatsoever. This Subpoena specifically requires the notification of the existence of all records

relating to Drug/Alcohol Abuse, Psychiatric, Testing and any and all other records of a confidential nature.

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until completed.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to the above-named addressee on May 21, 2020.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

*(Signed by attorney electronically after review)*

By:_____

BRUCE TRYBUS
Florida Bar No. 972983

cc:    US Legal Support

Broward Sheriff's Office
Adjuster: Isela Collazos
Claim No.: 240411003417

*THE SUBPOENA STANDS IN FULL FORCE AND EFFECT

[20-0035/4020196/1]        2

Filing # 107948594 E-Filed 05/26/2020 03:53:05 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## NOTICE OF CANCELLATION OF HEARING

      YOU ARE HEREBY NOTIFIED that the undersigned has **cancelled** the scheduled
hearing set for **May 27, 2020 at 2:15 p.m.,** on:

1. DEFENDANTS MOTION FOR PROTECTIVE ORDER
2. PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATE

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-
MAIL this **26 day of May 2020,** to Trybus Kwavnick Peets, Bruce Trybus, Esq. at
reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com,
and I electronically filed the foregoing with the Clerk of Broward County by using the Florida
Courts eFiling Portal.

      Respectfully submitted,

      LAW OFFICES OF OSCAR SYGER, P.A.
      Attorney for Plaintiff
      Fountains Executive Centre
      Suite 156
      9000 Sheridan Street
      Pembroke Pines, Florida 33024
      Telephone:   (954) 862-2205
      Facsimile:   (954) 862-2206

      By  *Oscar Syger*
      OSCAR SYGER, ESQUIRE
      FBN. 381373

Filing # 107998455 E-Filed 05/27/2020 01:35:44 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,
_____/

## NOTICE OF FILING MOTION FOR SANCTIONS

     Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, hereby files the attached
**Plaintiff's Motion for Sanctions Directed to Defendants Motion to Dismiss and/or Motion
for Sanctions and Defendants' Amended Motion to Continue Trial and Compel
Examination of Plaintiff** directed to Defendants, GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, and COONEY TRYBUSK
KWAVNICK PEETS served on **April 21, 2020** to be considered by this Court for all permissible
purposes.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-
MAIL this **27 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus at
reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com,
and I electronically filed the foregoing with the Clerk of Broward County by using the Florida
Courts eFiling Portal.

     Respectfully submitted,

     LAW OFFICES OF OSCAR SYGER, P.A.
     Attorney for Plaintiff
     Fountains Executive Centre
     Suite 156
     9000 Sheridan Street
     Pembroke Pines, Florida 33024
     Telephone:   (954) 862-2205
     Facsimile:   (954) 862-2206

     By__*Oscar Syger*_____
     OSCAR SYGER, ESQUIRE
     FBN. 381373

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

## PLAINTIFF'S MOTION FOR SANCTIONS DIRECTED TO DEFENDANTS MOTION TO DISMISS AND/OR MOTION FOR SANCTIONS AND DEFENDANTS' AMENDED MOTION TO CONTINUE TRIAL AND COMPEL EXAMINATION OF PLAINTIFF

Plaintiffs, ROCHENEL SILAS (hereinafter Silas) and his wife MARIDA SILAS, pursuant to Fla. Stat. 57.105, serves but does not contemporaneously file this his Motion for Sanctions directed to Motion to Dismiss and/or Motion for Sanctions and Defendants' Amended Motion to Continue Trial and Compel Medical Examination of Plaintiff, to be paid equally by Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE and PAUL YESBECK, and COONEY TRYBUS KWAVNICK PEETS and states in support thereof:

### A. RELIEF REQUESTED

Silas demands that Defendants withdraw its Motion to Dismiss and/or Motion for Sanctions and Defendants' Amended Motion to Continue Trial and Compel Medical Examination of Plaintiff.

### B. FLA. STAT. 57.105

    57.105 Attorney's fee; Sanctions for raising unsupported claims or
    defenses; exceptions; service of motions; damages for delay of
    litigation. –

(1) Upon the court's initiative or motion of any party, the court shall award a reasonable attorney's fee, including prejudgment interest, to be paid to the prevailing party in equal amounts by the losing party and the losing party's attorney on any claim or defense at any time during a civil proceeding or action in which the court finds that the losing party or the losing party's attorney knew or should have known that a claim or defense when initially presented to the court or at any time before trial:

(a) Was not supported by the material facts necessary to establish the claim or defense; or (b) Would not be supported by the application of then-existing law to those material facts.

(2) At any time in any civil proceeding or action in which the moving party proves by a preponderance of the evidence that any action taken by the opposing party, including, but not limited to, the filing of any pleading or part thereof, the assertion of or response to any discovery demand, the assertion of any claim or defense, or the response to any request by any other party, was taken primarily for the purpose of unreasonable delay, the court shall award damages to the moving party for its reasonable expenses incurred in obtaining the order, which may include attorney's fees, and other loss resulting from the improper delay.

## C. DEFENSES AND PENDING MOTIONS ARE PRIMARILY FOR DELAY

1) On January 7, 2020 Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE, and PAUL YESBECK, propounded Defendants' Motion to Dismiss and/or Motion for Sanctions.

2) The Motion to Dismiss is meritless. Defendant requested the addresses of non-party witnesses, which were furnished during Plaintiffs deposition. Furthermore, the depositions of the non-party witness have already taken place.

3) On April 15, 2020 Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE, and PAUL YESBECK, propounded Defendants' Amended Motion to Continue Trial and Compel Medical Examination of Plaintiff.

4) The request in the motion requesting the Deposition of Plaintiff, Marida Silas, which took place on April 17, 2020, after the discovery cut off. The medical examination of Plaintiff, Rochenel Silas, which is past the discovery time allowed by Uniform Trial Order dated April 1, 2020.

5) Thus, the pending Motions are interposed primarily for delay.

WHEREFORE, Plaintiff, ROCHENEL SILAS and his wife MARIDA SILAS, requests the Defendant withdraw the Motion to Dismiss and pending Motions and if it fails to do within the 21 day safe harbor time frame, for an award of sanctions and such other relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this 21 day of April 2020, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, vhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, This Motion has not been simultaneously filed with the clerk and will not be filed with the clerk of the court until at least 21 days after service of this motion on Counsels Bruce Trybus, Esq.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

By  *Oscar Syger*
     OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 108035479 E-Filed 05/28/2020 09:14:29 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## NOTICE OF HEARING
### (Special Set Hearing-15 Minutes Reserved)

    YOU ARE HEREBY NOTIFIED that the undersigned counsel will call up for hearing before the **Honorable John B. Bowman**, at the Broward County Courthouse 201 SE 6th Street, Fort Lauderdale, Florida 33301, on **July 7, 2020 at 2:00 p.m.**, or as soon thereafter as counsel can be heard, the following:

        **1) Defendants Motion to Dismiss and/or Motion for Sanctions**

        **2) PLAINTIFF'S MOTION FOR SANCTIONS DIRECTED TO
        DEFENDANTS MOTION TO DISMISS AND/OR MOTION FOR
        SANCTIONS AND DEFENDANTS' AMENDED MOTION TO CONTINUE
        TRIAL AND COMPEL EXAMINATION OF PLAINTIFF**

    Movant Counsel certifies that a bona fide effort to agree or to narrow the issues on the Motion has been or will be made prior to the date of said hearing with opposing Counsel to settle this matter.

    In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA Coordinator no later than seven (7) days prior to the proceeding. Telephone (305) 375-2006 for assistance; if hearing impaired, telephone (305) 375-2007 or 1-800-955-8771 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **28 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus at reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:       (954) 862-2206

By   *Oscar Syger*_____
OSCAR SYGER, ESQUIRE
FBN: 381373

Filing # 108328962 E-Filed 06/03/2020 01:42:40 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife                      CASE NO. CACE 15-004358 (02)
MARIDA SILAS,

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

_____/

## PLAINTIFF'S MOTION FOR PROTECTION AS HEARING

    Plaintiff, ROCHENEL SILAS, pursuant to Fla. Civ. P. 1.280, files and serves this his

Motion for Protection as to Hearing set for June 23, 2020 and states:

1. Plaintiff unilaterally set Defendants Motion for Protective Order for hearing on June 2, 2020. The hearing is scheduled to take place on June 23, 2020 at 3:45 PM.

2. Plaintiff's counsel has previous scheduled commitments on the date of the hearing.

3. Plaintiff's counsel has two depositions scheduled for June 23, 2020 starting at 12:00 PM and 2:00 PM (Notice of Taking Deposition is attached as Exhibit A).

    WHEREFORE, Plaintiff, ROCHENEL SILAS, respectfully request this court cancel the

hearing set for June 23, 2020 at 3:45 PM and for such other relief as is just.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-

MAIL this **3 day of June 2020**, to Trybus Kwavnick Peets, Bruce Trybus, Esq. at

reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com;

and I electronically filed the foregoing with the Clerk of Broward County by using the Florida

Courts eFiling Portal..

                        Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:     (954) 862-2205
Facsimile:     (954) 862-2206

By   _Oscar Syger_
     OSCAR SYGER, ESQUIRE
FBN. 381373

# EXHIBIT A

Filing # 107786979 E-Filed 05/21/2020 10:43:30 AM

AWA-28157M/MXM1

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-010497 CA 01

DOMINICA FEHLAU and
MERINA SHABAN,

　　　　Plaintiff(s),

vs.

WATERTON RESIDENTIAL, LLC,

　　　　Defendant(s).

_____

## RE-NOTICE OF TAKING REMOTE VIDEO DEPOSITIONS
### * Please Advise If An Interpreter is Necessary *

TO:　ALL COUNSEL ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the depositions of:

| Witness | Time/Date | Location |
|---|---|---|
| Dominica Fehlau | June 23, 2020 At 12:00 noon (Eastern Time) | Completely Remote. Magna will provide a reporter and will send a link to all parties attending. Note: The deponents reside in California. |
| Merina Shaban | June 23, 2020 At 2:00 p.m. (Eastern Time) | |

upon oral examination before **Magna Legal Services, LLC** - Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed.

In accordance with the Americans with Disabilities Act of 1990, persons needing special accommodation to participation this proceeding should contact the Court ADA Coordinator or the attorney no later than seven (7) days prior to the proceedings. If hearing impaired, telephone the Court or the Florida Relay Service at 1-800-955-8771 for assistance.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail. to all counsel of record on the Service List. this 21st day of May. 2020.

LUKS. SANTANIELLO. PETRILLO & COHEN
Attorneys for Defendant
150 W. Flagler Street
Suite 2600
Miami. FL 33130
Telephone: (305) 377-8900
Facsimile: (305) 377-8901

/s/ Kelly L. Kesner

By:_____
DANIEL J. SANTANIELLO
Florida Bar No.: 860948
Kelly L Kesner
Florida Bar No.: 936731
LUKSMIA-Pleadings@LS-Law.com

cc:     Magna Legal Services. LLC

## SERVICE LIST

### PLAINTIFF'S COUNSEL
Oscar Syger, Esq.
Law Offices of Oscar Syger, P.A.
9000 Sheridan Street, Suite 156
Pembroke Pines, FL 33024
051698@msn.com
Secretaryofoscarsyger@gmail.com

Filing # 108370103 E-Filed 06/04/2020 10:11:33 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)
ENTERED ON ON-LINE DOCKET

ROCHENEL SILAS and his wife MARIDA SILAS,

     Plaintiffs,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,

     Defendant.

_____/

**RE  NOTICE OF HEARING**
(This cancels the hearing set on 6/23/20)
**VIA ZOOM -**: https://17thflcourts.zoom.us/j/763453911
Meeting ID: 763 453 911

TO:    Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151,
Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com

    **YOU ARE HEREBY NOTIFIED** that we shall call up for hearing before the Honorable JOHN

B. BOWMAN, one of the Judges of the above-styled Court in his Chambers, in the Broward County

Courthouse, 201 SE 6th Street, Room WW15135, Fort Lauderdale, Florida, on **TUESDAY, JULY 7,**

**2020 at 10:45 A.M.** or as soon thereafter as we may be heard:

**Motion for Protective Order**

    **I HEREBY CERTIFY** that a true copy of the foregoing was furnished by Electronic Service via

the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 to

the above-named addressee on June 4, 2020.

We hereby certify that a) we have made a good faith attempt to resolve this matter prior to noticing this motion for hearing, and b) the issues before the Court may be heard and resolved by the Court within five (5) minutes.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

*(Signed by attorney electronically after review)*

By:_____
BRUCE M. TRYBUS
FLORIDA BAR NO. 972983

cc:    Judicial Assistant

Filing # 108499427 E-Filed 06/08/2020 09:46:37 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

      Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants,

                    /

## MOTION TO COMPEL JURY TRIAL

      Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, pursuant to Fla. R. Civ. P.

1.440 files this their Motion to Compel Jury Trial and states as follow:

1. Plaintiff request Defendants counsel provide available dates without conflict for a three
   day trial.
2. Plaintiff's counsel requested dates for trial on May 13, 2020 (Correspondence regarding
   coordination attempt for trial is attached as Exhibit A).
3. The defense has refused to provide AVAILAVLE dates without possible conflict.

      Wherefore, Plaintiffs, ROCHENEL SILAS and his wife MARIDA SILAS, respectfully

request this court compel Defendant provide available dates without conflict for trial and for

such other relief as is just.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-

MAIL this **8 day of May 2020**, to Trybus Kwavnick Peets, Bruce Trybus at

reception@ctkplaw.com, vhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com,

and I electronically filed the foregoing with the Clerk of Broward County by using the Florida

Courts eFiling Portal.

                    Respectfully submitted,

                    LAW OFFICES OF OSCAR SYGER, P.A.
                    Attorney for Plaintiff

Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
   OSCAR SYGER, ESQUIRE
FBN. 381373

# EXHIBIT A

 Gmail           Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>

## Re: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck

1 message

Oscar Syger <051698@msn.com>           Wed, May 13, 2020 at 12:28 PM
To: Erica Weintraub <eweintraub@ctkplaw.com>, Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>, Adrianna Consalvo <aconsalvo@ctkplaw.com>, Tiffany Zerof <TZerof@ctkplaw.com>

We will set a motion soon on this.

Get Outlook for Android

---

From: Erica Weintraub <eweintraub@ctkplaw.com>
Sent: Wednesday, May 13, 2020 12:26:13 PM
To: Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>; Adrianna Consalvo <aconsalvo@ctkplaw.com>; Tiffany Zerof <TZerof@ctkplaw.com>
Cc: Oscar Syger <051698@msn.com>
Subject: RE: Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck

Is your client willing to attend an IME in July? It was taken off the trial docket because of the IME issue so unless we can agree on a date/ time your client is comfortable attending an IME, I cannot agree to a trial date.

 **Erica Weintraub, Esq.**
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Blvd., Suite 200 | Fort Lauderdale, FL 33309
Direct: 954-568-3207 Phone: 954-568-6669
http://www.ctkplaw.com

### PRIVILEGE AND CONFIDENTIALITY NOTICE:

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or return e-mail and delete it from his or her computer.

From: Secretary of Oscar Syger <secretaryofoscarsyger@gmail.com>
Sent: Wednesday, May 13, 2020 12:21 PM
To: Erica Weintraub <eweintraub@ctkplaw.com>; Adrianna Consalvo <aconsalvo@ctkplaw.com>; Tiffany Zerof <TZerof@ctkplaw.com>
Cc: Oscar Syger <051698@msn.com>

6/5/2020          Gmail - Re: Silas, Rochenel and his wife Marica Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck

**Subject:** Silas, Rochenel and his wife Marida Silas v. Gregory Tony, as sheriff of the Broward County Sheriff's Office and Paul Yesbeck

Good Afternoon,

We would like to coordinate a trial period for the case matter listed above.

The following calendar call dates are available:

**September 4, 2020 @ 10:00  AM**

**September 11, 2020 @ 10:00  AM**

**October 2, 2020 @ 10:00  AM**

Please let me know right away if your office agrees on one of the dates provided.

Kind Regards,

Sulima Valdez

Legal Assistant to
Oscar Syger, Esq.
9000 Sheridan Street
Suite 156
Pembroke Pines, FL 33024
Tel: (954) 862-2205
Fax: (954) 862-2206

*This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you are not the addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you received this email by mistake and delete this e-mail from your system.*

Filing # 108501921 E-Filed 06/08/2020 10:12:08 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

ROCHENEL SILAS and his wife
MARIDA SILAS,

CASE NO. CACE 15-004358 (02)

     Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants,

_____/

## NOTICE OF HEARING
### (Special Set Hearing-15 Minutes Reserved)

YOU ARE HEREBY NOTIFIED that the undersigned counsel will call up for hearing before the **Honorable John B. Bowman**, at the Broward County Courthouse 201 SE 6th Street, Fort Lauderdale, Florida 33301, on **July 9, 2020 at 11:15 a.m.**, or as soon thereafter as counsel can be heard, the following:

### MOTION TO COMPEL JURY TRIAL

Movant Counsel certifies that a bona fide effort to agree or to narrow the issues on the Motion has been or will be made prior to the date of said hearing with opposing Counsel to settle this matter.

In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA Coordinator no later than seven (7) days prior to the proceeding. Telephone (305) 375-2006 for assistance; if hearing impaired, telephone (305) 375-2007 or 1-800-955-8771 (Florida Relay Service Number) for assistance.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished VIA E-MAIL this **8 day of June 2020**, to Trybus Kwaynick Peets, Bruce Trybus at

reception@ctkplaw.com, yhall@ctkplaw.com, eweintraub@ctkplaw.com, tzerof@ctkplaw.com, and I electronically filed the foregoing with the Clerk of Broward County by using the Florida Courts eFiling Portal.

Respectfully submitted,

LAW OFFICES OF OSCAR SYGER, P.A.
Attorney for Plaintiff
Fountains Executive Centre
Suite 156
9000 Sheridan Street
Pembroke Pines, Florida  33024
Telephone:      (954) 862-2205
Facsimile:      (954) 862-2206

By   *Oscar Syger*
OSCAR SYGER, ESQUIRE
FBN. 381373

Filing # 109028187 E-Filed 06/17/2020 09:29:24 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

### DEFENDANT'S RESPONSES TO PLAINTIFFS' SUPPLEMENTAL REQUEST FOR ADMISSIONS

Defendants, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE, and PAUL YESBECK, by and through undersigned counsel, and hereby file their

Responses to Plaintiffs' Supplemental Request for Admissions dated May 18, 2020, as follows:

1. Admit that on April 4, 2011 Deputy Yesbeck arrested Rochenel Silas without an arrest warrant.

    **RESPONSE: Admit.**

2. Admit that on April 4, 2011 Deputy Marra arrested Rochenel Silas without an arrest warrant.

    **RESPONSE: Denied.**

[20-0035/4014843/1]          Page 1 of 2

3.  Admit that on April 4, 2011 one or more agents, employees or representatives of Sheriff Tony deprived Rochenel Silas of his liberty without receiving the consent of Rochenel Silas.

**RESPONSE: Denied.**

4.  Admit that on April 4, 2011 one or more agents, employees or representatives of Sheriff Israel deprived Rochenel Silas of his liberty without receiving the consent of Rochenel Silas.

**RESPONSE: Denied.**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this June 17, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone:  (954) 568-6669; Fax:  (954) 568-0085
Primary E-Mail:        reception@ctkplaw.com
Secondary E-Mail:     yhall@ctkplaw.com
                      eweintraub@ctkplaw.com
                      tzerof@ctkplaw.com

*[Signed by attorney electronically after review]*

By: _____
        BRUCE TRYBUS
        Florida Bar No. 972983
        ERICA WEINTRAUB
        Florida Bar No. 1002668

[20-0035/4014843/1]          Page 2 of 2

*** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 7/7/2020 4:30:00 AM. ***

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL CIRCUIT DIVISION

CASE NO. CACE 15-004358 (02)

ROCHENEL SILAS and his wife
MARIDA SILAS,

       Plaintiff,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

       Defendants,

_____/



## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AND SERVE THIRD AMENDED COMPLAINT

       THIS CAUSE having come before this Court, on Plaintiff's Motion for Leave to File and Serve Third Amended Complaint, and the Court having heard the motion on June 25th, 2020 and being otherwise, fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Leave to File and Serve Third Amended Complaint is hereby **GRANTED**.
2. Plaintiff's Third Amended Complaint is deemed filed as of June 25, 2020
3. Defendants have 20 days to Respond.

       DONE AND ORDERED in Chambers at Broward County, Florida this

_____ day of _____ 20 20.

                            _____

                            Honorable John B. Bowman

                            Circuit Court Judge

*** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 7/7/2020 4:50:00 AM.****

Copies furnished to:

**Attorney for Plaintiff:**

Oscar Syger, Esq.,
Law Offices of Oscar Syger, P.A.
9000 Sheridan Street, Suite 156, Pembroke Pines, FL 33024
051698@msn.com and secretaryofoscarsyger@gmail.com


**Attorney for Defendant:**

Bruce Trybus, Esq.
Erica Weintraub, Esq.
Cooney Trybus Kwavnick Peets
1600 W. Commercial Blvd., Suite 200, Fort Lauderdale, FL 33309
reception@ctkplaw.com, yhall@ctkplaw.com,
eweintraub@ctkplaw.com, tzerof@ctkplaw.com

Filing # 109028195 E-Filed 06/17/2020 09:31:22 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANT'S RESPONSES TO PLAINTIFFS' SUPPLEMENTAL REQUEST FOR ADMISSIONS

Defendants, GREGORY TONY, as Sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE, and PAUL YESBECK, by and through undersigned counsel, and hereby file their

Responses to Plaintiffs' Supplemental Request for Admissions dated May 18, 2020, as follows:

1. Admit that on April 4, 2011 Deputy Yesbeck arrested Rochenel Silas without an arrest warrant.

    **RESPONSE: Admit.**

2. Admit that on April 4, 2011 Deputy Marra arrested Rochenel Silas without an arrest warrant.

    **RESPONSE: Denied.**

[20-0035/4014843/1]                Page 1 of 2

3. Admit that on April 4, 2011 one or more agents, employees or representatives of Sheriff Tony deprived Rochenel Silas of his liberty without receiving the consent of Rochenel Silas.

**RESPONSE: Denied.**

4. Admit that on April 4, 2011 one or more agents, employees or representatives of Sheriff Israel deprived Rochenel Silas of his liberty without receiving the consent of Rochenel Silas.

**RESPONSE: Denied.**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this June 17, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669; Fax: (954) 568-0085
Primary E-Mail:     reception@ctkplaw.com
Secondary E-Mail:   yhall@ctkplaw.com
                    eweintraub@ctkplaw.com
                    tzerof@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
      BRUCE TRYBUS
      Florida Bar No. 972983
      ERICA WEINTRAUB
      Florida Bar No. 1002668

[20-0035/4014843/1]                    Page **2** of **2**

Filing # 109821989 E-Filed 07/06/2020 03:01:03 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S
OFFICE and PAUL YESBECK,

      Defendants.

_____/

### RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS

      Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK, hereby file their response in opposition to Plaintiffs' Motion for

Sanctions and state:

      1.    On or about May 27, 2020 Plaintiffs filed their Motion for Sanctions Directed to

Defendants' Motion to Dismiss and/or Sanctions and Defendants' Amended Motion to Continue

Trial and Compel Examination of Plaintiff.

      2.    Plaintiffs claim that the Motion to Dismiss and/or Motion for Sanctions is

meritless because it is based upon the Plaintiff failing to provide addresses of non-party

witnesses, the Plaintiff's adult children listed in Plaintiffs' Witness List, which were requested

via Interrogatories on November 5, 2019, and that the addresses were furnished in deposition.

However, the addresses of the Plaintiff's adult children were not provided in deposition. See

deposition excerpt attached hereto as Exhibit "A." Further, the Interrogatories were not responded to until February 10, 2020, only after the filing of Defendants' Motions to Dismiss and/or Motion for Sanctions, Defendant's Supplemental Motion and three court Orders had been issued. Notably, the answers given were only partial responses to the Interrogatories as only phone numbers were provided and were signed and dated on November 15, 2019 yet were not provided to Defendants until almost three months later. See Answers attached hereto as Exhibit "B."

3.      Defendants' Motion to Dismiss and/or Motion for Sanctions is premised upon this Court issuing four ex-parte Orders on discovery and one Order granting sanctions because of the Plaintiffs' failure to comply with discovery requests throughout this case. See Defendants' Motion to Dismiss and/or Motion for Sanctions and Supplemental Motion dated January 28, 2020 and prior Orders attached hereto as Exhibit "C."

3.      Further, Defendants' included in their Supplemental Motion that Plaintiff, Marida Silas, was set to be deposed on January 28, 2020, and cancelled the deposition the evening before after 8:00 pm. The Plaintiff's deposition was re-set to March 20, 2020, after being coordinated with Plaintiffs' counsel. Once again, on March 19, 2020, the day before the set deposition, Plaintiff's counsel informed Defense counsel that the Plaintiff would not be appearing for deposition without giving any sort of reason. See correspondence from Plaintiffs' counsel attached hereto as exhibit "D".

4.      Given that there have been four ex-parte Orders and an Order granting sanctions because of the Plaintiffs' failure to comply with discovery requests and the bad faith conduct in the late cancellation of Plaintiff's deposition, Defendants' Motions were not meritless and there was a good faith basis to ask for sanctions and a dismissal of the case at the time the Motion to

Dismiss and/or Sanctions was filed on January 7, 2020 and the supplemental Motion was filed on January 28, 2020.

     5.    The relief Defendants sought in their Amended Motion to Continue Trial and Compel Examination of the Plaintiff was essentially granted in this Court's Order dated May 14, 2020 in which the Plaintiff agreed to take the case off the trial docket in exchange for postponement of the medical examination scheduled for May 13, 2020. See Order attached hereto as Exhibit "E."

     6.    Since the filing of the Motions to Dismiss and/or Motion for Sanctions and Supplemental Motions, the appropriate depositions of the non-party witnesses and Plaintiff, Marida Silas, have occurred. The Defendants have not reset their Motions for hearing because of this. Further, it took the filing of such Motions and subsequent hearings regarding those issues to obtain such depositions and Plaintiffs' responses to the Interrogatories dated November 5, 2019.

     7.    However, Plaintiff's counsel has chosen to set those Motions for hearing claiming they are meritless, however, just because some of the issues have since become moot does not mean they were meritless at the time of their filing and the Motions further illustrate a history of bad faith behavior and delay of the Plaintiffs in responding to Discovery and sitting for deposition.

     8.    Defendants seek sanctions for the costs associated with attending this hearing as it is frivolous and a waste of judicial resources and for the bad faith conduct by Plaintiffs described above.

     WHEREFORE, the Defendants move this Court for the entry of an Order denying the Plaintiffs' Motion for Sanctions and granting sanctions against the Plaintiffs for the reasons stated above and any other relief this court deems just and proper.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by E-Mail this date, July 6, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

> COONEY TRYBUS KWAVNICK PEETS
> Attorneys for Defendant
> 1600 West Commercial Boulevard, Suite 200
> Fort Lauderdale, FL 33309
> Telephone: (954) 568-6669
> Fax: (954) 568-0085
> Primary E-Mail: reception@ctkplaw.com
> Secondary E-Mail: yhall@ctkplaw.com

"[Signed by attorney electronically after review]"

By: _____
> BRUCE TRYBUS
> Florida Bar No. 972983
> ERICA WEINTRAUB
> Florida Bar No. 1002668

ROCHENEL SILAS                                    December 17, 2019
SILAS vs TONY                                                   22

1          A.   What I am saying is that the name is what it

2     is, but because there is Luc in it, L-u-c is the

3     middle, middle name, L-u-c in the middle.

4          Q.   Okay.  And do you have a child by the name of

5     Micheline?

6          A.   Yes.

7          Q.   Do you have a child by the name of Angelene

8     Cherrel?

9          A.   Yes.

10         Q.   And a child by the name of Debbie Arletti?

11         A.   Yes, Silas.

12         Q.   And do all four of your children still have

13    the last name of Silas?

14         A.   They still carry the name Silas.

15         Q.   Are any of those children that we named

16    married?

17         A.   Yes.  Debbie Silas is married.  She is

18    married, but I don't believe she even carries the

19    husband's name.  I don't know.  But she is still Silas.

20         Q.   And where does Rosner Luc live today?

21         A.   He lives at his place.  He live somewhere in

22    Fort Lauderdale.  I cannot tell you exactly.

23         Q.   Have you ever been to that residence in Fort

24    Lauderdale?

25         A.   No.  No.





800.211.
Esquire

EXHIBIT
"A"

1   since 2011?

2       A.   No.   She doesn't know about that.

3       Q.   Where does Micheline live today?

4       A.   Margate.

5       Q.   And where does Angelene live today?

6       A.   I know where she lives, but I don't give you

7   the address.

8       Q.   Does she live in Florida?

9       A.   Yes.   Yes.

10      Q.   Do you know what city she lives in?

11      A.   Pompano, Pompano and Atlantic.

12      Q.   Does she live near your residence?

13      A.   About three and a half miles.

14      Q.   Do you know where Debbie lives today?

15      A.   They live side by side.   She and -- Angelene

16  and Debbie live side by side.

17      Q.   Have you spoken to Micheline about the

18  incident that occurred in 2011 since that time?

19      A.   She knows a lot about that because sometimes

20  every time the lawyer needs to get in touch with me,

21  she is the one who sends me the messages.

22      Q.   Mr. Silas, this question is going to be

23  similar to what I asked about Rosner.

24      A.   Yes.

25      Q.   Have you had a conversation with Micheline



02/10/2020 MON 14:01  FAX                                                                              ☒001/006

Law Offices of
# OSCAR SYGER, P.A.

Fountains Executive Centre, Suite 156
9000 Sheridan Street
Pembroke Pines, Florida 33024

Telephone    (954) 862-2205
Facsimile    (954) 862-2206
E-mail       051698@msn.com
secretaryofoscarsyger@gmail.com

## FAX COVER SHEET

TO: LOUIS Reinstein, esq  FAX NO: 954 - 382 - 1988

OFFICE: Kelley Kronenberg

FROM: Oscar Syger

DATE: Mon. Feb. 10, 2020

RE: Silas v TONY + YesBeck
Answers (verified) to 2nd interrogatories served 11/5/2019
Answers (Verified) to Yesbeck interrogatories (2d)
to Marila Silas served 11/6/2019

TOTAL PAGES 6  (INCLUDING COVER SHEET)

PLEASE BE ADVISED THAT THE INFORMATION TRANSMITTED IS CONFIDENTIAL
AND SHOULD BE VIEWED ONLY BY THE PERSON TO WHOM IT WAS DIRECTED.

MEMO: Please deliver to Mr Reinstein on receipt.

EXHIBIT
"B"

02/10/2020 MON 14:02  FAX                                                                    ☒002/006

Filing # 98417146 E-Filed 11/05/2019 03:54:10 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

     Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

     Defendants.
_____/

## DEFENDANTS' NOTICE OF
## SERVICE OF INTERROGATORIES TO PLAINTIFF ROCHENEL SILAS

Defendant, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S OFFICE, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.340(a), give notice of the service of Interrogatories to Plaintiff Rochenel Silas.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

                        Kelley Kronenberg
                        Attorneys for Defendants
                        10360 West State Road 84
                        Fort Lauderdale, Florida 33324
                        Tel: 954-370-9970
                        Fax: 954-333-3763

                        By: /s/ *Louis Reinstein*
                            LOUIS REINSTEIN
                            Florida Bar No. 26852
                            lreinstein@kklaw.com

1

02/10/2020 MON 14:02  FAX                                              ☑003/006

## INTERROGATORY TO THE PLAINTIFF ROCHENEL SILAS

1.  Please provide current residential addresses for the following individuals;
    telephone numbers for the following individuals; and e-mail addresses for the
    following individuals.

    a)  Rosner Silas   954, 554-7078

    b)  Micheline Silas   954, 956-3599

    c)  Angeline Cherelle Silas   954, 825-7288

    d)  Debbie Arlete Silas   718, 844-4499

2

02/10/2020 MON 14:02 FAX                                                                @004/006

Rochenel Silas

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME, the undersigned authority, personally appeared Rochenel Silas, who being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct.

SWORN TO AND SUBSCRIBED before me this 15th day of November 2019

Notary Public

My commission expires: Nov, 02, 2020

Wendy M. Flores
State of Florida
My Commission Expires
November 02, 2020
Commission No. GG 44324

Personally known OR produced identification
Type of identification produced Florida Driver License.

Filing # 101235060 E-Filed 01/07/2020 12:00:49 PM

THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 15-004358 (2)

ROCHENEL SILAS and his wife
MARIDA SILAS,

      Plaintiff,

v.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFFS
OFFICE and PAUL YESBECK,

      Defendants.

_____/

## DEFENDANTS' MOTION TO DISMISS
## AND/OR MOTION FOR SANCTIONS

COMES NOW, the Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY

SHERIFFS OFFICE, and PAUL YESBECK, by and through his undersigned attorneys, and moves

this Honorable Court for the entry of an Order striking Plaintiff's pleadings and dismissing this

action and/or, imposing sanctions pursuant to Rule 1.380 of the Florida Rules of Civil Procedure,

and as grounds would show unto the Court as follows:

    1.     That on December 20, 2019, the Court entered its Ex-Parte Order (on one out of three

ex-parte motions seeking orders) compelling Plaintiff's response to Interrogatories propounded on

November 5, 2019. *See* Dec. 20, 2019 Order, attached as **Exhibit A**.

    2.     Defendant sent correspondence to Plaintiff in another good faith effort to obtain

discovery responses prior to seeking the Court's intervention, but no discovery responses have been

received. *See* Dec. 19, 2019 and Jan. 6, 2020 Corresp., attached as **Exhibit B**.

    3.     To date, Plaintiff has not complied with the contents of this Court's Ex-Parte Order of

<div style="text-align:center">1</div>


EXHIBIT
"C"

December 20, 2019, and, accordingly, the Defendant is entitled to those remedies as enumerated in Rule 1.380(b) and (d) of the Florida Rules of Civil Procedure.

    4.    Defendant has been forced to seek an ex parte Order and now file this additional Motion in order to obtain discovery which he is entitled to receive.

    5.    For all of the above reasons, Defendants now seek dismissal of the case and their fees and costs regarding these discovery matters.

    WHEREFORE, the Defendants, GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFFS OFFICE, and PAUL YESBECK, respectfully requests this Honorable Court enter an Order dismissing Plaintiff's pleadings and/or the imposition of sanctions. This Defendant further requests this Honorable Court impose costs and fees and such other further and different relief as this Court deems appropriate under the circumstances.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 7th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court, and a true and correct copy was furnished via email to the following: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., Attorneys for Plaintiffs, Fountains Executive Centre, 9000 Sheridan St., Suite 156, Pembroke Pines, FL 33024, 954/862-2205, Fax: 954/862-2206, 051698@msn.com.

                Kelley Kronenberg
                Attorneys for Defendants
                10360 West State Road 84
                Fort Lauderdale, Florida 33324
                Tel: 954-370-9970
                Fax: 954-333-3763

                By: /s/ Louis Reinstein
                    LOUIS REINSTEIN
                    Florida Bar No. 26852
                    lreinstein@kklaw.com

Filing # 110273319 E-Filed 07/15/2020 12:26:44 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA
SILAS,

      Plaintiffs,

vs.

GREGORY TONY, as sheriff of the
BROWARD COUNTY SHERIFF'S OFFICE
and PAUL YESBECK,

      Defendants.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants GREGORY TONY, as sheriff of the BROWARD COUNTY SHERIFF'S

OFFICE and PAUL YESBECK answer the Plaintiffs' Third Amended Complaint and assert their

Affirmative Defenses as follows:

1.    As to paragraph 1, the Defendants admit only that this is allegedly an action for

damages that brings this matter within the minimum monetary jurisdictional limits of this Court.

The Defendants deny however that they are indebted to the Plaintiffs for damages of in excess of

$15,000.00 or in any amount whatsoever, and demand strict proof thereof.

2.    The Defendants have no knowledge of the allegations contained in the following

paragraphs of the third Amended Complaint, accordingly deny those allegations and demand strict

proof thereof: 2 and 3.

3.    The Defendants deny the allegations contained in the following paragraphs of the third Amended Complaint and demand strict proof thereof: 4, 5, 6, 8, 12, 13, 15, 16, 18, 19, 21, 22, 26, 27, 28, and 30.

4.    As to the following paragraphs, the Defendants admit the allegations therein only to the extent that they also admit the allegations contained in the paragraphs referred to therein. Other than to that extent, the Defendants deny the allegations in these paragraphs and demand strict proof thereof: 7, 14, 17, 20, 23, and 29.

5.    The Defendants admit the allegations contained in the following paragraphs of the Complaint: 9, 10, and 11.

6.    Paragraphs 24 and 25 call for a conclusion of law and therefore no answer is required by these Defendants.

7.    The Defendants deny each and every allegation in the Complaint that is not specifically admitted herein, and demand strict proof thereof

## AFFIRMATIVE DEFENSES

8.    The Plaintiff was the sole legal cause of the injuries alleged in the Complaint and, therefore, the Plaintiff is barred from recovery as a matter of law. Alternatively, the Plaintiff was comparatively negligent and any recovery in favor of the Plaintiff must be reduced by the percentage of negligence attributable to the Plaintiff.

8.    These Defendants are entitled to a setoff for any collateral source benefits paid or payable in favor of the Plaintiff.

9.    The Plaintiff has failed to mitigate damages and is not entitled to recover for those damages which could have been avoided through the use of reasonable care.

10.     This action is governed by, and this Defendant is governed by, Florida Statute 768.28 "Waiver of Sovereign Immunity & Tort Actions; Recovery Limits; Limitation on Attorney's Fees; Statute of Limitations; exclusions".

11.     Defendants assert that Defendant, Paul Yesbeck, at all times used only such force as was reasonably necessary under the circumstances for the deputies to secure and control Plaintiff, who was legally in Defendants' custody.

12.     Defendants assert that all or part of Plaintiffs' damages herein were partially or totally caused by non-parties or persons over whom these Defendants had no dominion or control, and therefore, these Defendants seek entitlement to the defenses and privileges set forth in Section 768. 81(3), Florida Statues with respect to apportionment of fault principles.

13     Defendants allege that Plaintiffs' Third Amended Complaint fails to state or set forth claims against these Defendants which relief can be granted.

14.     The Defendants assert all of their previous affirmative defenses that were asserted in their originally filed Answer and Affirmative Defenses to Plaintiffs' Amended Complaint dated July 31, 2015.

15.     These Defendants demand trial by jury of all issues so triable as a matter of right by jury.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by Electronic Service via the Florida Courts E-filing Eportal pursuant to the Supreme Court Administrative Order AOSC13-490 this date, July 15, 2020 to: Oscar Syger, Esq., Law Offices of Oscar Syger, P.A., 9000 Sheridan Street, Suite 151, Pembroke Pines, FL 33024, 051698@msn.com; secretaryofoscarsyger@gmail.com.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendant's Name
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085
Primary E-Mail: reception@ctkplaw.com
Secondary E-Mail: yhall@ctkplaw.com

*[Signed by attorney electronically after review]*

By: _____
        BRUCE TRYBUS
        Florida Bar No. 972983
        ERICA WEINTRAUB
        Florida Bar No. 1002668

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE-15-004358 (02)

ROCHENEL SILAS and his wife MARIDA SILAS,
        Plaintiff,

vs.

GREGORY TONY, as sheriff of the BROWARD
COUNTY SHERIFF'S OFFICE and PAUL
YESBECK,
        Defendant.



_____

## ORDER

**THIS CAUSE** having come on to be heard on Defendant's Motion for Protective Order and

Motion to Dismiss and/or Motion for Sanctions dated January 7, 2020, and the Court having heard

argument of counsel, and being otherwise advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that said motion be, and the same is hereby GRANTED.

Defendants' Motion for Protective Order regarding subpoena issued to prior counsel is granted. Due

to the issues becoming moot in Defendants' Motion to Dismiss and/or Motion for Sanctions dated

January 7, 2020, Defendants agree to withdraw the Motion to Dismiss and/or Motion for Sanctions

dated January 7, 2020.

**DONE AND ORDERED** in chambers at Fort Lauderdale, Broward County, Florida, on

this _14_ day of _July_, 2020.

_____
CIRCUIT COURT JUDGE

Copies furnished to:
Bruce Trybus, Esq.
Oscar Syger, Esq.